| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Victor H. Maia** |
| | First Name — Middle Name — Last Name |
| Debtor 2 (Spouse if, filing) | First Name — Middle Name — Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) | 18-16907 |

☐ Check if this is an amended filing

B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders   12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

**Unsecured claim**

**1**
**Anthony Patterson**
c/o Howard G. Silverman, Esq.
2401 Pennsylvania Avenue
Suite 1-A-5
Philadelphia, PA 19103

What is the nature of the claim?  **Judgment**   $ **$500,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
Value of security:    - $ _____
Unsecured claim    $ _____

Contact _____
Contact phone _____

**2**
**Citibank South Dakota / Exxon**
**First National Collection Bureau, Inc.**
**610 Waltham Way**
**Sparks, NV 89434**

What is the nature of the claim?  **Credit Card**   $ **$1,328.84**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
Value of security:    - $ _____

Contact _____

Debtor 1  **Victor H. Maia**   Case number *(if known)*  **18-16907**

Contact phone   Unsecured claim   $ _____

---

**3**

**Citibank South Dakota c/o Unifund Corp**
**c/o Gordon & Weinberg, P.C.**
**1001 E. Hector St.**
**Conshohocken, PA 19428**

What is the nature of the claim?   **Credit Card**   $ **$36,684.01**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
Value of security:   - $ _____
Unsecured claim   $ _____

Contact

Contact phone

---

**4**

**City of Phila**
**c/o Linebarger Googan Blair**
**4 Penn Center**
**1600 JFk Blvd., Suite 910**
**Philadelphia, PA 19103**

What is the nature of the claim?   **Tax collection, multiple properties**   $ **$4,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
Value of security:   - $ _____
Unsecured claim   $ _____

Contact

Contact phone

---

**5**

**City of Phila Water Revenue Bureau**
**PO Box 41496**
**Philadelphia, PA 19101**

What is the nature of the claim?    $ **$15,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
Value of security:   - $ _____
Unsecured claim   $ _____

Contact

Contact phone

---

**6**

**City of Phila, Dept of Revenue**
**BIR/NPT**
**PO Box 1630**
**Philadelphia, PA 19105**

What is the nature of the claim?   **Business tax**   $ **$13,815.69**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

B 104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 2

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor 1   **Victor H. Maia**                                   Case number *(if known)*   **18-16907**

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)   $ _____
  - Value of security:   - $ _____
  - Unsecured claim    $ _____

Contact
Contact phone

---

**7**

**City of Philadelphia**
c/o Goehring Rutter & Boehm
1425 Spruce Street, Suite 100
Philadelphia, PA 19102

**What is the nature of the claim?**   **Collection Real Estate Taxes**   $ **$3,000.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)   $ _____
  - Value of security:   - $ _____
  - Unsecured claim    $ _____

Contact
Contact phone

---

**8**

**City of Philadelphia L&I**
Philadelphia Municipal Court
34 S. 11th Street
Philadelphia, PA 19107

**What is the nature of the claim?**   $ **$25,000.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)   $ _____
  - Value of security:   - $ _____
  - Unsecured claim    $ _____

Contact
Contact phone

---

**9**

**Diana Wilson & Maurice Butts**
c/o Neil R. Gelb, Esq.
1518 Walnut Street
Suite 200
Philadelphia, PA 19102

**What is the nature of the claim?**   **Judgment**   $ **$500,000.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)   $ _____
  - Value of security:   - $ _____
  - Unsecured claim    $ _____

Contact
Contact phone

---

**10**

**Discover Card**

**What is the nature of the claim?**   $ **$21,083.40**

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 3

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1 **Victor H. Maia**  Case number *(if known)* **18-16907**

**c/o Pressler, Felt & Warshaw, LLP**
**7 Entin Road**
**Parsippany, NJ 07054**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
   Value of security:   - $ _____
   Unsecured claim   $ _____

Contact
Contact phone

---

**11**

**GH Harris Assoc. Inc.**
**PO Box 216**
**Dallas, PA 18612**

**What is the nature of the claim?**  **Local wage taxes**   $ **$300.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
   Value of security:   - $ _____
   Unsecured claim   $ _____

Contact
Contact phone

---

**12**

**Marshall Dennehey Warner Coleman, et al**
**2000 Market Street**
**Philadelphia, PA 19103**

**What is the nature of the claim?**  **Legal fees**   $ **$36,444.71**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
   Value of security:   - $ _____
   Unsecured claim   $ _____

Contact
Contact phone

---

**13**

**PA Dept of Revenue**
**c/oLinebarger Goggan Blair & Sampson, LP**
**PO Box 90128**
**Harrisburg, PA 17109**

**What is the nature of the claim?**  **Collection taxes**   $ **Unknown**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
   Value of security:   - $ _____

Contact

---

Debtor 1  Victor H. Maia    Case number (if known) 18-16907

Contact phone    Unsecured claim  $

### 14 PNC Bank
2730 Liberty Avenue
Pittsburgh, PA 15222

What is the nature of the claim?  $

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ☐ No
- ■ Yes. Total claim (secured and unsecured)  $ $99,522.50
  Value of security:  - $ Unknown
  Unsecured claim  $ Unknown

### 15 Wells Fargo
PO Box 10335
Des Moines, IA 50306

What is the nature of the claim?  $

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ☐ No
- ■ Yes. Total claim (secured and unsecured)  $ $76,233.11
  Value of security:  - $ Unknown
  Unsecured claim  $ Unknown

### 16 Willie Nobles
c/o Steven E. McConnell, Esq.
The Killino Firm, P.C.
1835 Market Street, Suite 2820
Philadelphia, PA 19103

What is the nature of the claim?  Judgment    $ $509,863.01

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)  $
  Value of security:  - $
  Unsecured claim  $

### Part 2: Sign Below

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X  */s/ Victor H. Maia*   X
Victor H. Maia    Signature of Debtor 2
Signature of Debtor 1

**United States Bankruptcy Court**
Eastern District of Pennsylvania

In re  Victor H. Maia                                    Case No.  18-16907
                        Debtor(s)                        Chapter  11

## VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  October 24, 2018                    /s/ Victor H. Maia
                                           Victor H. Maia
                                           Signature of Debtor