**Fill in this information to identify your case:**

Debtor 1: **Victor H. Maia**
First Name / Middle Name / Last Name

Debtor 2 (Spouse if, filing):
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known): **18-16907**

☐ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property  12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| **2.1** | **City of Phila Water Revenue Bureau**<br>Creditor's Name | Describe the property that secures the claim:<br>**Lien on 19 properties** | $28,538.99 | $17,000.00 | $28,538.99 |

**PO Box 41496**
**Philadelphia, PA 19101**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
■ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred **various**   Last 4 digits of account number _____

| **2.2** | **PNC Bank National Association**<br>Creditor's Name | Describe the property that secures the claim:<br>**124 E. Albanus Street Philadelphia, PA 19120  Philadelphia County** | $1,581.70 | $28,000.00 | $0.00 |
|---|---|---|---|---|

_____
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit

---

Official Form 106D          Schedule D: Creditors Who Have Claims Secured by Property          page 1 of 9

| Debtor 1 | **Victor H. Maia** | | Case number (if known) | **18-16907** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

☐ **Check if this claim relates to a community debt**   ☐ Other (including a right to offset) _____

| Date debt was incurred | **September 2012** | Last 4 digits of account number | **3400** |
|---|---|---|---|

---

**2.3** **PNC Bank National Association**
Creditor's Name

**Describe the property that secures the claim:**   $7,220.09   $17,000.00   $0.00

**1909 Berkshire Street Philadelphia, PA 19124  Philadelphia County**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

| Date debt was incurred | **October 2012** | Last 4 digits of account number | **3443** |
|---|---|---|---|

---

**2.4** **PNC Bank National Association**
Creditor's Name

**Describe the property that secures the claim:**   $5,699.57   $29,000.00   $0.00

**1932 Church Street Philadelphia, PA 19124  Philadelphia County**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

| Date debt was incurred | **September 2012** | Last 4 digits of account number | **3444** |
|---|---|---|---|

---

**2.5** **PNC Bank National Association**
Creditor's Name

**Describe the property that secures the claim:**   $2,291.37   $32,000.00   $0.00

**3952 Claridge Street Philadelphia, PA 19124  Philadelphia County**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)

Debtor 1  **Victor H. Maia**                                                       Case number (if known)   **18-16907**
         First Name    Middle Name    Last Name

☐ Debtor 1 and Debtor 2 only                ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ At least one of the debtors and another   ☐ Judgment lien from a lawsuit
☐ Check if this claim relates to a          ☐ Other (including a right to offset) _____
  community debt

Date debt was incurred  **September 2012**     Last 4 digits of account number   **7688**

---

| 2.6 | **PNC Bank National Association** | | | |
|---|---|---|---|---|
| | Creditor's Name | **Describe the property that secures the claim:** | $1,604.90 | $27,000.00 | $0.00 |

**4310 Cloud Street Philadelphia, PA 19124  Philadelphia County**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.                **Nature of lien.** Check all that apply.
■ Debtor 1 only                                   ■ An agreement you made (such as mortgage or secured car loan)
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only                      ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ At least one of the debtors and another         ☐ Judgment lien from a lawsuit
☐ Check if this claim relates to a                ☐ Other (including a right to offset) _____
  community debt

Date debt was incurred  **October 2012**     Last 4 digits of account number   **9424**

---

| 2.7 | **PNC Bank National Association** | | | |
|---|---|---|---|---|
| | Creditor's Name | **Describe the property that secures the claim:** | $1,652.70 | $32,000.00 | $0.00 |

**1641 Fillmore Street Philadelphia, PA 19124  Philadelphia County**

**2730 Liberty Avenue Pittsburgh, PA 15222**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.                **Nature of lien.** Check all that apply.
■ Debtor 1 only                                   ■ An agreement you made (such as mortgage or secured car loan)
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only                      ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ At least one of the debtors and another         ☐ Judgment lien from a lawsuit
☐ Check if this claim relates to a                ☐ Other (including a right to offset) _____
  community debt

Date debt was incurred  **September 2012**     Last 4 digits of account number   **9445**

---

| 2.8 | **PNC Bank National Association** | | | |
|---|---|---|---|---|
| | Creditor's Name | **Describe the property that secures the claim:** | $7,785.62 | $18,000.00 | $0.00 |

**4827 Griscom Street Philadelphia, PA 19124  Philadelphia County**

**2730 Liberty Avenue Pittsburgh, PA 15222**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.                **Nature of lien.** Check all that apply.

---

| Debtor 1 | **Victor H. Maia** | | Case number (if known) | **18-16907** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Date debt was incurred** _____    **Last 4 digits of account number**    **3439**

---

| 2.9 | **PNC Bank National Association** | | $3,517.71 | $33,000.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

**Describe the property that secures the claim:**
5348 Lesher Street Philadelphia, PA 19124  Philadelphia County

**2730 Liberty Avenue
Pittsburgh, PA 15222**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Date debt was incurred** _____    **Last 4 digits of account number**    **3401**

---

| 2.10 | **PNC Bank National Association** | | $6,460.75 | $7,000.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

**Describe the property that secures the claim:**
4814 N. Palethrop Street Philadelphia, PA 19120  Philadelphia County

**2730 Liberty Avenue
Pittsburgh, PA 15222**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Date debt was incurred**    **September 2012**    **Last 4 digits of account number**    **3425**

---

| 2.11 | **PNC Bank National Association** | | $14,000.00 | $500,000.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

**Describe the property that secures the claim:**
79 Redwood Drive Richboro, PA 18954  Bucks County

**2730 Liberty Avenue
Pittsburgh, PA 15222**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

Debtor 1  **Victor H. Maia**                                    Case number (if known)    **18-16907**
     First Name   Middle Name   Last Name

**Who owes the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred  **September 2012**    Last 4 digits of account number  **4055**

---

| 2.1.2 | **PNC Bank National Association** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe the property that secures the claim: | $0.00 | $39,000.00 | $0.00 |

**162 W. Ruscomb Street Philadelphia, PA 19120  Philadelphia County**

**2730 Liberty Avenue Pittsburgh, PA 15222**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred  **October 2012**    Last 4 digits of account number  **9435**

---

| 2.1.3 | **PNC Bank National Association** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe the property that secures the claim: | $7,836.51 | $38,000.00 | $0.00 |

**2047 Sanger Street Philadelphia, PA 19124  Philadelphia County**

**2730 Liberty Avenue Pittsburgh, PA 15222**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred  **January 2013**    Last 4 digits of account number  **9444**

---

| 2.1.4 | **PNC Bank National Association** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe the property that secures the claim: | $5,264.09 | $32,000.00 | $0.00 |

**1403 Sellers Street Philadelphia, PA 19124  Philadelphia County**

**2730 Liberty Avenue Pittsburgh, PA 15222**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent

---

| Debtor 1 | **Victor H. Maia** | | Case number (if known) | **18-16907** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

Number, Street, City, State & Zip Code

☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

---

| 2.15 | **PNC Bank National Association** | **Describe the property that secures the claim:** | $2,364.38 | $110,000.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | **5835 Sylvester Street Philadelphia, PA 19149  Philadelphia County** | | | |

**2730 Liberty Avenue Pittsburgh, PA 15222**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred **September 2012**    Last 4 digits of account number **3440**

---

| 2.16 | **PNC Bank National Association** | **Describe the property that secures the claim:** | $2,321.28 | $28,000.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | **4562 Tackawanna Street Philadelphia, PA 19124  Philadelphia County** | | | |

**2730 Liberty Avenue Pittsburgh, PA 15222**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred **January 2013**    Last 4 digits of account number **7687**

---

| 2.17 | **PNC Bank National Association** | **Describe the property that secures the claim:** | $7,554.91 | $18,000.00 | $0.00 |
|---|---|---|---|---|---|

---

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 6 of 9

| Debtor 1 | **Victor H. Maia** | | Case number (if known) | **18-16907** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

Creditor's Name

**2730 Liberty Avenue
Pittsburgh, PA 15222**
Number, Street, City, State & Zip Code

**4649 Tackawanna Street
Philadelphia, PA 19142  Philadelphia
County**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) ____

Date debt was incurred **September 2012**      Last 4 digits of account number **3433**

---

**2.18**  **PNC Bank National Association**      Describe the property that secures the claim:      **$2,374.85**     **$33,000.00**     **$0.00**
Creditor's Name

**4755 Tampa Street Philadelphia, PA 19120  Philadelphia County**

**2730 Liberty Avenue
Pittsburgh, PA 15222**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) ____

Date debt was incurred **September 2012**      Last 4 digits of account number **9455**

---

**2.19**  **PNC Bank National Association**      Describe the property that secures the claim:      **$3,463.80**     **$30,000.00**     **$0.00**
Creditor's Name

**5023 Valley Street Philadelphia, PA 19124  Philadelphia County**

**2730 Liberty Avenue
Pittsburgh, PA 15222**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) ____

Date debt was incurred **September 2012**      Last 4 digits of account number **3407**

---

Official Form 106D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 7 of 9

| Debtor 1 | **Victor H. Maia** | | Case number (if known) | **18-16907** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

| 2.20 | **PNC Bank National Association** <br> Creditor's Name <br><br> **2730 Liberty Avenue** <br> **Pittsburgh, PA 15222** <br> Number, Street, City, State & Zip Code | Describe the property that secures the claim: <br> **2051 Wakeling Street Philadelphia, PA 19124  Philadelphia County** | $1,491.54 | $18,000.00 | $0.00 |
|---|---|---|---|---|---|

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred **September 2012**     Last 4 digits of account number **9423**

| 2.21 | **Wells Fargo Home Mortgage** <br> Creditor's Name <br><br> **PO Box 10335** <br> **Des Moines, IA 50306** <br> Number, Street, City, State & Zip Code | Describe the property that secures the claim: <br> **79 Redwood Drive Richboro, PA 18954  Bucks County** | $67,121.47 | $500,000.00 | $0.00 |
|---|---|---|---|---|---|

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____     Last 4 digits of account number **3477**

| 2.22 | **Wells Fargo Home Mortgage** <br> Creditor's Name <br><br> **PO Box 10335** <br> **Des Moines, IA 50306** <br> Number, Street, City, State & Zip Code | Describe the property that secures the claim: <br> **1932 Church Street Philadelphia, PA 19124  Philadelphia County** | $2,800.00 | $29,000.00 | $0.00 |
|---|---|---|---|---|---|

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____     Last 4 digits of account number _____

| Debtor 1 | **Victor H. Maia** | | Case number (if known) | **18-16907** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

| 2.23 | **Wells Fargo Home Mortgage** | Describe the property that secures the claim: | $5,863.76 | $20,000.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | **5041 Valley Street Philadelphia, PA 19124  Philadelphia County** | | | |

**PO Box 10335**
**Des Moines, IA 50306**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____     **Last 4 digits of account number** _____

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$188,809.99** |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$188,809.99** |

**Part 2:  List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.