L.B.F. 9014-3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **In re:** | : | Chapter 11 |
| | : | |
| **VICTOR H. MAIA,** | : | Case No. 18-16907-JKF |
| | : | |
| **Debtor.** | : | |
| | : | |

NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE

  *Victor H. Maia* has filed a *Motion For Expedited Consideration And Limited Notice Of The Motion Of Victor H. Maia To Reconsider The November 30, 2018 Order Of The Bankruptcy Court Dismissing Bankruptcy Case And To Reopen Bankruptcy Case (the "Motion")* with the court for *an order Vacating the November 30, 2018 Order and directing the clerk to take the immediate steps to reopen the Debtor's Chapter 11 Bankruptcy case*.

1. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney)**.

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, **you may file written objections or other responsive pleading to the Motion up to the time of hearing and all objections will be heard at the hearing**. (*see Instructions on next page*).

3. **A hearing on the Motion** is scheduled to be held on _____, at_____ in **Courtroom #3, United States Bankruptcy Court, Robert N.C. Nix, Sir. Federal Building& Post Office, 900 Market Street, 2nd Floor, Philadelphia, PA**. Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing**.

4. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

1

4849-6605-5297

**Filing Instructions**

5.   **If you are required to file documents** electronically by Local Bankruptcy Rule 5005-1, you must file your response electronically.

6.   **If you are not required to file electronically**, you must file your response at

**United States Bankruptcy Court**
**Robert N.C. Nix, Sir. Federal Building & Post Office**
**900 Market Street, 2nd Floor**
**Philadelphia, PA**

7.   **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

8.   On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

>   Edmond M. George, Esquire
>   Michael D. Vagnoni, Esquire
>   OBERMAYER REBMANN MAXWELL & HIPPEL LLP
>   Centre Square West
>   1500 Market Street, 34th Floor
>   Philadelphia, PA 19102
>   Tel: (215) 665-3140
>   Fax: (215) 665-3165
>   Email: edmond.george@obermayer.com

Date:_____     By: _____
>   Edmond M. George, Esquire
>   Michael D. Vagnoni, Esquire
>   OBERMAYER REBMANN MAXWELL & HIPPEL LLP
>   Centre Square West
>   1500 Market Street, 34th Floor
>   Philadelphia, PA 19102
>   Tel: (215) 665-3140
>   Fax: (215) 665-3165
>   Email: edmond.george@obermayer.com
>   *Counsel to the Debtor*