```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                                Case No. 18-16907-jkf
Victor H. Maia                                                        Chapter 11
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: John                 Page 1 of 1                  Date Rcvd: Dec 03, 2018
                              Form ID: pdf900            Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 05, 2018.
db             +Victor H. Maia,    79 Redwood Drive,    Richboro, PA 18954-1646

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 04 2018 03:14:15      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                                TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 3, 2018 at the address(es) listed below:
              DENISE A. KUHN    on behalf of Creditor    Commonwealth of Pennsylvania, Department of Revenue
               dkuhn@attorneygeneral.gov
              EDMOND M. GEORGE    on behalf of Debtor Victor H. Maia
               angela.baglanzis@obermayer.com;michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;alicia.
               sandoval@obermayer.com
              GEORGE M. CONWAY    on behalf of U.S. Trustee    United States Trustee george.m.conway@usdoj.gov
              JILL MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              MICHAEL D. VAGNONI    on behalf of Debtor Victor H. Maia michael.vagnoni@obermayer.com,
               Lucille.acello@obermayer.com;Alicia.sandoval@obermayer.com;angela.baglanzis@obermayer.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | : | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **VICTOR H. MAIA,** | : | **Case No. 18-16907-JKF** |
| | : | |
| **Debtor.** | : | |
| | : | |

**ORDER SETTING EXPEDITED HEARING**

        **AND NOW**, upon consideration of the **Combined Motion For Expedited Consideration And Limited Notice Of The Motion Of Victor H. Maia To Reconsider The November 30, 2018 Order Of The Bankruptcy Court Dismissing Bankruptcy Case And To Reopen Bankruptcy Case (the "Motion"**); and request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1.     The request for an expedited hearing is **GRANTED**.

2.     A hearing to consider the Motion shall be and hereby is scheduled on  December 11, 2018 at  2:00 p.m.  , **in Bankruptcy Courtroom #3, Robert N.C. Nix, Sir., Federal Building & Post Office, 900 Market Street, 2nd Floor, Philadelphia, Pennsylvania**.

3.     Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4.     The Movant shall serve the Motion and this Order on the U.S. Trustee, the case Trustee (if any), the individual Respondent(s) (if any), the Debtor, all secured creditors and all priority creditors by overnight mail, facsimile transmission or e-mail transmission **no later than 5:00 p.m. on**  December 3, 2018  . If hearing is scheduled less than 48 hours after the Movant receives this Order, Movant shall give immediate telephonic notice of the hearing to the above as well.

5.     The Movant shall serve this Order and the Notice of Motion in confirmatory with Local Bankruptcy Form 9014-3 on all parties in interest, including all creditors, by regular mail no later than 5:00 p.m. on  December 3, 2018  .

1

4849-6605-5297

6.  Prior to the hearing, the Movant shall file a Certificate setting forth the compliance with the service requirements of Paragraphs 4 and 5 above as applicable.

BY THE COURT:

Dated: December 3, 2018

HONORABLE JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE

2

4849-6605-5297