12/11/18

To Whom it may Concern,

I'm Sorry I'm unable to make it today's hearing. Because I nobody to Pick up my Son for me from School. The hearing is 2:00 pm and my son Gets out at 2:30 pm which a Bus Drops him off at home. I was here today wondering if we could reschedule.
Thank you!

Case # 18-16907-JKF
267) 30-7912
X Natasha R[illegible]



FILED
DEC 11 2018
TIMOTHY McGRATH, CLERK
BY _____ DEP. CLERK