

## The Center for Autism
BETTER OUTCOMES FOR LIFE

December 11, 2018

To Whom It May Concern:

This letter is to notify that Ms. Natasha Rivera's son, Ethan Arroyo attends our C.O.R.E. program Monday through Friday, 9:00am-2:00pm. Her son is then dismissed on the Philly Trans bus. He arrives home at times that vary day to day, which may conflict with Ms. Natasha's ability to be in attendance for anything that is scheduled after his time of dismissal from our program.

Please feel free to contact me with any questions.

Thank you,

Lisette Sanchez, LSW
Clinical Lead
215-220-2156

3905 Ford Road, Suite 6, Philadelphia, PA 19131-2824
Phone: 215.878.3400 • Fax: 215.878.2082 • www.thecenterforautism.org
A non-profit organization