18-1528

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          Chapter 11 Proceeding
Victor H. Maia
                                                 Case No.  18-16907 JKF
                        Debtor(s)

## ENTRY OF APPEARANCE/ REQUEST FOR NOTICES

TO THE COURT:

  Kindly enter my appearance on behalf of WELLS FARGO BANK, N.A. in the above captioned matter.


POWERS KIRN & ASSOCIATES, LLC

By:  **/s/ Jill Manuel-Coughlin, Esquire**
Attorney ID# 63252
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090