UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>VICTOR H. MAIA,<br><br>Debtor. | Chapter 11<br><br>Case No. 18-16907- JKF |

### APPLICATION OF THE DEBTOR TO EMPLOY
### BENNETT J. SADY & COMPANY, P.C. AS ACCOUNTANTS

Victor H. Maia (the "Debtor") hereby applies to this Court pursuant to 11 U.S.C. § 327, Rule 2014 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") and Rule 2014-1 of the United States Bankruptcy Court for the Eastern District of Pennsylvania Local Bankruptcy Rule ("L.B.R.") for an order authorizing the employment of Bennett J. Sady & Company, P.C. as accountants and in support thereof respectfully represent as follows:

1. On October 17, 2018 (the "Petition Date"), the Debtor a filed voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code").

2. The United States Trustee has not appointed an Official Committee of Unsecured Creditors in the Debtor's bankruptcy proceeding.

3. The professional services that Bennett is to render include, but are not limited to:

   a) analyzing the Debtor's financial records, including but not limited to budgets, forecasts, and monthly operating reports;

   b) advising on the viability of the Debtor's operations;

   c) assisting in the prosecution of adversary proceedings;

4838-2601-0244

    d)    addressing other accounting, valuation and finance issues that arise in this case;

    e)    assisting the Debtor with evaluating its proposed Plan or Disclosure Statement; and

    f)    such other tasks as the Debtor may request.

4. To the best of the knowledge and except as disclosed herein, Bennett has no interest in any other party-in-interest in connection with this case and its employment would be in the best interest of the Debtor.

5. Bennett understands that any compensation and expenses paid to it must be approved by this Court upon Application consistent with the dictates of <u>In re Busy Beaver Building Center, Inc.</u>, 19 F.3d 833 (3rd Cir. 1994).

6. Compensation for professional services of Bennett will be charged at the hourly billing rate of $225.

WHEREFORE, the Debtor prays that it be authorized to retain and employ Bennett as his accountants in this Chapter 11 Case, and for such other further relief as is necessary and just.

                    Respectfully submitted,

Dated: January 15, 2019      BY:    */s/ Edmond M. George*
                                          Edmond M. George, Esquire
                                          Michael D. Vagnoni, Esquire
                                          OBERMAYER REBMANN MAXWELL & HIPPEL LLP
                                          Centre Square West
                                          1500 Market Street, Suite 3400
                                          Philadelphia, PA 19102
                                          Telephone – (215) 665-3000
                                          Facsimile – (215) 665-3165
                                          *Counsel to the Debtor*