UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| **VICTOR H. MAIA,** | : |
| | : Case No. 18-16907 JKF |
| Debtor. | : |
| | : |

**AFFIDAVIT OF DISINTERESTEDNESS**

COMMONWEALTH OF PENNSYLVANIA   )
                               )  ss.
COUNTY OF PHILADELPHIA         )

Bennett J. Sady, being duly sworn, deposes and says:

1. I am a partner of Bennett J. Sady & Company, P.C. ("Bennett"). Bennett has an office located at 501 Office Center Drive, Suite 126, Fort Washington, Pennsylvania, 19034.

2. This Affidavit is being submitted in support of the foregoing Application of Victor H. Maia ("the Debtor") to Employ Bennett J. Sady & Company, P.C. ("Bennett") as accountants.

3. Based upon the information available and the investigation I have done to date, I do not represent any other party in interest or creditors of the Debtor. Thus, I believe that I am a disinterested party within the meaning of that term as set forth in § 327 of the United States Bankruptcy Code.

4. I have over 30 years of experience in the field of accounting, tax consulting, business valuations and forensic accounting. I am a Certified Public Accountant. I have extensive experience in representing trustees, debtor, creditors and other parties in insolvency proceedings in both Federal and State courts in New Jersey and Pennsylvania. I am a member of

4838-2601-0244

the American Institute of Certified Public Accountants, the Association of Certified Fraud Examiners, the Pennsylvania Institute of Certified Public Accountants.

5. I will supplement this affidavit if and when necessary to disclosure any further pertinent relationship that require disclosure in this case.

6. By reason of the foregoing, I believe I am eligible for employment and retention by the Debtor pursuant to § 327 of the Bankruptcy Code and the applicable Bankruptcy Rules.

_____
Bennett J. Sady, CPA

Sworn to and subscribed before me this 11 day of January, 2019.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
John Myers, Notary Public
Newtown Twp., Bucks County
My Commission Expires Feb. 17, 2020
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

4838-2601-0244