UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>VICTOR H. MAIA,<br><br>Debtor. | Chapter 11<br><br>Case No. 18-16907-JKF |

### ORDER GRANTING APPLICATION OF THE DEBTOR TO EMPLOY BENNETT J. SADY & COMPANY P.C. AS ACCOUNTANTS

AND NOW this _____ day of _____, 2019, upon consideration of the Application of the Debtor Victor H. Maia (the "Debtor") to employ Bennett J. Sady & Company, P.C., ("Bennett") as accountants to the Debtor (the "Application") in this bankruptcy case, and the Court being satisfied that Bennett does not represent any other party-in-interest or hold an interest adverse to the Debtor in this case and is a disinterested person within the meaning of 11 U.S.C. § 101(14), it is hereby:

ORDERED that the Application is granted in its entirety; and it is further

ORDERED that the Debtor is hereby authorized to retain and employ Bennett, as its accountants in the within proceeding under Chapter 11 of the United States Bankruptcy Code; and it is further

ORDERED that compensation for professional services of Bennett shall be charged at the hourly billing rate of $225; and it is further

ORDERED that compensation to Bennett is only to be allowed by order of this Court upon submission of an application for compensation in conformity with the United States Bankruptcy Code, applicable Bankruptcy Rules and In re Busy Beaver Building Center, Inc., 19 F.3d 833 (3rd Cir. 1994).

4838-2601-0244

Case 18-16907-amc    Doc 65-2    Filed 01/15/19    Entered 01/15/19 16:34:25    Desc
Proposed Order    Page 2 of 2

BY THE COURT:

_____
The Honorable Jean K. FitzSimon
United States Bankruptcy Judge

Copies to:

Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

4838-2601-0244                                          2