UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| VICTOR H. MAIA, | : |
| | : Case No. 18-16907 JKF |
| Debtors. | : |

## CERTIFICATE OF SERVICE

I, Edmond M. George, a partner with the law firm of Obermayer Rebmann Maxwell & Hippel LLP, do hereby certify that on January 15, 2019, a true and correct copy of the Application to Employ Bennett J. Sady & Company, P.C ("Application"), Notice of Application and Proposed Order were served via Court's CM/ECF system upon the following on the attached service list.

*/s/ Edmond M. George*
Edmond M. George, Esquire

4838-2601-0244

## SERVICE LIST

GEORGE M. CONWAY on behalf of U.S. Trustee United States Trustee
george.m.conway@usdoj.gov

DENISE A. KUHN on behalf of Creditor Commonwealth of Pennsylvania, Department of Revenue
dkuhn@attorneygeneral.gov

JILL MANUEL-COUGHLIN on behalf of Creditor WELLS FARGO BANK, N.A.
jill@pkallc.com,
chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com

PAMELA ELCHERT THURMOND on behalf of Creditor City of Philadelphia
pamela.thurmond@phila.gov, karena.blaylock@phila.gov

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

4838-2601-0244