# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **In re:** | **Chapter 11** |
|  | **Case No. 18-16907-JKF** |
| **VICTOR H. MAIA,** |  |
| **Debtor.** |  |

## NOTICE OF CREDITORS' CHANGE OF ADDRESS

The creditors in the above entitled case hereby request that the mailing address pertaining to NOTICES listed in the above stated case be changed.

| Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center: | THE UPDATED ADDRESS IS: |
|---|---|
| Maurice Butts<br>1403 West York<br>Philadelphia, PA 19132-4517 | Maurice Butts<br><br>1023 West Thompson Street<br><br>Philadelphia, PA 19122 |
| Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center: | THE UPDATED ADDRESS IS: |
| Anthony Patterson<br>250 North 3rd Street<br>Columbia, PA 17512-1453 | Anthony Patterson<br><br>3228 Fontain St.<br><br>Philadelphia, PA 19121-1727 |

4845-8532-4439

| | |
|---|---|
| Diana Wilson<br>2039 N. Van Pelt<br>Philadelphia, PA 19121-1418 | _____<br>Diana Wilson<br>_____<br>2517 W Sergeant St.<br>_____<br>Philadelphia, PA 19132 |

                          /s/ Angela L. Baglanzis
        _____
        **Signature of Debtor or Debtor's Attorney**

4845-8532-4439