# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                  :
                                                         :
**Victor H Maia**                    :    Case No.: 18-16907
                                                         :    **Chapter 11**
**Debtor(s).**                       :    **Judge Jean K. FitzSimon**
                                                         :    * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

TO:    THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE UNITED STATES TRUSTEE, THE DEBTOR AND HIS ATTORNEY OF RECORD HEREIN AND TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE, that pursuant to Bankruptcy Rules 2002 and 9007 and 11 U.S.C. Section 102(1) and all other applicable law, the undersigned, as counsel of record for PNC Bank, National Association, its successor and assigns ("Creditor"), a creditor of the above-named Debtor and a party-in-interest in the captioned bankruptcy case, hereby requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned at the following office, address and telephone number:

        Karina Velter, Esquire
        MANLEY DEAS KOCHALSKI LLC
        P.O. Box 165028
        Columbus, OH  43216-5028
        614-222-4921
        Atty File No.: 19-023342

The foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or

19-023342_SCS2

oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, fax or otherwise which affect or seek to affect in any way any rights or interest of the Debtor.

          Respectfully submitted,

          /s/ Karina Velter
          Karina Velter, Esquire (94781)
          Adam B. Hall
          Sarah E. Barngrover
          Manley Deas Kochalski LLC
          P.O. Box 165028
          Columbus, OH  43216-5028
          Telephone: 614-220-5611
          Fax: 614-627-8181
          Attorneys for Creditor
          The case attorney for this file is Karina Velter.
          Contact email is kvelter@manleydeas.com

19-023342_SCS2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **Victor H Maia** | : | Case No.: 18-16907 |
| | : | **Chapter 11** |
| Debtor(s). | : | **Judge Jean K. FitzSimon** |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and

Request for Notices was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

Angela Lynn Baglanzis, Attorney for Victor H Maia, Obermayer Rebmann Maxwell & Hippel LLP, Centre Square West, 1500 Market Street, Suite 3400, Philadelphia, PA 19102, angela.baglanzis@obermayer.com

Edmond M. George, Attorney for Victor H Maia, Obermayer Rebmann Maxwell & Hippel, LLP, Centre Square West, 1500 Market Street, Suite 3400, Philadelphia, PA 19102, edmond.george@obermayer.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on June 27, 2019:

Victor H Maia, 79 Redwood Drive, Richboro, PA 18954

Victor H Maia, 4814 N Palethorp St, Philadelphia, PA 19120

The below 20 largest unsecured Creditors were served via regular U.S. Mail, postage prepaid, on June 27, 2019:

Anthony Patterson
c/o Howard G. Silverman, Esq.
2401 Pennsylvania Avenue
Suite 1-A-5
Philadelphia, PA 19103

Citibank South Dakota / Exxon
First National Collection Bureau, Inc.

19-023342_SCS2

610 Waltham Way
Sparks, NV 89434

Citibank South Dakota c/o
Unifund Corp
c/o Gordon & Weinberg, P.C.
1001 E. Hector St.
Conshohocken, PA 19428

City of Phila
c/o Linebarger Googan Blair
4 Penn Center
1600 JFk Blvd., Suite 910
Philadelphia, PA 19103

City of Phila Water Revenue Bureau
PO Box 41496
Philadelphia, PA 19101

City of Phila, Dept of Revenue
BIR/NPT
PO Box 1630
Philadelphia, PA 19105

City of Philadelphia
c/o Goehring Rutter & Boehm
1425 Spruce Street, Suite 100
Philadelphia, PA 19102

City of Philadelphia L&I
Philadelphia Municipal Court
34 S. 11th Street
Philadelphia, PA 19107

Diana Wilson & Maurice Butts
c/o Neil R. Gelb, Esq.
1518 Walnut Street
Suite 200
Philadelphia, PA 19102

Discover Card
c/o Pressler, Felt & Warshaw, LLP
7 Entin Road
Parsippany, NJ 07054

19-023342_SCS2

GH Harris Assoc. Inc.
PO Box 216
Dallas, PA 18612Marshall Dennehey Warner Coleman, et al
2000 Market Street
Philadelphia, PA 19103

PA Dept of Revenue
c/oLinebarger Goggan Blair & Sampson, LP
PO Box 90128
Harrisburg, PA 17109

PNC Bank
2730 Liberty Avenue
Pittsburgh, PA 15222

Wells Fargo
PO Box 10335
Des Moines, IA 50303

Willie Nobles
C/O Steven E. McConnell, Esq.
The Killino Firm, P.C.
1835 Market Street, Suite 2820
Philadelphia, PA 19103

Marshall Dennehey Warner
Coleman, et al
2000 Market Street
Philadelphia, PA 19103

DATE:  June 27, 2019

/s/ Karina Velter
Karina Velter, Esquire (94781)
Adam B. Hall
Sarah E. Barngrover
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.

19-023342_SCS2

Contact email is
kvelter@manleydeas.comService

19-023342_SCS2