**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>**VICTOR H. MAIA,**<br><br>Debtor. | :<br>:<br>: **Chapter 11**<br>:<br>: **Case No. 18-16907-JKF**<br>:<br>:<br>: |

**CERTIFICATION OF NO OPPOSITION TO APPLICATION TO EMPLOY KELLER WILLIAMS REAL ESTATE AS REAL ESTATE BROKER TO <u>VICTOR H. MAIA, THE DEBTOR</u>**

I, Michael D. Vagnoni, Esquire, a partner at the law firm of Obermayer Rebmann Maxwell & Hippel LLP ("Obermayer") and counsel to Victor H. Maia (the "Debtor"), hereby certify as follows:

1. On June 6, 2019, the Debtor filed an Application to Employ Keller Williams Real Estate ("Bennett") as Real Estate Broker to the Debtor (the "Application") [Docket No. 126].

2. A true and correct copy of the Application was served upon the parties listed on the service list attached to the Notice of Application on June 6, 2019. A Certificate of Service was filed with this Court on January 15, 2019. [Docket Nos. 126 and 127].

3. On Jun 20, 2019, the Debtor filed an Amended Affidavit of Disinterestedness in Support of the Debtor's Application to Employ Keller Williams Real Estate. [Docket No. 134].

4. As of the date hereof, no answer, objection or other responsive pleading has been received by Obermayer in connection with the Application, and a review of the docket reveals no answer, objection or other responsive pleading in connection with the Application.

4851-4063-6316

5. The Debtor respectfully requests that the Court consider the Application uncontested, grant the Application and enter the proposed Order attached to the Application.

Respectfully Submitted,

Dated: July 11, 2019  By: /s/ Michael D. Vagnoni Esquire
Michael D. Vagnoni, Esquire
Angela L. Baglanzis, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA  19102
Phone:  (215) 665-3066