### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re: | : | |
| | : | **Chapter 11** |
| **VICTOR H. MAIA,** | : | |
| | : | **Case No. 18-16907 JKF** |
| Debtor. | : | |
| | : | |

### ORDER

**AND NOW** this _____12th_____ day of _____July_____, 2019, upon consideration of

the Application of Victor H. Maia to Employ Keller Williams Real Estate, Langhorne ("Keller

Williams") in this bankruptcy case, and it appearing that employment of Keller Williams is in the

best interest of the Debtor; and the Court being satisfied that Keller Williams does not represent

any other party-in-interest or hold an interest adverse to the Debtor in this case; it is hereby:

**ORDERED** that the Application is granted in its entirety; and it is further

**ORDERED** that the Debtor is hereby authorized to retain and employ Keller Williams,

as its real estate broker in the within proceeding, under Chapter 11 of the United States

Bankruptcy Code; and it is further

**ORDERED** that compensation for professional services of Keller Williams shall be

charged at five percent (5%) of the gross proceeds from the sale of each property sold and may

be paid to Keller Williams without further Order of this Court.

BY THE COURT:

_Jean K. FitzSimon_

_____

The Honorable Jean K. FitzSimon
United States Bankruptcy Judge

4820-6208-6295

3