United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 18-16907-jkf
Victor H. Maia                                                         Chapter 11
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: John               Page 1 of 2            Date Rcvd: Jul 12, 2019
                            Form ID: pdf900         Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2019.
```
db             +Victor H. Maia,    79 Redwood Drive,    Richboro, PA 18954-1646
cr              Anthony Patterson,    3228 Fontain St.,    Philadelphia, PA  19121-1727
acc            +Bennett J. Sady & Company, P.C.,    Bennett J. Sady,    501 Office Center Drive, Suite 126,
                 Fort Washington, PA 19034-3267
cr             +Diana Wilson,    2517 W. Sergeant St.,    Philadelphia, PA 19132-4137
cr             +Maurice Butts,    1023 West Thompson Street,    Philadelphia, PA 19122-4117
cr             +WELLS FARGO BANK, N.A.,    C/O POWERS, KIRN & ASSOCIATES, LLC,
                 8 NESHAMINY INTERPLEX DRIVE SUITE 215,    TREVOSE, PA 19053-6980
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jul 13 2019 03:12:56     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: cio.bncmail@irs.gov Jul 13 2019 03:11:32      Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA  19101-7346
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 13 2019 03:12:03
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 13 2019 03:12:33     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: megan.harper@phila.gov Jul 13 2019 03:12:56     City of Philadelphia,
                 Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
                 5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
cr              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 13 2019 03:12:03
                 Commonwealth of Pennsylvania, Department of Revenu,    Bureau of Compliance,    Dept. 280946,
                 Harrisburg, PA  17128-0946
cr             +E-mail/Text: steve@needlelawyer.com Jul 13 2019 03:11:22      G.H. Harris Associates, Inc.,
                 c/o Stephen L. Needles, Esq.,    80 North Second Street Pike,    Churchville, PA 18966-1057
                                                                                              TOTAL: 7
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp            Natasha Rivera
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2019 at the address(es) listed below:
```
              AMANDA L. RAUER    on behalf of Creditor    WELLS FARGO BANK, N.A. Amanda.rauer@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.r
               aynor-paul@pkallc.com;harry.reese@pkallc.com
              ANGELA LYNN BAGLANZIS    on behalf of Debtor Victor H. Maia angela.baglanzis@obermayer.com,
               Lucille.acello@obermayer.com;helen.belair@obermayer.com
              DENISE A. KUHN    on behalf of Creditor    Commonwealth of Pennsylvania, Department of Revenue
               dkuhn@attorneygeneral.gov
              EDMOND M. GEORGE    on behalf of Defendant Victor H. Maia
               angela.baglanzis@obermayer.com;michael.vagnoni@obermayer.com;vanja.moraca@obermayer.com;Lucille.a
               cello@obermayer.com;alicia.sandoval@obermayer.com;helen.belair@obermayer.com
              EDMOND M. GEORGE    on behalf of Debtor Victor H. Maia
               angela.baglanzis@obermayer.com;michael.vagnoni@obermayer.com;vanja.moraca@obermayer.com;Lucille.a
               cello@obermayer.com;alicia.sandoval@obermayer.com;helen.belair@obermayer.com
              GEORGE M. CONWAY    on behalf of U.S. Trustee    United States Trustee george.m.conway@usdoj.gov
```

```
District/off: 0313-2          User: John              Page 2 of 2              Date Rcvd: Jul 12, 2019
                              Form ID: pdf900         Total Noticed: 13


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              KARINA  VELTER    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
              KARINA  VELTER    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION amps@manleydeas.com
              MARK D. PFEIFFER    on behalf of Creditor Diana  Wilson mark.pfeiffer@bipc.com,
               donna.curcio@bipc.com
              MARK D. PFEIFFER    on behalf of Creditor Maurice  Butts mark.pfeiffer@bipc.com,
               donna.curcio@bipc.com
              MARK D. PFEIFFER    on behalf of Plaintiff Diana  Wilson mark.pfeiffer@bipc.com,
               donna.curcio@bipc.com
              MARK D. PFEIFFER    on behalf of Plaintiff Willie Jamar Nobles mark.pfeiffer@bipc.com,
               donna.curcio@bipc.com
              MICHAEL D. VAGNONI    on behalf of Defendant Victor H. Maia michael.vagnoni@obermayer.com,
               Lucille.acello@obermayer.com;Alicia.sandoval@obermayer.com;vanja.moraca@obermayer.com;angela.bagl
               anzis@obermayer.com;helen.belair@obermayer.com
              MICHAEL D. VAGNONI    on behalf of Debtor Victor H. Maia michael.vagnoni@obermayer.com,
               Lucille.acello@obermayer.com;Alicia.sandoval@obermayer.com;vanja.moraca@obermayer.com;angela.bagl
               anzis@obermayer.com;helen.belair@obermayer.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              STEPHEN L. NEEDLES    on behalf of Creditor    G.H. Harris Associates, Inc. steve@needlelawyer.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 19
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                              :
                                                                    :   Chapter 11
VICTOR H. MAIA,                                                     :
                                                                    :   Case No. 18-16907 JKF
         Debtor.                                                    :
                                                                    :

## ORDER

AND NOW this ___12th___ day of ___July___, 2019, upon consideration of the Application of Victor H. Maia to Employ Keller Williams Real Estate, Langhorne ("Keller Williams") in this bankruptcy case, and it appearing that employment of Keller Williams is in the best interest of the Debtor; and the Court being satisfied that Keller Williams does not represent any other party-in-interest or hold an interest adverse to the Debtor in this case; it is hereby:

**ORDERED** that the Application is granted in its entirety; and it is further

**ORDERED** that the Debtor is hereby authorized to retain and employ Keller Williams, as its real estate broker in the within proceeding, under Chapter 11 of the United States Bankruptcy Code; and it is further

**ORDERED** that compensation for professional services of Keller Williams shall be charged at five percent (5%) of the gross proceeds from the sale of each property sold and may be paid to Keller Williams without further Order of this Court.

BY THE COURT:

_/s/ Jean K. FitzSimon_____
The Honorable Jean K. FitzSimon
United States Bankruptcy Judge

4820-6208-6295

3