**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **In re:** | **Chapter 11** |
|  | **Case No. 18-16907-JKF** |
| **VICTOR H. MAIA,** |  |
|  | **Hearing:** July 31, 2019 |
| **Debtor.** | **Hearing Time:** 12:30 p.m. |
|  | **Courtroom:** #3 |

**NOTICE OF CONTINUED HEARING ON DEBTOR'S CONFIRMATION HEARING AND CITY OF PHILADELPHIA'S MOTION TO CONVERT TO ONE UNDER CHAPTER 7**

The Debtor, Victor H. Maia, seeks final approval of his Small Business Disclosure Statement and confirmation of his Small Business Chapter 11 Plan of Reorganization dated April 12, 2019 filed on April 12, 2019 ("Plan") [D.I. 101 and 102]. The City of Philadelphia has filed a Motion to Convert Case to Chapter 7 ("Motion") [D.I. 115].

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case (if you do not have an attorney, you may wish to consult an attorney).**

1. A continued hearing on the Confirmation Hearing and Motion is scheduled to be held before the Honorable Jean K. FitzSimon, on July 31, 2019 at 12:30 p.m. at the United States Bankruptcy Court, 900 Market Street, Courtroom #3, Philadelphia, PA 19107.

2. If you have not received a copy of the Plan or the Motion, it will be provided to you if you request a copy from:

Angela L. Baglanzis, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Centre Square West, 1500 Market Street, Suite 3400
Philadelphia, PA  19102
Telephone: (215) 665-3067

3. You may contact the Bankruptcy Clerk's Office at (215) 408-2800 to determine whether the hearing has been adjourned.

OBERMAYER REBMANN MAXWELL & HIPPEL LLP

Dated: July 15, 2019          By:    /s/ Angela L. Baglanzis
                                     Michael D. Vagnoni, Esquire
                                     Angela L. Baglanzis, Esquire
                                     Centre Square West, 1500 Market Street, Suite 3400
                                     Philadelphia, PA  19102
                                     Telephone: (215) 665-3067
                                     Facsimile: (215) 665-3165
                                     *Counsel to the Debtor*