**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : Chapter 11 |
| | : Case No. 18-16907-JKF |
| **VICTOR H. MAIA,** | : |
| | : |
| Debtor. | : |
| | : |

**CERTIFICATE OF SERVICE**

I, Angela L. Baglanzis, Esquire, attorney for the above captioned Debtor, hereby certify that on July 15, 2019 a copy of the foregoing NOTICE OF CONTINUED HEARING ON DEBTOR'S CONFIRMATION HEARING AND CITY OF PHILADELPHIA'S MOTION TO CONVERT TO ONE UNDER CHAPTER 7 were served electronically via the Court's CM/ECF system on the attached service list "A" and via U.S. first class mail, postage pre-paid, upon all of the parties on the attached service list "B".

    /s/ Angela L. Baglanzis
    Angela L. Baglanzis

1

## SERVICE LIST "A"

GEORGE M. CONWAY on behalf of U.S. Trustee United States Trustee
george.m.conway@usdoj.gov

DENISE A. KUHN on behalf of Creditor Commonwealth of Pennsylvania, Department of Revenue
dkuhn@attorneygeneral.gov

JILL MANUEL-COUGHLIN on behalf of Creditor WELLS FARGO BANK, N.A.
jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com; samantha.gonzalez@pkallc.com; harry.reese@pkallc.com; mary.raynor-paul@pkallc.com; amanda.rauer@pkallc.com

STEPHEN L. NEEDLES on behalf of Creditor G.H. Harris Associates, Inc.
steve@needlelawyer.com

MARK D. PFEIFFER on behalf of Creditor Diana Wilson
mark.pfeiffer@bipc.com, donna.curcio@bipc.com

MARK D. PFEIFFER on behalf of Creditor Maurice Butts
mark.pfeiffer@bipc.com, donna.curcio@bipc.com

MARK D. PFEIFFER on behalf of Plaintiff Diana Wilson
mark.pfeiffer@bipc.com, donna.curcio@bipc.com

MARK D. PFEIFFER on behalf of Plaintiff Willie Jamar Nobles
mark.pfeiffer@bipc.com, donna.curcio@bipc.com

AMANDA L. RAUER on behalf of Creditor WELLS FARGO BANK, N.A.
Amanda.rauer@pkallc.com, chris.amann@pkallc.com; nick.bracey@pkallc.com; Samantha.gonzalez@pkallc.com; jill@pkallc.com; mary.raynor-paul@pkallc.com; harry.reese@pkallc.com

PAMELA ELCHERT THURMOND on behalf of Creditor City of Philadelphia
pamela.thurmond@phila.gov, karena.blaylock@phila.gov

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

KARINA VELTER on behalf of Creditor WELLS FARGO BANK, N.A.
amps@manleydeas.com

## SERVICE LIST "B"

| | | |
|---|---|---|
| Bennett J. Sady & Company, P.C.<br>Bennett J. Sady<br>501 Office Center Drive, Suite 126<br>Fort Washington, PA 19034-3267 | City Of Philadelphia Department<br>Municipal Services Building<br>1401 John F Kennedy, Blvd<br>5th Floor<br>Philadelphia, PA 19102-1617 | Commonwealth of Pennsylvania,<br>Department of<br>Bureau of Compliance<br>Dept. 280946<br>Harrisburg, PA 17128-0946 |
| Commonwealth of Pennsylvania,<br>Department of Bureau of Compliance<br>Dept. 280946<br>Harrisburg, PA 17128-0946 | G.H. Harris Associates, Inc.<br>c/o Stephen L. Needles, Esq.<br>80 North Second Street Pike<br>Churchville, PA 18966-1057 | Wells Fargo Bank, N.A.<br>c/o Powers, Kirn & Associates, LLC<br>8 Neshaminy Interplex Drive<br>Suite 215<br>Trevose, PA 19053-6980 |
| Philadelphia<br>900 Market Street<br>Suite 400<br>Philadelphia, PA 19107-4233 | Anthony Patterson<br>3228 Fontain St.<br>Philadelphia, PA 19121-1727 | Anthony Patterson, Administrator of Estate<br>Kane & Silverman, P.C.<br>2401 Pennsylvania Avenue<br>Suite 1A5<br>Philadelphia, PA 19130-3002 |
| Anthony Patterson<br>c/o Howard G. Silverman, Esq.<br>2401 Pennsylvania Avenue<br>Suite 1-A-5<br>Philadelphia, PA 19130-3010 | Pa Dept of Revenue<br>c/o Linebarger Goggan Blair & Sampson<br>P.O. BOX 90128<br>Harrisburg, PA 17109-0128 | Benjamin Avery<br>3952 Claridge Street<br>Philadelphia, PA 19124-5502 |
| Chase Card<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | Citibank South Dakota/ Exxon First National Collection Bureau, Inc.<br>610 Waltham Way<br>Sparks, NV 85434-6695 | Citibank South Dakota c/o Unifund Corp<br>c/o Gordon & Weinberg, P.C.<br>1001 E. Hector Street<br>Conshohocken, PA 19428-2395 |
| City of Phila<br>c/o Linebarger Googan Blair<br>4 Penn Center<br>1600 JFk Blvd., Suite 910<br>Philadelphia, PA 19103-2818 | City of Phila Water Revenue Bureau<br>PO Box 41496<br>Philadelphia, PA 19101-1496 | City of Phila, Dept of Revenue<br>BIR/NPT<br>PO Box 1630<br>Philadelphia, PA 19105-1630 |
| Diana Wilson as administratrix<br>Willie Jamar Nobles, individually and as adm; Maurice Butts<br>c/o Mark Pfeiffer, Esq,<br>Buchanan Ingersoll<br>50 S. 16th St., Ste. 3200<br>Philadelphia, PA 19102-2555 | Diana Wilson & Maurice Butts<br>c/o Neil R. Gelb, Esq.<br>1518 Walnut Street<br>Suite 200<br>Philadelphia, PA 19102-3402 | Discover Card<br>c/o Pressler, Felt & Warshaw, LLP<br>7 Entin Road<br>Parsippany, NJ 07054-5020 |
| Francisco J. Arroyo<br>2047 E. Sanger Street<br>Philadelphia, PA 19124-1630 | G.H. Harris Associates, Inc.<br>c/o Stephen L. Needles, Esq.<br>80 North 2nd Street Churchville, PA 18966-1057 | Gary Seitz, Sequestrator<br>GSBB Law<br>1628 JFK Blvd., Suite 1901<br>Philadelphia, PA 19103 |

| | | |
|---|---|---|
| Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | Jacinto Reis<br>4026 Migration Lane<br>Columbus, OH 43230-9896 | James Murphy<br>2401 Pennsylvania Ave.<br>Suite 1A5<br>Philadelphia, PA 19130-3002 |
| Kelf S. Spradley<br>5835 Sylvester Street<br>Philadelphia, PA 19149-3325 | LVNV Funding, LLC its successors and assigns, assignee of Citibank (South Dakota), N.A.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Land Home Financial Services, LLC<br>3611 South Harbor Blvd.<br>Suite 100<br>Santa Ana, CA 92704-7915 |
| Manuel & Maria Feis<br>1229 Knorr Street<br>Philadelphia, PA 19111-4931<br>via First Class U.S. Mail | Marshall Dennehey Warner Coleman, et al.<br>2000 Market Street<br>Philadelphia, PA 19103-3231 | Martell S. Whetstone<br>162 W. Ruscomb Street<br>Philadelphia, PA 19120-3412 |
| Maurice Butts<br>1023 West Thompson Street<br>Philadelphia, PA 19122 | PA Dept of Revenue<br>c/o Linebarger Goggan Blair & Sampson, L<br>PO Box 90128<br>Harrisburg, PA 17109-0128 | PNC Bank National Association<br>2730 Liberty Avenue<br>Pittsburgh, PA 15222-4747 |
| PGW<br>800 W. Montgomery Avenue<br>Philadelphia, PA 19122-2806 | Sonia Y. Colon<br>1403 Sellers Street<br>Philadelphia, PA 19124-3629 | Tanika Adams<br>4661 Ditman Street<br>Philadelphia, PA 19124 |
| US Mortgage Resolution, LLC<br>150 s. Warner Road, Suite 220<br>King of Prussia, PA 19460 | Tanika K. Adams<br>1614 Fillmore Street<br>Philadelphia, PA 19124 | Venema, Proko, Keahey & Dalvet<br>George B. Keahey, Esquire<br>210 South Fourth Street, 1st Fl<br>Philadelphia, PA 19106-9232 |
| The Law Offices of Perry Liss, LLC<br>Adam P. Barsky, Esquire<br>100 South Broad Street<br>Suite 1205<br>Philadelphia, PA 19110 | The Home Depot/CBNA<br>PO Box 6497<br>Sioux Falls, SD 57117 | Victor & Rosa Maia<br>10 E. Pickering Bend<br>Richboro, PA 18954 |
| Wells Fargo Bank<br>c/o Karina Velter, Esquire<br>Manley Deas Kochalski LLC<br>P.O. Box 165028<br>Columbus, OH 43216-5028 | Wells Fargo Bank, N.A.<br>c/o Aldridge Pite, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-7921 | Wells Fargo Bank, N.A.<br>c/o Manley Deas Kochalski LLC<br>P.O. Box 165028<br>Columbus, OH 43216-5028 |
| | Victor H. Maia<br>79 Redwood Drive<br>Richboro, PA 19854 | |

4