**Fill in this information to identify the case:**

Debtor Name  Victor H. Maia

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number  18-16907JKF

☐ Check if this is an amended filing

Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

| | |
|---|---|
| Month: __May__ | Date report filed: __06/20/2019__  MM / DD / YYYY |
| Line of business: __Real Estate__ | NAISC code: __531110__ |

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:  Victor H. Maia

Original signature of responsible party  _Victor H. Maia_

Printed name of responsible party  Victor H. Maia

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*. | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*. | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name _____     Case number_____

17. Have you paid any bills you owed before you filed bankruptcy?                   ❑      ❑      ❑

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ❑      ❑      ❑

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous
    month. If this is your first report, report the total cash on hand as of the date of the filing of this case.          $ _____

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C.* Include all
    cash received even if you have not deposited it at the bank, collections
    on receivables, credit card deposits, cash received from other parties, or loans, gifts, or
    payments made by other parties on your behalf. Do not attach bank statements in
    lieu of *Exhibit C.*

    Report the total from *Exhibit C* here.                                                $ _____

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D.* List the
    date paid, payee, purpose, and amount. Include all cash payments, debit card
    transactions, checks issued even if they have not cleared the bank, outstanding
    checks issued before the bankruptcy was filed that were allowed to clear this month,
    and payments made by other parties on your behalf. Do not attach bank statements
    in lieu of *Exhibit D.*

    Report the total from *Exhibit D* here.                                        − $ _____

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.                          + $ _____
    This amount may be different from what you may have calculated as *net profit.*

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.                                    = $ _____

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that
    have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but
have not paid. Label it *Exhibit E.* Include the date the debt was incurred, who is owed the money, the
purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                                                                   $ _____

    *(Exhibit E)*

Debtor Name _____     Case number_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F.* Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                    $ _____

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                          _____

27. What is the number of employees as of the date of this monthly report?                             _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?            $ _____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____

30. How much have you paid this month in other professional fees?                                      $ _____

31. How much have you paid in total other professional fees since filing the case?                     $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* | − | Column B | = | *Column C* |
|---|---|---|---|---|---|
| | **Projected** | | **Actual** | | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:                                                  $ _____

36. Total projected cash disbursements for the next month:                                           − $ _____

37. Total projected net cash flow for the next month:                                                = $ _____

Debtor Name _____     Case number_____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

**4:37 PM**

**07/22/19**

**Accrual Basis**

**Victor Maia DIP**

## Transaction Detail by Account - Exhibit C

**May 2019**

| Type | Date | Num | Class | Clr | Split | Amount | Balance |
|------|------|-----|-------|-----|-------|--------|---------|
| **Other income** | | | | | | | |
| Deposit | 05/20/2019 | | *Personal | | 01-Checking XXXX2751 | 68.69 | 68.69 |
| Total Other income | | | | | | 68.69 | 68.69 |
| **Passive** | | | | | | | |
| **Rent INCOME** | | | | | | | |
| Deposit | 05/02/2019 | | Tampa4755 | | 01-Checking XXXX2751 | 440.00 | 440.00 |
| Deposit | 05/02/2019 | | Fillmore1641 | | 01-Checking XXXX2751 | 800.00 | 1,240.00 |
| Deposit | 05/02/2019 | | Ruscomb162w | | 01-Checking XXXX2751 | 1,120.00 | 2,360.00 |
| Deposit | 05/08/2019 | | Sanger2047 | | 01-Checking XXXX2751 | 847.24 | 3,207.24 |
| Deposit | 05/13/2019 | | Tampa4755 | | 01-Checking XXXX2751 | 965.00 | 4,172.24 |
| Deposit | 05/16/2019 | | Claridge3952 | | 01-Checking XXXX2751 | 800.00 | 4,972.24 |
| Total Rent INCOME | | | | | | 4,972.24 | 4,972.24 |
| Total Passive | | | | | | 4,972.24 | 4,972.24 |
| **TOTAL** | | | | | | **5,040.93** | **5,040.93** |

4:43 PM

07/22/19

**Victor Maia DIP**

## Check Detail - Exhibit D

**May 2019**

| Type | Num | Date | Name | Paid Amount | Account | Original Amount |
|------|-----|------|------|-------------|---------|-----------------|
| Check | | 05/01/2019 | **University of South Carolina** | | 01-Checking XXXX2751 | **-150.00** |
| | | | | -150.00 | Education | 150.00 |
| TOTAL | | | | -150.00 | | 150.00 |
| Check | | 05/02/2019 | **Keller Williams Real Estate** | | 01-Checking XXXX2751 | **-276.00** |
| | | | | -276.00 | Dues & Subscription | 276.00 |
| TOTAL | | | | -276.00 | | 276.00 |
| Check | | 05/02/2019 | **McCaffrey's** | | 01-Checking XXXX2751 | **-47.09** |
| | | | | -47.09 | Food | 47.09 |
| TOTAL | | | | -47.09 | | 47.09 |
| Check | | 05/02/2019 | **Verizon** | | 01-Checking XXXX2751 | **-300.00** |
| | | | | -300.00 | Phone | 300.00 |
| TOTAL | | | | -300.00 | | 300.00 |
| Check | | 05/02/2019 | **University of South Carolina** | | 01-Checking XXXX2751 | **-260.00** |
| | | | | -260.00 | Education | 260.00 |
| TOTAL | | | | -260.00 | | 260.00 |
| Check | | 05/02/2019 | **Home Depot** | | 01-Checking XXXX2751 | **-100.00** |
| | | | | -100.00 | Repairs | 100.00 |
| TOTAL | | | | -100.00 | | 100.00 |
| Check | | 05/03/2019 | **Home Depot** | | 01-Checking XXXX2751 | **-100.00** |
| | | | | -100.00 | Repairs | 100.00 |
| TOTAL | | | | -100.00 | | 100.00 |
| Check | | 05/03/2019 | **Wawa** | | 01-Checking XXXX2751 | **-84.40** |
| | | | | -84.40 | Auto | 84.40 |
| TOTAL | | | | -84.40 | | 84.40 |
| Check | | 05/03/2019 | **FM Ins - Sellers1403** | | 01-Checking XXXX2751 | **-59.37** |
| | | | | -59.37 | Insurance | 59.37 |
| TOTAL | | | | -59.37 | | 59.37 |
| Check | | 05/03/2019 | **FM Ins - Tackawanna4649** | | 01-Checking XXXX2751 | **-90.39** |
| | | | | -90.39 | Insurance | 90.39 |
| TOTAL | | | | -90.39 | | 90.39 |
| Check | | 05/03/2019 | **FM Ins - Tampa4755** | | 01-Checking XXXX2751 | **-91.47** |
| | | | | -91.47 | Insurance | 91.47 |
| TOTAL | | | | -91.47 | | 91.47 |
| Check | | 05/03/2019 | **FM Ins - Tackawanna4562** | | 01-Checking XXXX2751 | **-91.47** |
| | | | | -91.47 | Insurance | 91.47 |
| TOTAL | | | | -91.47 | | 91.47 |
| Check | | 05/03/2019 | **FM Ins - Wakeling2051** | | 01-Checking XXXX2751 | **-92.50** |
| | | | | -92.50 | Insurance | 92.50 |
| TOTAL | | | | -92.50 | | 92.50 |

4:43 PM

07/22/19

**Victor Maia DIP**

## Check Detail - Exhibit D

**May 2019**

| Type | Num | Date | Name | Paid Amount | Account | Original Amount |
|------|-----|------|------|-------------|---------|-----------------|
| Check | | 05/03/2019 | FM Ins - Valley5023 | | 01-Checking XXXX2751 | -92.50 |
| | | | | -92.50 | Insurance | 92.50 |
| TOTAL | | | | -92.50 | | 92.50 |
| Check | | 05/03/2019 | FM Ins - Ruscomb162w | | 01-Checking XXXX2751 | -92.50 |
| | | | | -92.50 | Insurance | 92.50 |
| TOTAL | | | | -92.50 | | 92.50 |
| Check | | 05/03/2019 | FM Ins - Fillmore1641 | | 01-Checking XXXX2751 | -92.50 |
| | | | | -92.50 | Insurance | 92.50 |
| TOTAL | | | | -92.50 | | 92.50 |
| Check | | 05/03/2019 | FM Ins - Cloud4310 | | 01-Checking XXXX2751 | -92.50 |
| | | | | -92.50 | Insurance | 92.50 |
| TOTAL | | | | -92.50 | | 92.50 |
| Check | | 05/03/2019 | FM Ins - Albanus124e | | 01-Checking XXXX2751 | -92.50 |
| | | | | -92.50 | Insurance | 92.50 |
| TOTAL | | | | -92.50 | | 92.50 |
| Check | | 05/03/2019 | Shell Oil | | 01-Checking XXXX2751 | -20.00 |
| | | | | -20.00 | Auto | 20.00 |
| TOTAL | | | | -20.00 | | 20.00 |
| Check | | 05/06/2019 | McCaffrey's | | 01-Checking XXXX2751 | -110.00 |
| | | | | -110.00 | Food | 110.00 |
| TOTAL | | | | -110.00 | | 110.00 |
| Check | | 05/06/2019 | Peco-Redwood79 | | 01-Checking XXXX2751 | -250.00 |
| | | | | -250.00 | Utilities | 250.00 |
| TOTAL | | | | -250.00 | | 250.00 |
| Check | | 05/06/2019 | Amazon.com | | 01-Checking XXXX2751 | -178.56 |
| | | | | -178.56 | Supplies | 178.56 |
| TOTAL | | | | -178.56 | | 178.56 |
| Check | | 05/06/2019 | Comcast Cable | | 01-Checking XXXX2751 | -70.00 |
| | | | | -70.00 | Meals & Entertainment | 70.00 |
| TOTAL | | | | -70.00 | | 70.00 |
| Check | | 05/06/2019 | Rita's | | 01-Checking XXXX2751 | -7.40 |
| | | | | -7.40 | Meals & Entertainment | 7.40 |
| TOTAL | | | | -7.40 | | 7.40 |
| Check | | 05/06/2019 | Cash | | 01-Checking XXXX2751 | -20.00 |
| | | | | -20.00 | Petty Cash | 20.00 |
| TOTAL | | | | -20.00 | | 20.00 |
| Check | | 05/06/2019 | Nationwide Insurance | | 01-Checking XXXX2751 | -156.07 |
| | | | | -156.07 | Insurance | 156.07 |
| TOTAL | | | | -156.07 | | 156.07 |

**Victor Maia DIP**

## Check Detail - Exhibit D

4:43 PM

07/22/19

May 2019

| Type | Num | Date | Name | Paid Amount | Account | Original Amount |
|------|-----|------|------|------------:|---------|----------------:|
| Check | | 05/06/2019 | Nationwide Ins - Lesher5348 | | 01-Checking XXXX2751 | -38.20 |
| | | | | -38.20 | Insurance | 38.20 |
| TOTAL | | | | -38.20 | | 38.20 |
| Check | | 05/06/2019 | Nationwide Ins - Sanger2047 | | 01-Checking XXXX2751 | -70.34 |
| | | | | -70.34 | Insurance | 70.34 |
| TOTAL | | | | -70.34 | | 70.34 |
| Check | | 05/06/2019 | Nationwide Ins - Claridge3952 | | 01-Checking XXXX2751 | -55.28 |
| | | | | -55.28 | Insurance | 55.28 |
| TOTAL | | | | -55.28 | | 55.28 |
| Check | | 05/06/2019 | Nationwide Ins - Sylvester5835 | | 01-Checking XXXX2751 | -68.54 |
| | | | | -68.54 | Insurance | 68.54 |
| TOTAL | | | | -68.54 | | 68.54 |
| Check | | 05/07/2019 | Party Fair | | 01-Checking XXXX2751 | -8.03 |
| | | | | -8.03 | Supplies | 8.03 |
| TOTAL | | | | -8.03 | | 8.03 |
| Check | | 05/08/2019 | USCCA | | 01-Checking XXXX2751 | -22.03 |
| | | | | -22.03 | Insurance | 22.03 |
| TOTAL | | | | -22.03 | | 22.03 |
| Check | | 05/09/2019 | Wells Fargo - Redwood79 | | 01-Checking XXXX2751 | -579.19 |
| | | | | -579.19 | Mortgage | 579.19 |
| TOTAL | | | | -579.19 | | 579.19 |
| Check | | 05/09/2019 | Wells Fargo - Church1932 | | 01-Checking XXXX2751 | -244.61 |
| | | | | -244.61 | Mortgage | 244.61 |
| TOTAL | | | | -244.61 | | 244.61 |
| Check | | 05/09/2019 | Home Depot | | 01-Checking XXXX2751 | -156.31 |
| | | | | -156.31 | Repairs | 156.31 |
| TOTAL | | | | -156.31 | | 156.31 |
| Check | | 05/10/2019 | Wawa | | 01-Checking XXXX2751 | -12.05 |
| | | | | -12.05 | Meals & Entertainment | 12.05 |
| TOTAL | | | | -12.05 | | 12.05 |
| Check | | 05/10/2019 | Google | | 01-Checking XXXX2751 | -15.89 |
| | | | | -15.89 | Meals & Entertainment | 15.89 |
| TOTAL | | | | -15.89 | | 15.89 |
| Check | | 05/13/2019 | LUKOIL | | 01-Checking XXXX2751 | -40.00 |
| | | | | -40.00 | Auto | 40.00 |
| TOTAL | | | | -40.00 | | 40.00 |
| Check | | 05/13/2019 | Wawa | | 01-Checking XXXX2751 | -9.02 |
| | | | | -9.02 | Meals & Entertainment | 9.02 |
| TOTAL | | | | -9.02 | | 9.02 |

4:43 PM

07/22/19

**Victor Maia DIP**

## Check Detail - Exhibit D

**May 2019**

| Type | Num | Date | Name | Paid Amount | Account | Original Amount |
|------|-----|------|------|-------------|---------|-----------------|
| Check | | 05/13/2019 | Netflix | | 01-Checking XXXX2751 | -16.95 |
| | | | | -16.95 | Meals & Entertainment | 16.95 |
| TOTAL | | | | -16.95 | | 16.95 |
| Check | | 05/15/2019 | Wawa | | 01-Checking XXXX2751 | -87.63 |
| | | | | -87.63 | Auto | 87.63 |
| TOTAL | | | | -87.63 | | 87.63 |
| Check | | 05/15/2019 | Wells Fargo - Valley5041 | | 01-Checking XXXX2751 | -357.70 |
| | | | | -357.70 | Mortgage | 357.70 |
| TOTAL | | | | -357.70 | | 357.70 |
| Check | | 05/15/2019 | Home Depot | | 01-Checking XXXX2751 | -22.54 |
| | | | | -22.54 | Repairs | 22.54 |
| TOTAL | | | | -22.54 | | 22.54 |
| Check | | 05/16/2019 | Bright MLS | | 01-Checking XXXX2751 | -111.30 |
| | | | | -111.30 | Dues & Subscription | 111.30 |
| TOTAL | | | | -111.30 | | 111.30 |
| Check | | 05/16/2019 | Home Depot | | 01-Checking XXXX2751 | -35.75 |
| | | | | -35.75 | Repairs | 35.75 |
| TOTAL | | | | -35.75 | | 35.75 |
| Check | | 05/20/2019 | E-ZPass | | 01-Checking XXXX2751 | -140.45 |
| | | | | -140.45 | Auto | 140.45 |
| TOTAL | | | | -140.45 | | 140.45 |
| Check | | 05/21/2019 | Advance Auto Parts | | 01-Checking XXXX2751 | -38.03 |
| | | | | -38.03 | Auto | 38.03 |
| TOTAL | | | | -38.03 | | 38.03 |
| Check | | 05/21/2019 | Peco-Albanus124e | | 01-Checking XXXX2751 | -15.00 |
| | | | | -15.00 | Utilities | 15.00 |
| TOTAL | | | | -15.00 | | 15.00 |
| Check | | 05/21/2019 | Peco-Tackawanna4562 | | 01-Checking XXXX2751 | -20.00 |
| | | | | -20.00 | Utilities | 20.00 |
| TOTAL | | | | -20.00 | | 20.00 |
| Check | | 05/21/2019 | Peco-Cloud4310 | | 01-Checking XXXX2751 | -20.00 |
| | | | | -20.00 | Utilities | 20.00 |
| TOTAL | | | | -20.00 | | 20.00 |
| Check | | 05/21/2019 | WRB-Lesher5348 | | 01-Checking XXXX2751 | -30.00 |
| | | | | -30.00 | Utilities | 30.00 |
| TOTAL | | | | -30.00 | | 30.00 |
| Check | | 05/21/2019 | WRB-Tampa4755 | | 01-Checking XXXX2751 | -50.00 |
| | | | | -50.00 | Utilities | 50.00 |
| TOTAL | | | | -50.00 | | 50.00 |

4:43 PM

07/22/19

**Victor Maia DIP**

## Check Detail - Exhibit D

**May 2019**

| Type | Num | Date | Name | Paid Amount | Account | Original Amount |
|------|-----|------|------|-------------|---------|-----------------|
| Check | | 05/21/2019 | **WRB-Sanger2047** | | **01-Checking XXXX2751** | **-50.00** |
| | | | | -50.00 | Utilities | 50.00 |
| TOTAL | | | | -50.00 | | 50.00 |
| Check | | 05/21/2019 | **WRB-Fillmore1641** | | **01-Checking XXXX2751** | **-50.00** |
| | | | | -50.00 | Utilities | 50.00 |
| TOTAL | | | | -50.00 | | 50.00 |
| Check | | 05/21/2019 | **WRB-Claridge3952** | | **01-Checking XXXX2751** | **-75.00** |
| | | | | -75.00 | Utilities | 75.00 |
| TOTAL | | | | -75.00 | | 75.00 |
| Check | | 05/21/2019 | **Peco-Redwood79** | | **01-Checking XXXX2751** | **-100.00** |
| | | | | -100.00 | Utilities | 100.00 |
| TOTAL | | | | -100.00 | | 100.00 |
| Check | | 05/21/2019 | **WRB-Ruscomb162w** | | **01-Checking XXXX2751** | **-125.00** |
| | | | | -125.00 | Utilities | 125.00 |
| TOTAL | | | | -125.00 | | 125.00 |
| Check | | 05/28/2019 | **Buymbs.com** | | **01-Checking XXXX2751** | **-23.45** |
| | | | | -23.45 | Repairs | 23.45 |
| TOTAL | | | | -23.45 | | 23.45 |
| Check | | 05/28/2019 | **Wal Mart** | | **01-Checking XXXX2751** | **-8.33** |
| | | | | -8.33 | Supplies | 8.33 |
| TOTAL | | | | -8.33 | | 8.33 |
| Check | | 05/28/2019 | **Wawa** | | **01-Checking XXXX2751** | **-6.43** |
| | | | | -6.43 | Meals & Entertainment | 6.43 |
| TOTAL | | | | -6.43 | | 6.43 |
| Check | | 05/28/2019 | **Wawa** | | **01-Checking XXXX2751** | **-51.00** |
| | | | | -51.00 | Auto | 51.00 |
| TOTAL | | | | -51.00 | | 51.00 |
| Check | | 05/28/2019 | **Quickbooks Banking** | | **01-Checking XXXX2751** | **-14.95** |
| | | | | -14.95 | Bank Service Charges | 14.95 |
| TOTAL | | | | -14.95 | | 14.95 |
| Check | | 05/28/2019 | **Home Depot** | | **01-Checking XXXX2751** | **-263.66** |
| | | | | -263.66 | Repairs | 263.66 |
| TOTAL | | | | -263.66 | | 263.66 |
| Check | | 05/28/2019 | **McCaffrey's** | | **01-Checking XXXX2751** | **-26.31** |
| | | | | -26.31 | Food | 26.31 |
| TOTAL | | | | -26.31 | | 26.31 |
| Check | | 05/29/2019 | **Rita's** | | **01-Checking XXXX2751** | **-28.13** |
| | | | | -28.13 | Meals & Entertainment | 28.13 |
| TOTAL | | | | -28.13 | | 28.13 |

4:43 PM

07/22/19

**Victor Maia DIP**

## Check Detail - Exhibit D

**May 2019**

| Type | Num | Date | Name | Paid Amount | Account | Original Amount |
|------|-----|------|------|-------------|---------|-----------------|
| **Check** | | **05/30/2019** | **WRB-Sylvester5835** | | **01-Checking XXXX2751** | **-100.00** |
| | | | | -100.00 | Utilities | 100.00 |
| TOTAL | | | | -100.00 | | 100.00 |
| **Check** | **MAC** | **05/02/2019** | **Home Depot** | | **01-Checking XXXX2751** | **-57.36** |
| | | | | -57.36 | Repairs | 57.36 |
| TOTAL | | | | -57.36 | | 57.36 |
| **Check** | **103** | **05/24/2019** | **U.S. Trustee** | | **01-Checking XXXX2751** | **-325.00** |
| | | | | -325.00 | L&P | 325.00 |
| TOTAL | | | | -325.00 | | 325.00 |

**Exhibit E**

| Properties | Date Incurred | Payee | Purpose | Date Due | Amount Due |
|---|---|---|---|---|---|
| 124 E. Albanus St | 2/1/2019 | City Of Philadelphia | Real Estate Taxes | 3/31/2019 | $884.67 |
| 1909 Berkshire St | 2/1/2019 | City Of Philadelphia | Real Estate Taxes | 3/31/2019 | $575.32 |
| 1932 Church St | 2/1/2019 | City Of Philadelphia | Real Estate Taxes | 3/31/2019 | $709.70 |
| 3952 Claridge St | 2/1/2019 | City Of Philadelphia | Real Estate Taxes | 3/31/2019 | $954.66 |
| 4310 Cloud St | 2/1/2019 | City Of Philadelphia | Real Estate Taxes | 3/31/2019 | $733.50 |
| 1641 Fillmore St | 2/1/2019 | City Of Philadelphia | Real Estate Taxes | 3/31/2019 | $604.71 |
| 4827 Griscom St | 2/1/2019 | City Of Philadelphia | Real Estate Taxes | 3/31/2019 | $866.48 |
| 5348 Lesher St | 2/1/2019 | City Of Philadelphia | Real Estate Taxes | 3/31/2019 | $845.48 |
| 4814 N Palethorp St | 2/1/2019 | City Of Philadelphia | Real Estate Taxes | 3/31/2019 | $261.76 |
| 162 W Ruscomb St | 2/1/2019 | City Of Philadelphia | Real Estate Taxes | 3/31/2019 | $949.06 |
| 2047 E Sanger St | 2/1/2019 | City Of Philadelphia | Real Estate Taxes | 3/31/2019 | $1,198.23 |
| 1403 Sellers St | 2/1/2019 | City Of Philadelphia | Real Estate Taxes | 3/31/2019 | $1,159.03 |
| 5835 Sylvester St | 2/1/2019 | City Of Philadelphia | Real Estate Taxes | 3/31/2019 | $1,290.62 |
| 4562 Tackawanna St | 2/1/2019 | City Of Philadelphia | Real Estate Taxes | 3/31/2019 | $842.68 |
| 4649 Tackawanna St | 2/1/2019 | City Of Philadelphia | Real Estate Taxes | 3/31/2019 | $571.12 |
| 4755 Tampa St | 2/1/2019 | City Of Philadelphia | Real Estate Taxes | 3/31/2019 | $1,164.63 |
| 5023 Valley St | 2/1/2019 | City Of Philadelphia | Real Estate Taxes | 3/31/2019 | $1,062.45 |
| 5041 Valley St | 2/1/2019 | City Of Philadelphia | Real Estate Taxes | 3/31/2019 | $1,068.05 |
| 2051 Wakeling St | 2/1/2019 | City Of Philadelphia | Real Estate Taxes | 3/31/2019 | $760.09 |
| | | | | | **$16,502.24** |

# Wells Fargo Everyday Checking

May 31, 2019 ■ Page 1 of 5



VICTOR H MAIA
DEBTOR IN POSSESSION
CH11 CASE #18-16907 (EPA)
79 REDWOOD DR
RICHBORO PA 18954-1646

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**   (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

華語  1-800-288-2288   *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our
company and look forward to continuing to serve you with your financial needs.

### Account options

*A check mark in the box indicates you have these
convenient services with your account(s). Go to
wellsfargo.com or call the number above if you have
questions or if you would like to add new services.*

| | | | | |
|---|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | |
| My Spending Report | ✓ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 5/1 | $1,187.08 |
| Deposits/Additions | 5,429.14 |
| Withdrawals/Subtractions | - 6,586.68 |
| **Ending balance on 5/31** | **$29.54** |

Account number:  ██████2751

**VICTOR H MAIA**
**DEBTOR IN POSSESSION**
**CH11 CASE #18-16907 (EPA)**

*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  031000503

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements
please call the number listed on your statement or visit your Wells Fargo store.

May 31, 2019 ■ Page 2 of 5



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 5/1 | | Purchase authorized on 04/29 Usc Emall 803-777-3079 SC S589120038043565 Card 2395 | | 150.00 | 1,037.08 |
| 5/2 | | Purchase Return authorized on 04/30 The Home Depot #41 Philadelphia PA S619122543692095 Card 2395 | 34.41 | | |
| 5/2 | | Cozy Services Lt Pmbymj Rod St-D9Z3V3U7P7T2 Victor Maia | 440.00 | | |
| 5/2 | | Cozy Services Lt Legyk4 Whe St-J2E5V3O4Z0G9 Victor Maia | 1,120.00 | | |
| 5/2 | | Deposit Made In A Branch/Store | 800.00 | | |
| 5/2 | | Purchase authorized on 04/30 Vzwrlss*My Vz Vb P 800-922-0204 FL S309120388750020 Card 2395 | | 300.00 | |
| 5/2 | | Purchase authorized on 04/30 4Te*Keller William 215-757-6100 PA S469120446309414 Card 2395 | | 276.00 | |
| 5/2 | | Purchase authorized on 04/30 The Home Depot 411 Philadelphia PA S309120567167860 Card 2395 | | 100.00 | |
| 5/2 | | Purchase authorized on 04/30 Usc Emall 803-777-3079 SC S389121046143812 Card 2395 | | 260.00 | |
| 5/2 | | Purchase with Cash Back $ 30.00 authorized on 05/02 The Home Depot #4134 Bensalem PA P00389122698576298 Card 2395 | | 57.36 | |
| 5/2 | | Purchase authorized on 05/02 McCaffreys Newtown Marke Newtown PA P0058912785230191 Card 2395 | | 47.09 | 2,391.04 |
| 5/3 | | Purchase authorized on 05/01 Shell Oil 10000415 Holland PA S389121480660296 Card 2395 | | 20.00 | |
| 5/3 | | Purchase authorized on 05/02 Wawa 8121 0008 Richboro PA S589122538152799 Card 2395 | | 84.40 | |
| 5/3 | | Bill Pay Fm Ins - Sellers1403 on-Line xxxxxxxxxx55501 on 05-03 | | 59.37 | |
| 5/3 | | Bill Pay Fm Ins - Tackawanna4649 on-Line xxxxxxxxxx27101 on 05-03 | | 90.39 | |
| 5/3 | | Bill Pay Fm Ins - Tampa4755 on-Line xxxxxxxxxx03901 on 05-03 | | 91.47 | |
| 5/3 | | Bill Pay Fm Ins - Tackawanna4562 on-Line xxxxxxxxxx29101 on 05-03 | | 91.47 | |
| 5/3 | | Bill Pay Fm Ins - Wakeling2051 on-Line xxxxxxxxxx58801 on 05-03 | | 92.50 | |
| 5/3 | | Bill Pay Fm Ins - Valley5023 on-Line xxxxxxxxxx53601 on 05-03 | | 92.50 | |
| 5/3 | | Bill Pay Fm Ins - Ruscomb162W on-Line xxxxxxxxxx36901 on 05-03 | | 92.50 | |
| 5/3 | | Bill Pay Fm Ins - Fillmore1641 on-Line xxxxxxxxxx27301 on 05-03 | | 92.50 | |
| 5/3 | | Bill Pay Fm Ins - Cloud4310 on-Line xxxxxxxxxx43301 on 05-03 | | 92.50 | |
| 5/3 | | Bill Pay Fm Ins - Albanus124E on-Line xxxxxxxxxx37501 on 05-03 | | 92.50 | |
| 5/3 | | Bill Pay Home Depot on-Line Xxxxxxxxxxx56670 on 05-03 | | 100.00 | 1,298.94 |
| 5/6 | | Purchase authorized on 05/02 Nationwide Insuran 800-421-1444 OH S309122428960415 Card 2395 | | 156.07 | |
| 5/6 | | Purchase authorized on 05/02 Nationwide Insuran 800-421-1444 OH S469122430695160 Card 2395 | | 70.34 | |
| 5/6 | | Purchase authorized on 05/02 Nationwide Insuran 800-421-1444 OH S589122432756473 Card 2395 | | 68.54 | |
| 5/6 | | Purchase authorized on 05/02 Nationwide Insuran 800-421-1444 OH S589122433768246 Card 2395 | | 38.20 | |
| 5/6 | | Purchase authorized on 05/02 Nationwide Insuran 800-421-1444 OH S309122435535320 Card 2395 | | 55.28 | |
| 5/6 | | Purchase authorized on 05/02 Ritas #055 Richboro PA S589122855246720 Card 2395 | | 7.40 | |
| 5/6 | | Bill Pay Comcast Cable Communications -16 on-Line Xxxxxxxxxxx46165 on 05-06 | | 70.00 | |
| 5/6 | | Bill Pay Amazon on-Line Xxxxxxxxxxx10483 on 05-06 | | 178.56 | |
| 5/6 | | Bill Pay Peco-Redwood79 on-Line xxxxx01902 on 05-06 | | 250.00 | |
| 5/6 | | Purchase authorized on 05/05 McCaffreys Newtown Marke Newtown PA P0058912561774947 Card 2395 | | 110.00 | |
| 5/6 | | ATM Withdrawal authorized on 05/06 725 2ND Street Pike Richboro PA 0006586 ATM ID 3004x Card 2395 | | 20.00 | 274.55 |
| 5/7 | | Purchase authorized on 05/05 Party Fair Newtown PA S589125611008915 Card 2395 | | 8.03 | 266.52 |

May 31, 2019 ■ Page 3 of 5



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 5/8 | | Deposit Made In A Branch/Store | 847.24 | | |
| 5/8 | | Recurring Payment authorized on 05/06 Uscca/Delta Defens 877-6771919 WI S469126291366047 Card 2395 | | 22.03 | 1,091.73 |
| 5/9 | | Bill Pay WF - Redwood79 on-Line 0483533xxx on 05-09 | | 579.19 | |
| 5/9 | | Bill Pay WF - Church1932 on-Line xxxxx12211 on 05-09 | | 244.61 | |
| 5/9 | | Purchase authorized on 05/09 The Home Depot #4112 Philadelphia PA P00309129674733514 Card 2395 | | 156.31 | 111.62 |
| 5/10 | | Recurring Payment authorized on 05/08 Google *Google Mus 855-836-3987 CA S469128821116262 Card 2395 | | 15.89 | |
| 5/10 | | Purchase authorized on 05/10 Wawa 240 Philadelphia PA P0000000585157152 Card 2395 | | 12.05 | 83.68 |
| 5/13 | | ATM Check Deposit on 05/13 725 2ND Street Pike Richboro PA 0008245 ATM ID 3004x Card 2395 | 965.00 | | |
| 5/13 | | Purchase authorized on 05/10 Lukoil 69216 Philadelphia PA S309130771568844 Card 2395 | | 40.00 | |
| 5/13 | | Purchase authorized on 05/11 Wawa 240 Philadelphia PA P0046913162882567 Card 2395 | | 9.02 | |
| 5/13 | | Recurring Payment authorized on 05/12 Netflix.Com Netflix.Com CA S469132445104430 Card 2395 | | 16.95 | 982.71 |
| 5/15 | | Purchase authorized on 05/14 Wawa 8047 0008 Philadelphia PA S309134466301148 Card 2395 | | 87.63 | |
| 5/15 | | Bill Pay WF - Valley5041 on-Line xxxxx20313 on 05-15 | | 357.70 | |
| 5/15 | | Purchase authorized on 05/15 The Home Depot #4112 Philadelphia PA P00469136025141299 Card 2395 | | 22.54 | 514.84 |
| 5/16 | | Deposit Made In A Branch/Store | 800.00 | | |
| 5/16 | | Purchase authorized on 05/14 Bright Mls Inc 888-8388200 MD S469134424674197 Card 2395 | | 111.30 | |
| 5/16 | | Purchase with Cash Back $ 10.00 authorized on 05/15 The Home Depot 6866 Philadelphia PA P00309136059414320 Card 2395 | | 35.75 | 1,167.79 |
| 5/20 | | Deposit Made In A Branch/Store | 422.49 | | |
| 5/20 | | Purchase authorized on 05/19 Ptc Ezpass Csc Web State.PA.US PA S589139663743467 Card 2395 | | 140.45 | 1,449.83 |
| 5/21 | | Purchase authorized on 05/20 WWW.Advanceautopar 877-238-2623 VA S309140664682649 Card 2395 | | 38.03 | |
| 5/21 | | Bill Pay Peco - Albanus124E on-Line xxxxx10031 on 05-21 | | 15.00 | |
| 5/21 | | Bill Pay Peco - Tackawanna4562 on-Line xxxxx97072 on 05-21 | | 20.00 | |
| 5/21 | | Bill Pay Peco - Cloud4310 on-Line xxxxx88023 on 05-21 | | 20.00 | |
| 5/21 | | Bill Pay Wrb-Lesher5348 on-Line Xxxxxxxxxxx48001 on 05-21 | | 30.00 | |
| 5/21 | | Bill Pay Wrb-Tampa4755 on-Line Xxxxxxxxxxx55001 on 05-21 | | 50.00 | |
| 5/21 | | Bill Pay Wrb-Sanger2047 on-Line Xxxxxxxxxxx47001 on 05-21 | | 50.00 | |
| 5/21 | | Bill Pay Wrb-Fillmore1641 on-Line Xxxxxxxxxxx41001 on 05-21 | | 50.00 | |
| 5/21 | | Bill Pay Wrb-Claridge3952 on-Line Xxxxxxxxxxx52001 on 05-21 | | 75.00 | |
| 5/21 | | Bill Pay Peco-Redwood79 on-Line xxxxx01902 on 05-21 | | 100.00 | |
| 5/21 | | Bill Pay Wrb - Ruscomb162W on-Line Xxxxxxxxxxx62001 on 05-21 | | 125.00 | 876.80 |
| 5/24 | 103 | Check | | 325.00 | 551.80 |
| 5/28 | | Quickbooks Banking | | 14.95 | |
| 5/28 | | Purchase authorized on 05/24 Wawa 8047 0008 Philadelphia PA S469144633012347 Card 2395 | | 51.00 | |
| 5/28 | | Purchase authorized on 05/24 Paypal *Buymbs.Com 402-935-7733 OH S469145006037284 Card 2395 | | 23.45 | |
| 5/28 | | Purchase authorized on 05/25 Wal-Mart Wal-Mart Sto Philadelphia PA P0000000134206038 Card 2395 | | 8.33 | |
| 5/28 | | Purchase authorized on 05/25 Wawa 115 Philadelphia PA P00309145655049742 Card 2395 | | 6.43 | |
| 5/28 | | Purchase authorized on 05/25 The Home Depot #4102 Fairless Hill PA P00309146050108143 Card 2395 | | 263.66 | |
| 5/28 | | Purchase authorized on 05/27 McCaffreys Newtown Marke Newtown PA P00389147619740995 Card 2395 | | 26.31 | 157.67 |

May 31, 2019 ■ Page 4 of 5



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 5/29 | | Purchase authorized on 05/27 Ritas #055 Richboro PA S469147815564252 Card 2395 | | 28.13 | 129.54 |
| 5/30 | | Bill Pay Wrb-Sylvester5835 on-Line Xxxxxxxxxxx35001 on 05-30 | | 100.00 | 29.54 |
| Ending balance on 5/31 | | | | | 29.54 |
| **Totals** | | | **$5,429.14** | **$6,586.68** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|---|---|---|
| 103 | 5/24 | 325.00 |

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 05/01/2019 - 05/31/2019 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** Have any **ONE** of the following account requirements | Minimum required | This fee period |
| · Minimum daily balance | $1,500.00 | $29.54 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $1,560.00 ☑ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 37 ☑ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($10.00 discount)      ☐
RC/RC

May 31, 2019 ■ Page 5 of 5



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement.          $ |

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

▶ + $ |

**C** Add **A** and **B** to calculate the subtotal.          = $ |

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

▶ - $ |

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.          = $ |

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801          Member FDIC.

4:23 PM

07/22/19

# Victor Maia DIP
## Reconciliation Summary
### 01-Checking XXXX2751, Period Ending 05/31/2019

|  |  | May 31, 19 |
|---|---|---|
| Beginning Balance |  | 1,187.08 |
| Cleared Transactions |  |  |
| Checks and Payments - 68 items | -6,586.68 |  |
| Deposits and Credits - 8 items | 5,429.14 |  |
| **Total Cleared Transactions** | -1,157.54 |  |
| **Cleared Balance** |  | **29.54** |
| **Register Balance as of 05/31/2019** |  | 29.54 |
| **Ending Balance** |  | 29.54 |

4:23 PM

07/22/19

# Victor Maia DIP
## Reconciliation Detail
### 01-Checking XXXX2751, Period Ending 05/31/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Beginning Balance | | | | | | 1,187.08 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 68 items** | | | | | | |
| Check | 05/01/2019 | | University of South ... | X | -150.00 | -150.00 |
| Check | 05/02/2019 | | Verizon | X | -300.00 | -450.00 |
| Check | 05/02/2019 | | Keller Williams Real... | X | -276.00 | -726.00 |
| Check | 05/02/2019 | | University of South ... | X | -260.00 | -986.00 |
| Check | 05/02/2019 | | Home Depot | X | -100.00 | -1,086.00 |
| Check | 05/02/2019 | MAC | Home Depot | X | -57.36 | -1,143.36 |
| Check | 05/02/2019 | | McCaffrey's | X | -47.09 | -1,190.45 |
| Check | 05/03/2019 | | Home Depot | X | -100.00 | -1,290.45 |
| Check | 05/03/2019 | | FM Ins - Ruscomb1... | X | -92.50 | -1,382.95 |
| Check | 05/03/2019 | | FM Ins - Valley5023 | X | -92.50 | -1,475.45 |
| Check | 05/03/2019 | | FM Ins - Albanus124e | X | -92.50 | -1,567.95 |
| Check | 05/03/2019 | | FM Ins - Cloud4310 | X | -92.50 | -1,660.45 |
| Check | 05/03/2019 | | FM Ins - Fillmore1641 | X | -92.50 | -1,752.95 |
| Check | 05/03/2019 | | FM Ins - Wakeling20... | X | -92.50 | -1,845.45 |
| Check | 05/03/2019 | | FM Ins - Tampa4755 | X | -91.47 | -1,936.92 |
| Check | 05/03/2019 | | FM Ins - Tackawann... | X | -91.47 | -2,028.39 |
| Check | 05/03/2019 | | FM Ins - Tackawann... | X | -90.39 | -2,118.78 |
| Check | 05/03/2019 | | Wawa | X | -84.40 | -2,203.18 |
| Check | 05/03/2019 | | FM Ins - Sellers1403 | X | -59.37 | -2,262.55 |
| Check | 05/03/2019 | | Shell Oil | X | -20.00 | -2,282.55 |
| Check | 05/06/2019 | | Peco-Redwood79 | X | -250.00 | -2,532.55 |
| Check | 05/06/2019 | | Amazon.com | X | -178.56 | -2,711.11 |
| Check | 05/06/2019 | | Nationwide Insurance | X | -156.07 | -2,867.18 |
| Check | 05/06/2019 | | McCaffrey's | X | -110.00 | -2,977.18 |
| Check | 05/06/2019 | | Nationwide Ins - San... | X | -70.34 | -3,047.52 |
| Check | 05/06/2019 | | Comcast Cable | X | -70.00 | -3,117.52 |
| Check | 05/06/2019 | | Nationwide Ins - Syl... | X | -68.54 | -3,186.06 |
| Check | 05/06/2019 | | Nationwide Ins - Cla... | X | -55.28 | -3,241.34 |
| Check | 05/06/2019 | | Nationwide Ins - Les... | X | -38.20 | -3,279.54 |
| Check | 05/06/2019 | | Cash | X | -20.00 | -3,299.54 |
| Check | 05/06/2019 | | Rita's | X | -7.40 | -3,306.94 |
| Check | 05/07/2019 | | Party Fair | X | -8.03 | -3,314.97 |
| Check | 05/08/2019 | | USCCA | X | -22.03 | -3,337.00 |
| Check | 05/09/2019 | | Wells Fargo - Redw... | X | -579.19 | -3,916.19 |
| Check | 05/09/2019 | | Wells Fargo - Churc... | X | -244.61 | -4,160.80 |
| Check | 05/10/2019 | | Home Depot | X | -156.31 | -4,317.11 |
| Check | 05/10/2019 | | Google | X | -15.89 | -4,333.00 |
| Check | 05/13/2019 | | Wawa | X | -12.05 | -4,345.05 |
| Check | 05/13/2019 | | LUKOIL | X | -40.00 | -4,385.05 |
| Check | 05/13/2019 | | Netflix | X | -16.95 | -4,402.00 |
| Check | 05/13/2019 | | Wawa | X | -9.02 | -4,411.02 |
| Check | 05/15/2019 | | Wells Fargo - Valley... | X | -357.70 | -4,768.72 |
| Check | 05/15/2019 | | Wawa | X | -87.63 | -4,856.35 |
| Check | 05/15/2019 | | Home Depot | X | -22.54 | -4,878.89 |
| Check | 05/16/2019 | | Bright MLS | X | -111.30 | -4,990.19 |
| Check | 05/16/2019 | | Home Depot | X | -35.75 | -5,025.94 |
| Check | 05/20/2019 | | E-ZPass | X | -140.45 | -5,166.39 |
| Check | 05/21/2019 | | WRB-Ruscomb162w | X | -125.00 | -5,291.39 |
| Check | 05/21/2019 | | Peco-Redwood79 | X | -100.00 | -5,391.39 |
| Check | 05/21/2019 | | WRB-Claridge3952 | X | -75.00 | -5,466.39 |
| Check | 05/21/2019 | | WRB-Tampa4755 | X | -50.00 | -5,516.39 |
| Check | 05/21/2019 | | WRB-Fillmore1641 | X | -50.00 | -5,566.39 |
| Check | 05/21/2019 | | WRB-Sanger2047 | X | -50.00 | -5,616.39 |
| Check | 05/21/2019 | | Advance Auto Parts | X | -38.03 | -5,654.42 |
| Check | 05/21/2019 | | WRB-Lesher5348 | X | -30.00 | -5,684.42 |
| Check | 05/21/2019 | | Peco-Tackawanna4... | X | -20.00 | -5,704.42 |
| Check | 05/21/2019 | | Peco-Cloud4310 | X | -20.00 | -5,724.42 |
| Check | 05/21/2019 | | Peco-Albanus124e | X | -15.00 | -5,739.42 |
| Check | 05/24/2019 | 103 | U.S. Trustee | X | -325.00 | -6,064.42 |
| Check | 05/28/2019 | | Home Depot | X | -263.66 | -6,328.08 |
| Check | 05/28/2019 | | Wawa | X | -51.00 | -6,379.08 |
| Check | 05/28/2019 | | McCaffrey's | X | -26.31 | -6,405.39 |
| Check | 05/28/2019 | | Buymbs.com | X | -23.45 | -6,428.84 |
| Check | 05/28/2019 | | Quickbooks Banking | X | -14.95 | -6,443.79 |
| Check | 05/28/2019 | | Wal Mart | X | -8.33 | -6,452.12 |

4:23 PM

07/22/19

## Victor Maia DIP
## Reconciliation Detail
### 01-Checking XXXX2751, Period Ending 05/31/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Check | 05/28/2019 | | Wawa | X | -6.43 | -6,458.55 |
| Check | 05/29/2019 | | Rita's | X | -28.13 | -6,486.68 |
| Check | 05/30/2019 | | WRB-Sylvester5835 | X | -100.00 | -6,586.68 |
| **Total Checks and Payments** | | | | | -6,586.68 | -6,586.68 |
| **Deposits and Credits - 8 items** | | | | | | |
| Deposit | 05/02/2019 | | | X | 34.41 | 34.41 |
| Deposit | 05/02/2019 | | | X | 440.00 | 474.41 |
| Deposit | 05/02/2019 | | | X | 800.00 | 1,274.41 |
| Deposit | 05/02/2019 | | | X | 1,120.00 | 2,394.41 |
| Deposit | 05/08/2019 | | | X | 847.24 | 3,241.65 |
| Deposit | 05/13/2019 | | | X | 965.00 | 4,206.65 |
| Deposit | 05/16/2019 | | Wells Fargo - Churc... | X | 800.00 | 5,006.65 |
| Deposit | 05/20/2019 | | | X | 422.49 | 5,429.14 |
| **Total Deposits and Credits** | | | | | 5,429.14 | 5,429.14 |
| **Total Cleared Transactions** | | | | | -1,157.54 | -1,157.54 |
| **Cleared Balance** | | | | | -1,157.54 | 29.54 |
| **Register Balance as of 05/31/2019** | | | | | -1,157.54 | 29.54 |
| **Ending Balance** | | | | | **-1,157.54** | **29.54** |

4:42 PM

07/22/19

Accrual Basis

**Victor Maia DIP**

# Profit & Loss

### May 2019

|  | May 19 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Other income | 68.69 |
| **Passive** | |
| Rent INCOME | 4,972.24 |
| **Total Passive** | 4,972.24 |
| **Total Income** | 5,040.93 |
| **Gross Profit** | 5,040.93 |
| **Expense** | |
| Auto | 461.51 |
| Bank Service Charges | 14.95 |
| Dues & Subscription | 387.30 |
| Education | 410.00 |
| Food | 183.40 |
| Insurance | 944.36 |
| **Interest** | |
| Mortgage | 1,181.50 |
| **Total Interest** | 1,181.50 |
| L&P | 325.00 |
| Meals & Entertainment | 165.87 |
| Phone | 300.00 |
| Repairs | 724.66 |
| Supplies | 194.92 |
| Utilities | 885.00 |
| **Total Expense** | 6,178.47 |
| **Net Ordinary Income** | -1,137.54 |
| **Net Income** | **-1,137.54** |