# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | **Chapter 11** |
| | **Case No. 18-16907-JKF** |
| **VICTOR H. MAIA,** | |
| Debtor. | |

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK OF BANKRUPTCY COURT:

Kindly withdraw the Notice of Motion filed on August 13, 2018, [D.I. 153], inadvertently linked to the wrong Motion.

Respectfully submitted,

Dated: August 13, 2019        By: /s/Michael D. Vagnoni
       Michael D. Vagnoni, Esquire
       OBERMAYER REBMANN MAXWELL & HIPPEL LLP
       Centre Square West
       1500 Market Street, Suite 3400
       Philadelphia, PA  19102
       Tel:  215-665-3066

       *Counsel to Victor H. Maia*