**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 11 |
| VICTOR H. MAIA, | Case No. 18-16907-JKF |
| Debtor. | |

**CERTIFICATE OF SERVICE**

I, Michael D. Vagnoni, Esquire, attorney for the above captioned Debtor, hereby certify that on August 13, 2019, a copy of the foregoing Debtor's Amended Small Business Disclosure Statement dated August 13, 2019 and Debtor's Amended Plan of Reorganization dated August 13, 2019 were served electronically via the Court's CM/ECF system on the attached service list "A" and via U.S. first class mail, postage pre-paid, upon all of the parties on the attached service list "B".

    s/ Michael D. Vagnoni
    Michael D. Vagnoni

4847-4478-4020

## SERVICE LIST "A"

GEORGE M. CONWAY on behalf of U.S. Trustee United States Trustee
george.m.conway@usdoj.gov

DENISE A. KUHN on behalf of Creditor Commonwealth of Pennsylvania, Department of Revenue
dkuhn@attorneygeneral.gov

JILL MANUEL-COUGHLIN on behalf of Creditor WELLS FARGO BANK, N.A.
jill@pkallc.com;chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com

STEPHEN L. NEEDLES on behalf of Creditor G.H. Harris Associates, Inc.
steve@needlelawyer.com

MARK D. PFEIFFER on behalf of Creditor Diana Wilson
mark.pfeiffer@bipc.com, donna.curcio@bipc.com

MARK D. PFEIFFER on behalf of Creditor Maurice Butts
mark.pfeiffer@bipc.com, donna.curcio@bipc.com

MARK D. PFEIFFER on behalf of Plaintiff Diana Wilson
mark.pfeiffer@bipc.com, donna.curcio@bipc.com

MARK D. PFEIFFER on behalf of Plaintiff Willie Jamar Nobles
mark.pfeiffer@bipc.com, donna.curcio@bipc.com

AMANDA L. RAUER on behalf of Creditor WELLS FARGO BANK, N.A.
Amanda.rauer@pkallc.com
chris.amann@pkallc.com;nick.bracey@pkallc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.raynor-paul@pkallc.com;harry.reese@pkallc.com

REBECCA ANN SOLARZ on behalf of Creditor PNC BANK, NATIONAL ASSOCIATION
bkgroup@kmllawgroup.com

PAMELA ELCHERT THURMOND on behalf of Creditor City of Philadelphia
pamela.thurmond@phila.gov, karena.blaylock@phila.gov

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

KARINA VELTER on behalf of Creditor PNC BANK, NATIONAL ASSOCIATION
amps@manleydeas.com

KARINA VELTER on behalf of Creditor WELLS FARGO BANK, N.A.
amps@manleydeas.com

4847-4478-4020

**SERVICE LIST "B"**

| | | |
|---|---|---|
| Bennett J. Sady & Company, P.C.<br>Bennett J. Sady<br>501 Office Center Drive, Suite 126<br>Fort Washington, PA 19034-3267 | City Of Philadelphia Department<br>Municipal Services Building<br>1401 John F Kennedy, Blvd<br>5th Floor<br>Philadelphia, PA 19102-1617 | Commonwealth of Pennsylvania,<br>Department of<br>Bureau of Compliance<br>Dept. 280946<br>Harrisburg, PA 17128-0946 |
| Commonwealth of Pennsylvania,<br>Department of Bureau of Compliance<br>Dept. 280946<br>Harrisburg, PA 17128-0946 | G.H. Harris Associates, Inc.<br>c/o Stephen L. Needles, Esq.<br>80 North Second Street Pike<br>Churchville, PA 18966-1057 | Wells Fargo Bank, N.A.<br>c/o Powers, Kirn & Associates, LLC<br>8 Neshaminy Interplex Drive<br>Suite 215<br>Trevose, PA 19053-6980 |
| Philadelphia<br>900 Market Street<br>Suite 400<br>Philadelphia, PA 19107-4233 | Anthony Patterson<br>3228 Fontain St.<br>Philadelphia, PA 19121-1727 | Anthony Patterson, Administrator of Estate<br>Kane & Silverman, P.C.<br>2401 Pennsylvania Avenue<br>Suite 1A5<br>Philadelphia, PA 19130-3002 |
| Anthony Patterson<br>c/o Howard G. Silverman, Esq.<br>2401 Pennsylvania Avenue<br>Suite 1-A-5<br>Philadelphia, PA 19130-3010 | Pa Dept of Revenue<br>c/o Linebarger Goggan Blair & Sampson<br>P.O. BOX 90128<br>Harrisburg, PA 17109-0128 | Benjamin Avery<br>3952 Claridge Street<br>Philadelphia, PA 19124-5502 |
| Chase Card<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | Citibank South Dakota/ Exxon First<br>National Collection Bureau, Inc.<br>610 Waltham Way<br>Sparks, NV 85434-6695 | Citibank South Dakota c/o Unifund Corp<br>c/o Gordon & Weinberg, P.C.<br>1001 E. Hector Street<br>Conshohocken, PA 19428-2395 |
| City of Phila<br>c/o Linebarger Googan Blair<br>4 Penn Center<br>1600 JFk Blvd., Suite 910<br>Philadelphia, PA 19103-2818 | City of Phila Water Revenue Bureau<br>PO Box 41496<br>Philadelphia, PA 19101-1496 | City of Phila, Dept of Revenue<br>BIR/NPT<br>PO Box 1630<br>Philadelphia, PA 19105-1630 |
| Diana Wilson as administratrix<br>Willie Jamar Nobles, individually and as adm; Maurice Butts<br>c/o Mark Pfeiffer, Esq,<br>Buchanan Ingersoll<br>50 S. 16th St., Ste. 3200<br>Philadelphia, PA 19102-2555 | Diana Wilson & Maurice Butts<br>c/o Neil R. Gelb, Esq.<br>1518 Walnut Street<br>Suite 200<br>Philadelphia, PA 19102-3402 | Discover Card<br>c/o Pressler, Felt & Warshaw, LLP<br>7 Entin Road<br>Parsippany, NJ 07054-5020 |

4847-4478-4020

| | | |
|---|---|---|
| Francisco J. Arroyo<br>2047 E. Sanger Street<br>Philadelphia, PA 19124-1630 | G.H. Harris Associates, Inc.<br>c/o Stephen L. Needles, Esq.<br>80 North 2nd Street Churchville, PA 18966-1057 | Gary Seitz, Sequestrator<br>GSBB Law<br>1628 JFK Blvd., Suite 1901<br>Philadelphia, PA 19103 |
| Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | Jacinto Reis<br>4026 Migration Lane<br>Columbus, OH 43230-9896 | James Murphy<br>2401 Pennsylvania Ave.<br>Suite 1A5<br>Philadelphia, PA 19130-3002 |
| Kelf S. Spradley<br>5835 Sylvester Street<br>Philadelphia, PA 19149-3325 | LVNV Funding, LLC its successors and assigns, assignee of Citibank (South Dakota), N.A.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Land Home Financial Services, LLC<br>3611 South Harbor Blvd.<br>Suite 100<br>Santa Ana, CA 92704-7915 |
| Manuel & Maria Feis<br>1229 Knorr Street<br>Philadelphia, PA 19111-4931<br>via First Class U.S. Mail | Marshall Dennehey Warner Coleman, et al.<br>2000 Market Street<br>Philadelphia, PA 19103-3231 | Martell S. Whetstone<br>162 W. Ruscomb Street<br>Philadelphia, PA 19120-3412 |
| Maurice Butts<br>1023 West Thompson Street<br>Philadelphia, PA 19122 | PA Dept of Revenue<br>c/o Linebarger Goggan Blair & Sampson, L<br>PO Box 90128<br>Harrisburg, PA 17109-0128 | PNC Bank National Association<br>2730 Liberty Avenue<br>Pittsburgh, PA 15222-4747 |
| PGW<br>800 W. Montgomery Avenue<br>Philadelphia, PA 19122-2806 | Sonia Y. Colon<br>1403 Sellers Street<br>Philadelphia, PA 19124-3629 | Tanika Adams<br>4661 Ditman Street<br>Philadelphia, PA 19124 |
| US Mortgage Resolution, LLC<br>150 s. Warner Road, Suite 220<br>King of Prussia, PA 19460 | Tanika K. Adams<br>1614 Fillmore Street<br>Philadelphia, PA 19124 | Venema, Proko, Keahey & Dalvet<br>George B. Keahey, Esquire<br>210 South Fourth Street, 1st Fl<br>Philadelphia, PA 19106-9232 |
| The Law Offices of Perry Liss, LLC<br>Adam P. Barsky, Esquire<br>100 South Broad Street<br>Suite 1205<br>Philadelphia, PA 19110 | The Home Depot/CBNA<br>PO Box 6497<br>Sioux Falls, SD 57117 | Victor & Rosa Maia<br>10 E. Pickering Bend<br>Richboro, PA 18954 |
| Wells Fargo Bank<br>c/o Karina Velter, Esquire<br>Manley Deas Kochalski LLC<br>P.O. Box 165028<br>Columbus, OH 43216-5028 | Wells Fargo Bank, N.A.<br>c/o Aldridge Pite, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-7921 | Wells Fargo Bank, N.A.<br>c/o Manley Deas Kochalski LLC<br>P.O. Box 165028<br>Columbus, OH 43216-5028 |
| | Victor H. Maia<br>79 Redwood Drive<br>Richboro, PA 19854 | |

4847-4478-4020

4847-4478-4020