**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 18-16907** |
| **Victor H. Maia** | : | **Chapter 11** |
| | : | **Judge Jean K. FitzSimon** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * |
| | : | |
| **Wells Fargo Bank, N.A.** | : | **Date and Time of Hearing** |
| **Movant,** | : | **December 11, 2019 at 12:30 p.m.** |
| | : | |
| vs | : | |
| | : | **Place of Hearing** |
| **Victor H. Maia** | : | **U.S. Bankruptcy Court** |
| **Celeste Maia** | : | **900 Market Street, Courtroom #3** |
| | : | **Philadelphia, PA, 19107** |
| **Respondents.** | : | |
| | | **Related Document # 96** |

## ORDER OF COURT

AND NOW, to wit, this 4th day of February, 2020, upon consideration of the foregoing Stipulation for Settlement of Movant's Motion for Relief from the Automatic Stay, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. The terms of the foregoing Stipulation are hereby approved in their entirety and incorporated herein as part of this Order.

2. Pursuant to the Stipulation, Movant is entitled to relief from the automatic stay upon default of Debtor, subject to the terms of the Stipulation.

By the Court:

*Jean K. FitzSimon*

JEAN K. FITZSIMON, JUDGE
UNITED STATES BANKRUPTCY COURT

CC:

Karina Velter, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Angela Lynn Mastrangelo, Attorney for Debtor, Obermayer Rebmann Maxwell & Hippel LLP, Centre Square West, 1500 Market Street, Suite 3400, Philadelphia, PA  19102 (notified by ecf)

Edmond M. George, Attorney for Attorney for Debtor, Obermayer Rebmann Maxwell & Hippel, LLP, Centre Square West, 1500 Market Street, Suite 3400, Philadelphia, PA  19102 (notified by ecf)

Victor H. Maia and Celeste Maia, Debtor, 79 Redwood Drive, Northampton, PA 18067 (notified by regular US Mail)

PNC Bank National Association, Party of Interest, 2730 Liberty Avenue, Pittsburgh, PA 15222 (notified by regular US Mail)