United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 18-16907-jkf
Victor H. Maia                                                         Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Keith           Page 1 of 2         Date Rcvd: Feb 04, 2020
                          Form ID: pdf900       Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 06, 2020.
db          +Victor H. Maia,   79 Redwood Drive,   Richboro, PA 18954-1646
cr           Anthony Patterson,   3228 Fontain St.,   Philadelphia, PA  19121-1727
acc         +Bennett J. Sady & Company, P.C.,   Bennett J. Sady,   501 Office Center Drive, Suite 126,
              Fort Washington, PA 19034-3267
cr          +Diana Wilson,   2517 W. Sergeant St.,   Philadelphia, PA 19132-4137
r           +Keller Williams Real Estate,   584 Middletown Blvd. Suite A-50,   Langhorne, PA 19047-4403
cr          +Maurice Butts,   1023 West Thompson Street,   Philadelphia, PA 19122-4117
cr          +WELLS FARGO BANK, N.A.,   C/O POWERS, KIRN & ASSOCIATES, LLC,
              8 NESHAMINY INTERPLEX DRIVE SUITE 215,   TREVOSE, PA 19053-6980

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           E-mail/Text: megan.harper@phila.gov Feb 05 2020 02:57:11     City of Philadelphia,
              Law Revenue Department,   c/o Pamela Elchert Thurmond,   1401 JFK Boulevard,
              5th Floor, Municipal Services Bldg,   Philadelphia, PA  19102
cr           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 05 2020 02:56:56
              Commonwealth of Pennsylvania, Department of Revenu,   Bureau of Compliance,   Dept. 280946,
              Harrisburg, PA  17128-0946
cr          +E-mail/Text: steve@needlelawyer.com Feb 05 2020 02:56:46     G.H. Harris Associates, Inc.,
              c/o Stephen L. Needles, Esq.,   80 North Second Street Pike,   Churchville, PA 18966-1057
                                                                                             TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp         Natasha Rivera
                                                                                           TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 4, 2020 at the address(es) listed below:
              AMANDA L. RAUER    on behalf of Creditor    WELLS FARGO BANK, N.A. Amanda.rauer@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.r
               aynor-paul@pkallc.com;harry.reese@pkallc.com
              ANGELA LYNN MASTRANGELO    on behalf of Debtor Victor H. Maia angela.baglanzis@obermayer.com,
               Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com
              ANGELA LYNN MASTRANGELO    on behalf of Defendant Victor H. Maia angela.baglanzis@obermayer.com,
               Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com
              DENISE A. KUHN    on behalf of Creditor    Commonwealth of Pennsylvania, Department of Revenue
               dkuhn@attorneygeneral.gov
              EDMOND M. GEORGE    on behalf of Defendant Victor H. Maia
               angela.baglanzis@obermayer.com;michael.vagnoni@obermayer.com;vanja.moraca@obermayer.com;Lucille.a
               cello@obermayer.com;alicia.sandoval@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@oberm
               ayer.com
              EDMOND M. GEORGE    on behalf of Debtor Victor H. Maia
               angela.baglanzis@obermayer.com;michael.vagnoni@obermayer.com;vanja.moraca@obermayer.com;Lucille.a
               cello@obermayer.com;alicia.sandoval@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@oberm
               ayer.com
              GEORGE M. CONWAY    on behalf of Debtor Victor H. Maia george.m.conway@usdoj.gov
              GEORGE M. CONWAY    on behalf of U.S. Trustee    United States Trustee george.m.conway@usdoj.gov
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. bankruptcy@powerskirn.com
              KARINA  VELTER    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
              KARINA  VELTER    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION amps@manleydeas.com
              MARK D. PFEIFFER    on behalf of Creditor Diana  Wilson mark.pfeiffer@bipc.com,
               donna.curcio@bipc.com

```
District/off: 0313-2          User: Keith                 Page 2 of 2                  Date Rcvd: Feb 04, 2020
                              Form ID: pdf900             Total Noticed: 10
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         MARK D. PFEIFFER    on behalf of Creditor Maurice  Butts mark.pfeiffer@bipc.com, donna.curcio@bipc.com
         MARK D. PFEIFFER    on behalf of Plaintiff Diana  Wilson mark.pfeiffer@bipc.com, donna.curcio@bipc.com
         MARK D. PFEIFFER    on behalf of Plaintiff Willie Jamar Nobles mark.pfeiffer@bipc.com, donna.curcio@bipc.com
         MICHAEL D. VAGNONI    on behalf of Defendant Victor H. Maia michael.vagnoni@obermayer.com, Lucille.acello@obermayer.com;Alicia.sandoval@obermayer.com;angela.baglanzis@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com
         MICHAEL D. VAGNONI    on behalf of Debtor Victor H. Maia michael.vagnoni@obermayer.com, Lucille.acello@obermayer.com;Alicia.sandoval@obermayer.com;angela.baglanzis@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com
         PAMELA ELCHERT THURMOND    on behalf of Creditor   City of Philadelphia pamela.thurmond@phila.gov, karena.blaylock@phila.gov
         REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
         STEPHEN L. NEEDLES    on behalf of Creditor   G.H. Harris Associates, Inc. steve@needlelawyer.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                                                                  TOTAL: 21

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 18-16907** |
| **Victor H. Maia** | : | **Chapter 11** |
| | : | **Judge Jean K. FitzSimon** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * |
| | : | |
| **Wells Fargo Bank, N.A.** | : | **Date and Time of Hearing** |
| **Movant,** | : | **December 11, 2019 at 12:30 p.m.** |
| | : | |
| **vs** | : | |
| | : | **Place of Hearing** |
| **Victor H. Maia** | : | **U.S. Bankruptcy Court** |
| **Celeste Maia** | : | **900 Market Street, Courtroom #3** |
| | : | **Philadelphia, PA, 19107** |
| **Respondents.** | : | |
| | | **Related Document # 96** |

**ORDER OF COURT**

AND NOW, to wit, this 4th day of February, 2020, upon consideration of the foregoing Stipulation for Settlement of Movant's Motion for Relief from the Automatic Stay, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. The terms of the foregoing Stipulation are hereby approved in their entirety and incorporated herein as part of this Order.

2. Pursuant to the Stipulation, Movant is entitled to relief from the automatic stay upon default of Debtor, subject to the terms of the Stipulation.

By the Court:

_/s/ Jean K. FitzSimon_

JEAN K. FITZSIMON, JUDGE
UNITED STATES BANKRUPTCY COURT

CC:

Karina Velter, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Angela Lynn Mastrangelo, Attorney for Debtor, Obermayer Rebmann Maxwell & Hippel LLP, Centre Square West, 1500 Market Street, Suite 3400, Philadelphia, PA  19102 (notified by ecf)

Edmond M. George, Attorney for Attorney for Debtor, Obermayer Rebmann Maxwell & Hippel, LLP, Centre Square West, 1500 Market Street, Suite 3400, Philadelphia, PA  19102 (notified by ecf)

Victor H. Maia and Celeste Maia, Debtor, 79 Redwood Drive, Northampton, PA 18067 (notified by regular US Mail)

PNC Bank National Association, Party of Interest, 2730 Liberty Avenue, Pittsburgh, PA 15222 (notified by regular US Mail)