**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **VICTOR H. MAIA,** | Case No. 18-16907-JFK |
| Debtor. | |

**PRAECIPE TO WITHDRAW MONTHLY OPERATING REPORT**

TO THE CLERK OF COURT:

Kindly withdraw the Monthly Operating Report filed on behalf of Debtor, Victor H. Maia in the above captioned Chapter 11 Bankruptcy case docketed as document number 191.

Respectfully submitted,

Date: April 9, 2020        By:    */s/ Angela L. Mastrangelo*
Angela L. Mastrangelo, Esquire
Obermayer Rebmann Maxwell & Hippel, LLP
Centre Square West
1500 Market Street, 34th Floor
Philadelphia, PA 19102
Telephone: (215) 665-3067
Facsimile: (215) 665-3165

OMC\4813-2291-7561.v1-4/9/20