**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Victor H. Maia<br><br>　　　　　　　　　　　　Debtor | Chapter 11 Proceeding<br><br>18-16907 JKF<br><br>Claim No. 10-1 |

**NOTICE OF FORBEARANCE AGREEMENT DUE TO THE COVID-19 PANDEMIC**

Now comes WELLS FARGO BANK, N.A. ("Creditor"), by and through undersigned counsel, and hereby submits this Notice of Forbearance Agreement to the Court regarding the Debtor's request for mortgage payment forbearance based upon a material financial hardship caused by the COVID-19 pandemic.

The Debtor recently requested a forbearance period of three (3) months in which the Debtor will not tender mortgage payments to Creditor that would come due on the mortgage starting of May 1, 2020 through July 1, 2020. Creditor, at this time, does not waive any rights to collect the payments that come due during the forbearance period after the forbearance plan ends. Furthermore, Creditor does not waive its rights under other applicable non-bankruptcy laws and regulations, including, but not limited to, RESPA, and the right to collect any post-petition escrow shortage. During the forbearance period Creditor may continue to file notices in compliance with Fed. Rule Bankr. P. 3002.1.

Because of the uncertainties surrounding how long this pandemic will last, Creditor will work with Debtor or Debtor's counsel to determine when Debtor will be able to resume making mortgage payments and when/how the Debtor will cure the delinquency created by the forbearance period ("forbearance arrears"). Once the forbearance plan ends and the Creditor and Debtor or Debtor's counsel agree on an appropriate repayment or loss mitigation program, Creditor will file a notice or an amended/supplemental claim consistent with local practice.

Creditor does not waive its rights to seek relief from the automatic stay for reasons other than non-payment of the Mortgage, including, but not limited to, a lapse in insurance coverage or non-payment of property taxes.

　　　　　　　　　　　　　　　　　　　　*/s/ Sarah McCaffery, Esquire*
　　　　　　　　　　　　　　　　　　　　POWERS KIRN, LLC
　　　　　　　　　　　　　　　　　　　　Jill Manuel-Coughlin, Esquire; ID #63252
　　　　　　　　　　　　　　　　　　　　Harry B. Reese, Esquire; ID #310501
　　　　　　　　　　　　　　　　　　　　Sarah K. McCaffery, Esquire; ID #311728
　　　　　　　　　　　　　　　　　　　　Eight Neshaminy Interplex, Suite 215
　　　　　　　　　　　　　　　　　　　　Trevose, PA 19053
　　　　　　　　　　　　　　　　　　　　Telephone: 215-942-2090; Facsimile: 215-942-8661
　　　　　　　　　　　　　　　　　　　　Email: bankruptcy@powerskirn.com
　　　　　　　　　　　　　　　　　　　　Attorney for Movant

Dated: May 28, 2020

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE:<br>Victor H. Maia<br><br>Debtor | Chapter 11 Proceeding<br><br>18-16907 JKF<br><br>Claim No. 10-1 |
|---|---|

## CERTIFICATE OF SERVICE

I, as counsel for WELLS FARGO BANK, N.A., hereby certify that a copy of the Notice of Forbearance Agreement was served upon the following persons by electronic notification and/or first class U.S. mail, on May 28, 2020:

**Parties Served via Electronic Notification:**
Edmond M. George, Esquire
1500 Market Street, Suite 3400
Centre Square West
Philadelphia, PA  19102
Attorney for Debtor

George M. Conway, Esquire
United States Trustee
833 Chestnut Street
Suite 500
Philadelphia PA  19107
United States Trustee

**Parties Serviced via First Class Mail:**
Victor H. Maia
79 Redwood Drive
Richboro PA  18954
Debtor

                                                                                              ***/s/* Sarah McCaffery, Esquire**
                                                                                              POWERS KIRN, LLC
                                                                                              Jill Manuel-Coughlin, Esquire;  ID #63252
                                                                                              Harry B. Reese, Esquire;  ID #310501
                                                                                              Sarah K. McCaffery, Esquire;  ID #311728
                                                                                              Eight Neshaminy Interplex, Suite 215
                                                                                              Trevose, PA 19053
                                                                                              Telephone: 215-942-2090; Facsimile: 215-942-8661
                                                                                              Email: bankruptcy@powerskirn.com
                                                                                              Attorney for Movant