**Fill in this information to identify the case:**

Debtor Name  Victor H. Maia

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number:  18-16907JKF

☐ Check if this is an
amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11    12/17

Month:  May

Line of business:  Real Estate

Date report filed:  06/20/2020
MM / DD / YYYY

NAISC code:  531110

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:  Victor H. Maia

Original signature of responsible party  _Victor H. Maia_

Printed name of responsible party  Victor H. Maia

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Victor H. Maia

Case number  18-16907JKF

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

   This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

   $  -423.57

20. **Total cash receipts**

   Attach a listing of all cash received for the month and label it *Exhibit C.* Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C.*

   Report the total from *Exhibit C* here.

   $  6,319.54

21. **Total cash disbursements**

   Attach a listing of all payments you made in the month and label it *Exhibit D.* List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D.*

   Report the total from *Exhibit D* here.

   – $  4,628.52

22. **Net cash flow**

   Subtract line 21 from line 20 and report the result here.
   This amount may be different from what you may have calculated as *net profit.*

   + $  1,691.02

23. **Cash on hand at the end of the month**

   Add line 22 + line 19. Report the result here.

   Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

   = $  1,267.45

   This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E.* Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

   *(Exhibit E)*

   $  16,502.24

Debtor Name   Victor H. Maia

Case number  18-16907JKF

---

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                          $ _____0.00_____

    *(Exhibit F)*

---

## 5. Employees

26. What was the number of employees when the case was filed?                                          _____0_____

27. What is the number of employees as of the date of this monthly report?                           _____0_____

---

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                         $ _____0.00_____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?           $ _____0.00_____

30. How much have you paid this month in other professional fees?                                                   $ _____0.00_____

31. How much have you paid in total other professional fees since filing the case?                                  $ _____0.00_____

---

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 8,500.00 | − | $ 6,319.54 | = | $ 2,180.46 |
| 33. **Cash disbursements** | $ 8,000.00 | − | $ 4,628.52 | = | $ 3,371.48 |
| 34. **Net cash flow** | $ 500.00 | − | $ 1,691.02 | = | $ -1,191.02 |

35. Total projected cash receipts for the next month:                                    $ 6,500.00

36. Total projected cash disbursements for the next month:                            - $ 6,000.00

37. Total projected net cash flow for the next month:                                    = $ 500.00

---

Debtor Name  Victor H. Maia                                          Case number  18-16907JKF

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39.  Bank reconciliation reports for each account.

☑ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

**12:42 PM**

**07/06/20**

**Accrual Basis**

**Victor Maia DIP**
# Profit & Loss
**May 2020**

|  | May 20 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Passive** | |
| Rent INCOME | 6,319.54 |
| **Total Passive** | 6,319.54 |
| **Total Income** | 6,319.54 |
| **Gross Profit** | 6,319.54 |
| **Expense** | |
| Auto | 269.10 |
| Bank Service Charges | 24.95 |
| Dues & Subscription | 224.30 |
| Food | 47.28 |
| Insurance | 2,475.66 |
| L&P | 650.00 |
| Meals & Entertainment | 129.66 |
| Repairs | 275.00 |
| Supplies | 132.45 |
| Utilities | 110.12 |
| **Total Expense** | 4,338.52 |
| **Net Ordinary Income** | 1,981.02 |
| **Net Income** | **1,981.02** |

4:27 AM

07/06/20

# Victor Maia DIP
## Reconciliation Summary
### 01-Checking XXXX2751, Period Ending 05/31/2020

| | May 31, 20 |
|---|---|
| Beginning Balance | 1,742.80 |
|     Cleared Transactions | |
|         Checks and Payments - 36 items | -5,828.52 |
|         Deposits and Credits - 11 items | 6,619.54 |
|     Total Cleared Transactions | 791.02 |
| Cleared Balance | 2,533.82 |
| Register Balance as of 05/31/2020 | 2,533.82 |
| Ending Balance | 2,533.82 |

4:27 AM

07/06/20

# Victor Maia DIP
## Reconciliation Detail
### 01-Checking XXXX2751, Period Ending 05/31/2020

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 1,742.80 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 36 items** | | | | | | |
| Check | 05/01/2020 | | NBCMA | X | -110.12 | -110.12 |
| Check | 05/04/2020 | | Keller Williams Real... | X | -46.00 | -156.12 |
| Check | 05/07/2020 | | USPS | X | -67.00 | -223.12 |
| Check | 05/08/2020 | | USCCA | X | -22.03 | -245.15 |
| Check | 05/11/2020 | | | X | -1,500.00 | -1,745.15 |
| Check | 05/11/2020 | | E-ZPass | X | -140.00 | -1,885.15 |
| C*eck | 05/11/2020 | | Sheetz | X | -30.85 | -1,916.00 |
| Check | 05/11/2020 | | Wawa | X | -27.75 | -1,943.75 |
| Check | 05/11/2020 | | Wawa | X | -26.25 | -1,970.00 |
| Check | 05/11/2020 | | Dunkin Donuts | X | -20.19 | -1,990.19 |
| Check | 05/12/2020 | | Google | X | -15.89 | -2,006.08 |
| Check | 05/12/2020 | | Home Depot | X | -125.00 | -2,131.08 |
| Check | 05/12/2020 | | Grill Marks | X | -96.82 | -2,227.90 |
| Check | 05/12/2020 | | Shell Oil | X | -44.25 | -2,272.15 |
| Check | 05/12/2020 | | Tropical Smoothie C... | X | -27.09 | -2,299.24 |
| Check | 05/13/2020 | | Nationwide Insurance | X | -492.73 | -2,791.97 |
| Check | 05/13/2020 | | Nationwide Insurance | X | -237.04 | -3,029.01 |
| Check | 05/13/2020 | | Netflix | X | -16.95 | -3,045.96 |
| Check | 05/14/2020 | | FM Ins - Berkshire1... | X | -105.35 | -3,151.31 |
| Check | 05/14/2020 | | FM Ins - Griscom4827 | X | -105.35 | -3,256.66 |
| Check | 05/14/2020 | | FM Ins - Tampa4755 | X | -92.50 | -3,349.16 |
| Check | 05/14/2020 | | FM Ins - Tackawann... | X | -91.47 | -3,440.63 |
| Check | 05/14/2020 | | FM Ins - Tackawann... | X | -91.36 | -3,531.99 |
| Check | 05/14/2020 | | FM Ins - Sellers1403 | X | -89.51 | -3,621.50 |
| Check | 05/14/2020 | | FM Ins - Wakeling20... | X | -70.72 | -3,692.22 |
| Check | 05/14/2020 | | FM Ins - Albanus124e | X | -70.72 | -3,762.94 |
| Check | 05/14/2020 | | FM Ins - Cloud4310 | X | -70.72 | -3,833.66 |
| Check | 05/14/2020 | | FM Ins - Fillmore1641 | X | -70.72 | -3,904.38 |
| Check | 05/14/2020 | | FM Ins - Valley5023 | X | -70.72 | -3,975.10 |
| Check | 05/14/2020 | | FM Ins - Ruscomb1... | X | -70.72 | -4,045.82 |
| Check | 05/18/2020 | | Budget Plumbing | X | -150.00 | -4,195.82 |
| Check | 05/19/2020 | | Amazon.com | X | -132.45 | -4,328.27 |
| Check | 05/20/2020 | | Bright MLS | X | -111.30 | -4,439.57 |
| Check | 05/21/2020 | | US Liability Insurance | X | -724.00 | -5,163.57 |
| Check | 05/26/2020 | | Quickbooks Banking | X | -14.95 | -5,178.52 |
| Check | 05/27/2020 | 128 | U.S. Trustee | X | -650.00 | -5,828.52 |
| | | | **Total Checks and Payments** | | -5,828.52 | -5,828.52 |
| **Deposits and Credits - 11 items** | | | | | | |
| Deposit | 05/01/2020 | | | X | 985.00 | 985.00 |
| Deposit | 05/06/2020 | | | X | 150.00 | 1,135.00 |
| Deposit | 05/06/2020 | | | X | 918.60 | 2,053.60 |
| Deposit | 05/06/2020 | | | X | 1,200.00 | 3,253.60 |
| Deposit | 05/07/2020 | | | X | 100.00 | 3,353.60 |
| Deposit | 05/11/2020 | | | X | 500.00 | 3,853.60 |
| Deposit | 05/21/2020 | | | X | 300.00 | 4,153.60 |
| Deposit | 05/26/2020 | | | X | 500.00 | 4,653.60 |
| Deposit | 05/28/2020 | | | X | 145.00 | 4,798.60 |
| Deposit | 05/28/2020 | | | X | 300.00 | 5,098.60 |
| Deposit | 05/29/2020 | | | X | 1,520.94 | 6,619.54 |
| | | | **Total Deposits and Credits** | | 6,619.54 | 6,619.54 |
| | | | **Total Cleared Transactions** | | 791.02 | 791.02 |
| **Cleared Balance** | | | | | 791.02 | 2,533.82 |
| **Register Balance as of 05/31/2020** | | | | | 791.02 | 2,533.82 |
| **Ending Balance** | | | | | **791.02** | **2,533.82** |

12:34 PM

07/06/20

**Victor Maia DIP**

**Reconciliation Summary**

**02-Checking XXXX3728, Period Ending 05/31/2020**

|  | May 31, 20 |
|---|---|
| Beginning Balance | 60.00 |
| Cleared Transactions | |
| Checks and Payments - 2 items | -310.00 |
| Deposits and Credits - 1 item | 1,500.00 |
| **Total Cleared Transactions** | 1,190.00 |
| **Cleared Balance** | **1,250.00** |
| **Register Balance as of 05/31/2020** | 1,250.00 |
| **Ending Balance** | 1,250.00 |

12:34 PM

07/06/20

### Victor Maia DIP
## Reconciliation Detail
#### 02-Checking XXXX3728, Period Ending 05/31/2020

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Beginning Balance | | | | | | 60.00 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 2 items** | | | | | | |
| Deposit | 05/21/2020 | | | X | -300.00 | -300.00 |
| Check | 05/31/2020 | | | X | -10.00 | -310.00 |
| Total Checks and Payments | | | | | -310.00 | -310.00 |
| **Deposits and Credits - 1 item** | | | | | | |
| Check | 05/11/2020 | | | X | 1,500.00 | 1,500.00 |
| Total Deposits and Credits | | | | | 1,500.00 | 1,500.00 |
| Total Cleared Transactions | | | | | 1,190.00 | 1,190.00 |
| Cleared Balance | | | | | 1,190.00 | 1,190.00 |
| Register Balance as of 05/31/2020 | | | | | 1,190.00 | 1,250.00 |
| **Ending Balance** | | | | | **1,190.00** | **1,250.00** |

**12:39 PM**

**07/06/20**

Accrual Basis

## Victor Maia DIP
## Transaction Detail by Account - Exhibit C
### May 2020

| Type | Date | Num | Class | Clr | Split | Amount | Balance |
|------|------|-----|-------|-----|-------|--------|---------|
| **Passive** | | | | | | | |
| **Rent INCOME** | | | | | | | |
| Deposit | 05/01/2020 | | Tackawanna4562 | | 01-Checking XXXX2751 | 985.00 | 985.00 |
| Deposit | 05/06/2020 | | Sanger2047 | | 01-Checking XXXX2751 | 1,200.00 | 2,185.00 |
| Deposit | 05/06/2020 | | Lesher5348 | | 01-Checking XXXX2751 | 150.00 | 2,335.00 |
| Deposit | 05/06/2020 | | Claridge3952 | | 01-Checking XXXX2751 | 918.60 | 3,253.60 |
| Deposit | 05/07/2020 | | Lesher5348 | | 01-Checking XXXX2751 | 100.00 | 3,353.60 |
| Deposit | 05/11/2020 | | Ruscomb162w | | 01-Checking XXXX2751 | 500.00 | 3,853.60 |
| Deposit | 05/26/2020 | | Ruscomb162w | | 01-Checking XXXX2751 | 500.00 | 4,353.60 |
| Deposit | 05/28/2020 | | Lesher5348 | | 01-Checking XXXX2751 | 300.00 | 4,653.60 |
| Deposit | 05/28/2020 | | Lesher5348 | | 01-Checking XXXX2751 | 145.00 | 4,798.60 |
| Deposit | 05/29/2020 | | Ruscomb162w | | 01-Checking XXXX2751 | 1,520.94 | 6,319.54 |
| Total Rent INCOME | | | | | | 6,319.54 | 6,319.54 |
| Total Passive | | | | | | 6,319.54 | 6,319.54 |
| **TOTAL** | | | | | | **6,319.54** | **6,319.54** |

12:41 PM
07/06/20

**Victor Maia DIP**
## Check Detail - Exhibit D
**May 2020**

| Type | Num | Date | Name | Paid Amount | Account | Original Amount |
|------|-----|------|------|-------------|---------|-----------------|
| Check | | 05/01/2020 | NBCMA | | 01-Checking XXXX2751 | -110.12 |
| | | | | -110.12 | Utilities | 110.12 |
| TOTAL | | | | -110.12 | | 110.12 |
| Check | | 05/04/2020 | Keller Williams Real Estate | | 01-Checking XXXX2751 | -46.00 |
| | | | | -46.00 | Dues & Subscription | 46.00 |
| TOTAL | | | | -46.00 | | 46.00 |
| Check | | 05/07/2020 | USPS | | 01-Checking XXXX2751 | -67.00 |
| | | | | -67.00 | Dues & Subscription | 67.00 |
| TOTAL | | | | -67.00 | | 67.00 |
| Check | | 05/08/2020 | USCCA | | 01-Checking XXXX2751 | -22.03 |
| | | | | -22.03 | Insurance | 22.03 |
| TOTAL | | | | -22.03 | | 22.03 |
| Check | | 05/11/2020 | Sheetz | | 01-Checking XXXX2751 | -30.85 |
| | | | | -30.85 | Auto | 30.85 |
| TOTAL | | | | -30.85 | | 30.85 |
| Check | | 05/11/2020 | Wawa | | 01-Checking XXXX2751 | -26.25 |
| | | | | -26.25 | Auto | 26.25 |
| TOTAL | | | | -26.25 | | 26.25 |
| Check | | 05/11/2020 | E-ZPass | | 01-Checking XXXX2751 | -140.00 |
| | | | | -140.00 | Auto | 140.00 |
| TOTAL | | | | -140.00 | | 140.00 |
| Check | | 05/11/2020 | Google | | 01-Checking XXXX2751 | -15.89 |
| | | | | -15.89 | Meals & Entertainment | 15.89 |
| TOTAL | | | | -15.89 | | 15.89 |
| Check | | 05/11/2020 | | | 01-Checking XXXX2751 | -1,500.00 |
| | | | | -1,500.00 | 02-Checking XXXX3728 | 1,500.00 |
| TOTAL | | | | -1,500.00 | | 1,500.00 |
| Check | | 05/11/2020 | Wawa | | 01-Checking XXXX2751 | -27.75 |
| | | | | -27.75 | Auto | 27.75 |
| TOTAL | | | | -27.75 | | 27.75 |
| Check | | 05/11/2020 | Dunkin Donuts | | 01-Checking XXXX2751 | -20.19 |
| | | | | -20.19 | Food | 20.19 |
| TOTAL | | | | -20.19 | | 20.19 |
| Check | | 05/12/2020 | Shell Oil | | 01-Checking XXXX2751 | -44.25 |
| | | | | -44.25 | Auto | 44.25 |
| TOTAL | | | | -44.25 | | 44.25 |
| Check | | 05/12/2020 | Home Depot | | 01-Checking XXXX2751 | -125.00 |
| | | | | -125.00 | Repairs | 125.00 |
| TOTAL | | | | -125.00 | | 125.00 |

12:41 PM
07/06/20

**Victor Maia DIP**
## Check Detail - Exhibit D
May 2020

| Type | Num | Date | Name | Paid Amount | Account | Original Amount |
|------|-----|------|------|-------------|---------|-----------------|
| Check | | 05/12/2020 | Tropical Smoothie Cafe | | 01-Checking XXXX2751 | -27.09 |
| | | | | -27.09 | Food | 27.09 |
| TOTAL | | | | -27.09 | | 27.09 |
| Check | | 05/12/2020 | Grill Marks | | 01-Checking XXXX2751 | -96.82 |
| | | | | -96.82 | Meals & Entertainment | 96.82 |
| TOTAL | | | | -96.82 | | 96.82 |
| Check | | 05/13/2020 | Netflix | | 01-Checking XXXX2751 | -16.95 |
| | | | | -16.95 | Meals & Entertainment | 16.95 |
| TOTAL | | | | -16.95 | | 16.95 |
| Check | | 05/13/2020 | Nationwide Insurance | | 01-Checking XXXX2751 | -492.73 |
| | | | | -324.19 | Insurance | 324.19 |
| | | | | -168.54 | Insurance | 168.54 |
| TOTAL | | | | -492.73 | | 492.73 |
| Check | | 05/13/2020 | Nationwide Insurance | | 01-Checking XXXX2751 | -237.04 |
| | | | | -37.00 | Insurance | 37.00 |
| | | | | -38.83 | Insurance | 38.83 |
| | | | | -78.30 | Insurance | 78.30 |
| | | | | -82.91 | Insurance | 82.91 |
| TOTAL | | | | -237.04 | | 237.04 |
| Check | | 05/14/2020 | FM Ins - Wakeling2051 | | 01-Checking XXXX2751 | -70.72 |
| | | | | -70.72 | Insurance | 70.72 |
| TOTAL | | | | -70.72 | | 70.72 |
| Check | | 05/14/2020 | FM Ins - Cloud4310 | | 01-Checking XXXX2751 | -70.72 |
| | | | | -70.72 | Insurance | 70.72 |
| TOTAL | | | | -70.72 | | 70.72 |
| Check | | 05/14/2020 | FM Ins - Albanus124e | | 01-Checking XXXX2751 | -70.72 |
| | | | | -70.72 | Insurance | 70.72 |
| TOTAL | | | | -70.72 | | 70.72 |
| Check | | 05/14/2020 | FM Ins - Fillmore1641 | | 01-Checking XXXX2751 | -70.72 |
| | | | | -70.72 | Insurance | 70.72 |
| TOTAL | | | | -70.72 | | 70.72 |
| Check | | 05/14/2020 | FM Ins - Sellers1403 | | 01-Checking XXXX2751 | -89.51 |
| | | | | -89.51 | Insurance | 89.51 |
| TOTAL | | | | -89.51 | | 89.51 |
| Check | | 05/14/2020 | FM Ins - Tackawanna4649 | | 01-Checking XXXX2751 | -91.36 |
| | | | | -91.36 | Insurance | 91.36 |
| TOTAL | | | | -91.36 | | 91.36 |
| Check | | 05/14/2020 | FM Ins - Tackawanna4562 | | 01-Checking XXXX2751 | -91.47 |
| | | | | -91.47 | Insurance | 91.47 |
| TOTAL | | | | -91.47 | | 91.47 |

12:41 PM

07/06/20

**Victor Maia DIP**

## Check Detail - Exhibit D

**May 2020**

| Type | Num | Date | Name | Paid Amount | Account | Original Amount |
|------|-----|------|------|-------------|---------|-----------------|
| **Check** | | 05/14/2020 | **FM Ins - Griscom4827** | | **01-Checking XXXX2751** | **-105.35** |
| | | | | -105.35 | Insurance | 105.35 |
| TOTAL | | | | -105.35 | | 105.35 |
| **Check** | | 05/14/2020 | **FM Ins - Tampa4755** | | **01-Checking XXXX2751** | **-92.50** |
| | | | | -92.50 | Insurance | 92.50 |
| TOTAL | | | | -92.50 | | 92.50 |
| **Check** | | 05/14/2020 | **FM Ins - Berkshire1909** | | **01-Checking XXXX2751** | **-105.35** |
| | | | | -105.35 | Insurance | 105.35 |
| TOTAL | | | | -105.35 | | 105.35 |
| **Check** | | 05/14/2020 | **FM Ins - Valley5023** | | **01-Checking XXXX2751** | **-70.72** |
| | | | | -70.72 | Insurance | 70.72 |
| TOTAL | | | | -70.72 | | 70.72 |
| **Check** | | 05/14/2020 | **FM Ins - Ruscomb162w** | | **01-Checking XXXX2751** | **-70.72** |
| | | | | -70.72 | Insurance | 70.72 |
| TOTAL | | | | -70.72 | | 70.72 |
| **Check** | | 05/18/2020 | **Budget Plumbing** | | **01-Checking XXXX2751** | **-150.00** |
| | | | | -150.00 | Repairs | 150.00 |
| TOTAL | | | | -150.00 | | 150.00 |
| **Check** | | 05/19/2020 | **Amazon.com** | | **01-Checking XXXX2751** | **-132.45** |
| | | | | -132.45 | Supplies | 132.45 |
| TOTAL | | | | -132.45 | | 132.45 |
| **Check** | | 05/20/2020 | **Bright MLS** | | **01-Checking XXXX2751** | **-111.30** |
| | | | | -111.30 | Dues & Subscription | 111.30 |
| TOTAL | | | | -111.30 | | 111.30 |
| **Check** | | 05/21/2020 | **US Liability Insurance** | | **01-Checking XXXX2751** | **-724.00** |
| | | | | -724.00 | Insurance | 724.00 |
| TOTAL | | | | -724.00 | | 724.00 |
| **Check** | | 05/26/2020 | **Quickbooks Banking** | | **01-Checking XXXX2751** | **-14.95** |
| | | | | -14.95 | Bank Service Charges | 14.95 |
| TOTAL | | | | -14.95 | | 14.95 |
| **Check** | | 05/31/2020 | | | **02-Checking XXXX3728** | **-10.00** |
| | | | | -10.00 | Bank Service Charges | 10.00 |
| TOTAL | | | | -10.00 | | 10.00 |
| **Check** | 128 | 05/27/2020 | **U.S. Trustee** | | **01-Checking XXXX2751** | **-650.00** |
| | | | | -650.00 | L&P | 650.00 |
| TOTAL | | | | -650.00 | | 650.00 |

**Exhibit E**

| Properties | Date Incurred | Payee | Purpose | Date Due | Amount Due |
|---|---|---|---|---|---|
| 124 E. Albanus St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $884.67 |
| 1909 Berkshire St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $575.32 |
| 1932 Church St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $709.70 |
| 3952 Claridge St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $954.66 |
| 4310 Cloud St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $733.50 |
| 1641 Fillmore St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $604.71 |
| 4827 Griscom St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $866.48 |
| 5348 Lesher St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $845.48 |
| 4814 N Palethorp St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $261.76 |
| 162 W Ruscomb St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $949.06 |
| 2047 E Sanger St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $1,198.23 |
| 1403 Sellers St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $1,159.03 |
| 5835 Sylvester St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $1,290.62 |
| 4562 Tackawanna St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $842.68 |
| 4649 Tackawanna St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $571.12 |
| 4755 Tampa St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $1,164.63 |
| 5023 Valley St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $1,062.45 |
| 5041 Valley St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $1,068.05 |
| 2051 Wakeling St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $760.09 |
| | | | | | $16,502.24 |
| | | | Payments to begin in June | | |

# Wells Fargo Everyday Checking

May 31, 2020 ■ Page 1 of 5



VICTOR H MAIA
DEBTOR IN POSSESSION
CH11 CASE #18-16907 (EPA)
79 REDWOOD DR
RICHBORO PA 18954-1646

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**   (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

*Online:*  wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our
company and look forward to continuing to serve you with your financial needs.

### Account options

*A check mark in the box indicates you have these
convenient services with your account(s).  Go to
wellsfargo.com or call the number above if you have
questions or if you would like to add new services.*

| | | | | |
|---|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | |
| My Spending Report | ✓ | Overdraft Service | ☐ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 5/1 | $1,742.80 |
| Deposits/Additions | 6,619.54 |
| Withdrawals/Subtractions | - 5,828.52 |
| **Ending balance on 5/31** | **$2,533.82** |

Account number:  ▮▮▮2751

**VICTOR H MAIA**
**DEBTOR IN POSSESSION**
**CH11 CASE #18-16907 (EPA)**

*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  031000503

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements
please call the number listed on your statement or visit your Wells Fargo branch.



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 5/1 | | Cozy Services Lt Soriano St-I0B5O1L5P4W1 Victor Maia | 985.00 | | |
| 5/1 | | Northampton Buck Nbcma Paym 200501 0002240469.0 Maia, Victor | | 110.12 | 2,617.68 |
| 5/4 | | Purchase authorized on 04/30 4Te*Keller William 215-757-6100 PA S460121645390153 Card 2395 | | 46.00 | 2,571.68 |
| 5/6 | | Cozy Services Lt Rodriguez St-Q9L0W5W7R9R1 Victor Maia | 150.00 | | |
| 5/6 | | Cozy Services Lt Ramos St-H8G6D7E3U9Z2 Victor Maia | 918.60 | | |
| 5/6 | | ATM Check Deposit on 05/06 725 2ND Street Pike Richboro PA 0000854 ATM ID 3004x Card 2395 | 1,200.00 | | 4,840.28 |
| 5/7 | | Cozy Services Lt Rodriguez St-K0M0x7U0F2E5 Victor Maia | 100.00 | | |
| 5/7 | | Purchase authorized on 05/06 USPS PO 4179200054 Richboro PA S300127640714630 Card 2395 | | 67.00 | 4,873.28 |
| 5/8 | | Recurring Payment authorized on 05/06 Uscca/Delta Defens 877-677-1919 WI S580127291846873 Card 2395 | | 22.03 | 4,851.25 |
| 5/11 | | Cozy Services Lt Whetstone St-L0P7S4I5N2E4 Victor Maia | 500.00 | | |
| 5/11 | | Purchase authorized on 05/08 Ptc Ezpass Csc Web State.PA.US PA S460129415957059 Card 2395 | | 140.00 | |
| 5/11 | | Recurring Payment authorized on 05/08 Google*Google Musi Internet CA S580129821143102 Card 2395 | | 15.89 | |
| 5/11 | | Purchase authorized on 05/09 Wawa 661 0000 Woodbridge VA S58013051873637 Card 2395 | | 26.25 | |
| 5/11 | | Purchase authorized on 05/09 Sheetz 0567 0000 Roanoke Rapid NC S300130640212628 Card 2395 | | 30.85 | |
| 5/11 | | Purchase authorized on 05/10 DD/Br #302068 Q35 Columbia SC S300131472345105 Card 2395 | | 20.19 | |
| 5/11 | | Purchase authorized on 05/10 Wawa 8624 0008 Colonial Heig VA S460132055084627 Card 2395 | | 27.75 | |
| 5/11 | | Online Transfer to Maia V Everyday Checking xxxxxx3728 Ref #Ib084L9H4D on 05/11/20 | | 1,500.00 | 3,590.32 |
| 5/12 | | Purchase authorized on 05/10 Grill Marks Columbia SC S460131619519138 Card 2395 | | 96.82 | |
| 5/12 | | Purchase authorized on 05/10 Tropical Smoothie Columbia SC S460131720208309 Card 2395 | | 27.09 | |
| 5/12 | | Purchase authorized on 05/10 Shell Oil 53906400 Bishopville SC S380131753628568 Card 2395 | | 44.25 | |
| 5/12 | | Bill Pay Home Depot on-Line Xxxxxxxxxxx56670 on 05-12 | | 125.00 | 3,297.16 |
| 5/13 | | Purchase authorized on 05/11 Nationwide Insuran 800-421-1444 OH S460132683493222 Card 2395 | | 492.73 | |
| 5/13 | | Purchase authorized on 05/11 Nationwide Insuran 800-421-1444 OH S460132685247351 Card 2395 | | 237.04 | |
| 5/13 | | Recurring Payment authorized on 05/12 Netflix.Com Netflix.Com CA S580133305341938 Card 2395 | | 16.95 | 2,550.44 |
| 5/14 | | Bill Pay Fm Ins - Wakeling2051 on-Line xxxxxxxxxx58802 on 05-14 | | 70.72 | |
| 5/14 | | Bill Pay Fm Ins - Valley5023 on-Line xxxxxxxxxx53602 on 05-14 | | 70.72 | |
| 5/14 | | Bill Pay Fm Ins - Ruscomb162W on-Line xxxxxxxxxx36902 on 05-14 | | 70.72 | |
| 5/14 | | Bill Pay Fm Ins - Fillmore1641 on-Line xxxxxxxxxx27302 on 05-14 | | 70.72 | |
| 5/14 | | Bill Pay Fm Ins - Cloud4310 on-Line xxxxxxxxxx43302 on 05-14 | | 70.72 | |
| 5/14 | | Bill Pay Fm Ins - Albanus124E on-Line xxxxxxxxxx37502 on 05-14 | | 70.72 | |
| 5/14 | | Bill Pay Fm Ins - Sellers1403 on-Line xxxxxxxxxx98701 on 05-14 | | 89.51 | |
| 5/14 | | Bill Pay Fm Ins - Tackawanna4649 on-Line xxxxxxxxxx27101 on 05-14 | | 91.36 | |
| 5/14 | | Bill Pay Fm Ins - Tackawanna4562 on-Line xxxxxxxxxx29101 on 05-14 | | 91.47 | |
| 5/14 | | Bill Pay Fm Ins - Tampa4755 on-Line xxxxxxxxxx03901 on 05-14 | | 92.50 | |
| 5/14 | | Bill Pay Fm Ins - Griscom4827 on-Line xxxxxxxxxx43701 on 05-14 | | 105.35 | |
| 5/14 | | Bill Pay Fm Ins - Berkshire1909 on-Line xxxxxxxxxx29701 on 05-14 | | 105.35 | 1,550.58 |

WELLS FARGO

## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|------|------|------|------|------|
| 5/18 | | Purchase authorized on 05/16 Budget Plumbing & Northeast Phi PA S300137293795122 Card 2395 | | 150.00 | 1,400.58 |
| 5/19 | | Bill Pay Amazon on-Line Xxxxxxxxxxx10483 on 05-19 | | 132.45 | 1,268.13 |
| 5/20 | | Purchase authorized on 05/18 Bright Mls 888-8388200 MD S300139433123044 Card 2395 | | 111.30 | 1,156.83 |
| 5/21 | | Online Transfer From Maia V Everyday Checking xxxxxx3728 Ref #Ib0865Cxxh on 05/21/20 | 300.00 | | |
| 5/21 | | Bill Pay Usli - Palethorpe4814 on-Line xxxx35545 on 05-21 | | 724.00 | 732.83 |
| 5/26 | | Cozy Services Lt Whetstone St-x7Q4R0N3x2N5 Victor Maia | 500.00 | | |
| 5/26 | | Quickbooks Banking | | 14.95 | 1,217.88 |
| 5/27 | 128 | Check | | 650.00 | 567.88 |
| 5/28 | | Cozy Services Lt Rodriguez St-E7S3H1E3B0O8 Victor Maia | 145.00 | | |
| 5/28 | | Cozy Services Lt Rodriguez St-N5P3C2A4T7x2 Victor Maia | 300.00 | | 1,012.88 |
| 5/29 | | Cozy Services Lt Whetstone St-D9K8E5C4F6J6 Victor Maia | 1,520.94 | | 2,533.82 |
| **Ending balance on 5/31** | | | | | 2,533.82 |
| **Totals** | | | **$6,619.54** | **$5,828.52** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written    *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|------|------|------|
| 128 | 5/27 | 650.00 |

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 05/01/2020 - 05/31/2020 | Standard monthly service fee $10.00 | You paid $0.00 | |
|------|------|------|------|
| **How to avoid the monthly service fee** | | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | | |
| · Minimum daily balance | | $1,500.00 | $567.88 ☐ |
| · Total amount of qualifying direct deposits | | $500.00 | $5,119.54 ☑ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | | 10 | 17 ☑ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($10.00 discount)        ☐

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
RC/RC



# ✔ IMPORTANT ACCOUNT INFORMATION

Effective June 20, 2020, we are updating the Funds Availability Policy in our Deposit Account Agreement as follows:

**WELLS FARGO**

In the "Longer delays may apply" section, when a longer delay applies, we are making the following changes:
- The amount of your deposit that may be available on the first business day after the day of your deposit is increasing from $200 to $225.
- We are changing the check deposit amount exception that may lead to a delay of generally no more than seven business days from "You deposit checks totaling more than $5,000 on any one day" to "You deposit checks totaling more than $5,525 on any one day."

In the "Special rules for new accounts" section, setting forth special rules that apply during the first 30 days your account is open, we are updating the amounts in the two bullets in the second paragraph from $5,000 to $5,525 and from $200 to $225 as follows:
- The first $5,525 of a day's total deposits of cashier's, certified, teller's, traveler's, and federal, state, and local government checks and U.S. Postal Service money orders made payable to you will be available on the first business day after the day of your deposit.
- The excess over $5,525 and funds from all other check deposits will be available on the seventh business day after the day of your deposit. The first $225 of a day's total deposit of funds from all other check deposits, however, may be available on the first business day after the day of your deposit.

To provide you with additional flexibility to access accounts, we have increased the daily ATM withdrawal limit on your Wells Fargo Debit, ATM, or EasyPay Card(s) to $710. Any card that already has a daily ATM withdrawal limit of $710 or more remains the same. To view your card limits any time, sign on at wellsfargo.com/cardcontrol and click on Open Card Details.



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement.    $ _____

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

+ $ _____

**C** Add **A** and **B** to calculate the subtotal.    = $ _____

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

- $ _____

**E** **Subtract D from C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.    = $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801        Member FDIC.

# Wells Fargo Everyday Checking

May 31, 2020 ■ Page 1 of 4

**WELLS FARGO**

VICTOR H MAIA
DEBTOR IN POSSESSION
CH11 CASE #18-16907 (EPA)
79 REDWOOD DR
RICHBORO PA 18954-1646

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**   (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (345)
       P.O. Box 6995
       Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | ✓ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 5/1 | $60.00 |
| Deposits/Additions | 1,500.00 |
| Withdrawals/Subtractions | 310.00 |
| **Ending balance on 5/31** | **$1,250.00** |

Account number:      3728

**VICTOR H MAIA**
**DEBTOR IN POSSESSION**
**CH11 CASE #18-16907 (EPA)**

*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  031000503

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

(345)



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 5/11 | | Online Transfer From Maia V Everyday Checking xxxxxx2751 Ref #Ib084L9H4D on 05/11/20 | 1,500.00 | | 1,560.00 |
| 5/21 | | Online Transfer to Maia V Everyday Checking xxxxxx2751 Ref #Ib0865Cxxh on 05/21/20 | | 300.00 | 1,260.00 |
| 5/29 | | Monthly Service Fee | | 10.00 | 1,250.00 |
| Ending balance on 5/31 | | | | | 1,250.00 |
| **Totals** | | | **$1,500.00** | **$310.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 05/01/2020 - 05/31/2020 | Standard monthly service fee $10.00 | You paid $10.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $60.00 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 0 ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($10.00 discount)          ☐

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
RC/RC

 # IMPORTANT ACCOUNT INFORMATION

Effective June 20, 2020, we are updating the Funds Availability Policy in our Deposit Account Agreement as follows:

In the "Longer delays may apply" section, when a longer delay applies, we are making the following changes:
- The amount of your deposit that may be available on the first business day after the day of your deposit is increasing from $200 to $225.
- We are changing the check deposit amount exception that may lead to a delay of generally no more than seven business days from "You deposit checks totaling more than $5,000 on any one day" to "You deposit checks totaling more than $5,525 on any one day."

In the "Special rules for new accounts" section, setting forth special rules that apply during the first 30 days your account is open, we are updating the amounts in the two bullets in the second paragraph from $5,000 to $5,525 and from $200 to $225 as follows:
- The first $5,525 of a day's total deposits of cashier's, certified, teller's, traveler's, and federal, state, and local government checks and U.S. Postal Service money orders made payable to you will be available on the first business day after the day of your deposit.

WELLS
FARGO

- The excess over $5,525 and funds from all other check deposits will be available on the seventh business day after the day of your deposit. The first $225 of a day's total deposit of funds from all other check deposits, however, may be available on the first business day after the day of your deposit.



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement.    $ _____

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | **$** |

+ $ _____

**C** **Add** **A** **and** **B** to calculate the subtotal.    = $ _____

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | **$** |

- $ _____

**E** **Subtract** **D** **from** **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.    = $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801          Member FDIC.