IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 11 |
| VICTOR H. MAIA | : | |
| | : | BANKR. NO. 18-16907 (AMC) |
| Debtor | : | |
| | : | |

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that on this 3rd day of September, 2020, the United States Trustee's Objection to Debtor's Second Amended Disclosure Statement and Second Amended Small Business Plan, was served upon those parties as set forth on the attached Clerk's Service List via CM/ECF, unless otherwise noted below.

Those parties sent service by the United States First Class mail, postage prepaid, are as follows:

Victor H. Maia
79 Redwood Drive
Richboro, PA 18954
*(Debtor)*
*(U.S. Mail)*

Edmond M. George, Esquire
Obermayer Rebmann
Maxwell & Hippel, LLP.
1500 Market Street, Suite 3400
Centre Square West
Philadelphia, PA 19102
*(Debtor's Counsel)*
*Email: edmond.george@obermayer.com*

Bennett J. Sady, Esquire
Bennett J Sady & Company, P.C.
501 Office Center Drive, Suite 126
Fort Washington, PA 19034
*(By U.S. Mail)*

Keller Williams Real Estate
584 Middletown Boulevard
Suite A-50
Langhorne, PA  19047
*(By U.S. Mail)*

Anthony Patterson
3228 Fontain Street
Philadelphia, PA 19121-1727
*(By U.S. Mail)*

BY:    */s/ Nancy Miller*_____
         Nancy. Miller, Legal Clerk

## Mailing Information for Case 18-16907-amc

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **GEORGE M. CONWAY**    george.m.conway@usdoj.gov
- **EDMOND M. GEORGE**
  michael.vagnoni@obermayer.com;turner.falk@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com
- **DENISE A. KUHN**    dkuhn@attorneygeneral.gov
- **JILL MANUEL-COUGHLIN**    bankruptcy@powerskirn.com
- **ANGELA LYNN MASTRANGELO**    angela.baglanzis@obermayer.com,
  Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com
- **SARAH K. MCCAFFERY**    bankruptcy@powerskirn.com
- **STEPHEN L. NEEDLES**    steve@needlelawyer.com
- **MARK D. PFEIFFER**    mark.pfeiffer@bipc.com, donna.curcio@bipc.com
- **AMANDA L. RAUER**    Amanda.rauer@pkallc.com,
  chris.amann@pkallc.com;nick.bracey@pkallc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.raynor-paul@pkallc.com;harry.reese@pkallc.com
- **REBECCA ANN SOLARZ**    bkgroup@kmllawgroup.com
- **PAMELA ELCHERT THURMOND**    pamela.thurmond@phila.gov, karena.blaylock@phila.gov
- **United States Trustee**    USTPRegion03.PH.ECF@usdoj.gov
- **MICHAEL D. VAGNONI**    michael.vagnoni@obermayer.com,
  Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com
- **KARINA VELTER**    amps@manleydeas.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Bennett J. Sady & Company, P.C.**
Bennett J. Sady
501 Office Center Drive, Suite 126
Fort Washington, PA 19034

**Keller Williams Real Estate**
584 Middletown Blvd. Suite A-50
Langhorne, PA 19047

**Anthony Patterson**
3228 Fontain St.
Philadelphia, PA 19121-1727

**Natasha Rivera**
,

[Creditor List](#)

Click the link above to produce a complete list of **creditors** only.

[List of Creditors](#)

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.