**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | : |
| | : |
| | : **Chapter 11** |
| **VICTOR H. MAIA,** | : |
| | : **Case No. 18-16907-JKF** |
| Debtor. | : |
| | : |

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under Local Bankruptcy Rule 2091-1, the undersigned notifies the Court that Michael D. Vagnoni, Esq. will be substituted as attorney of record for Debtor, Victor H. Maia in this case.

Date: September 11, 2020          */s/ Angela L. Mastrangelo*
                                  Signature of Former Attorney


Date: September 11, 2020          */s/ Michael D. Vagnoni*
                                  Signature of Substituted Attorney

OMC\4847-8576-9674.v1-9/11/20