IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **In re:** | : | Chapter 11 |
| | : | |
| **VICTOR H. MAIA,** | : | Case No. 18-16907-AMC |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER GRANTING EXPEDITED CONSIDERATION, SHORTENED TIME AND
LIMITED NOTICE ON THE MOTION OF DEBTOR VICTOR H. MAIA FOR
AUTHORITY TO SELL REAL PROPERTY AT PRIVATE SALE, FREE AND CLEAR
OF ALL LIENS, CLAIMS, AND ENCUMBRANCES PURSUANT TO 11 U.S.C. § 363**

AND NOW, this \_\_\_9th\_\_\_ day of \_\_\_December\_\_\_, 2020, upon consideration of the Motion of Victor H. Maia, the debtor and debtor in possession (the "Debtor"), by and through his undersigned counsel, Obermayer Redman Maxwell & Hippel LLP, hereby moves this Court for the entry of an Order: (i) granting expedited consideration, shortened time and limited notice and; (ii) granting the Debtor authority to sell the property located at 2051 Wakeling Street, Philadelphia, PA 19124 (the "Real Property") at private sale to JDJ Fund D, LLC (the "Sale"), free and clear of all liens, claims, and encumbrances pursuant to 11 U.S.C. § 363 (the "Motion")[2]; and cause therefore having been demonstrated, it is hereby ORDERED as follows:

1. Debtor's request for an expedited hearing, shortened time, and limited notice on the Motion is GRANTED.

2. A hearing to consider the Motion is scheduled for \_\_\_December 15\_\_\_, 2020 at \_\_\_12:00\_\_\_ a.m./p.m. [TELEPHONIC] before the Honorable Ashely M. Chan in the United States Bankruptcy Court. Using a landline, parties are to Dial: 877-873-8017 Access Code: 3027681#

~~Any objection to the Motion must be filed with the Clerk of the Bankruptcy~~

---

[2] Each capitalized term used but not defined herein shall have the meaning ascribed thereto in the Motion.

OMC\4821-8018-4274.v1-12/8/20

~~Court and serviced upon counsel to the Trustee on or before~~

_____, ~~2020.~~

3. The terms and conditions of the Sale are as follows:

   a. The Sale of the Property to JDJ Fund D, LLC (the "Purchaser") is by private sale for Fifty-Five Thousand dollars ($55,000.00) without contingencies as set forth in greater detail in the Agreement of Sale, attached to the Motion as Exhibit "B".

   b. Settlement is to occur on or before December 2, 2020.[3]

4. A copy of this Order shall be served by counsel to the Trustee on or before __December 9__, 2020, at __5:00__ a.m./p.m. by facsimile, next day mail or by electronic means, including the Court's CM/ECF system, upon: (i) the Office of the United States Trustee; (ii) counsel to the Debtors; (iii) the Debtors' secured creditors; (iv) taxing authorities; (v) the Debtors' principals listed in the schedules and statements of financial affairs; and (vi) all parties who have timely filed requests for notice under Bankruptcy Rule 2002.

5. If notice is given in the manner provided above, said notice shall be sufficient and proper and in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedures and the Local Rules of this Court.

BY THE COURT:

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge

Copy to: Attached List

---

[3] The Debtor will be extending the closing date to a date after Bankruptcy Court approval of the sale of the Real Property.

OMC\4821-8018-4274.v1-12/8/20

**Service List:**

GEORGE M. CONWAY, ESQ., on behalf of U.S. Trustee United States Trustee
george.m.conway@usdoj.gov

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

DENISE A. KUHN, ESQ., on behalf of Creditor, Commonwealth of Pennsylvania, Department of Revenue
dkuhn@attorneygeneral.gov

PAMELA ELCHERT THURMOND, ESQ., on behalf of Creditor, City of Philadelphia
pamela.thurmond@phila.gov, karena.blaylock@phila.gov

JILL MANUEL-COUGHLIN, ESQ., on behalf of Creditor, Wells Fargo Bank, N.A.
jill@pkallc.com

GILBERT R. YABES, ESQ., on behalf of Creditor, Wells Fargo Bank, N.A.
gyabes@aldridgepite.com

KARINA VELTER, ESQ., on behalf of Creditors, Wells Fargo Bank, N.A. and PNC Bank, National Association
kvelter@manleydeas.com

STEPHEN L. NEEDLES, ESQ., on behalf of Creditor, G.H. Harris Associates, Inc.
steve@needlelawyer.com

REBECCA A. SOLARZ, ESQ., on behalf of Creditor, PNC Bank, National Association
bkgroup@kmllawgroup.com

MARK D. PFEIFFER, ESQ., on behalf of Creditors, Maurice Butts, Willie Jamar Nobels, and Diana Wilson
mark.pfeiffer@bipc.com

U.S. Trustee
United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

POWERS KIRN & ASSOCIATES, LLC
Jill Manuel-Coughlin, Esquire
Amanda L. Rauer, Esquire
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
*Counsel for Wells Fargo Bank, N.A.*

Pamela Elchert Thurmond, Esquire
Deputy City Solicitor
1401 JFK Boulevard, 5th Floor
Philadelphia, PA 19102-1595
*Counsel for City of Philadelphia*

Denise A. Kuhn, Esquire
Office of Attorney General
The Phoenix Building
1600 Arch Street, Suite 300
Philadelphia, PA 19103
*Counsel for the Commonwealth of PA, Department of Revenue*

STEPHEN L. NEEDLES & ASSOCIATES
Stephen L. Needles, Esquire
80 North Second Street Pike
Churchville, PA 18966
*Counsel for Creditor, G.H. Harris Associates, Inc.*

BUCHANAN INGERSOLL & ROONEY PC
Mike D. Pfeiffer, Esquire
Two Liberty Place
50 S. 16th Street, Ste.3200
Philadelphia, PA 19102
*Counsel for Willie Jamar Nobles and Diana Wilson*

MANLEY DEAS KOCHALSKI LLC
Karina Velter, Esquire
P.O. Box 165028
Columbus, OH 43216-5028
Atty File No.: 19-023342
*Counsel for PNC Bank, National Association*

Rebecca A Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
*Counsel for PNC Bank, National Association*

OMC\4821-8018-4274.v1-12/8/20