# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : |
| VICTOR H. MAIA | : |
| | : Chapter 11 |
| | : |
| Debtor. | : Case No.: 18-16907-AMC |
| | : |

## APPLICATION FOR ADMISSION
## *PRO HAC VICE* OF TYLER S. DISCHINGER

I, Mark Pfeiffer, Esquire, hereby apply to this Court for the admission, *pro hac vice* of Tyler S. Dischinger ("Applicant"), to represent Willie Jamar Nobles, individually and as administrator of the estate of Jamar Willie Nobles, Diana Wilson, as administratix of the estate of Rasheedah Wilson and in her own right, and Maurice Butts, as administrator of the estate of Rasheed Wilson in the above-captioned proceeding and in support thereof aver as follows:

1. I am a member of the bar of the United States Bankruptcy Court for the Eastern District of Pennsylvania and a member of the bar of the Commonwealth of Pennsylvania, among others.

2. I am counsel with the law firm of Buchanan Ingersoll & Rooney PC and maintain an office at 50 S. 16th Street, Ste. 3200, Philadelphia, Pennsylvania 19102.

3. Attached as Exhibit "A" is an affidavit of Applicant affirming Applicant is an attorney with the firm of Buchanan Ingersoll & Rooney PC, admitted to practice law in the State of Pennsylvania. Applicant is also admitted to the Western District of Pennsylvania Bankruptcy Court.

4. To the best of my knowledge, information and belief, Applicant has never been denied admission or disciplined in accordance with the Local Rules, and has not been denied admission or disciplined by any other Court.

5. Applicant is familiar with the Local Rules of practice in this Court.

WHEREFORE, I respectfully request this Court to enter an Order in the form annexed hereto admitting, *pro hac vice*, Applicant for practice in the above captioned proceeding.

Dated: December 10, 2020

Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

By: /s/ Mark Pfeiffer
Mark Pfeiffer, Esq.
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102
(215) 665-8700 Phone
(215) 665 8760 Facsimile
Email: mark.pfeiffer@bipc.com

*Counsel to Willie Jamar Nobles, individually and as administrator of the estate of Jamar Willie Nobles, Diana Wilson, as administratix of the estate of Rasheedah Wilson and in her own right, and Maurice Butts, as administrator of the estate of Rasheed Wilson.*

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
                                                    :
VICTOR H. MAIA                                      :
                                                    :     Chapter 11
                                                    :
    Debtor.                                         :     Case No.: 18-16907-AMC
                                                    :

### AFFIDAVIT OF TYLER S. DISCHINGER, ESQUIRE

STATE OF PENNSYLVANIA          :
                               :   ss
COUNTY OF ALLEGHENY            :

Tyler S. Dischinger, Esquire, having been duly sworn under oath, according to law, deposes and says as follows:

1. I am a shareholder with the law firm of Buchanan Ingersoll & Rooney PC, located at 501 Grant Street, Suite 200, Pittsburgh, Pennsylvania 15219.

2. I am a member in good standing of the bar of the State of Pennsylvania.

3. I am also admitted to the Bankruptcy Court for the Western District of Pennsylvania.

4. My practice concentrates in the areas of bankruptcy and creditors' rights.

5. I seek admission to this court for permission to appear and participate as counsel *pro hac vice* on behalf of Willie Jamar Nobles, individually and as administrator of the estate of Jamar Willie Nobles, Diana Wilson, as administratix of the estate of Rasheedah Wilson and in her own right, and Maurice Butts, as administrator of the estate of Rasheed Wilson and duly authorized derivative representative.

6.  I have reviewed, and am familiar with, the Local Rules for the United States Bankruptcy Court for the Eastern District of Pennsylvania.

_____
TYLER S. DISCHINGER

SUBSCRIBED AND SWORN to
this 10th day of December, 2020

_____
NOTARY PUBLIC

Commonwealth of Pennsylvania - Notary Seal
Sharon A. Troesch, Notary Public
Allegheny County
My commission expires November 28, 2021
Commission number 1168677
MEMBER PENNSYLVANIA ASSOCIATION OF NOTARIES

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | |
| : | |
| VICTOR H. MAIA : | |
| : | Chapter 11 |
| : | |
| Debtor. : | Case No.: 18-16907-AMC |
| : | |

## CERTIFICATE OF SERVICE

I, Mark Pfeiffer, Esquire, hereby certify that I served or caused to be served this 10th day of December, 2020 a true and correct copy of the Application for Admission Pro Hac Vice for Tyler S. Dischinger via ECF notification upon all parties-in-interest.

Dated: December 10, 2020

Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

By: /s/ Mark Pfeiffer
Mark Pfeiffer, Esq.
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102
(215) 665-8700 Phone
(215) 665 8760 Facsimile
Email: mark.pfeiffer@bipc.com

*Counsel to Willie Jamar Nobles, individually and as administrator of the estate of Jamar Willie Nobles, Diana Wilson, as administratix of the estate of Rasheedah Wilson and in her own right, and Maurice Butts, as administrator of the estate of Rasheed Wilson.*