# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | Chapter 11 |
| **VICTOR H. MAIA,** | Case No. 18-16907-JFK |
| Debtor. | |

## CERTIFICATE OF SERVICE

I, Michael D. Vagnoni, Esquire, attorney for the Debtor, hereby certify that on December 9, 2020, a true and correct copy of the Combined Motion of Debtor Victor H. Maia, for (i) Expedited Consideration, Shortened Time and Limited Notice; and (ii) For Authority to Sell Real Property located at 2051 Wakeling Street at Private Sale, Free and Clear of All Liens, Claims, and Encumbrances Pursuant to 11 U.S.C. § 363 (the "Motion"), and a true and correct copy of the Order Granting Expedited Consideration of the Motion were served via electronic means or next day mail upon the attached service list.

*/s/ Michael D. Vagnoni*
Michael D. Vagnoni, Esquire

OMC\4828-1155-4004.v1-12/15/20

## SERVICE LIST "A"

Via electronic service through CM/ECF:

GEORGE M. CONWAY, ESQ., on behalf of U.S. Trustee United States Trustee
george.m.conway@usdoj.gov

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

DENISE A. KUHN, ESQ., on behalf of Creditor, Commonwealth of Pennsylvania, Department of Revenue
dkuhn@attorneygeneral.gov

PAMELA ELCHERT THURMOND, ESQ., on behalf of Creditor, City of Philadelphia and/or Water Revenue Bureau
pamela.thurmond@phila.gov, karena.blaylock@phila.gov

JILL MANUEL-COUGHLIN, ESQ., on behalf of Creditor, Wells Fargo Bank, N.A.
jill@pkallc.com

GILBERT R. YABES, ESQ., on behalf of Creditor, Wells Fargo Bank, N.A.
gyabes@aldridgepite.com

KARINA VELTER, ESQ., on behalf of Creditors, Wells Fargo Bank, N.A. and PNC Bank, National Association
kvelter@manleydeas.com

STEPHEN L. NEEDLES, ESQ., on behalf of Creditor, G.H. Harris Associates, Inc.
steve@needlelawyer.com

REBECCA A. SOLARZ, ESQ., on behalf of Creditor, PNC Bank, National Association
bkgroup@kmllawgroup.com

MARK D. PFEIFFER, ESQ., on behalf of Creditors, Maurice Butts, Willie Jamar Nobels, and Diana Wilson
mark.pfeiffer@bipc.com

## **SERVICE LIST "B"**

Via next day mail:

U.S. Trustee
United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

POWERS KIRN & ASSOCIATES, LLC
Jill Manuel-Coughlin, Esquire
Amanda L. Rauer, Esquire
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
*Counsel for Wells Fargo Bank, N.A.*

Pamela Elchert Thurmond, Esquire
Deputy City Solicitor
1401 JFK Boulevard, 5th Floor
Philadelphia, PA 19102-1595
*Counsel for City of Philadelphia*

Denise A. Kuhn, Esquire
Office of Attorney General
The Phoenix Building
1600 Arch Street, Suite 300
Philadelphia, PA 19103
*Counsel for the Commonwealth of PA, Department of Revenue*

STEPHEN L. NEEDLES & ASSOCIATES
Stephen L. Needles, Esquire
80 North Second Street Pike
Churchville, PA 18966
*Counsel for Creditor, G.H. Harris Associates, Inc.*

BUCHANAN INGERSOLL & ROONEY PC
Mike D. Pfeiffer, Esquire
Two Liberty Place
50 S. 16th Street, Ste.3200
Philadelphia, PA 19102
*Counsel for Willie Jamar Nobles and Diana Wilson*

Rebecca A Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
*Counsel for PNC Bank, National Association and Wells Fargo Bank, N.A.*

MANLEY DEAS KOCHALSKI LLC
Karina Velter, Esquire
P.O. Box 165028
Columbus, OH 43216-5028
Atty File No.: 19-023342
*Counsel for PNC Bank, National Association and Wells Fargo Bank, N.A.*