**Fill in this information to identify the case:**

Debtor Name  Victor H. Maia

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number:  18-16907JKF

☐ Check if this is an
amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month:  August

Date report filed: 09/20/2020
MM / DD / YYYY

Line of business: Real Estate

NAISC code: 531110

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:  Victor H. Maia

Original signature of responsible party  *Victor H. Maia*

Printed name of responsible party  Victor H. Maia

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

| Debtor Name | Victor H. Maia | Case number | 18-16907JKF |
|---|---|---|---|

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$  2,556.74

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$  4,530.30

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

– $  7,709.85

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $  -3,179.55

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

= $  -622.81

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

$  13,153.73

  *(Exhibit E)*

| Debtor Name | Victor H. Maia | Case number | 18-16907JKF |
|---|---|---|---|

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                    $ _____ 0.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                        _____ 0

27. What is the number of employees as of the date of this monthly report?                           _____ 0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                  $ _____ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ _____ 0.00

30. How much have you paid this month in other professional fees?                                            $ _____ 0.00

31. How much have you paid in total other professional fees since filing the case?                           $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A* | − | Column B | = | *Column C* |
|---|---|---|---|---|---|
|  | **Projected** | | **Actual** | | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 9,000.00 | − | $ 4,530.30 | = | $ 4,469.70 |
| 33. **Cash disbursements** | $ 7,200.00 | − | $ 7,709.85 | = | $ -509.85 |
| 34. **Net cash flow** | $ 1,800.00 | − | $ -3,179.55 | = | $ 4,979.55 |

35. Total projected cash receipts for the next month:                                          $ 11,000.00

36. Total projected cash disbursements for the next month:                                    - $ 8,500.00

37. Total projected net cash flow for the next month:                                         = $ 2,500.00

Debtor Name  Victor H. Maia                                    Case number  18-16907JKF

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.   Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39.   Bank reconciliation reports for each account.

☑ 40.   Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.   Budget, projection, or forecast reports.

☐ 42.   Project, job costing, or work-in-progress reports.

Print     Save As...     Reset

11:15 PM

10/25/20

Accrual Basis

# Victor Maia DIP
## Profit & Loss
### August 2020

|  | Aug 20 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Passive** | |
| Rent INCOME | 4,530.30 |
| **Total Passive** | 4,530.30 |
| **Total Income** | 4,530.30 |
| **Gross Profit** | 4,530.30 |
| **Expense** | |
| Auto | 213.52 |
| Bank Service Charges | 24.95 |
| Dues & Subscription | 251.35 |
| Education | 73.46 |
| Food | 251.25 |
| Insurance | 1,880.49 |
| L&P | 756.00 |
| Meals & Entertainment | 193.61 |
| Phone | 450.00 |
| Repairs | 319.71 |
| Supplies | 374.82 |
| **Taxes** | |
| Property | 1,394.36 |
| **Total Taxes** | 1,394.36 |
| Travel Expense | 82.21 |
| Utilities | 1,444.12 |
| **Total Expense** | 7,709.85 |
| **Net Ordinary Income** | -3,179.55 |
| **Net Income** | **-3,179.55** |

10:55 PM

10/25/20

## Victor Maia DIP
## Reconciliation Summary
### 01-Checking XXXX2751, Period Ending 08/31/2020

|  | Aug 31, 20 |
|---|---|
| **Beginning Balance** | 3,533.11 |
| **Cleared Transactions** | |
| Checks and Payments - 76 items | -8,699.85 |
| Deposits and Credits - 15 items | 5,530.30 |
| **Total Cleared Transactions** | -3,169.55 |
| **Cleared Balance** | 363.56 |
| **Register Balance as of 08/31/2020** | 363.56 |
| **Ending Balance** | 363.56 |

10:55 PM

10/25/20

# Victor Maia DIP
# Reconciliation Detail
## 01-Checking XXXX2751, Period Ending 08/31/2020

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Beginning Balance | | | | | | 3,533.11 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 76 items** | | | | | | |
| Check | 08/03/2020 | | Verizon | X | -450.00 | -450.00 |
| Check | 08/03/2020 | | Bright MLS | X | -111.30 | -561.30 |
| Check | 08/03/2020 | | COP-Valley5041 | X | -92.73 | -654.03 |
| Check | 08/03/2020 | | FM Ins - Tackawann... | X | -69.75 | -723.78 |
| Check | 08/03/2020 | | FM Ins - Tampa4755 | X | -57.39 | -781.17 |
| Check | 08/04/2020 | | NBCMA | X | -169.20 | -950.37 |
| Check | 08/04/2020 | | COP-Valley5041 | X | -92.73 | -1,043.10 |
| Check | 08/04/2020 | | Well's Technology Inc. | X | -65.50 | -1,108.60 |
| Check | 08/04/2020 | | Well's Technology Inc. | X | -19.05 | -1,127.65 |
| Check | 08/06/2020 | | Richboro Beer & Soda | X | -149.62 | -1,277.27 |
| Check | 08/10/2020 | | USCCA | X | -22.03 | -1,299.30 |
| Check | 08/10/2020 | | Google | X | -15.89 | -1,315.19 |
| Check | 08/11/2020 | | Peco-Redwood79 | X | -250.00 | -1,565.19 |
| Check | 08/11/2020 | | Home Depot | X | -235.16 | -1,800.35 |
| Check | 08/11/2020 | | Amazon.com | X | -185.10 | -1,985.45 |
| Check | 08/11/2020 | | FM Ins - Griscom4827 | X | -105.35 | -2,090.80 |
| Check | 08/11/2020 | | FM Ins - Berkshire1... | X | -105.35 | -2,196.15 |
| Check | 08/11/2020 | | COP-Sylvester5835 | X | -92.83 | -2,288.98 |
| Check | 08/11/2020 | | COP-Valley5041 | X | -92.73 | -2,381.71 |
| Check | 08/11/2020 | | FM Ins - Tackawann... | X | -91.36 | -2,473.07 |
| Check | 08/11/2020 | | FM Ins - Sellers1403 | X | -89.51 | -2,562.58 |
| Check | 08/11/2020 | | FM Ins - Tampa4755 | X | -88.15 | -2,650.73 |
| Check | 08/11/2020 | | FM Ins - Tackawann... | X | -88.15 | -2,738.88 |
| Check | 08/11/2020 | | COP-Sanger2047 | X | -86.16 | -2,825.04 |
| Check | 08/11/2020 | | Comcast Cable | X | -85.00 | -2,910.04 |
| Check | 08/11/2020 | | COP-Sellers1403 | X | -83.36 | -2,993.40 |
| Check | 08/11/2020 | | COP-Valley5023 | X | -76.40 | -3,069.80 |
| Check | 08/11/2020 | | COP-Albanus124e | X | -74.86 | -3,144.66 |
| Check | 08/11/2020 | | COP-Claridge3952 | X | -71.36 | -3,216.02 |
| Check | 08/11/2020 | | COP-Ruscomb162w | X | -70.86 | -3,286.88 |
| Check | 08/11/2020 | | FM Ins - Albanus124e | X | -70.72 | -3,357.60 |
| Check | 08/11/2020 | | FM Ins - Fillmore1641 | X | -70.72 | -3,428.32 |
| Check | 08/11/2020 | | FM Ins - Ruscomb1... | X | -70.72 | -3,499.04 |
| Check | 08/11/2020 | | FM Ins - Valley5023 | X | -70.72 | -3,569.76 |
| Check | 08/11/2020 | | FM Ins - Wakeling20... | X | -70.72 | -3,640.48 |
| Check | 08/11/2020 | | FM Ins - Cloud4310 | X | -70.72 | -3,711.20 |
| Check | 08/11/2020 | | COP-Tackawanna4... | X | -70.45 | -3,781.65 |
| Check | 08/11/2020 | | COP-Cloud4310 | X | -63.69 | -3,845.34 |
| Check | 08/11/2020 | | COP-Griscom4827 | X | -62.30 | -3,907.64 |
| Check | 08/11/2020 | | COP-Church1932 | X | -61.59 | -3,969.23 |
| Check | 08/11/2020 | | COP-Lesher5348 | X | -60.74 | -4,029.97 |
| Check | 08/11/2020 | | COP-Tackawanna4... | X | -60.55 | -4,090.52 |
| Check | 08/11/2020 | | COP-Tampa4755 | X | -56.80 | -4,147.32 |
| Check | 08/11/2020 | | COP-Fillmore1641 | X | -52.49 | -4,199.81 |
| Check | 08/11/2020 | | COP-Berkshire1909 | X | -49.92 | -4,249.73 |
| Check | 08/11/2020 | | COP-Palethorp4814 | X | -21.81 | -4,271.54 |
| Check | 08/12/2020 | | Nationwide Insurance | X | -502.09 | -4,773.63 |
| Check | 08/12/2020 | | Nationwide Insurance | X | -237.04 | -5,010.67 |
| Check | 08/13/2020 | | Netflix | X | -16.95 | -5,027.62 |
| Check | 08/14/2020 | | American Airlines | X | -62.10 | -5,089.72 |
| Check | 08/14/2020 | | American Airlines | X | -20.11 | -5,109.83 |
| Check | 08/17/2020 | | Mellow Mushroom | X | -56.30 | -5,166.13 |
| Check | 08/17/2020 | | El Cheapo | X | -49.72 | -5,215.85 |
| Check | 08/17/2020 | | Sheetz | X | -48.80 | -5,264.65 |
| Check | 08/17/2020 | | Wawa | X | -31.15 | -5,295.80 |
| Check | 08/17/2020 | | | X | -28.03 | -5,323.83 |
| Check | 08/18/2020 | | BP | X | -58.75 | -5,382.58 |
| Check | 08/18/2020 | | Wawa | X | -25.10 | -5,407.68 |
| Check | 08/18/2020 | | Tropical Smoothie C... | X | -17.30 | -5,424.98 |
| Check | 08/19/2020 | | Outback | X | -75.77 | -5,500.75 |
| Check | 08/21/2020 | 129 | U.S. Trustee | X | -650.00 | -6,150.75 |
| Check | 08/21/2020 | | CE Shop | X | -73.46 | -6,224.21 |
| Check | 08/21/2020 | | WRB-Sellers1403 | X | -72.08 | -6,296.29 |
| Check | 08/24/2020 | | WRB-Tackawanna4... | X | -450.00 | -6,746.29 |
| Check | 08/24/2020 | | WRB-Lesher5348 | X | -150.00 | -6,896.29 |

10:55 PM
10/25/20

## Victor Maia DIP
## Reconciliation Detail
### 01-Checking XXXX2751, Period Ending 08/31/2020

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Check | 08/24/2020 | | Farm & Garden Stati... | X | -148.40 | -7,044.69 |
| Check | 08/24/2020 | | WRB-Cloud4310 | X | -72.08 | -7,116.77 |
| Check | 08/24/2020 | | WRB-Church1932 | X | -72.08 | -7,188.85 |
| Check | 08/24/2020 | | WRB-Tackawanna4... | X | -72.08 | -7,260.93 |
| Check | 08/24/2020 | | WRB-Valley5041 | X | -72.08 | -7,333.01 |
| Check | 08/24/2020 | | WRB-Valley5023 | X | -64.52 | -7,397.53 |
| Check | 08/24/2020 | | TrueValue | X | -41.32 | -7,438.85 |
| Check | 08/26/2020 | | Quickbooks Banking | X | -14.95 | -7,453.80 |
| Check | 08/27/2020 | | Keller Williams Real... | X | -140.05 | -7,593.85 |
| Check | 08/31/2020 | | | X | -1,000.00 | -8,593.85 |
| Check | 08/31/2020 | | PA Department of Li... | X | -106.00 | -8,699.85 |
| | | | **Total Checks and Payments** | | **-8,699.85** | **-8,699.85** |
| | **Deposits and Credits - 15 items** | | | | | |
| Deposit | 08/03/2020 | | | X | 300.00 | 300.00 |
| Deposit | 08/04/2020 | | | X | 32.55 | 332.55 |
| Deposit | 08/04/2020 | | | X | 88.73 | 421.28 |
| Deposit | 08/04/2020 | | | X | 903.02 | 1,324.30 |
| Deposit | 08/06/2020 | | | X | 215.00 | 1,539.30 |
| Deposit | 08/12/2020 | | | X | 500.00 | 2,039.30 |
| Deposit | 08/13/2020 | | | X | 220.00 | 2,259.30 |
| Deposit | 08/13/2020 | | | X | 300.00 | 2,559.30 |
| Deposit | 08/13/2020 | | | X | 600.00 | 3,159.30 |
| Deposit | 08/13/2020 | | | X | 900.00 | 4,059.30 |
| Deposit | 08/17/2020 | | | X | 71.00 | 4,130.30 |
| Deposit | 08/31/2020 | | | X | 100.00 | 4,230.30 |
| Deposit | 08/31/2020 | | | X | 250.00 | 4,480.30 |
| Deposit | 08/31/2020 | | | X | 500.00 | 4,980.30 |
| Deposit | 08/31/2020 | | | X | 550.00 | 5,530.30 |
| | | | **Total Deposits and Credits** | | **5,530.30** | **5,530.30** |
| | | | **Total Cleared Transactions** | | **-3,169.55** | **-3,169.55** |
| | | | Cleared Balance | | -3,169.55 | 363.56 |
| | | | Register Balance as of 08/31/2020 | | -3,169.55 | 363.56 |
| | | | **Ending Balance** | | **-3,169.55** | **363.56** |

10:57 PM

10/25/20

**Victor Maia DIP**

# Reconciliation Summary

## 02-Checking XXXX3728, Period Ending 08/31/2020

|  | Aug 31, 20 |
|---|---|
| Beginning Balance | 1,530.00 |
| Cleared Transactions |  |
| Checks and Payments - 3 items | -1,010.00 |
| Deposits and Credits - 1 item | 1,000.00 |
| Total Cleared Transactions | -10.00 |
| Cleared Balance | 1,520.00 |
| Register Balance as of 08/31/2020 | 1,520.00 |
| Ending Balance | 1,520.00 |

10:57 PM

10/25/20

**Victor Maia DIP**

**Reconciliation Detail**

02-Checking XXXX3728, Period Ending 08/31/2020

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Beginning Balance | | | | | | 1,530.00 |
| Cleared Transactions | | | | | | |
| Checks and Payments - 3 items | | | | | | |
| Deposit | 08/12/2020 | | | X | -500.00 | -500.00 |
| Deposit | 08/31/2020 | | | X | -500.00 | -1,000.00 |
| Check | 08/31/2020 | | | X | -10.00 | -1,010.00 |
| Total Checks and Payments | | | | | -1,010.00 | -1,010.00 |
| Deposits and Credits - 1 item | | | | | | |
| Check | 08/31/2020 | | | X | 1,000.00 | 1,000.00 |
| Total Deposits and Credits | | | | | 1,000.00 | 1,000.00 |
| Total Cleared Transactions | | | | | -10.00 | -10.00 |
| Cleared Balance | | | | | -10.00 | -10.00 |
| Register Balance as of 08/31/2020 | | | | | -10.00 | 1,520.00 |
| Ending Balance | | | | | -10.00 | 1,520.00 |

**11:10 PM**

**10/25/20**

**Accrual Basis**

**Victor Maia DIP**

## Transaction Detail by Account - Exhibit C

*August 2020*

| Type | Date | Num | Class | Clr | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|
| **Passive** | | | | | | | |
| **Rent INCOME** | | | | | | | |
| Deposit | 08/03/2020 | | Lesher5348 | | 01-Checking XXXX2751 | 300.00 | 300.00 |
| Deposit | 08/04/2020 | | Tackawanna4562 | | 01-Checking XXXX2751 | 32.55 | 332.55 |
| Deposit | 08/04/2020 | | Tackawanna4562 | | 01-Checking XXXX2751 | 88.73 | 421.28 |
| Deposit | 08/04/2020 | | Claridge3952 | | 01-Checking XXXX2751 | 903.02 | 1,324.30 |
| Deposit | 08/06/2020 | | Lesher5348 | | 01-Checking XXXX2751 | 215.00 | 1,539.30 |
| Deposit | 08/13/2020 | | Lesher5348 | | 01-Checking XXXX2751 | 220.00 | 1,759.30 |
| Deposit | 08/13/2020 | | Sanger2047 | | 01-Checking XXXX2751 | 900.00 | 2,659.30 |
| Deposit | 08/13/2020 | | Tampa4755 | | 01-Checking XXXX2751 | 600.00 | 3,259.30 |
| Deposit | 08/13/2020 | | Tampa4755 | | 01-Checking XXXX2751 | 300.00 | 3,559.30 |
| Deposit | 08/17/2020 | | Lesher5348 | | 01-Checking XXXX2751 | 71.00 | 3,630.30 |
| Deposit | 08/31/2020 | | Lesher5348 | | 01-Checking XXXX2751 | 100.00 | 3,730.30 |
| Deposit | 08/31/2020 | | Tampa4755 | | 01-Checking XXXX2751 | 550.00 | 4,280.30 |
| Deposit | 08/31/2020 | | Tampa4755 | | 01-Checking XXXX2751 | 250.00 | 4,530.30 |
| Total Rent INCOME | | | | | | 4,530.30 | 4,530.30 |
| Total Passive | | | | | | 4,530.30 | 4,530.30 |
| **TOTAL** | | | | | | **4,530.30** | **4,530.30** |

11:11 PM

10/25/20

**Victor Maia DIP**

## Check Detail - Exhibit D

### August 2020

| Type | Num | Date | Name | Paid Amount | Account | Original Amount |
|------|-----|------|------|------------:|---------|----------------:|
| Check | | 08/03/2020 | COP-Valley5041 | | 01-Checking XXXX2751 | -92.73 |
| | | | | -92.73 | Property | 92.73 |
| TOTAL | | | | -92.73 | | 92.73 |
| Check | | 08/03/2020 | Bright MLS | | 01-Checking XXXX2751 | -111.30 |
| | | | | -111.30 | Dues & Subscription | 111.30 |
| TOTAL | | | | -111.30 | | 111.30 |
| Check | | 08/03/2020 | Verizon | | 01-Checking XXXX2751 | -450.00 |
| | | | | -450.00 | Phone | 450.00 |
| TOTAL | | | | -450.00 | | 450.00 |
| Check | | 08/03/2020 | FM Ins - Tampa4755 | | 01-Checking XXXX2751 | -57.39 |
| | | | | -57.39 | Insurance | 57.39 |
| TOTAL | | | | -57.39 | | 57.39 |
| Check | | 08/03/2020 | FM Ins - Tackawanna4562 | | 01-Checking XXXX2751 | -69.75 |
| | | | | -69.75 | Insurance | 69.75 |
| TOTAL | | | | -69.75 | | 69.75 |
| Check | | 08/04/2020 | Well's Technology Inc. | | 01-Checking XXXX2751 | -65.50 |
| | | | | -65.50 | Repairs | 65.50 |
| TOTAL | | | | -65.50 | | 65.50 |
| Check | | 08/04/2020 | Well's Technology Inc. | | 01-Checking XXXX2751 | -19.05 |
| | | | | -19.05 | Repairs | 19.05 |
| TOTAL | | | | -19.05 | | 19.05 |
| Check | | 08/04/2020 | COP-Valley5041 | | 01-Checking XXXX2751 | -92.73 |
| | | | | -92.73 | Property | 92.73 |
| TOTAL | | | | -92.73 | | 92.73 |
| Check | | 08/04/2020 | NBCMA | | 01-Checking XXXX2751 | -169.20 |
| | | | | -169.20 | Utilities | 169.20 |
| TOTAL | | | | -169.20 | | 169.20 |
| Check | | 08/06/2020 | Richboro Beer & Soda | | 01-Checking XXXX2751 | -149.62 |
| | | | | -149.62 | Food | 149.62 |
| TOTAL | | | | -149.62 | | 149.62 |
| Check | | 08/10/2020 | Google | | 01-Checking XXXX2751 | -15.89 |
| | | | | -15.89 | Meals & Entertainment | 15.89 |
| TOTAL | | | | -15.89 | | 15.89 |
| Check | | 08/10/2020 | USCCA | | 01-Checking XXXX2751 | -22.03 |
| | | | | -22.03 | Insurance | 22.03 |
| TOTAL | | | | -22.03 | | 22.03 |
| Check | | 08/11/2020 | COP-Palethorp4814 | | 01-Checking XXXX2751 | -21.81 |
| | | | | -21.81 | Property | 21.81 |
| TOTAL | | | | -21.81 | | 21.81 |

11:11 PM

10/25/20

**Victor Maia DIP**

**Check Detail - Exhibit D**

August 2020

| Type | Num | Date | Name | Paid Amount | Account | Original Amount |
|------|-----|------|------|-------------|---------|-----------------|
| Check | | 08/11/2020 | COP-Berkshire1909 | | 01-Checking XXXX2751 | -49.92 |
| | | | | -49.92 | Property | 49.92 |
| TOTAL | | | | -49.92 | | 49.92 |
| Check | | 08/11/2020 | COP-Fillmore1641 | | 01-Checking XXXX2751 | -52.49 |
| | | | | -52.49 | Property | 52.49 |
| TOTAL | | | | -52.49 | | 52.49 |
| Check | | 08/11/2020 | COP-Tampa4755 | | 01-Checking XXXX2751 | -56.80 |
| | | | | -56.80 | Property | 56.80 |
| TOTAL | | | | -56.80 | | 56.80 |
| Check | | 08/11/2020 | COP-Tackawanna4562 | | 01-Checking XXXX2751 | -60.55 |
| | | | | -60.55 | Property | 60.55 |
| TOTAL | | | | -60.55 | | 60.55 |
| Check | | 08/11/2020 | COP-Lesher5348 | | 01-Checking XXXX2751 | -60.74 |
| | | | | -60.74 | Property | 60.74 |
| TOTAL | | | | -60.74 | | 60.74 |
| Check | | 08/11/2020 | COP-Church1932 | | 01-Checking XXXX2751 | -61.59 |
| | | | | -61.59 | Property | 61.59 |
| TOTAL | | | | -61.59 | | 61.59 |
| Check | | 08/11/2020 | COP-Griscom4827 | | 01-Checking XXXX2751 | -62.30 |
| | | | | -62.30 | Property | 62.30 |
| TOTAL | | | | -62.30 | | 62.30 |
| Check | | 08/11/2020 | COP-Cloud4310 | | 01-Checking XXXX2751 | -63.69 |
| | | | | -63.69 | Property | 63.69 |
| TOTAL | | | | -63.69 | | 63.69 |
| Check | | 08/11/2020 | COP-Tackawanna4649 | | 01-Checking XXXX2751 | -70.45 |
| | | | | -70.45 | Property | 70.45 |
| TOTAL | | | | -70.45 | | 70.45 |
| Check | | 08/11/2020 | FM Ins - Albanus124e | | 01-Checking XXXX2751 | -70.72 |
| | | | | -70.72 | Insurance | 70.72 |
| TOTAL | | | | -70.72 | | 70.72 |
| Check | | 08/11/2020 | FM Ins - Cloud4310 | | 01-Checking XXXX2751 | -70.72 |
| | | | | -70.72 | Insurance | 70.72 |
| TOTAL | | | | -70.72 | | 70.72 |
| Check | | 08/11/2020 | FM Ins - Fillmore1641 | | 01-Checking XXXX2751 | -70.72 |
| | | | | -70.72 | Insurance | 70.72 |
| TOTAL | | | | -70.72 | | 70.72 |
| Check | | 08/11/2020 | FM Ins - Ruscomb162w | | 01-Checking XXXX2751 | -70.72 |
| | | | | -70.72 | Insurance | 70.72 |
| TOTAL | | | | -70.72 | | 70.72 |

11:11 PM
10/25/20

**Victor Maia DIP**
## Check Detail - Exhibit D
### August 2020

| Type | Num | Date | Name | Paid Amount | Account | Original Amount |
|------|-----|------|------|------------|---------|-----------------|
| Check | | 08/11/2020 | FM Ins - Valley5023 | | 01-Checking XXXX2751 | -70.72 |
| | | | | -70.72 | Insurance | 70.72 |
| TOTAL | | | | -70.72 | | 70.72 |
| Check | | 08/11/2020 | FM Ins - Wakeling2051 | | 01-Checking XXXX2751 | -70.72 |
| | | | | -70.72 | Insurance | 70.72 |
| TOTAL | | | | -70.72 | | 70.72 |
| Check | | 08/11/2020 | COP-Ruscomb162w | | 01-Checking XXXX2751 | -70.86 |
| | | | | -70.86 | Property | 70.86 |
| TOTAL | | | | -70.86 | | 70.86 |
| Check | | 08/11/2020 | COP-Claridge3952 | | 01-Checking XXXX2751 | -71.36 |
| | | | | -71.36 | Property | 71.36 |
| TOTAL | | | | -71.36 | | 71.36 |
| Check | | 08/11/2020 | COP-Albanus124e | | 01-Checking XXXX2751 | -74.86 |
| | | | | -74.86 | Property | 74.86 |
| TOTAL | | | | -74.86 | | 74.86 |
| Check | | 08/11/2020 | COP-Valley5023 | | 01-Checking XXXX2751 | -76.40 |
| | | | | -76.40 | Property | 76.40 |
| TOTAL | | | | -76.40 | | 76.40 |
| Check | | 08/11/2020 | COP-Sellers1403 | | 01-Checking XXXX2751 | -83.36 |
| | | | | -83.36 | Property | 83.36 |
| TOTAL | | | | -83.36 | | 83.36 |
| Check | | 08/11/2020 | Comcast Cable | | 01-Checking XXXX2751 | -85.00 |
| | | | | -85.00 | Meals & Entertainment | 85.00 |
| TOTAL | | | | -85.00 | | 85.00 |
| Check | | 08/11/2020 | COP-Sanger2047 | | 01-Checking XXXX2751 | -86.16 |
| | | | | -86.16 | Property | 86.16 |
| TOTAL | | | | -86.16 | | 86.16 |
| Check | | 08/11/2020 | FM Ins - Tackawanna4562 | | 01-Checking XXXX2751 | -88.15 |
| | | | | -88.15 | Insurance | 88.15 |
| TOTAL | | | | -88.15 | | 88.15 |
| Check | | 08/11/2020 | FM Ins - Tampa4755 | | 01-Checking XXXX2751 | -88.15 |
| | | | | -88.15 | Insurance | 88.15 |
| TOTAL | | | | -88.15 | | 88.15 |
| Check | | 08/11/2020 | FM Ins - Sellers1403 | | 01-Checking XXXX2751 | -89.51 |
| | | | | -89.51 | Insurance | 89.51 |
| TOTAL | | | | -89.51 | | 89.51 |
| Check | | 08/11/2020 | FM Ins - Tackawanna4649 | | 01-Checking XXXX2751 | -91.36 |
| | | | | -91.36 | Insurance | 91.36 |
| TOTAL | | | | -91.36 | | 91.36 |

11:11 PM

10/25/20

**Victor Maia DIP**

## Check Detail - Exhibit D

### August 2020

| Type | Num | Date | Name | Paid Amount | Account | Original Amount |
|------|-----|------|------|-------------|---------|-----------------|
| Check | | 08/11/2020 | COP-Valley5041 | | 01-Checking XXXX2751 | **-92.73** |
| | | | | -92.73 | Property | 92.73 |
| TOTAL | | | | -92.73 | | 92.73 |
| Check | | 08/11/2020 | COP-Sylvester5835 | | 01-Checking XXXX2751 | **-92.83** |
| | | | | -92.83 | Property | 92.83 |
| TOTAL | | | | -92.83 | | 92.83 |
| Check | | 08/11/2020 | FM Ins - Berkshire1909 | | 01-Checking XXXX2751 | **-105.35** |
| | | | | -105.35 | Insurance | 105.35 |
| TOTAL | | | | -105.35 | | 105.35 |
| Check | | 08/11/2020 | FM Ins - Griscom4827 | | 01-Checking XXXX2751 | **-105.35** |
| | | | | -105.35 | Insurance | 105.35 |
| TOTAL | | | | -105.35 | | 105.35 |
| Check | | 08/11/2020 | Amazon.com | | 01-Checking XXXX2751 | **-185.10** |
| | | | | -185.10 | Supplies | 185.10 |
| TOTAL | | | | -185.10 | | 185.10 |
| Check | | 08/11/2020 | Home Depot | | 01-Checking XXXX2751 | **-235.16** |
| | | | | -235.16 | Repairs | 235.16 |
| TOTAL | | | | -235.16 | | 235.16 |
| Check | | 08/11/2020 | Peco-Redwood79 | | 01-Checking XXXX2751 | **-250.00** |
| | | | | -250.00 | Utilities | 250.00 |
| TOTAL | | | | -250.00 | | 250.00 |
| Check | | 08/12/2020 | Nationwide Insurance | | 01-Checking XXXX2751 | **-502.09** |
| | | | | -333.55 | Insurance | 333.55 |
| | | | | -168.54 | Insurance | 168.54 |
| TOTAL | | | | -502.09 | | 502.09 |
| Check | | 08/12/2020 | Nationwide Insurance | | 01-Checking XXXX2751 | **-237.04** |
| | | | | -40.00 | Insurance | 40.00 |
| | | | | -37.83 | Insurance | 37.83 |
| | | | | -77.30 | Insurance | 77.30 |
| | | | | -81.91 | Insurance | 81.91 |
| TOTAL | | | | -237.04 | | 237.04 |
| Check | | 08/13/2020 | Netflix | | 01-Checking XXXX2751 | **-16.95** |
| | | | | -16.95 | Meals & Entertainment | 16.95 |
| TOTAL | | | | -16.95 | | 16.95 |
| Check | | 08/14/2020 | American Airlines | | 01-Checking XXXX2751 | **-62.10** |
| | | | | -62.10 | Travel Expense | 62.10 |
| TOTAL | | | | -62.10 | | 62.10 |
| Check | | 08/14/2020 | American Airlines | | 01-Checking XXXX2751 | **-20.11** |
| | | | | -20.11 | Travel Expense | 20.11 |
| TOTAL | | | | -20.11 | | 20.11 |

11:11 PM
10/25/20

**Victor Maia DIP**
## Check Detail - Exhibit D
### August 2020

| Type | Num | Date | Name | Paid Amount | Account | Original Amount |
|------|-----|------|------|-------------|---------|-----------------|
| Check | | 08/17/2020 | Wawa | | 01-Checking XXXX2751 | -31.15 |
| | | | | -31.15 | Auto | 31.15 |
| TOTAL | | | | -31.15 | | 31.15 |
| Check | | 08/17/2020 | Sheetz | | 01-Checking XXXX2751 | -48.80 |
| | | | | -48.80 | Auto | 48.80 |
| TOTAL | | | | -48.80 | | 48.80 |
| Check | | 08/17/2020 | El Cheapo | | 01-Checking XXXX2751 | -49.72 |
| | | | | -49.72 | Auto | 49.72 |
| TOTAL | | | | -49.72 | | 49.72 |
| Check | | 08/17/2020 | | | 01-Checking XXXX2751 | -28.03 |
| | | | | -28.03 | Food | 28.03 |
| TOTAL | | | | -28.03 | | 28.03 |
| Check | | 08/17/2020 | Mellow Mushroom | | 01-Checking XXXX2751 | -56.30 |
| | | | | -56.30 | Food | 56.30 |
| TOTAL | | | | -56.30 | | 56.30 |
| Check | | 08/18/2020 | Tropical Smoothie Cafe | | 01-Checking XXXX2751 | -17.30 |
| | | | | -17.30 | Food | 17.30 |
| TOTAL | | | | -17.30 | | 17.30 |
| Check | | 08/18/2020 | BP | | 01-Checking XXXX2751 | -58.75 |
| | | | | -58.75 | Auto | 58.75 |
| TOTAL | | | | -58.75 | | 58.75 |
| Check | | 08/18/2020 | Wawa | | 01-Checking XXXX2751 | -25.10 |
| | | | | -25.10 | Auto | 25.10 |
| TOTAL | | | | -25.10 | | 25.10 |
| Check | | 08/19/2020 | Outback | | 01-Checking XXXX2751 | -75.77 |
| | | | | -75.77 | Meals & Entertainment | 75.77 |
| TOTAL | | | | -75.77 | | 75.77 |
| Check | | 08/21/2020 | WRB-Sellers1403 | | 01-Checking XXXX2751 | -72.08 |
| | | | | -72.08 | Utilities | 72.08 |
| TOTAL | | | | -72.08 | | 72.08 |
| Check | | 08/21/2020 | CE Shop | | 01-Checking XXXX2751 | -73.46 |
| | | | | -73.46 | Education | 73.46 |
| TOTAL | | | | -73.46 | | 73.46 |
| Check | | 08/24/2020 | WRB-Tackawanna4562 | | 01-Checking XXXX2751 | -450.00 |
| | | | | -450.00 | Utilities | 450.00 |
| TOTAL | | | | -450.00 | | 450.00 |
| Check | | 08/24/2020 | WRB-Church1932 | | 01-Checking XXXX2751 | -72.08 |
| | | | | -72.08 | Utilities | 72.08 |
| TOTAL | | | | -72.08 | | 72.08 |

11:11 PM
10/25/20

**Victor Maia DIP**
## Check Detail - Exhibit D
August 2020

| Type | Num | Date | Name | Paid Amount | Account | Original Amount |
|------|-----|------|------|-------------|---------|-----------------|
| Check | | 08/24/2020 | **WRB-Valley5023** | | **01-Checking XXXX2751** | **-64.52** |
| | | | | -64.52 | Utilities | 64.52 |
| TOTAL | | | | -64.52 | | 64.52 |
| Check | | 08/24/2020 | **WRB-Cloud4310** | | **01-Checking XXXX2751** | **-72.08** |
| | | | | -72.08 | Utilities | 72.08 |
| TOTAL | | | | -72.08 | | 72.08 |
| Check | | 08/24/2020 | **WRB-Tackawanna4649** | | **01-Checking XXXX2751** | **-72.08** |
| | | | | -72.08 | Utilities | 72.08 |
| TOTAL | | | | -72.08 | | 72.08 |
| Check | | 08/24/2020 | **WRB-Valley5041** | | **01-Checking XXXX2751** | **-72.08** |
| | | | | -72.08 | Utilities | 72.08 |
| TOTAL | | | | -72.08 | | 72.08 |
| Check | | 08/24/2020 | **TrueValue** | | **01-Checking XXXX2751** | **-41.32** |
| | | | | -41.32 | Supplies | 41.32 |
| TOTAL | | | | -41.32 | | 41.32 |
| Check | | 08/24/2020 | **WRB-Lesher5348** | | **01-Checking XXXX2751** | **-150.00** |
| | | | | -150.00 | Utilities | 150.00 |
| TOTAL | | | | -150.00 | | 150.00 |
| Check | | 08/24/2020 | **Farm & Garden Station** | | **01-Checking XXXX2751** | **-148.40** |
| | | | | -148.40 | Supplies | 148.40 |
| TOTAL | | | | -148.40 | | 148.40 |
| Check | | 08/26/2020 | **Quickbooks Banking** | | **01-Checking XXXX2751** | **-14.95** |
| | | | | -14.95 | Bank Service Charges | 14.95 |
| TOTAL | | | | -14.95 | | 14.95 |
| Check | | 08/27/2020 | **Keller Williams Real Estate** | | **01-Checking XXXX2751** | **-140.05** |
| | | | | -140.05 | Dues & Subscription | 140.05 |
| TOTAL | | | | -140.05 | | 140.05 |
| Check | | 08/31/2020 | | | **01-Checking XXXX2751** | **-1,000.00** |
| | | | | -1,000.00 | 02-Checking XXXX3728 | 1,000.00 |
| TOTAL | | | | -1,000.00 | | 1,000.00 |
| Check | | 08/31/2020 | **PA Department of License** | | **01-Checking XXXX2751** | **-106.00** |
| | | | | -106.00 | L&P | 106.00 |
| TOTAL | | | | -106.00 | | 106.00 |
| Check | | 08/31/2020 | | | **02-Checking XXXX3728** | **-10.00** |
| | | | | -10.00 | Bank Service Charges | 10.00 |
| TOTAL | | | | -10.00 | | 10.00 |
| Check | 129 | 08/21/2020 | **U.S. Trustee** | | **01-Checking XXXX2751** | **-650.00** |
| | | | | -650.00 | L&P | 650.00 |
| TOTAL | | | | -650.00 | | 650.00 |

| | | **Exhibit E** | | | |
|---|---|---|---|---|---|
| **Properties** | **Date Incurred** | **Payee** | **Purpose** | **Date Due** | **Amount Due** |
| 124 E. Albanus St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $884.67 |
| 1909 Berkshire St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $575.32 |
| 1932 Church St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $709.70 |
| 3952 Claridge St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $954.66 |
| 4310 Cloud St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $733.50 |
| 1641 Fillmore St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $604.71 |
| 4827 Griscom St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $866.48 |
| 5348 Lesher St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $845.48 |
| 4814 N Palethorp St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $261.76 |
| 162 W Ruscomb St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $949.06 |
| 2047 E Sanger St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $1,198.23 |
| 1403 Sellers St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $1,159.03 |
| 5835 Sylvester St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $1,290.62 |
| 4562 Tackawanna St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $842.68 |
| 4649 Tackawanna St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $571.12 |
| 4755 Tampa St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $1,164.63 |
| 5023 Valley St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $1,062.45 |
| 5041 Valley St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $1,068.05 |
| 2051 Wakeling St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $760.09 |
| | | | | | **$16,502.24** |
| | | | | June Payments | (1,116.17) |
| | | | | July Payments | (1,116.17) |
| | | | | August Payments | (1,116.17) |
| | | | | Balance | **$13,153.73** |

# Wells Fargo Everyday Checking

August 31, 2020 ■ Page 1 of 6



VICTOR H MAIA
DEBTOR IN POSSESSION
CH11 CASE #18-16907 (EPA)
79 REDWOOD DR
RICHBORO PA 18954-1646

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**  (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☑ |
| Online Bill Pay | ☑ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☑ | Debit Card | ☐ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

## ☑ IMPORTANT ACCOUNT INFORMATION

Please review an important message about changes we are making to your Everyday Checking account below your transaction detail.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 8/1 | $3,533.11 |
| Deposits/Additions | 5,530.30 |
| Withdrawals/Subtractions | - 8,699.85 |
| **Ending balance on 8/31** | **$363.56** |

Account number:  ████2751

VICTOR H MAIA
DEBTOR IN POSSESSION
CH11 CASE #18-16907 (EPA)
*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  031000503

(345)

August 31, 2020 ■ Page 2 of 6

**WELLS FARGO**

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 8/3 | | Cozy Services Lt Rodriguez St-S1R2W7N7P2H7 Victor Maia | 300.00 | | |
| 8/3 | | Purchase authorized on 07/30 Bright Mls 888-8388200 MD S300212667249724 Card 2395 | | 111.30 | |
| 8/3 | | Recurring Payment authorized on 07/31 Verizonwrlss*Rtccr 800-922-0204 FL S460213402505814 Card 2395 | | 450.00 | |
| 8/3 | | Bill Pay Fm Ins - Tampa4755 on-Line xxxxxxxxxx03901 on 08-03 | | 57.39 | |
| 8/3 | | Bill Pay Fm Ins - Tackawanna4562 on-Line xxxxxxxxxx29101 on 08-03 | | 69.75 | |
| 8/3 | | Bill Pay Cop - Valley5041 on-Line xxxx30200 on 08-03 | | 92.73 | 3,051.94 |
| 8/4 | | Cozy Services Lt Soriano St-T1V9Y6x5E7Q6 Victor Maia | 32.55 | | |
| 8/4 | | Cozy Services Lt Soriano St-W4N0C2B3T8x3 Victor Maia | 88.73 | | |
| 8/4 | | Cozy Services Lt Ramos St-P8T7D2x2H5H2 Victor Maia | 903.02 | | |
| 8/4 | | Purchase authorized on 08/03 Wells Tech Warminster PA S380216587042626 Card 2395 | | 65.50 | |
| 8/4 | | Purchase authorized on 08/03 Wells Tech Warminster PA S300216719943385 Card 2395 | | 19.05 | |
| 8/4 | | Bill Pay Cop - Valley5041 on-Line xxxx30200 on 08-04 | | 92.73 | |
| 8/4 | | Northampton Buck Nbcma Paym 200804 0002240469.0 Maia, Victor | | 169.20 | 3,729.76 |
| 8/6 | | Cozy Services Lt Rodriguez St-M6I1F6B7R9H3 Victor Maia | 215.00 | | |
| 8/6 | | Purchase authorized on 08/05 Richboro Beer & So Richboro PA S300218712370119 Card 2395 | | 149.62 | 3,795.14 |
| 8/10 | | Recurring Payment authorized on 08/06 Uscca/Delta Defens 877-677-1919 WI S580219289414347 Card 2395 | | 22.03 | |
| 8/10 | | Recurring Payment authorized on 08/08 Google *Google Mus 855-836-3987 CA S460221821096527 Card 2395 | | 15.89 | 3,757.22 |
| 8/11 | | Bill Pay Cop - Palethorp4814 on-Line xxxx88900 on 08-11 | | 21.81 | |
| 8/11 | | Bill Pay Cop - Berkshire1909 on-Line xxxx33400 on 08-11 | | 49.92 | |
| 8/11 | | Bill Pay Cop - Fillmore1641 on-Line xxxx92000 on 08-11 | | 52.49 | |
| 8/11 | | Bill Pay Cop - Tampa4755 on-Line xxxx85600 on 08-11 | | 56.80 | |
| 8/11 | | Bill Pay Cop - Tackawanna4562 on-Line xxxx36900 on 08-11 | | 60.55 | |
| 8/11 | | Bill Pay Cop - Lesher5348 on-Line xxxx30700 on 08-11 | | 60.74 | |
| 8/11 | | Bill Pay Cop - Church1932 on-Line xxxx44300 on 08-11 | | 61.59 | |
| 8/11 | | Bill Pay Cop - Griscom4827 on-Line xxxx53500 on 08-11 | | 62.30 | |
| 8/11 | | Bill Pay Cop - Cloud4310 on-Line xxxx97700 on 08-11 | | 63.69 | |
| 8/11 | | Bill Pay Cop - Tackawanna4649 on-Line xxxx51500 on 08-11 | | 70.45 | |
| 8/11 | | Bill Pay Fm Ins - Albanus124E on-Line xxxxxxxxxx37502 on 08-11 | | 70.72 | |
| 8/11 | | Bill Pay Fm Ins - Cloud4310 on-Line xxxxxxxxxx43302 on 08-11 | | 70.72 | |
| 8/11 | | Bill Pay Fm Ins - Fillmore1641 on-Line xxxxxxxxxx27302 on 08-11 | | 70.72 | |
| 8/11 | | Bill Pay Fm Ins - Ruscomb162W on-Line xxxxxxxxxx36902 on 08-11 | | 70.72 | |
| 8/11 | | Bill Pay Fm Ins - Valley5023 on-Line xxxxxxxxxx53602 on 08-11 | | 70.72 | |
| 8/11 | | Bill Pay Fm Ins - Wakeling2051 on-Line xxxxxxxxxx58802 on 08-11 | | 70.72 | |
| 8/11 | | Bill Pay Cop - Ruscomb182W on-Line xxxx50200 on 08-11 | | 70.86 | |
| 8/11 | | Bill Pay Cop - Claridge3952 on-Line xxxx36600 on 08-11 | | 71.36 | |
| 8/11 | | Bill Pay Cop - Albanus124E on-Line xxxx42800 on 08-11 | | 74.86 | |
| 8/11 | | Bill Pay Cop - Valley5023 on-Line xxxx29300 on 08-11 | | 78.40 | |
| 8/11 | | Bill Pay Cop - Sellers1403 on-Line xxxx51400 on 08-11 | | 83.36 | |
| 8/11 | | Bill Pay Comcast Cable Communications -16 on-Line Xxxxxxxxxx46165 on 08-11 | | 85.00 | |
| 8/11 | | Bill Pay Cop - Sanger2047 on-Line xxxx38000 on 08-11 | | 86.16 | |
| 8/11 | | Bill Pay Fm Ins - Tackawanna4562 on-Line xxxxxxxxxx29101 on 08-11 | | 88.15 | |



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------|-------------|---------|-------------|---------|
| 8/11 | | Bill Pay Fm Ins - Tampa4755 on-Line xxxxxxxxxx03901 on 08-11 | | 88.15 | |
| 8/11 | | Bill Pay Fm Ins - Sellers1403 on-Line xxxxxxxxxx98701 on 08-11 | | 89.51 | |
| 8/11 | | Bill Pay Fm Ins - Tackawanna4649 on-Line xxxxxxxxxx27101 on 08-11 | | 91.36 | |
| 8/11 | | Bill Pay Cop - Valley5041 on-Line xxxx30200 on 08-11 | | 92.73 | |
| 8/11 | | Bill Pay Cop - Sylvester5835 on-Line xxxx77700 on 08-11 | | 92.83 | |
| 8/11 | | Bill Pay Fm Ins - Berkshire1909 on-Line xxxxxxxxxx29701 on 08-11 | | 105.35 | |
| 8/11 | | Bill Pay Fm Ins - Griscom4827 on-Line xxxxxxxxxx43701 on 08-11 | | 105.35 | |
| 8/11 | | Bill Pay Amazon on-Line Xxxxxxxxxxx10483 on 08-11 | | 185.10 | |
| 8/11 | | Bill Pay Home Depot on-Line Xxxxxxxxxxx56670 on 08-11 | | 235.16 | |
| 8/11 | | Bill Pay Peco-Redwood79 on-Line xxxxx01902 on 08-11 | | 250.00 | 800.87 |
| 8/12 | | Online Transfer From Maia V Everyday Checking xxxxxx3728 Ref #Ib08N4Pwns on 08/12/20 | 500.00 | | |
| 8/12 | | Purchase authorized on 08/10 Nationwide Insuran 800-421-1444 OH S580223423451975 Card 2395 | | 502.09 | |
| 8/12 | | Purchase authorized on 08/10 Nationwide Insuran 800-421-1444 OH S460223424200454 Card 2395 | | 237.04 | 561.74 |
| 8/13 | | Cozy Services Lt Rodriguez St-S6J9R9A8P8K1 Victor Maia | 220.00 | | |
| 8/13 | | ATM Check Deposit on 08/13 725 2ND Street Pike Richboro PA 0008238 ATM ID 3004x Card 2395 | 900.00 | | |
| 8/13 | | ATM Cash Deposit on 08/13 725 2ND Street Pike Richboro PA 0008239 ATM ID 3004x Card 2395 | 600.00 | | |
| 8/13 | | ATM Cash Deposit on 08/13 725 2ND Street Pike Richboro PA 0008240 ATM ID 3004x Card 2395 | 300.00 | | |
| 8/13 | | Recurring Payment authorized on 08/12 Netflix.Com 866-5797172 CA S580225409806051 Card 2395 | | 16.95 | 2,564.79 |
| 8/14 | | Purchase authorized on 08/12 American Air001213 Fort Worth TX S300225573389900 Card 2395 | | 62.10 | |
| 8/14 | | Purchase authorized on 08/12 American Air001062 Fort Worth TX S380225577891338 Card 2395 | | 20.11 | 2,482.58 |
| 8/17 | | Cozy Services Lt Rodriguez St-V1R1Z1F8V4Y0 Victor Maia | 71.00 | | |
| 8/17 | | Purchase authorized on 08/14 Wawa 277 0000 Trevose PA S380227381639354 Card 2395 | | 31.15 | |
| 8/17 | | Purchase authorized on 08/14 Sheetz 0511 0000 Smithfield NC S300227668927800 Card 2395 | | 48.80 | |
| 8/17 | | Purchase authorized on 08/15 Eicheapo 6 Bull St Columbia SC S580228683418767 Card 2395 | | 49.72 | |
| 8/17 | | Purchase authorized on 08/15 Mellow Mushroom #5 Columbia SC S300229046393509 Card 2395 | | 28.03 | |
| 8/17 | | Purchase authorized on 08/16 Mellow Mushroom #5 Columbia SC S460230004989191 Card 2395 | | 56.30 | 2,339.58 |
| 8/18 | | Purchase authorized on 06/16 Tropical Smoothie Columbia SC S460229679532788 Card 2395 | | 17.30 | |
| 8/18 | | Purchase authorized on 08/17 Bp#6630883Minutemn Lumberton NC S580230713464043 Card 2395 | | 58.75 | |
| 8/18 | | Purchase authorized on 08/17 Wawa 683 0000 Petersburg VA S580231013442221 Card 2395 | | 25.10 | 2,238.43 |
| 8/19 | | Purchase authorized on 08/17 Outback 3468 Smithfield NC S380230806629226 Card 2395 | | 75.77 | 2,162.66 |
| 8/21 | | Purchase authorized on 08/20 Ce Shop Real Estat 888-827-0777 CO S300233782488329 Card 2395 | | 73.46 | |
| 8/21 | | Bill Pay Wrb-Sellers1403 on-Line Xxxxxxxxxxx03001 on 08-21 | | 72.08 | |
| 8/21 | 129 | Check | | 650.00 | 1,367.12 |
| 8/24 | | Purchase authorized on 08/21 Farm and Garden St Warminster PA S460234767856868 Card 2395 | | 148.40 | |
| 8/24 | | Bill Pay Wrb-Valley5023 on-Line Xxxxxxxxxxx23001 on 08-24 | | 64.52 | |
| 8/24 | | Bill Pay Wrb-Church1932 on-Line Xxxxxxxxxxx32001 on 08-24 | | 72.08 | |
| 8/24 | | Bill Pay Wrb-Cloud4310 on-Line Xxxxxxxxxxx10001 on 08-24 | | 72.08 | |
| 8/24 | | Bill Pay Wrb-Tackawanna4649 on-Line Xxxxxxxxxxx49001 on 08-24 | | 72.08 | |
| 8/24 | | Bill Pay Wrb-Valley5041 on-Line Xxxxxxxxxxx41001 on 08-24 | | 72.08 | |

**WELLS FARGO**

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------|-------------|------|------|------|
| 8/24 | | Bill Pay Wrb-Lesher5348 on-Line Xxxxxxxxxxx48001 on 08-24 | | 150.00 | |
| 8/24 | | Bill Pay Wrb-Tackawanna4562 on-Line Xxxxxxxxxxx62001 on 08-24 | | 450.00 | |
| 8/24 | | Purchase authorized on 08/22 Richboro True Valu Richboro PA S380235661145901 Card 2395 | | 41.32 | 224.56 |
| 8/26 | | Quickbooks Banking | | 14.95 | 209.61 |
| 8/27 | | Purchase authorized on 08/25 4Te*Keller William 215-757-6100 PA S460238674469433 Card 2395 | | 140.05 | 69.56 |
| 8/31 | | Cozy Services Lt Rodriguez St-x2F7V4L6M7L8 Victor Mala | 100.00 | | |
| 8/31 | | ATM Cash Deposit on 08/31 725 2ND Street Pike Richboro PA 0001629 ATM ID 3004x Card 2395 | 550.00 | | |
| 8/31 | | ATM Cash Deposit on 08/31 725 2ND Street Pike Richboro PA 0001630 ATM ID 3004x Card 2395 | 250.00 | | |
| 8/31 | | Online Transfer From Maia V Everyday Checking xxxxxx3728 Ref #Ib08R42Vq9 on 08/29/20 | 500.00 | | |
| 8/31 | | Purchase authorized on 08/29 PA Bpoa Prof Licen 717-787-8503 PA S460242781765621 Card 2395 | | 106.00 | |
| 8/31 | | Online Transfer to Maia V Everyday Checking xxxxxx3728 Ref #Ib08Rg2Yg9 on 08/31/20 | | 1,000.00 | 363.56 |
| **Ending balance on 8/31** | | | | | 363.56 |
| **Totals** | | | **$5,530.30** | **$8,699.85** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written    *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|--------|------|--------|
| 129 | 8/21 | 650.00 |

## Summary of Overdraft Rewind ® Benefits

| | Total this statement period | Total year-to-date |
|---|---|---|
| Total Number of Overdraft, Returned Item and Overdraft Protection Fees Waived or Refunded | 0 | 1 |
| Total Amount of Overdraft, Returned Item and Overdraft Protection Fees Waived or Refunded | $0.00 | $35.00 |

*Year-to-date totals reflect fees waived since the first full statement period of the calendar year. Amounts shown do not include any additional waivers and refunds of Overdraft Protection Advance Fees due to advances from credit cards.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 08/01/2020 - 08/31/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| How to avoid the monthly service fee<br>Have any ONE of the following account requirements | Minimum required | This fee period |
| · Minimum daily balance | $1,500.00 | $69.56 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $1,930.30 ☑ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 26 ☑ |
| · Age of primary account owner | 17 - 24 | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | ☐ |

August 31, 2020 ▪ Page 5 of 6

**WELLS FARGO**

---

*Monthly service fee summary (continued)*
RC/RC

---

**IMPORTANT ACCOUNT INFORMATION:**

**Your options to avoid the Everyday Checking account monthly service fee are changing.**

**Effective with the fee period beginning after October 8, 2020,** the option to avoid the $10 monthly service fee with 10 or more posted debit card transactions will no longer be available, and the minimum daily balance option will be lowered to $500. Once these changes are effective, the monthly service fee can be avoided with ONE of the following options each fee period:
- Maintain a $500 minimum daily balance
- $500 or more in total qualifying direct deposits*
- Linked to a Wells Fargo Campus ATM or Campus Debit Card**
- Primary account owner is 17 through 24 years old***

If you do not meet one of the options above each fee period, the monthly service fee will be charged for fee periods ending on or after November 9, 2020.

**Fee Period:**
The fee period is the period used to calculate the monthly service fee. Your statement includes a monthly service fee summary with the dates of your fee period. The monthly service fee summary is also available through Wells Fargo Online® or Wells Fargo Mobile®.

**What remains the same:**
- You can continue to use your debit card.
- The Consumer Account Fee and Information Schedule and the Deposit Account Agreement, as amended, continue to apply.

If you have questions about these changes, please contact your local banker or call the number listed on this statement.

Thank you for banking with Wells Fargo. We appreciate your business.

*A qualifying direct deposit is a direct deposit of your salary, pension, Social Security, or other regular monthly income electronically deposited through the Automated Clearing House (ACH) network to this checking account by your employer or an outside agency. Transfers from one account to another, mobile deposits, or deposits made at a banking location or ATM do not qualify as a direct deposit. If at any time the direct deposit discontinues, we will look back 65 days to see if you met the direct deposit requirements before a monthly service fee is charged.
**Wells Fargo Campus ATM and Campus Debit Cards are available for students, faculty and staff of colleges and universities that participate in the Wells Fargo Campus Card (SM) program. Ask a banker for additional details about participating colleges and universities. Your checking account will receive a monthly service fee waiver within 45 days of linking your Campus Card to that account.
***Primary account owner is an individual that has tax responsibility for the account. On the primary account owner's 25th birthday, the account will automatically be subject to the then current monthly service fee unless you meet one of the other options to avoid the monthly service fee.

 IMPORTANT ACCOUNT INFORMATION

---

Great News! The daily purchase limit for each debit/ATM/prepaid card linked to your checking/prepaid account is being increased by $2,000. The increase becomes effective between August 1 and August 8, 2020. To view your daily card limits, go to wellsfargo.com/cardcontrol, then login and open the Card Details link for your card.

**WELLS FARGO**

## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** Enter the ending balance on this statement.  $ _____

**B** List outstanding deposits and other credits to your account that do not appear on this statement. Enter the total in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | **$** |

+ $ _____

**C** Add **A** and **B** to calculate the subtotal.  = $ _____

**D** List outstanding checks, withdrawals, and other debits to your account that do not appear on this statement. Enter the total in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | **$** |

- $ _____

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.  = $ _____

## General statement policies for Wells Fargo Bank

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR, 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

  1. Tell us your name and account number (if any).
  2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
  3. Tell us the dollar amount of the suspected error.

  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801

Member FDIC.

# Wells Fargo Everyday Checking

August 31, 2020 ■ Page 1 of 4



**WELLS FARGO**

VICTOR H MAIA
DEBTOR IN POSSESSION
CH11 CASE #18-16907 (EPA)
79 REDWOOD DR
RICHBORO PA 18954-1646

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**  (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our
company and look forward to continuing to serve you with your financial needs.

### Account options

*A check mark in the box indicates you have these
convenient services with your account(s).  Go to
wellsfargo.com or call the number above if you have
questions or if you would like to add new services.*

| | | |
|---|---|---|
| Online Banking | ☑ | Direct Deposit ☐ |
| Online Bill Pay | ☑ | Auto Transfer/Payment ☐ |
| Online Statements | ☑ | Overdraft Protection ☐ |
| Mobile Banking | ☑ | Debit Card ☐ |
| My Spending Report | ☑ | Overdraft Service ☐ |



## ☑ IMPORTANT ACCOUNT INFORMATION

Please review an important message about changes we are making to your Everyday Checking account below your transaction detail.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 8/1 | $1,530.00 |
| Deposits/Additions | 1,000.00 |
| Withdrawals/Subtractions | - 1,010.00 |
| **Ending balance on 8/31** | **$1,520.00** |

Account number:  ███3728

VICTOR H MAIA
DEBTOR IN POSSESSION
CH11 CASE #18-16907 (EPA)
*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  031000503

(345)

**WELLS FARGO**

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|------|------|------|------|------|
| 8/12 | | Online Transfer to Maia V Everyday Checking xxxxxx2751 Ref #Ib08N4Pwns on 08/12/20 | | 500.00 | 1,030.00 |
| 8/31 | | Online Transfer From Maia V Everyday Checking xxxxxx2751 Ref #Ib08Rg2Yg9 on 08/31/20 | 1,000.00 | | |
| 8/31 | | Online Transfer to Maia V Everyday Checking xxxxxx2751 Ref #Ib08R42Vq9 on 08/29/20 | | 500.00 | |
| 8/31 | | Monthly Service Fee | | 10.00 | 1,520.00 |
| Ending balance on 8/31 | | | | | 1,520.00 |
| **Totals** | | | **$1,000.00** | **$1,010.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 08/01/2020 - 08/31/2020 | Standard monthly service fee $10.00 | You paid $10.00 |
|------|------|------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $1,030.00 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 0 ☐ |
| · Age of primary account owner | 17 - 24 | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | ☐ |
| RC/RC | | |

**IMPORTANT ACCOUNT INFORMATION:**

**Your options to avoid the Everyday Checking account monthly service fee are changing.**

**Effective with the fee period beginning after October 8, 2020,** the option to avoid the $10 monthly service fee with 10 or more posted debit card transactions will no longer be available, and the minimum daily balance option will be lowered to $500. Once these changes are effective, the monthly service fee can be avoided with ONE of the following options each fee period:
- Maintain a $500 minimum daily balance
- $500 or more in total qualifying direct deposits*
- Linked to a Wells Fargo Campus ATM or Campus Debit Card**
- Primary account owner is 17 through 24 years old***

If you do not meet one of the options above each fee period, the monthly service fee will be charged for fee periods ending on or after November 9, 2020.

**WELLS FARGO**

**Fee Period:**
The fee period is the period used to calculate the monthly service fee. Your statement includes a monthly service fee summary with the dates of your fee period. The monthly service fee summary is also available through Wells Fargo Online® or Wells Fargo Mobile®.

**What remains the same:**
- You can continue to use your debit card.
- The Consumer Account Fee and Information Schedule and the Deposit Account Agreement, as amended, continue to apply.

If you have questions about these changes, please contact your local banker or call the number listed on this statement.

Thank you for banking with Wells Fargo. We appreciate your business.

*A qualifying direct deposit is a direct deposit of your salary, pension, Social Security, or other regular monthly income electronically deposited through the Automated Clearing House (ACH) network to this checking account by your employer or an outside agency. Transfers from one account to another, mobile deposits, or deposits made at a banking location or ATM do not qualify as a direct deposit. If at any time the direct deposit discontinues, we will look back 65 days to see if you met the direct deposit requirements before a monthly service fee is charged.
**Wells Fargo Campus ATM and Campus Debit Cards are available for students, faculty and staff of colleges and universities that participate in the Wells Fargo Campus Card (SM) program. Ask a banker for additional details about participating colleges and universities. Your checking account will receive a monthly service fee waiver within 45 days of linking your Campus Card to that account.
***Primary account owner is an individual that has tax responsibility for the account. On the primary account owner's 25th birthday, the account will automatically be subject to the then current monthly service fee unless you meet one of the other options to avoid the monthly service fee.

**WELLS FARGO**

## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** Enter the ending balance on this statement.     $ _____

**B** List outstanding deposits and other credits to your account that do not appear on this statement. Enter the total in the column to the right.

| Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| **Total** | $ |

+ $ _____

**C** Add **A** and **B** to calculate the subtotal.     = $ _____

**D** List outstanding checks, withdrawals, and other debits to your account that do not appear on this statement. Enter the total in the column to the right.

| Number/Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total** | $ |

- $ _____

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.

= $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801

Member FDIC.