UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| VICTOR H. MAIA | : | |
| | : | Chapter 11 |
| | : | |
| Debtor. | : | Case No.: 18-16907-AMC |
| | : | |

ORDER ON APPLICATION FOR
ADMISSION PRO HAC VICE OF TYLER S. DISCHINGER

AND NOW, this _____ day of _____, 2020, upon consideration of the Application For Admission, Pro Hac Vice For Tyler S. Dischinger, of Mark Pfeiffer, It Is hereby

ORDERED AND DECREED that:

1. Tyler S. Dischinger ("Mr. Dischinger") is admitted to practice before this Court in the above-captioned case;

2. Mr. Dischinger shall abide by the Rules of General Application governing the Eastern District of Pennsylvania, including all disciplinary rules; and

3. Mr. Dischinger shall notify the Court immediately of any matter affecting his standing at the bar of any other Court.

**Date: December 21, 2020**

_____
Judge Ashely M. Chan
UNITED STATES BANKRUPTCY COURT