United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Victor H. Maia  
    Debtor(s)

Case No. 18-16907-amc  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Adminstra      Page 1 of 3  
Date Rcvd: Dec 21, 2020      Form ID: pdf900      Total Noticed: 12

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Victor H. Maia, 79 Redwood Drive, Richboro, PA 18954-1646 |
| aty | + | TYLER DISCHINGER, Buchanan Ingersoll & Rooney, PC, 50 S. 16th St, Ste 3200, Philadelphia, PA 19102-2555 |
| cr | | Anthony Patterson, 3228 Fontain St., Philadelphia, PA 19121-1727 |
| acc | + | Bennett J. Sady & Company, P.C., Bennett J. Sady, 501 Office Center Drive, Suite 126, Fort Washington, PA 19034-3267 |
| cr | + | Diana Wilson, 2517 W. Sergeant St., Philadelphia, PA 19132-4137 |
| r | + | Keller Williams Real Estate, 584 Middletown Blvd. Suite A-50, Langhorne, PA 19047-4403 |
| cr | + | Maurice Butts, 1023 West Thompson Street, Philadelphia, PA 19122-4117 |
| cr | + | WELLS FARGO BANK, N.A., C/O POWERS, KIRN & ASSOCIATES, LLC, 8 NESHAMINY INTERPLEX DRIVE SUITE 215, TREVOSE, PA 19053-6980 |
| cr | + | Willie Jamar Nobels, c/o Mark Pfeiffer, Esq., Buchanan Ingersoll & Rooney PC, 50 S. 16th Street, Suite 3200 Philadelphia, PA 19102-2555 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: megan.harper@phila.gov | Dec 22 2020 05:19:00 | City of Philadelphia, Law Revenue Department, c/o Pamela Elchert Thurmond, 1401 JFK Boulevard, 5th Floor, Municipal Services Bldg, Philadelphia, PA 19102 |
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 22 2020 05:19:00 | Commonwealth of Pennsylvania, Department of Revenu, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: steve@needlelawyer.com | Dec 22 2020 05:19:00 | G.H. Harris Associates, Inc., c/o Stephen L. Needles, Esq., 80 North Second Street Pike, Churchville, PA 18966-1057 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Natasha Rivera |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 23, 2020       Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| AMANDA L. RAUER | on behalf of Creditor WELLS FARGO BANK N.A. Amanda.rauer@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.raynor-paul@pkallc.com;harry.reese@pkallc.com |
| DENISE A. KUHN | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue dkuhn@attorneygeneral.gov |
| EDMOND M. GEORGE | on behalf of Defendant Victor H. Maia michael.vagnoni@obermayer.com;turner.falk@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com |
| EDMOND M. GEORGE | on behalf of Debtor Victor H. Maia michael.vagnoni@obermayer.com;turner.falk@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com |
| GEORGE M. CONWAY | on behalf of U.S. Trustee United States Trustee george.m.conway@usdoj.gov |
| HARRY B. REESE | on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com |
| KARINA VELTER | on behalf of Creditor WELLS FARGO BANK N.A. amps@manleydeas.com |
| KARINA VELTER | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION amps@manleydeas.com |
| MARK D. PFEIFFER | on behalf of 3rd Pty Defendant Anthony Patterson mark.pfeiffer@bipc.com donna.curcio@bipc.com |
| MARK D. PFEIFFER | on behalf of Counter-Defendant Diana Wilson mark.pfeiffer@bipc.com donna.curcio@bipc.com |
| MARK D. PFEIFFER | on behalf of Creditor Willie Jamar Nobels mark.pfeiffer@bipc.com donna.curcio@bipc.com |
| MARK D. PFEIFFER | on behalf of Creditor Diana Wilson mark.pfeiffer@bipc.com donna.curcio@bipc.com |
| MARK D. PFEIFFER | on behalf of Creditor Maurice Butts mark.pfeiffer@bipc.com donna.curcio@bipc.com |
| MARK D. PFEIFFER | on behalf of Plaintiff Diana Wilson mark.pfeiffer@bipc.com donna.curcio@bipc.com |
| MARK D. PFEIFFER | on behalf of Plaintiff Willie Jamar Nobles mark.pfeiffer@bipc.com donna.curcio@bipc.com |
| MARK D. PFEIFFER | on behalf of Counter-Defendant Willie Jamar Nobles mark.pfeiffer@bipc.com donna.curcio@bipc.com |
| MICHAEL D. VAGNONI | on behalf of Defendant Victor H. Maia michael.vagnoni@obermayer.com Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com |
| MICHAEL D. VAGNONI | on behalf of 3rd Party Plaintiff Victor H. Maia michael.vagnoni@obermayer.com Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com |
| MICHAEL D. VAGNONI | |

| District/off: 0313-2 | User: Adminstra | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 21, 2020 | Form ID: pdf900 | Total Noticed: 12 |

    on behalf of Debtor Victor H. Maia michael.vagnoni@obermayer.com
    Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor City of Philadelphia pamela.thurmond@phila.gov  karena.blaylock@phila.gov

REBECCA ANN SOLARZ
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

SARAH K. MCCAFFERY
    on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

STEPHEN L. NEEDLES
    on behalf of Creditor G.H. Harris Associates  Inc. steve@needlelawyer.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 25

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: : | |
| : | |
| VICTOR H. MAIA : | |
| : | Chapter 11 |
| : | |
| Debtor. : | Case No.: 18-16907-AMC |
| _____ : | |

**ORDER ON APPLICATION FOR**
**ADMISSION PRO HAC VICE OF TYLER S. DISCHINGER**

AND NOW, this _____ day of _____, 2020, upon consideration of the Application For Admission, Pro Hac Vice For Tyler S. Dischinger, of Mark Pfeiffer, It Is hereby

ORDERED AND DECREED that:

1. Tyler S. Dischinger ("Mr. Dischinger") is admitted to practice before this Court in the above-captioned case;

2. Mr. Dischinger shall abide by the Rules of General Application governing the Eastern District of Pennsylvania, including all disciplinary rules; and

3. Mr. Dischinger shall notify the Court immediately of any matter affecting his standing at the bar of any other Court.

**Date: December 21, 2020**

_____
Judge Ashely M. Chan
UNITED STATES BANKRUPTCY COURT