IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 11 |
| VICTOR H. MAIA, | Case No. 18-16907-AMC |
| Debtor. | |

ORDER SETTING STATUS HEARING AND DEADLINE TO FILE
PLAN AND DISCLOSURE STATEMENT

AND NOW, this _____ day of _____, 2021, in accordance with this Court's directive at the January 13, 2021 hearing to consider the Debtor's Application for Entry of an Order Disclosure Statement, Fixing Time for Filing Acceptances or Rejections of the Plan, and Fixing the Time for Filing Objections to the Disclosure Statement and to Confirmation of the Plan and the Motion of the City of Philadelphia to Convert Case to Chapter 7 (collectively, the "Motions"),

**IT IS HEREBY ORDERED THAT:**

1. A Status Hearing on the Motions is set for February 17, 2021 at 12:30 p.m.; and

2. A Confirmable Plan and Disclosure Statement shall be filed by the Debtor on or before March 1, 2021; and

3. This Court shall retain jurisdiction over any matters related to or arising from the implementation of this Order.

BY THE COURT

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge

**Date: February 10, 2021**

OMC\4812-6634-8761.v1-2/10/21