United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-16907-amc |
| Victor H. Maia | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 10, 2021 | Form ID: pdf900 | Total Noticed: 12 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Victor H. Maia, 79 Redwood Drive, Richboro, PA 18954-1646 |
| aty | + | TYLER DISCHINGER, Buchanan Ingersoll & Rooney, PC, 50 S. 16th St, Ste 3200, Philadelphia, PA 19102-2555 |
| cr | | Anthony Patterson, 3228 Fontain St., Philadelphia, PA 19121-1727 |
| acc | + | Bennett J. Sady & Company, P.C., Bennett J. Sady, 501 Office Center Drive, Suite 126, Fort Washington, PA 19034-3267 |
| cr | + | Diana Wilson, 2517 W. Sergeant St., Philadelphia, PA 19132-4137 |
| r | + | Keller Williams Real Estate, 584 Middletown Blvd. Suite A-50, Langhorne, PA 19047-4403 |
| cr | + | Maurice Butts, 1023 West Thompson Street, Philadelphia, PA 19122-4117 |
| cr | + | WELLS FARGO BANK, N.A., C/O POWERS, KIRN & ASSOCIATES, LLC, 8 NESHAMINY INTERPLEX DRIVE SUITE 215, TREVOSE, PA 19053-6980 |
| cr | + | Willie Jamar Nobels, c/o Mark Pfeiffer, Esq., Buchanan Ingersoll & Rooney PC, 50 S. 16th Street, Suite 3200 Philadelphia, PA 19102-2555 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: megan.harper@phila.gov | Feb 11 2021 04:01:00 | City of Philadelphia, Law Revenue Department, c/o Pamela Elchert Thurmond, 1401 JFK Boulevard, 5th Floor, Municipal Services Bldg, Philadelphia, PA 19102 |
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 11 2021 04:01:00 | Commonwealth of Pennsylvania, Department of Revenu, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: steve@needlelawyer.com | Feb 11 2021 04:01:00 | G.H. Harris Associates, Inc., c/o Stephen L. Needles, Esq., 80 North Second Street Pike, Churchville, PA 18966-1057 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Natasha Rivera |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Feb 10, 2021 | Form ID: pdf900 | Total Noticed: 12 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2021          Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2021 at the address(es) listed below:

**Name**  **Email Address**

AMANDA L. RAUER
on behalf of Creditor WELLS FARGO BANK N.A. Amanda.rauer@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.raynor-paul@pkallc.com;harry.reese@pkallc.com

DENISE A. KUHN
on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue dkuhn@attorneygeneral.gov

EDMOND M. GEORGE
on behalf of Defendant Victor H. Maia michael.vagnoni@obermayer.com;turner.falk@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com

EDMOND M. GEORGE
on behalf of Debtor Victor H. Maia michael.vagnoni@obermayer.com;turner.falk@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com

GEORGE M. CONWAY
on behalf of U.S. Trustee United States Trustee george.m.conway@usdoj.gov

HARRY B. REESE
on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com

JILL MANUEL-COUGHLIN
on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com

KARINA VELTER
on behalf of Creditor WELLS FARGO BANK N.A. amps@manleydeas.com

KARINA VELTER
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION amps@manleydeas.com

MARK D. PFEIFFER
on behalf of 3rd Pty Defendant Anthony Patterson mark.pfeiffer@bipc.com donna.curcio@bipc.com

MARK D. PFEIFFER
on behalf of Counter-Defendant Diana Wilson mark.pfeiffer@bipc.com donna.curcio@bipc.com

MARK D. PFEIFFER
on behalf of Creditor Willie Jamar Nobels mark.pfeiffer@bipc.com donna.curcio@bipc.com

MARK D. PFEIFFER
on behalf of Creditor Diana Wilson mark.pfeiffer@bipc.com donna.curcio@bipc.com

MARK D. PFEIFFER
on behalf of Creditor Maurice Butts mark.pfeiffer@bipc.com donna.curcio@bipc.com

MARK D. PFEIFFER
on behalf of Plaintiff Diana Wilson mark.pfeiffer@bipc.com donna.curcio@bipc.com

MARK D. PFEIFFER
on behalf of Plaintiff Willie Jamar Nobles mark.pfeiffer@bipc.com donna.curcio@bipc.com

MARK D. PFEIFFER
on behalf of Counter-Defendant Willie Jamar Nobles mark.pfeiffer@bipc.com donna.curcio@bipc.com

MICHAEL D. VAGNONI
on behalf of Defendant Victor H. Maia michael.vagnoni@obermayer.com Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com

MICHAEL D. VAGNONI
on behalf of 3rd Party Plaintiff Victor H. Maia michael.vagnoni@obermayer.com Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com

MICHAEL D. VAGNONI

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Feb 10, 2021 | Form ID: pdf900 | Total Noticed: 12

    on behalf of Debtor Victor H. Maia michael.vagnoni@obermayer.com
    Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor City of Philadelphia pamela.thurmond@phila.gov  karena.blaylock@phila.gov

REBECCA ANN SOLARZ
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

SARAH K. MCCAFFERY
    on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

STEPHEN L. NEEDLES
    on behalf of Creditor G.H. Harris Associates  Inc. steve@needlelawyer.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 25

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **VICTOR H. MAIA,** | **Case No. 18-16907-AMC** |
| **Debtor.** | |

## ORDER SETTING STATUS HEARING AND DEADLINE TO FILE
## PLAN AND DISCLOSURE STATEMENT

AND NOW, this _____ day of _____, 2021, in accordance with this Court's directive at the January 13, 2021 hearing to consider the Debtor's Application for Entry of an Order Disclosure Statement, Fixing Time for Filing Acceptances or Rejections of the Plan, and Fixing the Time for Filing Objections to the Disclosure Statement and to Confirmation of the Plan and the Motion of the City of Philadelphia to Convert Case to Chapter 7 (collectively, the "Motions"),

**IT IS HEREBY ORDERED THAT:**

1. A Status Hearing on the Motions is set for February 17, 2021 at 12:30 p.m.; and

2. A Confirmable Plan and Disclosure Statement shall be filed by the Debtor on or before March 1, 2021; and

3. This Court shall retain jurisdiction over any matters related to or arising from the implementation of this Order.

BY THE COURT

**Date: February 10, 2021**

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge

OMC\4812-6634-8761.v1-2/10/21