UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | Chapter 11 |
| | : | |
| VICTOR H. MAIA, | : | Bankruptcy No. 18-16907-AMC |
| | : | |
| DEBTOR | : | |
| | : | |
| WILLIE JAMAR NOBLES, INDIVIDUALLY AND AS ADMIN. OF THE ESTATE OF JAMAR WILLIE NOBLES, et. al | : | |
| | : | |
| PLAINTIFFS | : | Adversary No. 19-0020 AMC |
| | : | |
| v. | : | |
| | : | |
| VICTOR H. MAIA, | : | |
| | : | |
| DEFENDANT | : | |

# O R D E R
## APPOINTING MEDIATOR AND ASSIGNMENT TO MEDIATION

**AND NOW,** this 26th day of February, 2021, counsel having advised the Court that the parties wish to participate in the court-annexed mediation program, it is hereby

**ORDERED** that the above-captioned proceeding is hereby assigned to the following mediator:

Martin J. Weis, Esq.
Dilworth Paxson LLP
1500 Market Street, Ste. 3500E
Philadelphia PA 19102

The parties in this adversary proceeding, and those involved in issues related to confirmation in the main bankruptcy proceeding, are ORDERED to comply with the provisions

of Local Bankruptcy Rule 9019-2, including submission of the case information to the mediator as required by this rule.

Pursuant to Local Bankruptcy Rule 9019-2(j), the mediator will file with the Court within seven (7) days of receipt of this Order, his acceptance or rejection of this mediation assignment.

_____
Ashely M. Chan
United States Bankruptcy Judge