### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **VICTOR H. MAIA,** | **Case No. 18-16907-AMC** |
| Debtor. | |

### CERTIFICATE OF SERVICE

I, Michael D. Vagnoni, Esquire, attorney for the Debtor, hereby certify that on March 5, 2021, a true and correct copy of the Combined Motion of Debtor Victor H. Maia, for (i) Expedited Consideration, Shortened Time and Limited Notice; and (ii) For Authority to Sell Real Property at Private Sale, Free and Clear of All Liens, Claims, and Encumbrances Pursuant to 11 U.S.C. § 363 regarding 1641 Fillmore Street, Philadelphia, PA 19124 (the "Motion") and a true and correct copy of the Order Granting Expedited Consideration of the Motion were served via electronic means or next day mail upon the attached service list.

*/s/ Michael D. Vagnoni*
Michael D. Vagnoni, Esquire

4829-2618-5183.v1-3/8/21

## SERVICE LIST "A"

Via electronic service through CM/ECF and electronic mail:

GEORGE M. CONWAY, ESQ., on behalf of U.S. Trustee United States Trustee
george.m.conway@usdoj.gov

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

DENISE A. KUHN, ESQ., on behalf of Creditor, Commonwealth of Pennsylvania, Department of Revenue
dkuhn@attorneygeneral.gov

PAMELA ELCHERT THURMOND, ESQ., on behalf of Creditor, City of Philadelphia and/or Water Revenue Bureau
pamela.thurmond@phila.gov, karena.blaylock@phila.gov

JILL MANUEL-COUGHLIN, ESQ., on behalf of Creditor, Wells Fargo Bank, N.A.
jill@pkallc.com

GILBERT R. YABES, ESQ., on behalf of Creditor, Wells Fargo Bank, N.A.
gyabes@aldridgepite.com

KARINA VELTER, ESQ., on behalf of Creditors, Wells Fargo Bank, N.A. and PNC Bank, National Association
kvelter@manleydeas.com

STEPHEN L. NEEDLES, ESQ., on behalf of Creditor, G.H. Harris Associates, Inc.
steve@needlelawyer.com

REBECCA A. SOLARZ, ESQ., on behalf of Creditor, PNC Bank, National Association
bkgroup@kmllawgroup.com

MARK D. PFEIFFER, ESQ., on behalf of Creditors, Maurice Butts, Willie Jamar Nobels, and Diana Wilson
mark.pfeiffer@bipc.com

## SERVICE LIST "B"

Via next day mail:

S&Z Real Estate LLC
3000 Holme Ave
Philadelphia, PA 19136-1907
*Buyer of the Real Property*