UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| VICTOR H. MAIA, | : | Bankruptcy No. 16907-AMC |
| | : | |
| DEBTOR. | : | |
| | : | |
| WILLIE JAMAR NOBLES, | : | |
| INDIVIDUALLY AND AS ADMIN | : | |
| OF THE ESTATE OF JAMAR | : | |
| WILLIE NOBLES, et al | : | |
| | : | |
| PLAINTIFFS | : | Adversary No. 19-0020 AMC |
| | : | |
| v. | : | |
| | : | |
| VICTOR H. MAIA, | : | |
| | : | |
| DEFENDANT | : | |

## MEDIATOR'S REPORT

The undersigned mediator, appointed pursuant to an Order of this Court entered on the 26th day of February, 2021, reports to the Court as follows:

A. A mediation was conducted on March 5, 2021 via Zoom regarding the above captioned adversary proceeding and the wrongful death creditors' issues related to confirmation in the main bankruptcy proceeding (collectively "the Issues").

B. Present at the mediation were:

- Michael Vagnoni, Esquire – Attorney for Debtor
- Victor Maia
- Mark Pfeiffer, Esquire – Attorney for the Wrongful Death Creditors
- Steven McConnell, Esquire – Attorney for the Wrongful Death Creditors

C. A settlement of the Issues **has** (x) been reached.

A settlement of this Issues **has not** ( ) been reached.

122160792_1

D. The parties anticipate submitting additional papers to the Court regarding the settlement.

Dated: March 9, 2021                             Mediator _____
                                                                         Martin J. Weis

122160792_1