## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Victor H. Maia** | : | **Case No.: 18-16907** |
| | : | **Chapter 11** |
| **Debtor(s).** | : | **Judge Ashely M. Chan** |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## <u>WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR</u>

Now comes **Sarah E. Barngrover**, who shall be substituted for **Karina Velter** as

counsel of record for creditor **Wells Fargo Bank, N.A.** ("Creditor").  **Karina Velter** is no longer

counsel for Creditor.

| | |
|---|---|
| /s/ Karina Velter | /s/ Sarah E. Barngrover |
| Karina Velter (94781) | Sarah E. Barngrover (323972) |
| Manley Deas Kochalski LLC | Manley Deas Kochalski LLC |
| P.O. Box 165028 | P.O. Box 165028 |
| Columbus, OH  43216-5028 | Columbus, OH  43216-5028 |
| Telephone: 614-220-5611 | 614-220-5611; Fax: 614-627-8181 |
| Fax: 614-627-8181 | sebarngrover@manleydeas.com |

19-009456_PS

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 18-16907** |
| **Victor H. Maia** | : | **Chapter 11** |
| | : | **Judge Ashely M. Chan** |
| Debtor(s) | : | * * * * * * * * * * * * * * * * * * * * |
| | : | |
| **Wells Fargo Bank, N.A.** | : | **Related Document #** |
| Movant, | : | |
| | : | |
| vs | : | |
| | : | |
| **Victor H. Maia** | : | |
| **Celeste Maia** | : | |
| | : | |
| ***TMTrustee TE*** | : | |
| Respondents. | | |

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of

Appearance of Counsel for Creditor was served on the parties listed below via e-mail

notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Angela Lynn Baglanzis, Attorney for Victor H. Maia, Obermayer Rebmann Maxwell &
Hippel LLP, Centre Square West, 1500 Market Street, Suite 3400, Philadelphia, PA  19102,
angela.baglanzis@obermayer.com

Edmond M. George, Attorney for Victor H. Maia, Obermayer Rebmann Maxwell & Hippel,
LLP, Centre Square West, 1500 Market Street, Suite 3400, Philadelphia, PA  19102,
edmond.george@obermayer.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on March 10, 2021:

Victor H. Maia and Celeste Maia, 79 Redwood Drive, Richboro, PA  18954

Victor H. Maia and Celeste Maia, 79 Redwood Drive, Northampton, PA  18067

PNC Bank National Association, 2730 Liberty Avenue, Pittsburgh, PA  15222

The below 20 largest unsecured Creditors were served via regular U.S. Mail, postage prepaid, on

19-009456_PS

March 10, 2021:

Anthony Patterson
c/o Howard G. Silverman, Esq.
2401 Pennsylvania Avenue
Suite 1-A-5
Philadelphia, PA 19103Citibank South Dakota / Exxon
First National Collection Bureau, Inc.
610 Waltham Way
Sparks, NV 89434Citibank South Dakota c/o
Unifund Corp
c/o Gordon & Weinberg, P.C.
1001 E. Hector St.
Conshohocken, PA 19428City of Phila
c/o Linebarger Googan Blair
4 Penn Center
1600 JFk Blvd., Suite 910
Philadelphia, PA 19103City of Phila Water Revenue Bureau
PO Box 41496
Philadelphia, PA 19101City of Phila, Dept of Revenue
BIR/NPT
PO Box 1630
Philadelphia, PA 19105City of Philadelphia
c/o Goehring Rutter & Boehm
1425 Spruce Street, Suite 100
Philadelphia, PA 19102City of Philadelphia L&I
Philadelphia Municipal Court
34 S. 11th Street
Philadelphia, PA 19107Diana Wilson & Maurice Butts
c/o Neil R. Gelb, Esq.
1518 Walnut Street
Suite 200
Philadelphia, PA 19102Discover Card
c/o Pressler, Felt & Warshaw, LLP
7 Entin Road
Parsippany, NJ 07054GH Harris Assoc. Inc.
PO Box 216
Dallas, PA 18612Marshall Dennehey Warner Coleman, et al
2000 Market Street
Philadelphia, PA 19103PA Dept of Revenue
c/oLinebarger Goggan Blair & Sampson, LP
PO Box 90128
Harrisburg, PA 17109PNC Bank
2730 Liberty Avenue
Pittsburgh, PA 15222Wells Fargo

19-009456_PS

PO Box 10335
Des Moines, IA 50303Willie Nobles
C/O Steven E. McConnell, Esq.
The Killino Firm, P.C.
1835 Market Street, Suite 2820
Philadelphia, PA 19103
   DATE: <u>March 10, 2021</u>

/s/ Sarah E. Barngrover
Sarah E. Barngrover, Esquire (323972)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Sarah E.
Barngrover.
Contact email is
sebarngrover@manleydeas.com

19-009456_PS