# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : **Case No.: 18-16907** |
| **Victor H. Maia** | : **Chapter 11** |
| | : **Judge Ashely M. Chan** |
| **Debtor(s)** | : * * * * * * * * * * * * * * * * * * * |
| | : |
| **PNC Bank, National Association** | : **Related Document #** |
| **Movant,** | : |
| vs | : |
| | : |
| **Victor H. Maia** | : |
| | : |
| **Respondents.** | : |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for PNC Bank, National Association, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

                                                        Respectfully submitted,

                                                        /s/ Sarah E. Barngrover
                                                        Sarah E. Barngrover, Esquire (323972)
                                                        Adam B. Hall (323867)
                                                        Manley Deas Kochalski LLC
                                                        P.O. Box 165028
                                                        Columbus, OH  43216-5028
                                                        Telephone: 614-220-5611
                                                        Fax: 614-627-8181
                                                        Attorneys for Creditor
                                                        The case attorney for this file is Sarah E. Barngrover.
                                                        Contact email is sebarngrover@manleydeas.com

21-003348_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| | **Case No.: 18-16907** |
| **Victor H. Maia** | **Chapter 11** |
| | **Judge Ashely M. Chan** |
| **Debtor(s)** | ********************* |
| | |
| **PNC Bank, National Association** | **Related Document #** |
| **Movant,** | |
| vs | |
| **Victor H. Maia** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Notice of Appearance and Request for Notices was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Edmond M. George, Attorney for Victor H. Maia, edmond.george@obermayer.com

Michael D. Vagnoni, Attorney for Victor H. Maia, michael.vagnoni@obermayer.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Victor H. Maia, 79 Redwood Drive, Richboro, PA  18954

Victor H. Maia, 1641 Fillmore St, Philadelphia, PA  19124

/s/ Sarah E. Barngrover

21-003348_PS