IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **VICTOR H. MAIA,** | **Case No. 18-16907-AMC** |
| **Debtor.** | |

### ORDER GRANTING THE MOTION OF DEBTOR VICTOR H. MAIA FOR AUTHORITY TO SELL REAL PROPERTY AT PRIVATE SALE, FREE AND CLEAR OF ALL LIENS, CLAIMS, AND ENCUMBRANCES PURSUANT TO 11 U.S.C. § 363

AND NOW, this _____ day of _____, 2021, upon consideration of the Motion of Victor H. Maia, the debtor and debtor in possession (the "Debtor"), by and through his undersigned counsel, Obermayer Rebmann Maxwell & Hippel LLP, for the entry of an order: (i) granting expedited consideration, shortened time and limited notice; (ii) granting the Debtor authority to sell the Debtor's property located at 124 E. Albanus Street, Philadelphia, PA 19120, Tax Parcel No. 421142800 (the "Real Property") at private sale to Indigo Homes, LLC (the "Sale"), for the purchase price of Seventy-Nine Thousand dollars ($79,000.00), free and clear of all liens, claims, and encumbrances pursuant to 11 U.S.C. § 363 (the "Motion")[1] and any response thereto, and this Court being satisfied that due notice of the Motion and the Sale has been provided by the Debtor pursuant to 11 U.S.C. § 363, Rules 2002(a)(2), (c)(1), (k), 6004(a) and 9007 of the Federal Rules of Bankruptcy Procedure and Local Rules 2002-1, 6004-1, and 9014-3 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Eastern District of Pennsylvania; and this Court being further satisfied that the Debtor has demonstrated that there is a sound business purpose for the sale of the Property, that the Sale represents the

---

[1] Each capitalized term used but not defined herein shall have the meaning ascribed thereto in the Motion.

OMC\4839-4221-1296.v1-3/12/21

highest and best offer for the Property, that the Sale is proposed in good faith and therefore, the relief requested in the Motion is appropriate and in the best interests of the Debtor; and it appearing that good cause exists for the relief requested in the Motion; and this Court having found and determined that the relief requested by the Debtor is necessary; and, after due deliberation and sufficient cause being shown,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is in all respects GRANTED.

2. The Debtor is authorized to sell the Real Property, 124 E. Albanus Street, Philadelphia, PA 19120, Tax Parcel No. 421142800, pursuant to § 363(b), (f), (h), and (m) of the Bankruptcy Code, free and clear of any and all liens, claims or encumbrances, on an "as is, where is" basis, at private sale to Indigo Homes, LLC or its assignee, for the purchase price of Seventy-Nine Thousand dollars ($79,000.00).

3. The City of Philadelphia's statutory and judicial liens on the Real Property, shall be paid in full at closing

4. The net proceeds of the Sale of the Real Property after payment of all ordinary and necessary closing costs, including but not limited all mortgages of record and as set forth in paragraph three (3) above, shall be held in escrow pending confirmation of a Plan of Reorganization and are intended to fund the Plan.

5. Until further Order of this Court or as set forth in a comnfirmed Plan, the Wrongful Death Creditors' lien on the Real Property, to the extent such lien is valid and is not avoidable, shall attach to the funds in the escrow account to the extent and priority of the Wrongful Death Creditors' valid lien against the Real Proerty, automatically by operation of this

Order, without the need for further order of this Court and without the requirement of any act to attach or perfect the liens.

6. This Court shall retain jurisdiction over any matters related to or arising from the implementation of this Order.

7. The fourteen (14) day stay imposed by Fed. R. Bankr. P. 6004(h) is hereby waived and this Order is effective immediately upon its entry.

**Date: March 15, 2021**

BY THE COURT

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge

Copy to: Attached List

**Service List:**

GEORGE M. CONWAY, ESQ., on behalf of U.S. Trustee United States Trustee
george.m.conway@usdoj.gov

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

DENISE A. KUHN, ESQ., on behalf of Creditor, Commonwealth of Pennsylvania, Department of Revenue
dkuhn@attorneygeneral.gov

PAMELA ELCHERT THURMOND, ESQ., on behalf of Creditor, City of Philadelphia
pamela.thurmond@phila.gov, karena.blaylock@phila.gov

JILL MANUEL-COUGHLIN, ESQ., on behalf of Creditor, Wells Fargo Bank, N.A.
jill@pkallc.com

GILBERT R. YABES, ESQ., on behalf of Creditor, Wells Fargo Bank, N.A.
gyabes@aldridgepite.com

SARAH E. BARNGROVER, ESQ., on behalf of Creditors, Wells Fargo Bank, N.A. and PNC Bank, National Association
sebarngrover@manleydeas.com

STEPHEN L. NEEDLES, ESQ., on behalf of Creditor, G.H. Harris Associates, Inc.
steve@needlelawyer.com

REBECCA A. SOLARZ, ESQ., on behalf of Creditor, PNC Bank, National Association
bkgroup@kmllawgroup.com

MARK D. PFEIFFER, ESQ., on behalf of Creditors, Maurice Butts, Willie Jamar Nobels, and Diana Wilson
mark.pfeiffer@bipc.com

Indigo Homes, LLC, Attn: Kratma Sood, Buyer of Real Property
kssatelier@gmail.com

U.S. Trustee
United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

OMC\4839-4221-1296.v1-3/12/21

POWERS KIRN & ASSOCIATES, LLC
Jill Manuel-Coughlin, Esquire
Amanda L. Rauer, Esquire
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
*Counsel for Wells Fargo Bank, N.A.*

Pamela Elchert Thurmond, Esquire
Deputy City Solicitor
1401 JFK Boulevard, 5th Floor
Philadelphia, PA 19102-1595
*Counsel for City of Philadelphia*

Denise A. Kuhn, Esquire
Office of Attorney General
The Phoenix Building
1600 Arch Street, Suite 300
Philadelphia, PA 19103
*Counsel for the Commonwealth of PA, Department of Revenue*

STEPHEN L. NEEDLES & ASSOCIATES
Stephen L. Needles, Esquire
80 North Second Street Pike
Churchville, PA 18966
*Counsel for Creditor, G.H. Harris Associates, Inc.*

BUCHANAN INGERSOLL & ROONEY PC
Mike D. Pfeiffer, Esquire
Two Liberty Place
50 S. 16th Street, Ste.3200
Philadelphia, PA 19102
*Counsel for Willie Jamar Nobles and Diana Wilson*

MANLEY DEAS KOCHALSKI LLC
Sarah E. Barngrover, Esquire
P.O. Box 165028
Columbus, OH 43216-5028
Atty File No.: 19-023342
*Counsel for PNC Bank, National Association*

Rebecca A Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
*Counsel for PNC Bank, National Association*