IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 11 |
| VICTOR H. MAIA, | Case No. 18-16907-AMC |
| Debtor. | |

**CONSENT ORDER ADJOURNING HEARINGS AND EXTENDING
DEADLINE TO FILE PLAN AND DISCLOSURE STATEMENT**

AND NOW, this _____ day of March 2021, upon consent of Michael Vagnoni, attorney for the Debtor, Victor H. Maia (the "Debtor"); George M. Conway, United States Trustee; Mark D. Pfeiffer, attorney for Maurice Butts, Willie Jamar Nobels, and Diana Wilson, the Wrongful Death Creditors; Pamela Elchert Thurmond, attorney for the City of Philadelphia; and Jill Manuel-Coughlin, attorney for Wells Fargo Bank, N.A., it is requested that: the Hearings scheduled for March 31, 2021 [D.N. 253] the Hearings, are hereby adjourned until April 14, 2021, and the Time for Filing of a feasible/confirmable Plan and Disclosure Statement is hereby extended for two weeks to April 7, 2021,

**IT IS HEREBY ORDERED THAT:**

1. The Hearings scheduled for March 31, 2021, at 12:30 p.m., shall be adjourned to April 14, 2021, at 12:30 p.m. and

2. The time to file a feasible Plan and Disclosure Statement shall be extended to April 7, 2021.

OMC\4823-2841-3410.v1-3/24/21

3. This Court shall retain jurisdiction over any matters related to or arising from the implementation of this Order.

BY THE COURT

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge