IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **VICTOR H. MAIA,** | **Case No. 18-16907-AMC** |
| Debtor. | |

### CONSENT ORDER ADJOURNING HEARINGS AND EXTENDING DEADLINE TO FILE PLAN AND DISCLOSURE STATEMENT

AND NOW, this _____ day of March 2021, upon consent of Michael Vagnoni, attorney for the Debtor, Victor H. Maia (the "Debtor"); George M. Conway, United States Trustee; Mark D. Pfeiffer, attorney for Maurice Butts, Willie Jamar Nobels, and Diana Wilson, the Wrongful Death Creditors; Pamela Elchert Thurmond, attorney for the City of Philadelphia; and Jill Manuel-Coughlin, attorney for Wells Fargo Bank, N.A., it is requested that: the Hearings scheduled for March 31, 2021 [D.N. 253] the Hearings, are hereby adjourned until April 14, 2021, and the Time for Filing of a feasible/confirmable Plan and Disclosure Statement is hereby extended for two weeks to April 7, 2021,

**IT IS HEREBY ORDERED THAT:**

1. The Hearings scheduled for March 31, 2021, at 12:30 p.m., shall be adjourned to April 14, 2021, at 12:30 p.m. and

2. The time to file a feasible Plan and Disclosure Statement shall be extended to April 7, 2021.

3.      This Court shall retain jurisdiction over any matters related to or arising from the implementation of this Order.

BY THE COURT

**Date: March 26, 2021**

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge