# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In re: | : Chapter 11 |
| VICTOR H. MAIA, | : Case No. 18-16907-AMC |
| Debtor. | : |

## CONSENT ORDER ADJOURNING HEARINGS AND EXTENDING DEADLINE TO FILE PLAN AND DISCLOSURE STATEMENT

AND NOW, this _____ day of April 2021, upon consent of Michael Vagnoni, attorney for the Debtor, Victor H. Maia (the "Debtor"); George M. Conway, United States Trustee; Mark D. Pfeiffer, attorney for Maurice Butts, Willie Jamar Nobels, and Diana Wilson, the Wrongful Death Creditors; Pamela Elchert Thurmond, attorney for the City of Philadelphia; and Jill Manuel-Coughlin, attorney for Wells Fargo Bank, N.A., it is requested that: the Hearings scheduled for April 14, 2021 (the "Hearings"), are hereby adjourned until April 21, 2021, and the Time for Filing of a feasible/confirmable Plan and Disclosure Statement is hereby extended for one week to April 14, 2021,

**IT IS HEREBY ORDERED THAT:**

1. The Hearings scheduled for April 14, 2021, at 12:30 p.m., shall be adjourned to April 21, 2021, at 12:30 p.m. and

2. The time to file a feasible Plan and Disclosure Statement shall be extended to April 14, 2021.

OMC\4850-3518-8708.v1-4/8/21

Case 18-16907-amc    Doc 277    Filed 04/09/21    Entered 04/09/21 13:53:00    Desc Main
Document      Page 2 of 2

3. This Court shall retain jurisdiction over any matters related to or arising from the implementation of this Order.

BY THE COURT

**Date: April 9, 2021**

Honorable Ashely M. Chan
United States Bankruptcy Judge

OMC\4850-3518-8708.v1-4/8/21