United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Victor H. Maia  
    Debtor

Case No. 18-16907-amc  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Apr 09, 2021      Form ID: pdf900      Total Noticed: 13

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Victor H. Maia, 79 Redwood Drive, Richboro, PA 18954-1646 |
| aty | + | TYLER DISCHINGER, Buchanan Ingersoll & Rooney, PC, 50 S. 16th St, Ste 3200, Philadelphia, PA 19102-2555 |
| cr | | Anthony Patterson, 3228 Fontain St., Philadelphia, PA 19121-1727 |
| acc | + | Bennett J. Sady & Company, P.C., Bennett J. Sady, 501 Office Center Drive, Suite 126, Fort Washington, PA 19034-3267 |
| cr | + | Diana Wilson, 2517 W. Sergeant St., Philadelphia, PA 19132-4137 |
| r | + | Keller Williams Real Estate, 584 Middletown Blvd. Suite A-50, Langhorne, PA 19047-4403 |
| md | | Martin J. Weis, Dilworth Paxson LLP, 1500 Market Street, 3500E, Philadelphia, PA 19102-2101 |
| cr | + | Maurice Butts, 1023 West Thompson Street, Philadelphia, PA 19122-4117 |
| cr | + | WELLS FARGO BANK, N.A., C/O POWERS, KIRN & ASSOCIATES, LLC, 8 NESHAMINY INTERPLEX DRIVE SUITE 215, TREVOSE, PA 19053-6980 |
| cr | + | Willie Jamar Nobels, c/o Mark Pfeiffer, Esq., Buchanan Ingersoll & Rooney PC, 50 S. 16th Street, Suite 3200 Philadelphia, PA 19102-2555 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: megan.harper@phila.gov | Apr 10 2021 02:12:00 | City of Philadelphia, Law Revenue Department, c/o Pamela Elchert Thurmond, 1401 JFK Boulevard, 5th Floor, Municipal Services Bldg, Philadelphia, PA 19102 |
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 10 2021 02:12:00 | Commonwealth of Pennsylvania, Department of Revenu, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: steve@needlelawyer.com | Apr 10 2021 02:12:00 | G.H. Harris Associates, Inc., c/o Stephen L. Needles, Esq., 80 North Second Street Pike, Churchville, PA 18966-1057 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Natasha Rivera |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Apr 09, 2021 | Form ID: pdf900 | Total Noticed: 13 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2021         Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2021 at the address(es) listed below:**

**Name**        **Email Address**

AMANDA L. RAUER
on behalf of Creditor WELLS FARGO BANK  N.A. Amanda.rauer@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.raynor-paul@pkallc.com;harry.reese@pkallc.com

DENISE A. KUHN
on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue dkuhn@attorneygeneral.gov

EDMOND M. GEORGE
on behalf of Defendant Victor H. Maia michael.vagnoni@obermayer.com;turner.falk@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com

EDMOND M. GEORGE
on behalf of Debtor Victor H. Maia michael.vagnoni@obermayer.com;turner.falk@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com

GEORGE M. CONWAY
on behalf of U.S. Trustee United States Trustee george.m.conway@usdoj.gov

HARRY B. REESE
on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

JILL MANUEL-COUGHLIN
on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

KARINA VELTER
on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION amps@manleydeas.com

MARK D. PFEIFFER
on behalf of 3rd Pty Defendant Anthony Patterson mark.pfeiffer@bipc.com  donna.curcio@bipc.com;sean.kenny@bipc.com

MARK D. PFEIFFER
on behalf of Counter-Defendant Diana Wilson mark.pfeiffer@bipc.com  donna.curcio@bipc.com;sean.kenny@bipc.com

MARK D. PFEIFFER
on behalf of Creditor Willie Jamar Nobels mark.pfeiffer@bipc.com  donna.curcio@bipc.com;sean.kenny@bipc.com

MARK D. PFEIFFER
on behalf of Creditor Diana Wilson mark.pfeiffer@bipc.com  donna.curcio@bipc.com;sean.kenny@bipc.com

MARK D. PFEIFFER
on behalf of Plaintiff Willie Jamar Nobles mark.pfeiffer@bipc.com  donna.curcio@bipc.com;sean.kenny@bipc.com

MARK D. PFEIFFER
on behalf of Creditor Maurice Butts mark.pfeiffer@bipc.com  donna.curcio@bipc.com;sean.kenny@bipc.com

MARK D. PFEIFFER
on behalf of Plaintiff Diana Wilson mark.pfeiffer@bipc.com  donna.curcio@bipc.com;sean.kenny@bipc.com

MARK D. PFEIFFER
on behalf of Counter-Defendant Willie Jamar Nobles mark.pfeiffer@bipc.com  donna.curcio@bipc.com;sean.kenny@bipc.com

MARTIN J. WEIS
on behalf of Mediator Martin J. Weis mweis@dilworthlaw.com  ycaplow@dilworthlaw.com

MICHAEL D. VAGNONI
on behalf of Defendant Victor H. Maia michael.vagnoni@obermayer.com Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com

MICHAEL D. VAGNONI
on behalf of 3rd Party Plaintiff Victor H. Maia michael.vagnoni@obermayer.com Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 09, 2021 | Form ID: pdf900 | Total Noticed: 13 |

MICHAEL D. VAGNONI
    on behalf of Debtor Victor H. Maia michael.vagnoni@obermayer.com
    Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor City of Philadelphia pamela.thurmond@phila.gov karena.blaylock@phila.gov

REBECCA ANN SOLARZ
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

SARAH ELISABETH BARNGROVER
    on behalf of Creditor WELLS FARGO BANK N.A. amps@manleydeas.com

SARAH ELISABETH BARNGROVER
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION amps@manleydeas.com

SARAH K. MCCAFFERY
    on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com

STEPHEN L. NEEDLES
    on behalf of Creditor G.H. Harris Associates Inc. steve@needlelawyer.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 27

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| VICTOR H. MAIA, | : | Case No. 18-16907-AMC |
| | : | |
| Debtor. | : | |
| | : | |

### CONSENT ORDER ADJOURNING HEARINGS AND EXTENDING DEADLINE TO FILE PLAN AND DISCLOSURE STATEMENT

AND NOW, this _____ day of April 2021, upon consent of Michael Vagnoni, attorney for the Debtor, Victor H. Maia (the "Debtor"); George M. Conway, United States Trustee; Mark D. Pfeiffer, attorney for Maurice Butts, Willie Jamar Nobels, and Diana Wilson, the Wrongful Death Creditors; Pamela Elchert Thurmond, attorney for the City of Philadelphia; and Jill Manuel-Coughlin, attorney for Wells Fargo Bank, N.A., it is requested that: the Hearings scheduled for April 14, 2021 (the "Hearings"), are hereby adjourned until April 21, 2021, and the Time for Filing of a feasible/confirmable Plan and Disclosure Statement is hereby extended for one week to April 14, 2021,

**IT IS HEREBY ORDERED THAT:**

1. The Hearings scheduled for April 14, 2021, at 12:30 p.m., shall be adjourned to April 21, 2021, at 12:30 p.m. and

2. The time to file a feasible Plan and Disclosure Statement shall be extended to April 14, 2021.

OMC\4850-3518-8708.v1-4/8/21

3.      This Court shall retain jurisdiction over any matters related to or arising from the implementation of this Order.

BY THE COURT

**Date: April 9, 2021**

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge

OMC\4850-3518-8708.v1-4/8/21