## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| _____ | : | |
| In re: | : | **Chapter 11** |
| | : | |
| **VICTOR H. MAIA,** | : | **Case No. 18-16907-AMC** |
| | : | |
| Debtor. | : | |
| _____ | : | |

## CONSENT ORDER ADJOURNING HEARINGS AND EXTENDING DEADLINE TO FILE PLAN AND DISCLOSURE STATEMENT

AND NOW, this _____ day of April 2021, upon consent of Michael Vagnoni, attorney for the Debtor, Victor H. Maia (the "Debtor"); George M. Conway, United States Trustee; Mark D. Pfeiffer, attorney for Maurice Butts, Willie Jamar Nobels, and Diana Wilson, the Wrongful Death Creditors; Pamela Elchert Thurmond, attorney for the City of Philadelphia; and Jill Manuel-Coughlin, attorney for Wells Fargo Bank, N.A., it is requested that: the Hearings scheduled for April 21, 2021 (the "Hearings"), are hereby adjourned until April 28, 2021, and the Time for Filing of a feasible/confirmable Plan and Disclosure Statement is hereby extended for one week to April 21, 2021,

**IT IS HEREBY ORDERED THAT:**

1.      The Hearings scheduled for April 21, 2021, at 12:30 p.m., shall be adjourned to April 28, 2021, at 12:30 p.m. and

2.      The time to file a feasible Plan and Disclosure Statement shall be extended to April 21, 2021.

3.      This Court shall retain jurisdiction over any matters related to or arising from the

implementation of this Order.


BY THE COURT


_____
Honorable Ashely M. Chan
United States Bankruptcy Judge