# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 18-16907** |
| **Victor H. Maia** | : | **Chapter 11** |
| | : | **Judge Ashely M. Chan** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * |
| | : | **HearingScheduled June 2, 2021** |
| **PNC Bank, National Association** | : | **Related Document # 137** |
| **Movant,** | : | |
| | : | |
| | : | |
| **Respondents.** | : | |
| | : | |
| | : | |
| | : | |

## PRAECIPE OF WITHDRAWAL OF OBJECTION TO CONFIRMATION OF PLAN (DOCKET NO. 137)

Now comes PNC Bank, National Association ("Creditor") by and through counsel, and hereby withdraws its Objection to Confirmation of Plan which was filed in this Court on July 10, 2019.

Respectfully submitted,

/s/ Sarah E. Barngrover
Sarah E. Barngrover, Esquire (323972)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Sarah E. Barngrover.
Contact email is sebarngrover@manleydeas.com

19-023894_HAF

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 18-16907** |
| **Victor H. Maia** | : | **Chapter 11** |
| | : | **Judge Ashely M. Chan** |
| **Debtor(s)** | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| | : | **HearingScheduled June 2, 2021** |
| **PNC Bank, National Association** | : | **Related Document # 137** |
| **Movant,** | : | |
| | : | |
| | : | |
| **Respondents.** | : | |
| | : | |
| | : | |
| | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Praecipe of Withdrawal of Objection to Confirmation of Plan (Docket No. 137) was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Angela Lynn Baglanzis, Attorney for Victor H. Maia, Obermayer Rebmann Maxwell & Hippel LLP, Centre Square West, 1500 Market Street, Suite 3400, Philadelphia, PA  19102, angela.baglanzis@obermayer.com

Edmond M. George, Attorney for Victor H. Maia, Obermayer Rebmann Maxwell & Hippel, LLP, Centre Square West, 1500 Market Street, Suite 3400, Philadelphia, PA  19102, edmond.george@obermayer.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on May 17, 2021:

Victor H. Maia and Celeste Maia, 79 Redwood Drive, Richboro, PA  18954

Victor H. Maia and Celeste Maia, 79 Redwood Dr, Richboro, PA  18954

The below 20 largest unsecured Creditors were served via regular U.S. Mail, postage prepaid, on May 17, 2021:

19-023894_HAF

Anthony Patterson
c/o Howard G. Silverman, Esq.
2401 Pennsylvania Avenue
Suite 1-A-5
Philadelphia, PA 19103

Citibank South Dakota / Exxon
First National Collection Bureau, Inc.
610 Waltham Way
Sparks, NV 89434

Citibank South Dakota c/o
Unifund Corp
c/o Gordon & Weinberg, P.C.
1001 E. Hector St.
Conshohocken, PA 19428

City of Phila
c/o Linebarger Googan Blair
4 Penn Center
1600 JFk Blvd., Suite 910
Philadelphia, PA 19103

City of Phila Water Revenue Bureau
PO Box 41496
Philadelphia, PA 19101

City of Phila, Dept of Revenue
BIR/NPT
PO Box 1630
Philadelphia, PA 19105

City of Philadelphia
c/o Goehring Rutter & Boehm
1425 Spruce Street, Suite 100
Philadelphia, PA 19102

City of Philadelphia L&I
Philadelphia Municipal Court
34 S. 11th Street
Philadelphia, PA 19107

Diana Wilson & Maurice Butts
c/o Neil R. Gelb, Esq.
1518 Walnut Street

19-023894_HAF

Suite 200
Philadelphia, PA 19102

Discover Card
c/o Pressler, Felt & Warshaw, LLP
7 Entin Road
Parsippany, NJ 07054

GH Harris Assoc. Inc.
PO Box 216
Dallas, PA 18612Marshall Dennehey Warner Coleman, et al
2000 Market Street
Philadelphia, PA 19103

PA Dept of Revenue
c/oLinebarger Goggan Blair & Sampson, LP
PO Box 90128
Harrisburg, PA 17109

PNC Bank
2730 Liberty Avenue
Pittsburgh, PA 15222

Wells Fargo
PO Box 10335
Des Moines, IA 50303

Willie Nobles
C/O Steven E. McConnell, Esq.
The Killino Firm, P.C.
1835 Market Street, Suite 2820
Philadelphia, PA 19103

Marshall Dennehey Warner
Coleman, et al
2000 Market Street
Philadelphia, PA 19103

DATE: __May 17, 2021_____

/s/ Sarah E. Barngrover
_____
Sarah E. Barngrover, Esquire (323972)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028

19-023894_HAF

Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Sarah E. Barngrover.
Contact email is sebarngrover@manleydeas.com

19-023894_HAF