Fill in this information to identify the case:

Debtor Name _Victor H. Maia_

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number: _18-16907JKF_

☐ Check if this is an amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: ___March___

Line of business: _Real Estate_

Date report filed: _04/20/2021_
MM / DD / YYYY

NAISC code: _531110_

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: _Victor H Maia_

Original signature of responsible party _[signature]_

Printed name of responsible party _Victor H. Maia_

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*. | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☑ | ☐ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☑ | ☐ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Victor H. Maia                                      Case number  18-16907JKF

17. Have you paid any bills you owed before you filed bankruptcy?    ❑ ☑ ❑

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ❑ ☑ ❑

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous
    month. If this is your first report, report the total cash on hand as of the date of the filing of this case.    $ _-421.80_

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all
    cash received even if you have not deposited it at the bank, collections
    on receivables, credit card deposits, cash received from other parties, or loans, gifts, or
    payments made by other parties on your behalf. Do not attach bank statements in
    lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ _7,225.78_

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the
    date paid, payee, purpose, and amount. Include all cash payments, debit card
    transactions, checks issued even if they have not cleared the bank, outstanding
    checks issued before the bankruptcy was filed that were allowed to clear this month,
    and payments made by other parties on your behalf. Do not attach bank statements
    in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    – $ _7,093.98_

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.    + $ _131.80_

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.    = $ _-290.00_

    This amount may not match your bank account balance because you may have outstanding checks that
    have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but
have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the
purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ _6,456.71_

    *(Exhibit E)*

Debtor Name  Victor H. Maia

Case number  18-16907JKF

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                           $ _____0.00

     *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                         _____0

27. What is the number of employees as of the date of this monthly report?                          _____0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                    $ _____0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?      $ _____0.00

30. How much have you paid this month in other professional fees?                                              $ _____0.00

31. How much have you paid in total other professional fees since filing the case?                             $ _____0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 6,500.00 | − | $ 7,225.78 | = | $ -725.78 |
| 33. **Cash disbursements** | $ 5,500.00 | − | $ 7,093.98 | = | $ -1,593.98 |
| 34. **Net cash flow** | $ 1,000.00 | − | $ 131.80 | = | $ 868.20 |

35. Total projected cash receipts for the next month:                          $ 6,500.00

36. Total projected cash disbursements for the next month:                   - $ 6,000.00

37. Total projected net cash flow for the next month:                        = $ 500.00

Debtor Name  Victor H. Maia                                                    Case number  18-16907JKF

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑  39.  Bank reconciliation reports for each account.

☑  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

Print        Save As...                                                    Reset

**Victor Maia DIP**
# Profit & Loss
**March 2021**

|  | Mar 21 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Other income** | 2,630.00 |
| **Passive** | |
| **Rent INCOME** | 4,595.78 |
| **Total Passive** | 4,595.78 |
| **Total Income** | 7,225.78 |
| **Gross Profit** | 7,225.78 |
| **Expense** | |
| **Auto** | 242.50 |
| **Bank Service Charges** | 24.95 |
| **Dues & Subscription** | 92.00 |
| **Equipment Purchase** | 58.27 |
| **Insurance** | 1,632.76 |
| **Interest** | |
| **Mortgage** | 1,236.70 |
| **Total Interest** | 1,236.70 |
| **Meals & Entertainment** | 114.96 |
| **Phone** | 309.99 |
| **Repairs** | 225.00 |
| **Supplies** | 248.84 |
| **Taxes** | |
| **Property** | 117.54 |
| **Total Taxes** | 117.54 |
| **Utilities** | 994.21 |
| **Total Expense** | 5,297.72 |
| **Net Ordinary Income** | 1,928.06 |
| **Net Income** | **1,928.06** |

**12:02 PM**

**04/23/21**

**Victor Maia DIP**

**Reconciliation Summary**

**01-Checking XXXX2751, Period Ending 03/31/2021**

|  | Mar 31, 21 |
|---|---|
| **Beginning Balance** | 1,764.57 |
| **Cleared Transactions** | |
| Checks and Payments - 39 items | -6,837.72 |
| Deposits and Credits - 10 items | 7,225.78 |
| **Total Cleared Transactions** | 388.06 |
| **Cleared Balance** | 2,152.63 |
| **Register Balance as of 03/31/2021** | 2,152.63 |
| **Ending Balance** | 2,152.63 |

12:02 PM

04/23/21

# Victor Maia DIP
## Reconciliation Detail
### 01-Checking XXXX2751, Period Ending 03/31/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 1,764.57 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 39 items** | | | | | | |
| Check | 03/01/2021 | | Turkey Hill | X | -28.30 | -28.30 |
| Check | 03/01/2021 | | Wawa | X | -28.25 | -56.55 |
| Check | 03/02/2021 | | Sheetz | X | -27.25 | -83.80 |
| Check | 03/05/2021 | | American Water Re... | X | -7.98 | -91.78 |
| Check | 03/15/2021 | | | X | -1,500.00 | -1,591.78 |
| Check | 03/15/2021 | | Nationwide Insurance | X | -301.96 | -1,893.74 |
| Check | 03/15/2021 | | Nationwide Insurance | X | -254.20 | -2,147.94 |
| Check | 03/15/2021 | | Nationwide Insurance | X | -168.55 | -2,316.49 |
| Check | 03/15/2021 | | E-ZPass | X | -158.70 | -2,475.19 |
| Check | 03/15/2021 | | USCCA | X | -22.03 | -2,497.22 |
| Check | 03/15/2021 | | Netflix | X | -19.07 | -2,516.29 |
| Check | 03/15/2021 | | Google | X | -15.89 | -2,532.18 |
| Check | 03/16/2021 | | Wells Fargo - Redw... | X | -609.43 | -3,141.61 |
| Check | 03/16/2021 | | Verizon | X | -309.99 | -3,451.60 |
| Check | 03/16/2021 | | WRB-Tampa4755 | X | -250.00 | -3,701.60 |
| Check | 03/16/2021 | | Amazon.com | X | -248.84 | -3,950.44 |
| Check | 03/16/2021 | | Home Depot | X | -225.00 | -4,175.44 |
| Check | 03/16/2021 | | Peco-Redwood79 | X | -221.66 | -4,397.10 |
| Check | 03/16/2021 | | FM Ins - Berkshire1... | X | -142.51 | -4,539.61 |
| Check | 03/16/2021 | | FM Ins - Griscom4827 | X | -142.51 | -4,682.12 |
| Check | 03/16/2021 | | FM Ins - Tackawann... | X | -93.73 | -4,775.85 |
| Check | 03/16/2021 | | FM Ins - Tackawann... | X | -93.03 | -4,868.88 |
| Check | 03/16/2021 | | FM Ins - Tampa4755 | X | -92.00 | -4,960.88 |
| Check | 03/16/2021 | | FM Ins - Cloud4310 | X | -91.53 | -5,052.41 |
| Check | 03/16/2021 | | FM Ins - Valley5023 | X | -91.53 | -5,143.94 |
| Check | 03/16/2021 | | Comcast Cable | X | -80.00 | -5,223.94 |
| Check | 03/16/2021 | | FM Ins - Ruscomb1... | X | -70.72 | -5,294.66 |
| Check | 03/16/2021 | | COP-Lesher5348 | X | -60.74 | -5,355.40 |
| Check | 03/16/2021 | | COP-Tampa4755 | X | -56.80 | -5,412.20 |
| Check | 03/17/2021 | | Cash | X | -50.00 | -5,462.20 |
| Check | 03/19/2021 | | FM Ins - Ruscomb1... | X | -52.50 | -5,514.70 |
| Check | 03/23/2021 | | WRB-Sylvester5835 | X | -195.36 | -5,710.06 |
| Check | 03/23/2021 | | American Water Re... | X | -7.98 | -5,718.04 |
| Check | 03/24/2021 | | Wells Fargo - Redw... | X | -627.27 | -6,345.31 |
| Check | 03/24/2021 | | NBCMA | X | -188.20 | -6,533.51 |
| Check | 03/25/2021 | | WRB-Lesher5348 | X | -138.99 | -6,672.50 |
| Check | 03/26/2021 | | Quickbooks Banking | X | -14.95 | -6,687.45 |
| Check | 03/29/2021 | | Harbor Freight Tools | X | -58.27 | -6,745.72 |
| Check | 03/31/2021 | | Keller Williams Real... | X | -92.00 | -6,837.72 |
| **Total Checks and Payments** | | | | | -6,837.72 | -6,837.72 |
| **Deposits and Credits - 10 items** | | | | | | |
| Deposit | 03/04/2021 | | | X | 610.00 | 610.00 |
| Deposit | 03/05/2021 | | | X | 350.00 | 960.00 |
| Deposit | 03/05/2021 | | | X | 950.00 | 1,910.00 |
| Deposit | 03/05/2021 | | | X | 1,017.55 | 2,927.55 |
| Deposit | 03/11/2021 | | | X | 300.00 | 3,227.55 |
| Deposit | 03/15/2021 | | | X | 1,292.23 | 4,519.78 |
| Deposit | 03/18/2021 | | | X | 376.00 | 4,895.78 |
| Deposit | 03/22/2021 | | | X | 1,026.00 | 5,921.78 |
| Deposit | 03/25/2021 | | | X | 310.00 | 6,231.78 |
| Deposit | 03/31/2021 | | | X | 994.00 | 7,225.78 |
| **Total Deposits and Credits** | | | | | 7,225.78 | 7,225.78 |
| **Total Cleared Transactions** | | | | | 388.06 | 388.06 |
| **Cleared Balance** | | | | | 388.06 | 2,152.63 |
| **Register Balance as of 03/31/2021** | | | | | 388.06 | 2,152.63 |
| **Ending Balance** | | | | | 388.06 | 2,152.63 |

**12:02 PM**

**04/23/21**

## Victor Maia DIP
## Reconciliation Summary
### 02-Checking XXXX3728, Period Ending 03/31/2021

|  | Mar 31, 21 |
|---|---|
| **Beginning Balance** | 310.00 |
| **Cleared Transactions** | |
| **Checks and Payments - 1 item** | -10.00 |
| **Deposits and Credits - 1 item** | 1,500.00 |
| **Total Cleared Transactions** | 1,490.00 |
| **Cleared Balance** | **1,800.00** |
| **Register Balance as of 03/31/2021** | 1,800.00 |
| **Ending Balance** | 1,800.00 |

12:02 PM

04/23/21

# Victor Maia DIP
## Reconciliation Detail
### 02-Checking XXXX3728, Period Ending 03/31/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Beginning Balance | | | | | | 310.00 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Check | 03/31/2021 | | | X | -10.00 | -10.00 |
| Total Checks and Payments | | | | | -10.00 | -10.00 |
| **Deposits and Credits - 1 item** | | | | | | |
| Check | 03/15/2021 | | | X | 1,500.00 | 1,500.00 |
| Total Deposits and Credits | | | | | 1,500.00 | 1,500.00 |
| Total Cleared Transactions | | | | | 1,490.00 | 1,490.00 |
| Cleared Balance | | | | | 1,490.00 | 1,490.00 |
| Register Balance as of 03/31/2021 | | | | | 1,490.00 | 1,800.00 |
| **Ending Balance** | | | | | **1,490.00** | **1,800.00** |

**12:10 PM**

**04/23/21**

**Accrual Basis**

**Victor Maia DIP**

**Transaction Detail by Account - Exhibit C**

**March 2021**

| Type | Date | Num | Class | Clr | Split | Amount | Balance |
|------|------|-----|-------|-----|-------|--------|---------|
| **Other income** | | | | | | | |
| Deposit | 03/04/2021 | | Wakeling2051 | | 01-Checking XXXX2751 | 610.00 | 610.00 |
| Deposit | 03/22/2021 | | Fillmore1641 | | 01-Checking XXXX2751 | 1,026.00 | 1,636.00 |
| Deposit | 03/31/2021 | | Albanus124e | | 01-Checking XXXX2751 | 994.00 | 2,630.00 |
| Total Other income | | | | | | 2,630.00 | 2,630.00 |
| **Passive** | | | | | | | |
| **Rent INCOME** | | | | | | | |
| Deposit | 03/05/2021 | | Lesher5348 | | 01-Checking XXXX2751 | 350.00 | 350.00 |
| Deposit | 03/05/2021 | | Tampa4755 | | 01-Checking XXXX2751 | 950.00 | 1,300.00 |
| Deposit | 03/05/2021 | | Tackawanna4562 | | 01-Checking XXXX2751 | 1,017.55 | 2,317.55 |
| Deposit | 03/11/2021 | | Lesher5348 | | 01-Checking XXXX2751 | 300.00 | 2,617.55 |
| Deposit | 03/15/2021 | | Ruscomb162w | | 01-Checking XXXX2751 | 1,292.23 | 3,909.78 |
| Deposit | 03/18/2021 | | Lesher5348 | | 01-Checking XXXX2751 | 376.00 | 4,285.78 |
| Deposit | 03/25/2021 | | Lesher5348 | | 01-Checking XXXX2751 | 310.00 | 4,595.78 |
| Total Rent INCOME | | | | | | 4,595.78 | 4,595.78 |
| Total Passive | | | | | | 4,595.78 | 4,595.78 |
| **TOTAL** | | | | | | **7,225.78** | **7,225.78** |

12:11 PM
04/23/21

## Victor Maia DIP
## Check Detail - Exhibit D
### March 2021

| Type | Num | Date | Name | Paid Amount | | Account | Original Amount |
|------|-----|------|------|-------------|---|---------|-----------------|
| Check | | 03/01/2021 | Turkey Hill | | | 01-Checking XXXX2751 | -28.30 |
| | | | | -28.30 | Auto | | 28.30 |
| TOTAL | | | | -28.30 | | | 28.30 |
| Check | | 03/01/2021 | Wawa | | | 01-Checking XXXX2751 | -28.25 |
| | | | | -28.25 | Auto | | 28.25 |
| TOTAL | | | | -28.25 | | | 28.25 |
| Check | | 03/02/2021 | Sheetz | | | 01-Checking XXXX2751 | -27.25 |
| | | | | -27.25 | Auto | | 27.25 |
| TOTAL | | | | -27.25 | | | 27.25 |
| Check | | 03/05/2021 | American Water Resources | | | 01-Checking XXXX2751 | -7.98 |
| | | | | -7.98 | Insurance | | 7.98 |
| TOTAL | | | | -7.98 | | | 7.98 |
| Check | | 03/15/2021 | Netflix | | | 01-Checking XXXX2751 | -19.07 |
| | | | | -19.07 | Meals & Entertainment | | 19.07 |
| TOTAL | | | | -19.07 | | | 19.07 |
| Check | | 03/15/2021 | Google | | | 01-Checking XXXX2751 | -15.89 |
| | | | | -15.89 | Meals & Entertainment | | 15.89 |
| TOTAL | | | | -15.89 | | | 15.89 |
| Check | | 03/15/2021 | | | | 01-Checking XXXX2751 | -1,500.00 |
| | | | | -1,500.00 | 02-Checking XXXX3728 | | 1,500.00 |
| TOTAL | | | | -1,500.00 | | | 1,500.00 |
| Check | | 03/15/2021 | USCCA | | | 01-Checking XXXX2751 | -22.03 |
| | | | | -22.03 | Insurance | | 22.03 |
| TOTAL | | | | -22.03 | | | 22.03 |
| Check | | 03/15/2021 | E-ZPass | | | 01-Checking XXXX2751 | -158.70 |
| | | | | -158.70 | Auto | | 158.70 |
| TOTAL | | | | -158.70 | | | 158.70 |
| Check | | 03/15/2021 | Nationwide Insurance | | | 01-Checking XXXX2751 | -168.55 |
| | | | | -168.55 | Insurance | | 168.55 |
| TOTAL | | | | -168.55 | | | 168.55 |
| Check | | 03/15/2021 | Nationwide Insurance | | | 01-Checking XXXX2751 | -301.96 |
| | | | | -65.26 | Insurance | | 65.26 |
| | | | | -76.39 | Insurance | | 76.39 |
| | | | | -82.50 | Insurance | | 82.50 |
| | | | | -77.81 | Insurance | | 77.81 |
| TOTAL | | | | -301.96 | | | 301.96 |
| Check | | 03/15/2021 | Nationwide Insurance | | | 01-Checking XXXX2751 | -254.20 |
| | | | | -254.20 | Insurance | | 254.20 |
| TOTAL | | | | -254.20 | | | 254.20 |
| Check | | 03/16/2021 | Verizon | | | 01-Checking XXXX2751 | -309.99 |
| | | | | -309.99 | Phone | | 309.99 |
| TOTAL | | | | -309.99 | | | 309.99 |

12:11 PM

04/23/21

**Victor Maia DIP**

**Check Detail - Exhibit D**

March 2021

| Type | Num | Date | Name | Paid Amount | Account | Original Amount |
|------|-----|------|------|------------|---------|----------------|
| Check | | 03/16/2021 | Wells Fargo - Redwood79 | | 01-Checking XXXX2751 | -609.43 |
| | | | | -609.43 | Mortgage | 609.43 |
| TOTAL | | | | -609.43 | | 609.43 |
| Check | | 03/16/2021 | COP-Tampa4755 | | 01-Checking XXXX2751 | -56.80 |
| | | | | -56.80 | Property | 56.80 |
| TOTAL | | | | -56.80 | | 56.80 |
| Check | | 03/16/2021 | COP-Lesher5348 | | 01-Checking XXXX2751 | -60.74 |
| | | | | -60.74 | Property | 60.74 |
| TOTAL | | | | -60.74 | | 60.74 |
| Check | | 03/16/2021 | FM Ins - Ruscomb162w | | 01-Checking XXXX2751 | -70.72 |
| | | | | -70.72 | Insurance | 70.72 |
| TOTAL | | | | -70.72 | | 70.72 |
| Check | | 03/16/2021 | Comcast Cable | | 01-Checking XXXX2751 | -80.00 |
| | | | | -80.00 | Meals & Entertainment | 80.00 |
| TOTAL | | | | -80.00 | | 80.00 |
| Check | | 03/16/2021 | FM Ins - Cloud4310 | | 01-Checking XXXX2751 | -91.53 |
| | | | | -91.53 | Insurance | 91.53 |
| TOTAL | | | | -91.53 | | 91.53 |
| Check | | 03/16/2021 | FM Ins - Valley5023 | | 01-Checking XXXX2751 | -91.53 |
| | | | | -91.53 | Insurance | 91.53 |
| TOTAL | | | | -91.53 | | 91.53 |
| Check | | 03/16/2021 | FM Ins - Tampa4755 | | 01-Checking XXXX2751 | -92.00 |
| | | | | -92.00 | Insurance | 92.00 |
| TOTAL | | | | -92.00 | | 92.00 |
| Check | | 03/16/2021 | FM Ins - Tackawanna4562 | | 01-Checking XXXX2751 | -93.03 |
| | | | | -93.03 | Insurance | 93.03 |
| TOTAL | | | | -93.03 | | 93.03 |
| Check | | 03/16/2021 | FM Ins - Tackawanna4649 | | 01-Checking XXXX2751 | -93.73 |
| | | | | -93.73 | Insurance | 93.73 |
| TOTAL | | | | -93.73 | | 93.73 |
| Check | | 03/16/2021 | FM Ins - Berkshire1909 | | 01-Checking XXXX2751 | -142.51 |
| | | | | -142.51 | Insurance | 142.51 |
| TOTAL | | | | -142.51 | | 142.51 |
| Check | | 03/16/2021 | FM Ins - Griscom4827 | | 01-Checking XXXX2751 | -142.51 |
| | | | | -142.51 | Insurance | 142.51 |
| TOTAL | | | | -142.51 | | 142.51 |
| Check | | 03/16/2021 | Peco-Redwood79 | | 01-Checking XXXX2751 | -221.66 |
| | | | | -221.66 | Utilities | 221.66 |
| TOTAL | | | | -221.66 | | 221.66 |

12:11 PM
04/23/21

**Victor Maia DIP**
**Check Detail - Exhibit D**
March 2021

| Type | Num | Date | Name | Paid Amount | Account | Original Amount |
|------|-----|------|------|-------------|---------|-----------------|
| Check | | 03/16/2021 | Home Depot | | 01-Checking XXXX2751 | **-225.00** |
| | | | | -225.00 | Repairs | 225.00 |
| TOTAL | | | | -225.00 | | 225.00 |
| Check | | 03/16/2021 | WRB-Tampa4755 | | 01-Checking XXXX2751 | **-250.00** |
| | | | | -250.00 | Utilities | 250.00 |
| TOTAL | | | | -250.00 | | 250.00 |
| Check | | 03/16/2021 | Amazon.com | | 01-Checking XXXX2751 | **-248.84** |
| | | | | -248.84 | Supplies | 248.84 |
| TOTAL | | | | -248.84 | | 248.84 |
| Check | | 03/17/2021 | Cash | | 01-Checking XXXX2751 | **-50.00** |
| | | | | -50.00 | Petty Cash | 50.00 |
| TOTAL | | | | -50.00 | | 50.00 |
| Check | | 03/19/2021 | FM Ins - Ruscomb162w | | 01-Checking XXXX2751 | **-52.50** |
| | | | | -52.50 | Insurance | 52.50 |
| TOTAL | | | | -52.50 | | 52.50 |
| Check | | 03/23/2021 | American Water Resources | | 01-Checking XXXX2751 | **-7.98** |
| | | | | -7.98 | Insurance | 7.98 |
| TOTAL | | | | -7.98 | | 7.98 |
| Check | | 03/23/2021 | WRB-Sylvester5835 | | 01-Checking XXXX2751 | **-195.36** |
| | | | | -195.36 | Utilities | 195.36 |
| TOTAL | | | | -195.36 | | 195.36 |
| Check | | 03/24/2021 | NBCMA | | 01-Checking XXXX2751 | **-188.20** |
| | | | | -188.20 | Utilities | 188.20 |
| TOTAL | | | | -188.20 | | 188.20 |
| Check | | 03/24/2021 | Wells Fargo - Redwood79 | | 01-Checking XXXX2751 | **-627.27** |
| | | | | -627.27 | Mortgage | 627.27 |
| TOTAL | | | | -627.27 | | 627.27 |
| Check | | 03/25/2021 | WRB-Lesher5348 | | 01-Checking XXXX2751 | **-138.99** |
| | | | | -138.99 | Utilities | 138.99 |
| TOTAL | | | | -138.99 | | 138.99 |
| Check | | 03/26/2021 | Quickbooks Banking | | 01-Checking XXXX2751 | **-14.95** |
| | | | | -14.95 | Bank Service Charges | 14.95 |
| TOTAL | | | | -14.95 | | 14.95 |
| Check | | 03/29/2021 | Harbor Freight Tools | | 01-Checking XXXX2751 | **-58.27** |
| | | | | -58.27 | Equipment Purchase | 58.27 |
| TOTAL | | | | -58.27 | | 58.27 |
| Check | | 03/31/2021 | Keller Williams Real Estate | | 01-Checking XXXX2751 | **-92.00** |
| | | | | -92.00 | Dues & Subscription | 92.00 |
| TOTAL | | | | -92.00 | | 92.00 |

**12:11 PM**

**04/23/21**

**Victor Maia DIP**

**Check Detail - Exhibit D**

**March 2021**

| Type | Num | Date | Name | Paid Amount | Account | Original Amount |
|------|-----|------|------|-------------|---------|-----------------|
| **Check** | | **03/31/2021** | | | **02-Checking XXXX3728** | **-10.00** |
| | | | | -10.00 | Bank Service Charges | 10.00 |
| TOTAL | | | | -10.00 | | 10.00 |

**Exhibit E**

| Properties | Date Incurred | Payee | Purpose | Date Due | Amount Due |
|---|---|---|---|---|---|
| 124 E. Albanus St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $884.67 |
| 1909 Berkshire St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $575.32 |
| 1932 Church St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $709.70 |
| 3952 Claridge St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $954.66 |
| 4310 Cloud St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $733.50 |
| 1641 Fillmore St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $604.71 |
| 4827 Griscom St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $866.48 |
| 5348 Lesher St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $845.48 |
| 4814 N Palethorp St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $261.76 |
| 162 W Ruscomb St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $949.06 |
| 2047 E Sanger St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $1,198.23 |
| 1403 Sellers St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $1,159.03 |
| 5835 Sylvester St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $1,290.62 |
| 4562 Tackawanna St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $842.68 |
| 4649 Tackawanna St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $571.12 |
| 4755 Tampa St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $1,164.63 |
| 5023 Valley St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $1,062.45 |
| 5041 Valley St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $1,068.05 |
| 2051 Wakeling St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $760.09 |
| | | | | | **$16,502.24** |
| | | | | June Payments | (1,116.17) |
| | | | | July Payments | (1,116.17) |
| | | | | August Payments | (1,116.17) |
| | | | | September Payments | (1,116.17) |
| | | | | October Payments | (1,116.17) |
| | | | | November Payments | (1,116.17) |
| | | | | December Payments | (1,116.17) |
| | | | | January Payments | (1,116.17) |
| | | | | February Payments | (1,116.17) |
| | | | | Balance | **$6,456.71** |

# Wells Fargo Everyday Checking



March 31, 2021 ■ Page 1 of 5

VICTOR H MAIA
DEBTOR IN POSSESSION
CH11 CASE #18-16907 (EPA)
79 REDWOOD DR
RICHBORO PA 18954-1646

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

**1-800-TO-WELLS**   (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☑ |
| Online Bill Pay | ☑ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☑ | Debit Card | ☐ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

## ✔ IMPORTANT ACCOUNT INFORMATION

The following dedicated text telephone/telecommunication device for the deaf (TTY/TDD) lines are being retired on March 5, 2021: 800-877-4833, 800-419-2265 and 800-600-4833. We accept relay-assisted calls, including calls from the 711 service, when customers call any Wells Fargo customer service toll-free phone number. Wells Fargo will continue to provide excellent service to our deaf or hard of hearing customers and customers with speech disorders.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $1,764.57 |
| Deposits/Additions | 7,353.91 |
| Withdrawals/Subtractions | - 6,965.85 |
| **Ending balance on 3/31** | **$2,152.63** |

Account number: ▮▮▮▮2751

**VICTOR H MAIA**
**DEBTOR IN POSSESSION**
**CH11 CASE #18-16907 (EPA)**

*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 031000503

(345)

March 31, 2021 ■ Page 2 of 5

**WELLS FARGO**

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 3/1 | | Purchase authorized on 02/26 Wawa 8121 0008 Richboro PA S461057796061182 Card 0386 | | 28.25 | |
| 3/1 | | Purchase authorized on 02/26 Turkey Hill #0239 Somerset PA S461058070742341 Card 0386 | | 28.30 | 1,708.02 |
| 3/2 | | Purchase authorized on 02/28 Sheetz 0429 0000 Triadelphia WV S581059659268402 Card 0386 | | 27.25 | 1,680.77 |
| 3/4 | | ATM Check Deposit on 03/04 725 2ND Street Pike Richboro PA 0004962 ATM ID 3004x Card 0386 | 610.00 | | 2,290.77 |
| 3/5 | | Cozy Services Lt Rodriguez St-S3Q5A1P0Z4I0 Victor Maia | 350.00 | | |
| 3/5 | | Cozy Services Lt Reis St-K1N5A4A4T8x8 Victor Maia | 950.00 | | |
| 3/5 | | Cozy Services Lt Soriano St-Y4N5O4V7M7R8 Victor Maia | 1,017.55 | | |
| 3/5 | | Purchase authorized on 03/03 American Water Ent 877-5138520 IL S381062674019260 Card 0386 | | 7.98 | 4,600.34 |
| 3/11 | | Cozy Services Lt Rodriguez St-Z1Z8N9G5S9E9 Victor Maia | 300.00 | | 4,900.34 |
| 3/15 | | Cozy Services Lt Whetstone St-T5B4W7I6Z1I4 Victor Maia | 1,292.23 | | |
| 3/15 | | Recurring Payment authorized on 03/12 Uscca/Delta Defens 877-677-1919 WI S301071324136808 Card 0386 | | 22.03 | |
| 3/15 | | Purchase authorized on 03/12 Paypal *Netflix.CO 402-935-7733 CA S301071431653019 Card 0386 | | 19.07 | |
| 3/15 | | Purchase authorized on 03/12 Pp*Google Youtube 402-935-7733 CA S381071825221565 Card 0386 | | 15.89 | |
| 3/15 | | Purchase authorized on 03/14 Nationwide Insuran 800-421-1444 OH S381073645493662 Card 0386 | | 254.20 | |
| 3/15 | | Purchase authorized on 03/14 Nationwide Insuran 800-421-1444 OH S381073645986637 Card 0386 | | 168.55 | |
| 3/15 | | Purchase authorized on 03/14 Nationwide Insuran 800-421-1444 OH S381073649121575 Card 0386 | | 301.96 | |
| 3/15 | | Purchase authorized on 03/14 Ptc Ezpass Csc Web State.PA.US PA S461073693409392 Card 0386 | | 158.70 | |
| 3/15 | | Online Transfer to Maia V Everyday Checking xxxxxx3728 Ref #Ib0B2Jxzwx on 03/15/21 | | 1,500.00 | 3,752.17 |
| 3/16 | | Purchase authorized on 03/14 Vzwrlss*My Vz Vb P 800-922-0204 FL S581073695858649 Card 0386 | | 309.99 | |
| 3/16 | | Bill Pay WF - Redwood79 on-Line 0483533xxx on 03-16 | | 609.43 | |
| 3/16 | | Bill Pay Cop - Tampa4755 on-Line xxxx85600 on 03-16 | | 56.80 | |
| 3/16 | | Bill Pay Cop - Lesher5348 on-Line xxxx30700 on 03-16 | | 60.74 | |
| 3/16 | | Bill Pay Fm Ins - Ruscomb162W on-Line xxxxxxxxxx35903 on 03-16 | | 70.72 | |
| 3/16 | | Bill Pay Fm Ins - Comcast Cable Communications -16 on-Line Xxxxxxxxxxx46165 on 03-16 | | 80.00 | |
| 3/16 | | Bill Pay Fm Ins - Cloud4310 on-Line xxxxxxxxxx43303 on 03-16 | | 91.53 | |
| 3/16 | | Bill Pay Fm Ins - Valley5023 on-Line xxxxxxxxxx53603 on 03-16 | | 91.53 | |
| 3/16 | | Bill Pay Fm Ins - Tampa4755 on-Line xxxxxxxxxx03901 on 03-16 | | 92.00 | |
| 3/16 | | Bill Pay Fm Ins - Tackawanna4562 on-Line xxxxxxxxxx29101 on 03-16 | | 93.03 | |
| 3/16 | | Bill Pay Fm Ins - Tackawanna4649 on-Line xxxxxxxxxx27103 on 03-16 | | 93.73 | |
| 3/16 | | Bill Pay Fm Ins - Berkshire1909 on-Line xxxxxxxxxx29701 on 03-16 | | 142.51 | |
| 3/16 | | Bill Pay Fm Ins - Griscom4827 on-Line xxxxxxxxxx43701 on 03-16 | | 142.51 | |
| 3/16 | | Bill Pay Peco-Redwood79 on-Line xxxxx01902 on 03-16 | | 221.66 | |
| 3/16 | | Bill Pay Home Depot on-Line Xxxxxxxxxxx56670 on 03-16 | | 225.00 | |
| 3/16 | | Bill Pay Amazon on-Line Xxxxxxxxxxx10483 on 03-16 | | 248.84 | |
| 3/16 | | Bill Pay Wrb-Tampa4755 on-Line Xxxxxxxxxxx55001 on 03-16 | | 250.00 | 872.15 |

March 31, 2021 ■ Page 3 of 5



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 3/17 | | Purchase Return authorized on 03/16 Paypal *Gr Parts 402-935-7733 FL S000000000000000 Card 0386 | 128.13 | | |
| 3/17 | | Purchase authorized on 03/16 Paypal *Gr Parts 402-935-7733 FL S381075679330023 Card 0386 | | 128.13 | |
| 3/17 | | ATM Withdrawal authorized on 03/17 725 2ND Street Pike Richboro PA 0007365 ATM ID 3004x Card 0386 | | 50.00 | 822.15 |
| 3/18 | | Cozy Services Lt Rodriguez St-Q9T6A5V1Y8V8 Victor Mala | 376.00 | | 1,198.15 |
| 3/19 | | Bill Pay Fm Ins - Ruscomb162W on-Line xxxxxxxxxx35903 on 03-19 | | 52.50 | 1,145.65 |
| 3/22 | | ATM Check Deposit on 03/22 725 2ND Street Pike Richboro PA 0008283 ATM ID 3004x Card 0386 | 1,026.00 | | 2,171.65 |
| 3/23 | | Purchase authorized on 03/21 American Water Ent 877-5138520 IL S461081034031026 Card 0386 | | 7.98 | |
| 3/23 | | Bill Pay Wrb-Sylvester5835 on-Line Xxxxxxxxxxx35001 on 03-23 | | 195.36 | 1,968.31 |
| 3/24 | | Bill Pay WF - Redwood79 on-Line 0483533xxx on 03-24 | | 627.27 | |
| 3/24 | | Bill Pay Nbcma - Redwood79 on-Line xxx04690 on 03-24 | | 188.20 | 1,152.84 |
| 3/25 | | Cozy Services Lt Rodriguez St-C9J9I2V3O2K6 Victor Mala | 310.00 | | |
| 3/25 | | Bill Pay Wrb-Lesher5348 on-Line Xxxxxxxxxxx48001 on 03-25 | | 138.99 | 1,323.85 |
| 3/26 | | Quickbooks Banking | | 14.95 | 1,308.90 |
| 3/29 | | Purchase authorized on 03/27 Harbor Freight Too Philadelphia PA S581086611821961 Card 0386 | | 58.27 | 1,250.63 |
| 3/31 | | ATM Check Deposit on 03/31 725 2ND Street Pike Richboro PA 0009938 ATM ID 3004x Card 0386 | 994.00 | | |
| 3/31 | | Purchase authorized on 03/29 4Te*Keller William Langhorne PA S381088402130883 Card 0386 | | 92.00 | 2,152.63 |
| **Ending balance on 3/31** | | | | | 2,152.63 |
| **Totals** | | | **$7,353.91** | **$6,965.85** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary ᵃ

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 03/01/2021 - 03/31/2021 | | Standard monthly service fee $10.00 | You paid $0.00 |
|-------------------------------------|--|--------------------------------------|-----------------|
| **How to avoid the monthly service fee** | | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | | |
| · Minimum daily balance | | $500.00 | $822.15 ☑ |
| · Total amount of qualifying direct deposits | | $500.00 | $4,595.78 ☑ |
| · Age of primary account owner | | 17 - 24 | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | | |

RC/RC



# IMPORTANT ACCOUNT INFORMATION

Effective on or after April 1, 2021, the ATM Access Code feature will no longer be available to access your accounts at Wells Fargo ATMs. You may continue to access Wells Fargo ATMs using your Wells Fargo Debit, ATM or EasyPay Card, or with a Wells Fargo-supported digital wallet on your mobile device. For more information about adding your card to a digital wallet, please visit wellsfargo.com/mobile/payments. Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message



and data rates may apply. Some ATMs within secure locations may require a physical card for entry. Note: After the ATM Access Code feature for accessing Wells Fargo accounts is discontinued, the "Use an Access Code" button may continue to be displayed on Wells Fargo ATMs to support other services.

**Can we reach you when it's really important?**

Don't miss suspicious-activity alerts and critical account information. Please make sure your contact information is current by:
- Signing on to wellsfargo.com or the Wells Fargo Mobile® app and navigating to the Update Contact Information page via My Profile
- Contacting the phone number at the top of your statement
- Visiting a branch

**WELLS FARGO**

## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** Enter the ending balance on this statement.       $ _____

**B** List outstanding deposits and other credits to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | **$      .** |

+ $ _____

**C** Add **A** and **B** to calculate the subtotal.       = $ _____

**D** List outstanding checks, withdrawals, and other debits to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | **$** |

- $ _____

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.       = $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801

Member FDIC.

# Wells Fargo Everyday Checking



March 31, 2021 ■ Page 1 of 3

VICTOR H MAIA
DEBTOR IN POSSESSION
CH11 CASE #18-16907 (EPA)
79 REDWOOD DR
RICHBORO PA 18954-1646

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

**1-800-TO-WELLS**  (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | |
|---|---|---|
| Online Banking | ☑ | Direct Deposit ☐ |
| Online Bill Pay | ☑ | Auto Transfer/Payment ☐ |
| Online Statements | ☑ | Overdraft Protection ☐ |
| Mobile Banking | ☑ | Debit Card ☑ |
| My Spending Report | ☑ | Overdraft Service ☐ |

 IMPORTANT ACCOUNT INFORMATION

The following dedicated text telephone/telecommunication device for the deaf (TTY/TDD) lines are being retired on March 5, 2021: 800-877-4833, 800-419-2265 and 800-600-4833. We accept relay-assisted calls, including calls from the 711 service, when customers call any Wells Fargo customer service toll-free phone number. Wells Fargo will continue to provide excellent service to our deaf or hard of hearing customers and customers with speech disorders.

## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 3/1 | $310.00 |
| Deposits/Additions | 1,500.00 |
| Withdrawals/Subtractions | - 10.00 |
| **Ending balance on 3/31** | **$1,800.00** |

Account number: ▮▮▮▮3728

**VICTOR H MAIA**
**DEBTOR IN POSSESSION**
**CH11 CASE #18-16907 (EPA)**

*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 031000503

(345)

**WELLS FARGO**

---

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

---

**Transaction history**

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-----|------|------|------|------|
| 3/15 | | Online Transfer From Mala V Everyday Checking xxxxxx2751 Ref #Ib0B2Jxzwx on 03/15/21 | 1,500.00 | | 1,810.00 |
| 3/31 | | Monthly Service Fee | | 10.00 | 1,800.00 |
| **Ending balance on 3/31** | | | | | 1,800.00 |
| **Totals** | | | **$1,500.00** | **$10.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

---

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 03/01/2021 - 03/31/2021 | Standard monthly service fee $10.00 | You paid $10.00 |
|------|------|------|
| **How to avoid the monthly service fee** Have any ONE of the following account requirements | Minimum required | This fee period |
| · Minimum daily balance | $500.00 | $310.00 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Age of primary account owner | 17 - 24 | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

RC/RC

---

 # IMPORTANT ACCOUNT INFORMATION

---

Effective on or after April 1, 2021, the ATM Access Code feature will no longer be available to access your accounts at Wells Fargo ATMs. You may continue to access Wells Fargo ATMs using your Wells Fargo Debit, ATM or EasyPay Card, or with a Wells Fargo-supported digital wallet on your mobile device. For more information about adding your card to a digital wallet, please visit wellsfargo.com/mobile/payments. Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply. Some ATMs within secure locations may require a physical card for entry. Note: After the ATM Access Code feature for accessing Wells Fargo accounts is discontinued, the "Use an Access Code" button may continue to be displayed on Wells Fargo ATMs to support other services.

---

**Can we reach you when it's really important?**

Don't miss suspicious-activity alerts and critical account information. Please make sure your contact information is current by:
- Signing on to wellsfargo.com or the Wells Fargo Mobile® app and navigating to the Update Contact Information page via My Profile
- Contacting the phone number at the top of your statement
- Visiting a branch



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** Enter the ending balance on this statement.    $ _____

**B** List outstanding deposits and other credits to your account that do not appear on this statement. Enter the total in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

+ $ _____

**C** Add **A** and **B** to calculate the subtotal.    = $ _____

**D** List outstanding checks, withdrawals, and other debits to your account that do not appear on this statement. Enter the total in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

- $ _____

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.    = $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801    Member FDIC.