Fill in this information to identify the case:

Debtor Name __Victor H. Maia__

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number: __18-16907JKF__

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: __April__

Line of business: __Real Estate__

Date report filed: __05/20/2021__
MM / DD / YYYY

NAISC code: __531110__

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:                               Victor H. Maia

Original signature of responsible party     _Victor H. Maia_

Printed name of responsible party          Victor H. Maia

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*

|  |  | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*

|  |  | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

| Debtor Name | Victor H. Maia | Case number | 18-16907JKF |
|---|---|---|---|

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ -290.00

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 6,826.17

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

− $ 6,747.32

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ 78.85

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

= $ -211.15

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

$ 5,458.52

*(Exhibit E)*

Debtor Name  Victor H. Maia _____      Case number  18-16907JKF _____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25.  **Total receivables**                                                                    $ _____ 0.00

    *(Exhibit F)*

## 5. Employees

26.  What was the number of employees when the case was filed?                          _____ 0

27.  What is the number of employees as of the date of this monthly report?             _____ 0

## 6. Professional Fees

28.  How much have you paid this month in professional fees related to this bankruptcy case?        $ _____ 0.00

29.  How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____ 0.00

30.  How much have you paid this month in other professional fees?                                  $ _____ 0.00

31.  How much have you paid in total other professional fees since filing the case?                 $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 6,500.00 | − | $ 6,826.17 | = | $ -326.17 |
| 33. **Cash disbursements** | $ 6,000.00 | − | $ 6,747.32 | = | $ -747.32 |
| 34. **Net cash flow** | $ 500.00 | − | $ 78.85 | = | $ 421.15 |

35.  Total projected cash receipts for the next month:                            $ 5,500.00

36.  Total projected cash disbursements for the next month:                     − $ 5,000.00

37.  Total projected net cash flow for the next month:                          = $ 500.00

Debtor Name  Victor H. Maia                                      Case number  18-16907JKF

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑  39.  Bank reconciliation reports for each account.

☑  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

Print    Save As...    Reset

2:59 PM

06/01/21

Accrual Basis

**Victor Maia DIP**

# Profit & Loss

### April 2021

|  | Apr 21 |  |
|---|---|---|
| **Ordinary Income/Expense** |  |  |
| **Income** |  |  |
| Other income |  | 2,500.00 |
| **Passive** |  |  |
| Rent INCOME | 4,326.17 |  |
| **Total Passive** |  | 4,326.17 |
| **Total Income** |  | 6,826.17 |
| **Gross Profit** |  | 6,826.17 |
| **Expense** |  |  |
| Auto |  | 604.19 |
| Bank Service Charges |  | 14.95 |
| Dues & Subscription |  | 116.00 |
| Equipment Purchase |  | 72.14 |
| Food |  | 7.79 |
| Insurance |  | 1,070.11 |
| **Interest** |  |  |
| Mortgage | 1,254.54 |  |
| **Total Interest** |  | 1,254.54 |
| Meals & Entertainment |  | 168.95 |
| Phone |  | 370.88 |
| Repairs |  | 239.11 |
| Supplies |  | 370.11 |
| **Taxes** |  |  |
| Property | 1,091.02 |  |
| **Total Taxes** |  | 1,091.02 |
| Utilities |  | 815.04 |
| **Total Expense** |  | 6,194.83 |
| **Net Ordinary Income** |  | 631.34 |
| **Net Income** |  | **631.34** |

2:36 PM
06/01/21

# Victor Maia DIP
## Reconciliation Summary
### 01-Checking XXXX2751, Period Ending 04/30/2021

|  | Apr 30, 21 |
|---|---|
| **Beginning Balance** | 2,152.63 |
| **Cleared Transactions** | |
| Checks and Payments - 63 items | -14,816.17 |
| Deposits and Credits - 15 items | 15,447.51 |
| **Total Cleared Transactions** | 631.34 |
| **Cleared Balance** | 2,783.97 |
| **Register Balance as of 04/30/2021** | 2,783.97 |
| **Ending Balance** | 2,783.97 |

2:36 PM

06/01/21

# Victor Maia DIP
## Reconciliation Detail
### 01-Checking XXXX2751, Period Ending 04/30/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 2,152.63 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 63 items** | | | | | | |
| Check | 04/01/2021 | | Wawa | X | -69.60 | -69.60 |
| Check | 04/05/2021 | | Peco-Redwood79 | X | -225.29 | -294.89 |
| Check | 04/05/2021 | | E-ZPass | X | -146.10 | -440.99 |
| Check | 04/05/2021 | | Giuseppe's | X | -36.57 | -477.56 |
| Check | 04/05/2021 | | Peco-Fillmore1641 | X | -29.89 | -507.45 |
| Check | 04/05/2021 | | Peco-Church1932 | X | -21.75 | -529.20 |
| Check | 04/06/2021 | | Acme Market | X | -3.46 | -532.66 |
| Check | 04/06/2021 | | Wells Fargo - Redw... | X | -627.27 | -1,159.93 |
| Check | 04/06/2021 | | Verizon | X | -370.88 | -1,530.81 |
| Check | 04/06/2021 | | Amazon.com | X | -289.11 | -1,819.92 |
| Check | 04/06/2021 | | Home Depot | X | -239.11 | -2,059.03 |
| Check | 04/06/2021 | | Comcast Cable | X | -80.00 | -2,139.03 |
| Check | 04/06/2021 | | Peco-Wakeling2051 | X | -38.95 | -2,177.98 |
| Check | 04/06/2021 | | USCCA | X | -0.46 | -2,178.44 |
| Check | 04/08/2021 | | WRB-Tampa4755 | X | -250.00 | -2,428.44 |
| Check | 04/08/2021 | | USCCA | X | -29.03 | -2,457.47 |
| Check | 04/13/2021 | | WRB-Lesher5348 | X | -43.50 | -2,500.97 |
| Check | 04/13/2021 | | Rita's | X | -19.99 | -2,520.96 |
| Check | 04/13/2021 | | Google | X | -15.89 | -2,536.85 |
| Check | 04/15/2021 | | Taylor Tools | X | -49.38 | -2,586.23 |
| Check | 04/19/2021 | | Nationwide Insurance | X | -301.94 | -2,888.17 |
| Check | 04/19/2021 | | Nationwide Insurance | X | -263.33 | -3,151.50 |
| Check | 04/19/2021 | | Nationwide Insurance | X | -168.54 | -3,320.04 |
| Check | 04/20/2021 | | WRB-Sylvester5835 | X | -74.46 | -3,394.50 |
| Check | 04/21/2021 | | Wells Fargo - Redw... | X | -627.27 | -4,021.77 |
| Check | 04/21/2021 | | FM Ins - Griscom4827 | X | -105.35 | -4,127.12 |
| Check | 04/21/2021 | | FM Ins - Berkshire1... | X | -105.35 | -4,232.47 |
| Check | 04/21/2021 | | FM Ins - Tackawann... | X | -93.73 | -4,326.20 |
| Check | 04/21/2021 | | FM Ins - Tackawann... | X | -93.03 | -4,419.23 |
| Check | 04/21/2021 | | COP-Sylvester5835 | X | -92.83 | -4,512.06 |
| Check | 04/21/2021 | | COP-Valley5041 | X | -92.73 | -4,604.79 |
| Check | 04/21/2021 | | FM Ins - Tampa4755 | X | -92.00 | -4,696.79 |
| Check | 04/21/2021 | | FM Ins - Valley5023 | X | -91.53 | -4,788.32 |
| Check | 04/21/2021 | | FM Ins - Cloud4310 | X | -91.53 | -4,879.85 |
| Check | 04/21/2021 | | COP-Valley5023 | X | -86.16 | -4,966.01 |
| Check | 04/21/2021 | | COP-Claridge3952 | X | -76.40 | -5,042.41 |
| Check | 04/21/2021 | | COP-Ruscomb162w | X | -71.36 | -5,113.77 |
| Check | 04/21/2021 | | FM Ins - Ruscomb1... | X | -70.86 | -5,184.63 |
| Check | 04/21/2021 | | COP-Tackawanna4... | X | -70.72 | -5,255.35 |
| Check | 04/21/2021 | | COP-Cloud4310 | X | -70.45 | -5,325.80 |
| Check | 04/21/2021 | | COP-Griscom4827 | X | -63.69 | -5,389.49 |
| Check | 04/21/2021 | | COP-Church1932 | X | -62.30 | -5,451.79 |
| Check | 04/21/2021 | | COP-Lesher5348 | X | -61.59 | -5,513.38 |
| Check | 04/21/2021 | | COP-Tackawanna4... | X | -60.74 | -5,574.12 |
| Check | 04/21/2021 | | COP-Tampa4755 | X | -60.55 | -5,634.67 |
| Check | 04/21/2021 | | COP-Berkshire1909 | X | -56.80 | -5,691.47 |
| Check | 04/21/2021 | | COP-Palethorp4814 | X | -49.92 | -5,741.39 |
| Check | 04/22/2021 | | American Water Re... | X | -21.81 | -5,763.20 |
| Check | 04/23/2021 | | | X | -7.98 | -5,771.18 |
| Check | 04/23/2021 | | | X | -8,068.85 | -13,840.03 |
| Check | 04/23/2021 | | | X | -265.81 | -14,105.84 |
| Check | 04/26/2021 | | NBCMA | X | -131.20 | -14,237.04 |
| Check | 04/26/2021 | | Advance Auto Parts | X | -24.90 | -14,261.94 |
| Check | 04/26/2021 | | Harbor Freight Tools | X | -22.76 | -14,284.70 |
| Check | 04/26/2021 | | McDonald's | X | -16.50 | -14,301.20 |
| Check | 04/26/2021 | | Quickbooks Banking | X | -14.95 | -14,316.15 |
| Check | 04/26/2021 | | Sunoco | X | -13.01 | -14,329.16 |
| Check | 04/27/2021 | | Shop Rite | X | -4.33 | -14,333.49 |
| Check | 04/27/2021 | | Advance Auto Parts | X | -108.08 | -14,441.57 |
| Check | 04/27/2021 | | Advance Auto Parts | X | -84.77 | -14,526.34 |
| Check | 04/29/2021 | | Keller Williams Real... | X | -116.00 | -14,642.34 |
| Check | 04/29/2021 | | COP-Sylvester5835 | X | -92.83 | -14,735.17 |
| Check | 04/29/2021 | | USPS | X | -81.00 | -14,816.17 |
| **Total Checks and Payments** | | | | | -14,816.17 | -14,816.17 |

Page 1

2:36 PM

06/01/21

# Victor Maia DIP
# Reconciliation Detail
## 01-Checking XXXX2751, Period Ending 04/30/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Deposits and Credits - 15 items** | | | | | | |
| Deposit | 04/01/2021 | | | X | 225.00 | 225.00 |
| Deposit | 04/02/2021 | | | X | 300.00 | 525.00 |
| Deposit | 04/05/2021 | | | X | 41.00 | 566.00 |
| Deposit | 04/05/2021 | | | X | 387.59 | 953.59 |
| Deposit | 04/05/2021 | | | X | 500.00 | 1,453.59 |
| Deposit | 04/05/2021 | | | X | 1,017.55 | 2,471.14 |
| Deposit | 04/06/2021 | | | X | 950.00 | 3,421.14 |
| Deposit | 04/07/2021 | | | X | 56.82 | 3,477.96 |
| Deposit | 04/09/2021 | | | X | 270.00 | 3,747.96 |
| Deposit | 04/15/2021 | | | X | 280.00 | 4,027.96 |
| Deposit | 04/19/2021 | | | X | 162.62 | 4,190.58 |
| Deposit | 04/22/2021 | | | X | 10,568.85 | 14,759.43 |
| Deposit | 04/23/2021 | | | X | 250.00 | 15,009.43 |
| Deposit | 04/23/2021 | | | X | 330.00 | 15,339.43 |
| Deposit | 04/27/2021 | | | X | 108.08 | 15,447.51 |
| | Total Deposits and Credits | | | | 15,447.51 | 15,447.51 |
| | Total Cleared Transactions | | | | 631.34 | 631.34 |
| Cleared Balance | | | | | 631.34 | 2,783.97 |
| Register Balance as of 04/30/2021 | | | | | 631.34 | 2,783.97 |
| **Ending Balance** | | | | | 631.34 | 2,783.97 |

2:39 PM

06/01/21

# Victor Maia DIP
# Reconciliation Summary
## 02-Checking XXXX3728, Period Ending 04/30/2021

|  | Apr 30, 21 |
|---|---|
| **Beginning Balance** | 1,800.00 |
| Cleared Transactions | |
| Deposits and Credits - 1 item | 8,068.85 |
| Total Cleared Transactions | 8,068.85 |
| **Cleared Balance** | **9,868.85** |
| **Register Balance as of 04/30/2021** | 9,868.85 |
| **Ending Balance** | 9,868.85 |

2:39 PM

06/01/21

# Victor Maia DIP

# Reconciliation Detail

## 02-Checking XXXX3728, Period Ending 04/30/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 1,800.00 |
| **Cleared Transactions** | | | | | | |
| **Deposits and Credits - 1 item** | | | | | | |
| Check | 04/23/2021 | | | X | 8,068.85 | 8,068.85 |
| Total Deposits and Credits | | | | | 8,068.85 | 8,068.85 |
| Total Cleared Transactions | | | | | 8,068.85 | 8,068.85 |
| Cleared Balance | | | | | 8,068.85 | 9,868.85 |
| Register Balance as of 04/30/2021 | | | | | 8,068.85 | 9,868.85 |
| **Ending Balance** | | | | | **8,068.85** | **9,868.85** |

2:58 PM

06/01/21

**Accrual Basis**

**Victor Maia DIP**

**Transaction Detail by Account - Exhibit C**

**April 2021**

| Type | Date | Num | Class | Clr | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|
| **Other income** | | | | | | | |
| Deposit | 04/22/2021 | | Wakeling2051 | | 01-Checking XXXX2751 | 2,500.00 | 2,500.00 |
| Total Other income | | | | | | 2,500.00 | 2,500.00 |
| **Passive** | | | | | | | |
| **Rent INCOME** | | | | | | | |
| Deposit | 04/01/2021 | | Lesher5348 | | 01-Checking XXXX2751 | 225.00 | 225.00 |
| Deposit | 04/02/2021 | | Lesher5348 | | 01-Checking XXXX2751 | 300.00 | 525.00 |
| Deposit | 04/05/2021 | | Tackawanna4562 | | 01-Checking XXXX2751 | 41.00 | 566.00 |
| Deposit | 04/05/2021 | | Ruscomb162w | | 01-Checking XXXX2751 | 500.00 | 1,066.00 |
| Deposit | 04/05/2021 | | Tackawanna4562 | | 01-Checking XXXX2751 | 1,017.55 | 2,083.55 |
| Deposit | 04/06/2021 | | Tampa4755 | | 01-Checking XXXX2751 | 950.00 | 3,033.55 |
| Deposit | 04/09/2021 | | Lesher5348 | | 01-Checking XXXX2751 | 270.00 | 3,303.55 |
| Deposit | 04/15/2021 | | Lesher5348 | | 01-Checking XXXX2751 | 280.00 | 3,583.55 |
| Deposit | 04/19/2021 | | Tackawanna4562 | | 01-Checking XXXX2751 | 162.62 | 3,746.17 |
| Deposit | 04/23/2021 | | Ruscomb162w | | 01-Checking XXXX2751 | 250.00 | 3,996.17 |
| Deposit | 04/23/2021 | | Lesher5348 | | 01-Checking XXXX2751 | 330.00 | 4,326.17 |
| Total Rent INCOME | | | | | | 4,326.17 | 4,326.17 |
| Total Passive | | | | | | 4,326.17 | 4,326.17 |
| **TOTAL** | | | | | | **6,826.17** | **6,826.17** |

2:58 PM

06/01/21

**Victor Maia DIP**

**Check Detail - Exhibit D**

April 2021

| Type | Num | Date | Name | Paid Amount | Account | Original Amount |
|------|-----|------|------|------------:|---------|----------------:|
| Check | | 04/01/2021 | Wawa | | 01-Checking XXXX2751 | **-69.60** |
| | | | | -69.60 | Auto | 69.60 |
| TOTAL | | | | -69.60 | | 69.60 |
| Check | | 04/05/2021 | Giuseppe's | | 01-Checking XXXX2751 | **-36.57** |
| | | | | -36.57 | Meals & Entertainment | 36.57 |
| TOTAL | | | | -36.57 | | 36.57 |
| Check | | 04/05/2021 | Peco-Church1932 | | 01-Checking XXXX2751 | **-21.75** |
| | | | | -21.75 | Utilities | 21.75 |
| TOTAL | | | | -21.75 | | 21.75 |
| Check | | 04/05/2021 | Peco-Fillmore1641 | | 01-Checking XXXX2751 | **-29.89** |
| | | | | -29.89 | Utilities | 29.89 |
| TOTAL | | | | -29.89 | | 29.89 |
| Check | | 04/05/2021 | Acme Market | | 01-Checking XXXX2751 | **-3.46** |
| | | | | -3.46 | Food | 3.46 |
| TOTAL | | | | -3.46 | | 3.46 |
| Check | | 04/05/2021 | Peco-Redwood79 | | 01-Checking XXXX2751 | **-225.29** |
| | | | | -225.29 | Utilities | 225.29 |
| TOTAL | | | | -225.29 | | 225.29 |
| Check | | 04/05/2021 | E-ZPass | | 01-Checking XXXX2751 | **-146.10** |
| | | | | -146.10 | Auto | 146.10 |
| TOTAL | | | | -146.10 | | 146.10 |
| Check | | 04/06/2021 | Wells Fargo - Redwood79 | | 01-Checking XXXX2751 | **-627.27** |
| | | | | -627.27 | Mortgage | 627.27 |
| TOTAL | | | | -627.27 | | 627.27 |
| Check | | 04/06/2021 | Peco-Wakeling2051 | | 01-Checking XXXX2751 | **-38.95** |
| | | | | -38.95 | Utilities | 38.95 |
| TOTAL | | | | -38.95 | | 38.95 |
| Check | | 04/06/2021 | Verizon | | 01-Checking XXXX2751 | **-370.88** |
| | | | | -370.88 | Phone | 370.88 |
| TOTAL | | | | -370.88 | | 370.88 |
| Check | | 04/06/2021 | USCCA | | 01-Checking XXXX2751 | **-0.46** |
| | | | | -0.46 | Insurance | 0.46 |
| TOTAL | | | | -0.46 | | 0.46 |
| Check | | 04/06/2021 | Amazon.com | | 01-Checking XXXX2751 | **-289.11** |
| | | | | -289.11 | Supplies | 289.11 |
| TOTAL | | | | -289.11 | | 289.11 |
| Check | | 04/06/2021 | Home Depot | | 01-Checking XXXX2751 | **-239.11** |
| | | | | -239.11 | Repairs | 239.11 |
| TOTAL | | | | -239.11 | | 239.11 |

2:58 PM

06/01/21

**Victor Maia DIP**

## Check Detail - Exhibit D

April 2021

| Type | Num | Date | Name | Paid Amount | Account | Original Amount |
|------|-----|------|------|-------------|---------|-----------------|
| Check | | 04/06/2021 | Comcast Cable | | 01-Checking XXXX2751 | -80.00 |
| | | | | -80.00 | Meals & Entertainment | 80.00 |
| TOTAL | | | | -80.00 | | 80.00 |
| Check | | 04/08/2021 | WRB-Tampa4755 | | 01-Checking XXXX2751 | -250.00 |
| | | | | -250.00 | Utilities | 250.00 |
| TOTAL | | | | -250.00 | | 250.00 |
| Check | | 04/08/2021 | USCCA | | 01-Checking XXXX2751 | -29.03 |
| | | | | -29.03 | Insurance | 29.03 |
| TOTAL | | | | -29.03 | | 29.03 |
| Check | | 04/13/2021 | WRB-Lesher5348 | | 01-Checking XXXX2751 | -43.50 |
| | | | | -43.50 | Utilities | 43.50 |
| TOTAL | | | | -43.50 | | 43.50 |
| Check | | 04/13/2021 | Rita's | | 01-Checking XXXX2751 | -19.99 |
| | | | | -19.99 | Meals & Entertainment | 19.99 |
| TOTAL | | | | -19.99 | | 19.99 |
| Check | | 04/13/2021 | Google | | 01-Checking XXXX2751 | -15.89 |
| | | | | -15.89 | Meals & Entertainment | 15.89 |
| TOTAL | | | | -15.89 | | 15.89 |
| Check | | 04/15/2021 | Taylor Tools | | 01-Checking XXXX2751 | -49.38 |
| | | | | -49.38 | Equipment Purchase | 49.38 |
| TOTAL | | | | -49.38 | | 49.38 |
| Check | | 04/19/2021 | Nationwide Insurance | | 01-Checking XXXX2751 | -301.94 |
| | | | | -60.26 | Insurance | 60.26 |
| | | | | -76.39 | Insurance | 76.39 |
| | | | | -82.50 | Insurance | 82.50 |
| | | | | -77.81 | Insurance | 77.81 |
| | | | | -4.98 | Insurance | 4.98 |
| TOTAL | | | | -301.94 | | 301.94 |
| Check | | 04/19/2021 | Nationwide Insurance | | 01-Checking XXXX2751 | -168.54 |
| | | | | -168.54 | Insurance | 168.54 |
| TOTAL | | | | -168.54 | | 168.54 |
| Check | | 04/19/2021 | Nationwide Insurance | | 01-Checking XXXX2751 | -263.33 |
| | | | | -263.33 | Insurance | 263.33 |
| TOTAL | | | | -263.33 | | 263.33 |
| Check | | 04/20/2021 | WRB-Sylvester5835 | | 01-Checking XXXX2751 | -74.46 |
| | | | | -74.46 | Utilities | 74.46 |
| TOTAL | | | | -74.46 | | 74.46 |
| Check | | 04/21/2021 | FM Ins - Griscom4827 | | 01-Checking XXXX2751 | -105.35 |
| | | | | -105.35 | Insurance | 105.35 |
| TOTAL | | | | -105.35 | | 105.35 |

2:58 PM

06/01/21

**Victor Maia DIP**

**Check Detail - Exhibit D**

April 2021

| Type | Num | Date | Name | Paid Amount | Account | Original Amount |
|------|-----|------|------|-------------|---------|-----------------|
| Check | | 04/21/2021 | FM Ins - Berkshire1909 | | 01-Checking XXXX2751 | -105.35 |
| | | | | -105.35 | Insurance | 105.35 |
| TOTAL | | | | -105.35 | | 105.35 |
| Check | | 04/21/2021 | FM Ins - Tackawanna4649 | | 01-Checking XXXX2751 | -93.73 |
| | | | | -93.73 | Insurance | 93.73 |
| TOTAL | | | | -93.73 | | 93.73 |
| Check | | 04/21/2021 | FM Ins - Tackawanna4562 | | 01-Checking XXXX2751 | -93.03 |
| | | | | -93.03 | Insurance | 93.03 |
| TOTAL | | | | -93.03 | | 93.03 |
| Check | | 04/21/2021 | COP-Sylvester5835 | | 01-Checking XXXX2751 | -92.83 |
| | | | | -92.83 | Property | 92.83 |
| TOTAL | | | | -92.83 | | 92.83 |
| Check | | 04/21/2021 | COP-Valley5023 | | 01-Checking XXXX2751 | -76.40 |
| | | | | -76.40 | Property | 76.40 |
| TOTAL | | | | -76.40 | | 76.40 |
| Check | | 04/21/2021 | COP-Tackawanna4562 | | 01-Checking XXXX2751 | -60.55 |
| | | | | -60.55 | Property | 60.55 |
| TOTAL | | | | -60.55 | | 60.55 |
| Check | | 04/21/2021 | COP-Valley5041 | | 01-Checking XXXX2751 | -92.73 |
| | | | | -92.73 | Property | 92.73 |
| TOTAL | | | | -92.73 | | 92.73 |
| Check | | 04/21/2021 | FM Ins - Tampa4755 | | 01-Checking XXXX2751 | -92.00 |
| | | | | -92.00 | Insurance | 92.00 |
| TOTAL | | | | -92.00 | | 92.00 |
| Check | | 04/21/2021 | FM Ins - Valley5023 | | 01-Checking XXXX2751 | -91.53 |
| | | | | -91.53 | Insurance | 91.53 |
| TOTAL | | | | -91.53 | | 91.53 |
| Check | | 04/21/2021 | FM Ins - Cloud4310 | | 01-Checking XXXX2751 | -91.53 |
| | | | | -91.53 | Insurance | 91.53 |
| TOTAL | | | | -91.53 | | 91.53 |
| Check | | 04/21/2021 | COP-Sanger2047 | | 01-Checking XXXX2751 | -86.16 |
| | | | | -86.16 | Property | 86.16 |
| TOTAL | | | | -86.16 | | 86.16 |
| Check | | 04/21/2021 | COP-Claridge3952 | | 01-Checking XXXX2751 | -71.36 |
| | | | | -71.36 | Property | 71.36 |
| TOTAL | | | | -71.36 | | 71.36 |
| Check | | 04/21/2021 | COP-Ruscomb162w | | 01-Checking XXXX2751 | -70.86 |
| | | | | -70.86 | Property | 70.86 |
| TOTAL | | | | -70.86 | | 70.86 |

2:58 PM

06/01/21

**Victor Maia DIP**

**Check Detail - Exhibit D**

April 2021

| Type | Num | Date | Name | Paid Amount | Account | Original Amount |
|------|-----|------|------|-------------|---------|-----------------|
| Check | | 04/21/2021 | FM Ins - Ruscomb162w | | 01-Checking XXXX2751 | -70.72 |
| | | | | -70.72 | Insurance | 70.72 |
| TOTAL | | | | -70.72 | | 70.72 |
| Check | | 04/21/2021 | COP-Tackawanna4649 | | 01-Checking XXXX2751 | -70.45 |
| | | | | -70.45 | Property | 70.45 |
| TOTAL | | | | -70.45 | | 70.45 |
| Check | | 04/21/2021 | COP-Cloud4310 | | 01-Checking XXXX2751 | -63.69 |
| | | | | -63.69 | Property | 63.69 |
| TOTAL | | | | -63.69 | | 63.69 |
| Check | | 04/21/2021 | COP-Griscom4827 | | 01-Checking XXXX2751 | -62.30 |
| | | | | -62.30 | Property | 62.30 |
| TOTAL | | | | -62.30 | | 62.30 |
| Check | | 04/21/2021 | COP-Church1932 | | 01-Checking XXXX2751 | -61.59 |
| | | | | -61.59 | Property | 61.59 |
| TOTAL | | | | -61.59 | | 61.59 |
| Check | | 04/21/2021 | COP-Lesher5348 | | 01-Checking XXXX2751 | -60.74 |
| | | | | -60.74 | Property | 60.74 |
| TOTAL | | | | -60.74 | | 60.74 |
| Check | | 04/21/2021 | COP-Tampa4755 | | 01-Checking XXXX2751 | -56.80 |
| | | | | -56.80 | Property | 56.80 |
| TOTAL | | | | -56.80 | | 56.80 |
| Check | | 04/21/2021 | COP-Berkshire1909 | | 01-Checking XXXX2751 | -49.92 |
| | | | | -49.92 | Property | 49.92 |
| TOTAL | | | | -49.92 | | 49.92 |
| Check | | 04/21/2021 | COP-Palethorp4814 | | 01-Checking XXXX2751 | -21.81 |
| | | | | -21.81 | Property | 21.81 |
| TOTAL | | | | -21.81 | | 21.81 |
| Check | | 04/21/2021 | Wells Fargo - Redwood79 | | 01-Checking XXXX2751 | -627.27 |
| | | | | -627.27 | Mortgage | 627.27 |
| TOTAL | | | | -627.27 | | 627.27 |
| Check | | 04/22/2021 | American Water Resources | | 01-Checking XXXX2751 | -7.98 |
| | | | | -7.98 | Insurance | 7.98 |
| TOTAL | | | | -7.98 | | 7.98 |
| Check | | 04/23/2021 | | | 01-Checking XXXX2751 | -265.81 |
| | | | | -265.81 | Auto | 265.81 |
| TOTAL | | | | -265.81 | | 265.81 |
| Check | | 04/23/2021 | | | 01-Checking XXXX2751 | -8,068.85 |
| | | | | -8,068.85 | 02-Checking XXXX3728 | 8,068.85 |
| TOTAL | | | | -8,068.85 | | 8,068.85 |

2:58 PM
06/01/21

**Victor Maia DIP**
## Check Detail - Exhibit D
April 2021

| Type | Num | Date | Name | Paid Amount | Account | Original Amount |
|------|-----|------|------|-------------|---------|-----------------|
| Check | | 04/23/2021 | NBCMA | | 01-Checking XXXX2751 | -131.20 |
| | | | | -131.20 | Utilities | 131.20 |
| TOTAL | | | | -131.20 | | 131.20 |
| Check | | 04/26/2021 | McDonald's | | 01-Checking XXXX2751 | -16.50 |
| | | | | -16.50 | Meals & Entertainment | 16.50 |
| TOTAL | | | | -16.50 | | 16.50 |
| Check | | 04/26/2021 | Shop Rite | | 01-Checking XXXX2751 | -4.33 |
| | | | | -4.33 | Food | 4.33 |
| TOTAL | | | | -4.33 | | 4.33 |
| Check | | 04/26/2021 | Harbor Freight Tools | | 01-Checking XXXX2751 | -22.76 |
| | | | | -22.76 | Equipment Purchase | 22.76 |
| TOTAL | | | | -22.76 | | 22.76 |
| Check | | 04/26/2021 | Sunoco | | 01-Checking XXXX2751 | -13.01 |
| | | | | -13.01 | Auto | 13.01 |
| TOTAL | | | | -13.01 | | 13.01 |
| Check | | 04/26/2021 | Advance Auto Parts | | 01-Checking XXXX2751 | -24.90 |
| | | | | -24.90 | Auto | 24.90 |
| TOTAL | | | | -24.90 | | 24.90 |
| Check | | 04/26/2021 | Quickbooks Banking | | 01-Checking XXXX2751 | -14.95 |
| | | | | -14.95 | Bank Service Charges | 14.95 |
| TOTAL | | | | -14.95 | | 14.95 |
| Check | | 04/27/2021 | Advance Auto Parts | | 01-Checking XXXX2751 | -108.08 |
| | | | | -108.08 | Auto | 108.08 |
| TOTAL | | | | -108.08 | | 108.08 |
| Check | | 04/27/2021 | Advance Auto Parts | | 01-Checking XXXX2751 | -84.77 |
| | | | | -84.77 | Auto | 84.77 |
| TOTAL | | | | -84.77 | | 84.77 |
| Check | | 04/29/2021 | Keller Williams Real Estate | | 01-Checking XXXX2751 | -116.00 |
| | | | | -116.00 | Dues & Subscription | 116.00 |
| TOTAL | | | | -116.00 | | 116.00 |
| Check | | 04/29/2021 | COP-Sylvester5835 | | 01-Checking XXXX2751 | -92.83 |
| | | | | -92.83 | Property | 92.83 |
| TOTAL | | | | -92.83 | | 92.83 |
| Check | | 04/29/2021 | USPS | | 01-Checking XXXX2751 | -81.00 |
| | | | | -81.00 | Supplies | 81.00 |
| TOTAL | | | | -81.00 | | 81.00 |

**Exhibit E**

| Properties | Date Incurred | Payee | Purpose | Date Due | Amount Due |
|---|---|---|---|---|---|
| 124 E. Albanus St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $884.67 |
| 1909 Berkshire St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $575.32 |
| 1932 Church St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $709.70 |
| 3952 Claridge St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $954.66 |
| 4310 Cloud St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $733.50 |
| 1641 Fillmore St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $604.71 |
| 4827 Griscom St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $866.48 |
| 5348 Lesher St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $845.48 |
| 4814 N Palethorp St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $261.76 |
| 162 W Ruscomb St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $949.06 |
| 2047 E Sanger St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $1,198.23 |
| 1403 Sellers St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $1,159.03 |
| 5835 Sylvester St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $1,290.62 |
| 4562 Tackawanna St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $842.68 |
| 4649 Tackawanna St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $571.12 |
| 4755 Tampa St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $1,164.63 |
| 5023 Valley St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $1,062.45 |
| 5041 Valley St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $1,068.05 |
| 2051 Wakeling St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $760.09 |
| | | | | | **$16,502.24** |
| | | | | June Payments | (1,116.17) |
| | | | | July Payments | (1,116.17) |
| | | | | August Payments | (1,116.17) |
| | | | | September Payments | (1,116.17) |
| | | | | October Payments | (1,116.17) |
| | | | | November Payments | (1,116.17) |
| | | | | December Payments | (1,116.17) |
| | | | | January Payments | (1,116.17) |
| | | | | February Payments | (1,116.17) |
| | | | | April Payments | (998.19) |
| | | | | Balance | **$5,458.52** |

# Wells Fargo Everyday Checking

April 30, 2021  ■  Page 1 of 5



**WELLS FARGO**

VICTOR H MAIA
DEBTOR IN POSSESSION
CH11 CASE #18-16907 (EPA)
79 REDWOOD DR
RICHBORO PA 18954-1646

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

**1-800-TO-WELLS**   (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

### Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☑ |
| Online Bill Pay | ☑ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☑ | Debit Card | ☑ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

 IMPORTANT ACCOUNT INFORMATION

The following dedicated text telephone/telecommunication device for the deaf (TTY/TDD) lines are being retired on March 5, 2021: 800-877-4833, 800-419-2265 and 800-600-4833. We accept relay-assisted calls, including calls from the 711 service, when customers call any Wells Fargo customer service toll-free phone number. Wells Fargo will continue to provide excellent service to our deaf or hard of hearing customers and customers with speech disorders.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 4/1 | $2,152.63 |
| Deposits/Additions | 15,447.51 |
| Withdrawals/Subtractions | - 14,816.17 |
| **Ending balance on 4/30** | **$2,783.97** |

Account number:  ■■■■2751
**VICTOR H MAIA**
**DEBTOR IN POSSESSION**
**CH11 CASE #18-16907 (EPA)**
*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  031000503

(345)

**WELLS FARGO**

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|------|------|------|------|------|
| 4/1 | | Cozy Services Lt Rodriguez St-L1T7B5C5N6Q1 Victor Maia | 225.00 | | |
| 4/1 | | Purchase authorized on 03/31 Wawa 8121 0008 Richboro PA S301090800985859 Card 0386 | | 69.60 | 2,308.03 |
| 4/2 | | Cozy Services Lt Rodriguez St-M8H6S5D4Q9P1 Victor Maia | 300.00 | | |
| 4/5 | | ATM Check Deposit on 04/04 725 2ND Street Pike Richboro PA 0000574 ATM ID 3004x Card 0386 | 387.59 | | 2,608.03 |
| 4/5 | | Cozy Services Lt Soriano St-B6F2O2U9x8x8 Victor Maia | 41.00 | | |
| 4/5 | | Cozy Services Lt Whetstone St-F3S5Y8F0Q8B0 Victor Maia | 500.00 | | |
| 4/5 | | Cozy Services Lt Soriano St-x4W9G6G6M3E4 Victor Maia | 1,017.55 | | |
| 4/5 | | Purchase authorized on 04/02 Giuseppe'S Pizza Richboro PA S461092661938799 Card 0386 | | 36.57 | |
| 4/5 | | Bill Pay Peco - Church1932 on-Line xxxxx70054 on 04-05 | | 21.75 | |
| 4/5 | | Bill Pay Peco - Fillmore1641 on-Line xxxxx97026 on 04-05 | | 29.89 | |
| 4/5 | | Bill Pay Peco-Redwood79 on-Line xxxxx01902 on 04-05 | | 225.29 | |
| 4/5 | | Purchase authorized on 04/04 Acme 0778 Southampton PA P00381094516961955 Card 0386 | | 3.46 | |
| 4/5 | | Purchase authorized on 04/04 Ptc Ezpass Csc Web State,PA.US PA S301094536843990 Card 0386 | | 146.10 | 4,091.11 |
| 4/6 | | Cozy Services Lt Reis St-A6R0L0U9D4A2 Victor Maia | 950.00 | | |
| 4/6 | | Recurring Payment authorized on 04/04 Uscca/Delta Defens 877-677-1919 WI S301094288437583 Card 0386 | | 0.46 | |
| 4/6 | | Recurring Payment authorized on 04/04 Verizonwrlss*Rtccr 800-922-0204 FL S381094535825642 Card 0386 | | 370.88 | |
| 4/6 | | Bill Pay WF - Redwood79 on-Line 0483533xxx on 04-06 | | 627.27 | |
| 4/6 | | Bill Pay Peco - Wakeling2051 on-Line xxxx53160 on 04-06 | | 38.95 | |
| 4/6 | | Bill Pay Comcast Cable Communications -16 on-Line Xxxxxxxxxxx46165 on 04-06 | | 80.00 | |
| 4/6 | | Bill Pay Home Depot on-Line Xxxxxxxxxx56670 on 04-06 | | 239.11 | |
| 4/6 | | Bill Pay Amazon on-Line Xxxxxxxxxx10483 on 04-06 | | 289.11 | 3,395.33 |
| 4/7 | | ATM Check Deposit on 04/07 725 2ND Street Pike Richboro PA 0001173 ATM ID 3004x Card 0386 | 56.82 | | 3,452.15 |
| 4/8 | | Recurring Payment authorized on 04/06 Uscca/Delta Defens 877-677-1919 WI S581096288524673 Card 0386 | | 29.03 | |
| 4/8 | | Bill Pay Wrb-Tampa4755 on-Line Xxxxxxxxxx55001 on 04-08 | | 250.00 | 3,173.12 |
| 4/9 | | Cozy Services Lt Rodriguez St-S5A0E0R2N0S1 Victor Maia | 270.00 | | 3,443.12 |
| 4/13 | | Purchase authorized on 04/11 Ritas #055 Richboro PA S581101795319219 Card 0386 | | 19.99 | |
| 4/13 | | Purchase authorized on 04/12 Pp*Google Youtube 402-935-7733 CA S581102825237960 Card 0386 | | 15.89 | |
| 4/13 | | Bill Pay Wrb-Lesher5348 on-Line Xxxxxxxxxx48001 on 04-13 | | 43.50 | 3,363.74 |
| 4/15 | | Cozy Services Lt Rodriguez St-S3Q0J4B1B2B1 Victor Maia | 280.00 | | |
| 4/15 | | Purchase authorized on 04/14 Paypal *Taylortool 402-935-7733 MO S581104451989204 Card 0386 | | 49.38 | 3,594.36 |
| 4/19 | | Cozy Services Lt Soriano St-V8C4W2U6x9x3 Victor Maia | 162.62 | | |
| 4/19 | | Purchase authorized on 04/15 Nationwide Insuran 800-421-1444 OH S581105442598545 Card 0386 | | 263.33 | |
| 4/19 | | Purchase authorized on 04/15 Nationwide Insuran 800-421-1444 OH S381105443549744 Card 0386 | | 168.54 | |
| 4/19 | | Purchase authorized on 04/15 Nationwide Insuran 800-421-1444 OH S581105444974853 Card 0386 | | 301.94 | 3,023.17 |
| 4/20 | | Bill Pay Wrb-Sylvester5835 on-Line Xxxxxxxxxx35001 on 04-20 | | 74.46 | 2,948.71 |
| 4/21 | | Bill Pay WF - Redwood79 on-Line 0483533xxx on 04-21 | | 627.27 | |
| 4/21 | | Bill Pay Cop - Palethorp4814 on-Line xxxx88900 on 04-21 | | 21.81 | |
| 4/21 | | Bill Pay Cop - Berkshire1909 on-Line xxxx33400 on 04-21 | | 49.92 | |



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------|-------------|---------------------|---------------------------|----------------------|
| 4/21 | | Bill Pay Cop - Tampa4755 on-Line xxxx85600 on 04-21 | | 56.80 | |
| 4/21 | | Bill Pay Cop - Tackawanna4562 on-Line xxxx36900 on 04-21 | | 60.55 | |
| 4/21 | | Bill Pay Cop - Lesher5348 on-Line xxxx30700 on 04-21 | | 60.74 | |
| 4/21 | | Bill Pay Cop - Church1932 on-Line xxxx44300 on 04-21 | | 61.59 | |
| 4/21 | | Bill Pay Cop - Griscom4827 on-Line xxxx53500 on 04-21 | | 62.30 | |
| 4/21 | | Bill Pay Cop - Cloud4310 on-Line xxxx97700 on 04-21 | | 63.69 | |
| 4/21 | | Bill Pay Cop - Tackawanna4649 on-Line xxxx51500 on 04-21 | | 70.45 | |
| 4/21 | | Bill Pay Fm Ins - Ruscomb162W on-Line xxxxxxxxxx35903 on 04-21 | | 70.72 | |
| 4/21 | | Bill Pay Cop - Ruscomb162W on-Line xxxx50200 on 04-21 | | 70.86 | |
| 4/21 | | Bill Pay Cop - Claridge3952 on-Line xxxx36600 on 04-21 | | 71.36 | |
| 4/21 | | Bill Pay Cop - Valley5023 on-Line xxxx29300 on 04-21 | | 76.40 | |
| 4/21 | | Bill Pay Cop - Sanger2047 on-Line xxxx38000 on 04-21 | | 86.16 | |
| 4/21 | | Bill Pay Fm Ins - Cloud4310 on-Line xxxxxxxxxx43303 on 04-21 | | 91.53 | |
| 4/21 | | Bill Pay Fm Ins - Valley5023 on-Line xxxxxxxxxx53603 on 04-21 | | 91.53 | |
| 4/21 | | Bill Pay Fm Ins - Tampa4755 on-Line xxxxxxxxxx03901 on 04-21 | | 92.00 | |
| 4/21 | | Bill Pay Cop - Valley5041 on-Line xxxx30200 on 04-21 | | 92.73 | |
| 4/21 | | Bill Pay Cop - Sylvester5835 on-Line xxxx77700 on 04-21 | | 92.83 | |
| 4/21 | | Bill Pay Fm Ins - Tackawanna4562 on-Line xxxxxxxxxx29101 on 04-21 | | 93.03 | |
| 4/21 | | Bill Pay Fm Ins - Tackawanna4649 on-Line xxxxxxxxxx27103 on 04-21 | | 93.73 | |
| 4/21 | | Bill Pay Fm Ins - Berkshire1909 on-Line xxxxxxxxxx29701 on 04-21 | | 105.35 | |
| 4/21 | | Bill Pay Fm Ins - Griscom4827 on-Line xxxxxxxxxx43701 on 04-21 | | 105.35 | 580.01 |
| 4/22 | | ATM Check Deposit on 04/22 725 2ND Street Pike Richboro PA 0003791 ATM ID 3004x Card 0386 | 10,568.85 | | |
| 4/22 | | Purchase authorized on 04/21 American Water Ent 844-3068735 IL S301112042035282 Card 0386 | | 7.98 | 11,140.88 |
| 4/23 | | Cozy Services Lt Whetstone St-B8A9W9C2x8D7 Victor Maia | 250.00 | | |
| 4/23 | | Cozy Services Lt Rodriguez St-K5C4L6B8W3J5 Victor Maia | 330.00 | | |
| 4/23 | | Purchase authorized on 04/22 Flemington Infinit Flemington NJ S581112715784930 Card 0386 | | 265.81 | |
| 4/23 | | Bill Pay Nbcma - Redwood79 on-Line xxx04690 on 04-23 | | 131.20 | |
| 4/23 | | Online Transfer to Maia V Everyday Checking xxxxxx3728 Ref #Ib0Bbrmnpz on 04/23/21 | | 8,068.85 | 3,255.02 |
| 4/26 | | Quickbooks Banking | | 14.95 | |
| 4/26 | | Purchase authorized on 04/22 Sunoco 0133940700 Richboro PA S581112671983857 Card 0386 | | 13.01 | |
| 4/26 | | Purchase authorized on 04/23 Advance Auto Parts Feasterville PA S381114022438087 Card 0386 | | 24.90 | |
| 4/26 | | Purchase authorized on 04/24 McDonald's F5247 Richboro PA S461114647545496 Card 0386 | | 16.50 | |
| 4/26 | | Purchase authorized on 04/24 Harbor Freight Too Warminster PA S301114666232720 Card 0386 | | 22.76 | |
| 4/26 | | Purchase authorized on 04/24 Shoprite Warminste Warminster PA S581114671922141 Card 0386 | | 4.33 | 3,158.57 |
| 4/27 | | Purchase Return authorized on 04/26 Advance Auto Parts Feasterville PA S621117478656184 Card 0386 | 108.08 | | |
| 4/27 | | Purchase authorized on 04/26 Advance Auto Parts Feasterville PA S301116652395957 Card 0386 | | 108.08 | |
| 4/27 | | Purchase authorized on 04/26 Advance Auto Parts Feasterville PA S301116691578506 Card 0386 | | 84.77 | 3,073.80 |
| 4/29 | | Purchase authorized on 04/27 4Te*Bucks County R Langhorne PA S301117732027729 Card 0386 | | 116.00 | |



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 4/29 | | Purchase authorized on 04/28 USPS PO 4179200054 Richboro PA S301118631308423 Card 0386 | | 81.00 | |
| 4/29 | | Bill Pay Cop - Sylvester5835 on-Line xxxx77700 on 04-29 | | 92.83 | 2,783.97 |
| Ending balance on 4/30 | | | | | 2,783.97 |
| Totals | | | $15,447.51 | $14,816.17 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 04/01/2021 - 04/30/2021 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| How to avoid the monthly service fee | Minimum required | This fee period |
| Have any ONE of the following account requirements | | |
| · Minimum daily balance | $500.00 | $580.01 ☑ |
| · Total amount of qualifying direct deposits | $500.00 | $4,326.17 ☑ |
| · Age of primary account owner | 17 – 24 | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

RC/RC

# ✔ IMPORTANT ACCOUNT INFORMATION

**Can we reach you when it's really important?**

Don't miss suspicious-activity alerts and critical account information. Please make sure your contact information is current by:
- Signing on to wellsfargo.com or the Wells Fargo Mobile® app and navigating to the Update Contact Information page via My Profile
- Contacting the phone number at the top of your statement
- Visiting a branch



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** Enter the ending balance on this statement.    $ _____

**B** List outstanding deposits and other credits to your account that do not appear on this statement. Enter the total in the column to the right.

| Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| **Total** | $ |

+ $ _____

**C** Add **A** and **B** to calculate the subtotal.    = $ _____

**D** List outstanding checks, withdrawals, and other debits to your account that do not appear on this statement. Enter the total in the column to the right.

| Number/Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total** | $ |

- $ _____

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.

= $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801          Member FDIC.

# Wells Fargo Everyday Checking



April 30, 2021 ■ Page 1 of 3

VICTOR H MAIA
DEBTOR IN POSSESSION
CH11 CASE #18-16907 (EPA)
79 REDWOOD DR
RICHBORO PA 18954-1646

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

**1-800-TO-WELLS**   (1-800-869-3557)

*En español: 1-877-727-2932*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (345)
      P.O. Box 6995
      Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

### Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ☐ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | ☐ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

 ## IMPORTANT ACCOUNT INFORMATION

The following dedicated text telephone/telecommunication device for the deaf (TTY/TDD) lines are being retired on March 5, 2021: 800-877-4833, 800-419-2265 and 800-600-4833. We accept relay-assisted calls, including calls from the 711 service, when customers call any Wells Fargo customer service toll-free phone number. Wells Fargo will continue to provide excellent service to our deaf or hard of hearing customers and customers with speech disorders.

### Statement period activity summary

| | |
|---|---:|
| Beginning balance on 4/1 | $1,800.00 |
| Deposits/Additions | 8,068.85 |
| Withdrawals/Subtractions | - 0.00 |
| **Ending balance on 4/30** | **$9,868.85** |

Account number: ●●●●3728

**VICTOR H MAIA
DEBTOR IN POSSESSION
CH11 CASE #18-16907 (EPA)**

*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  031000503

(345)

**WELLS FARGO**

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------|-------------|---------|-------------|---------|
| 4/23 | | Online Transfer From Mala V Everyday Checking xxxxxx2751 Ref #Ib0Bbrmnpz on 04/23/21 | 8,068.85 | | 9,868.85 |
| **Ending balance on 4/30** | | | | | 9,868.85 |
| **Totals** | | | **$8,068.85** | **$0.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 04/01/2021 - 04/30/2021 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** Have any **ONE** of the following account requirements | Minimum required | This fee period |
| · Minimum daily balance | $500.00 | $1,800.00 ☑ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Age of primary account owner | 17 - 24 | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

RC/RC



# ✔ IMPORTANT ACCOUNT INFORMATION

**Can we reach you when it's really important?**

Don't miss suspicious-activity alerts and critical account information. Please make sure your contact information is current by:
- Signing on to wellsfargo.com or the Wells Fargo Mobile® app and navigating to the Update Contact Information page via My Profile
- Contacting the phone number at the top of your statement
- Visiting a branch

**WELLS FARGO**

## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A**  Enter the ending balance on this statement.          $ _____

**B**  List outstanding deposits and other credits to your account that do not appear on this statement.  Enter the total in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

+ $ _____

**C**  Add **A** and **B** to calculate the subtotal.      = $ _____

**D**  List outstanding checks, withdrawals, and other debits to your account that do not appear on this statement.  Enter the total in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

- $ _____

**E**  Subtract **D** from **C** to calculate the adjusted ending balance.  This amount should be the same as the current balance shown in your register.

= $ _____

## General statement policies for Wells Fargo Bank

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.**  You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058.  Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation.  If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

  1. Tell us your name and account number (if any).
  2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
  3. Tell us the dollar amount of the suspected error.

  We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801

Member FDIC.