**Fill in this information to identify the case:**

Debtor Name _Victor H. Maia_

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number: _18-16907JKF_

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: _June_

Line of business: _Real Estate_

Date report filed: _07/20/2021_
MM / DD / YYYY

NAISC code: _531110_

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Victor H. Maia

Original signature of responsible party: _Victor H. Maia_

Printed name of responsible party: _Victor H. Maia_

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|:---:|:---:|:---:|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Victor H. Maia

Case number  18-16907JKF

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ -1,958.99

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 2,877.55

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

− $ 3,433.55

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ -556.00

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ -2,514.99

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

$ 5,458.52

*(Exhibit E)*

Debtor Name  Victor H. Maia                                    Case number  18-16907JKF

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                           $ _____ 0.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                        _____ 0

27. What is the number of employees as of the date of this monthly report?           _____ 0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?              $ _____ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ _____ 0.00

30. How much have you paid this month in other professional fees?                                         $ _____ 0.00

31. How much have you paid in total other professional fees since filing the case?                        $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 5,500.00 | − | $ 2,877.55 | = | $ 2,622.45 |
| 33. **Cash disbursements** | $ 5,000.00 | − | $ 3,433.55 | = | $ 1,566.45 |
| 34. **Net cash flow** | $ 500.00 | − | $ -556.00 | = | $ 1,056.00 |

35. Total projected cash receipts for the next month:                              $ 5,500.00

36. Total projected cash disbursements for the next month:                       - $ 5,000.00

37. Total projected net cash flow for the next month:                            = $ 500.00

Debtor Name  Victor H. Maia

Case number  18-16907JKF

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39. Bank reconciliation reports for each account.

☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

Print     Save As...     Reset

9:38 AM

07/21/21

Accrual Basis

**Victor Maia DIP**
# Profit & Loss
**June 2021**

|  | Jun 21 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Passive** | |
| **Rent INCOME** | 2,877.55 |
| **Total Passive** | 2,877.55 |
| **Total Income** | 2,877.55 |
| **Gross Profit** | 2,877.55 |
| **Expense** | |
| **Auto** | 514.93 |
| **Food** | 99.51 |
| **Insurance** | 1,974.73 |
| **Meals & Entertainment** | 164.29 |
| **RentEXPENSE** | 17.33 |
| **Repairs** | 100.00 |
| **Supplies** | 112.76 |
| **Utilities** | 450.00 |
| **Total Expense** | 3,433.55 |
| **Net Ordinary Income** | -556.00 |
| **Net Income** | **-556.00** |

9:30 AM

07/21/21

# Victor Maia DIP
## Reconciliation Summary
### 01-Checking XXXX2751, Period Ending 06/30/2021

|  | Jun 30, 21 |
|---|---|
| **Beginning Balance** | 824.98 |
| Cleared Transactions |  |
| Checks and Payments - 35 items | -3,433.55 |
| Deposits and Credits - 6 items | 2,977.55 |
| **Total Cleared Transactions** | -456.00 |
| **Cleared Balance** | 368.98 |
| Register Balance as of 06/30/2021 | 368.98 |
| **Ending Balance** | 368.98 |

9:30 AM

07/21/21

# Victor Maia DIP
## Reconciliation Detail
### 01-Checking XXXX2751, Period Ending 06/30/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Beginning Balance | | | | | | 824.98 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 35 items** | | | | | | |
| Check | 06/01/2021 | | Giuseppe's | X | -52.10 | -52.10 |
| Check | 06/01/2021 | | Richboro Beer & Soda | X | -22.43 | -74.53 |
| Check | 06/01/2021 | | Manhattan Bagel | X | -11.99 | -86.52 |
| Check | 06/02/2021 | | US Liability Insurance | X | -724.00 | -810.52 |
| Check | 06/02/2021 | | Sunoco | X | -71.30 | -881.82 |
| Check | 06/02/2021 | | Acme Market | X | -12.99 | -894.81 |
| Check | 06/04/2021 | | Public Storage | X | -17.33 | -912.14 |
| Check | 06/08/2021 | | USCCA | X | -29.03 | -941.17 |
| Check | 06/10/2021 | | Sunoco | X | -6.36 | -947.53 |
| Check | 06/14/2021 | | Wawa | X | -71.45 | -1,018.98 |
| Check | 06/14/2021 | | Google | X | -15.89 | -1,034.87 |
| Check | 06/21/2021 | | Wawa | X | -74.86 | -1,109.73 |
| Check | 06/21/2021 | | Kyoto | X | -68.40 | -1,178.13 |
| Check | 06/21/2021 | | Wawa | X | -27.63 | -1,205.76 |
| Check | 06/22/2021 | | Peco-Redwood79 | X | -225.00 | -1,430.76 |
| Check | 06/22/2021 | | FM Ins - Berkshire1... | X | -105.35 | -1,536.11 |
| Check | 06/22/2021 | | FM Ins - Griscom4827 | X | -105.35 | -1,641.46 |
| Check | 06/22/2021 | | Home Depot | X | -100.00 | -1,741.46 |
| Check | 06/22/2021 | | FM Ins - Tackawann... | X | -93.73 | -1,835.19 |
| Check | 06/22/2021 | | FM Ins - Tackawann... | X | -93.03 | -1,928.22 |
| Check | 06/22/2021 | | FM Ins - Tampa4755 | X | -92.00 | -2,020.22 |
| Check | 06/22/2021 | | FM Ins - Cloud4310 | X | -91.53 | -2,111.75 |
| Check | 06/22/2021 | | FM Ins - Valley5023 | X | -91.53 | -2,203.28 |
| Check | 06/22/2021 | | Comcast Cable | X | -80.00 | -2,283.28 |
| Check | 06/22/2021 | | WRB-Tampa4755 | X | -75.00 | -2,358.28 |
| Check | 06/22/2021 | | WRB-Sylvester5835 | X | -75.00 | -2,433.28 |
| Check | 06/22/2021 | | WRB-Lesher5348 | X | -75.00 | -2,508.28 |
| Check | 06/22/2021 | | FM Ins - Ruscomb1... | X | -70.72 | -2,579.00 |
| Check | 06/22/2021 | | Amazon.com | X | -57.65 | -2,636.65 |
| Check | 06/22/2021 | | American Water Re... | X | -7.98 | -2,644.63 |
| Check | 06/23/2021 | | Nationwide Insurance | X | -301.94 | -2,946.57 |
| Check | 06/23/2021 | | Nationwide Insurance | X | -263.33 | -3,209.90 |
| Check | 06/23/2021 | | Nationwide Insurance | X | -168.54 | -3,378.44 |
| Check | 06/28/2021 | | Farm & Garden Stati... | X | -39.22 | -3,417.66 |
| Check | 06/29/2021 | | Shady Brook Farm | X | -15.89 | -3,433.55 |
| | | **Total Checks and Payments** | | | -3,433.55 | -3,433.55 |
| | | **Deposits and Credits - 6 items** | | | | |
| Deposit | 06/01/2021 | | | X | 100.00 | 100.00 |
| Deposit | 06/04/2021 | | | X | 1,017.55 | 1,117.55 |
| Deposit | 06/07/2021 | | | X | 960.00 | 2,077.55 |
| Deposit | 06/16/2021 | | | X | 300.00 | 2,377.55 |
| Deposit | 06/21/2021 | | | X | 400.00 | 2,777.55 |
| Deposit | 06/28/2021 | | | X | 200.00 | 2,977.55 |
| | | **Total Deposits and Credits** | | | 2,977.55 | 2,977.55 |
| | | **Total Cleared Transactions** | | | -456.00 | -456.00 |
| **Cleared Balance** | | | | | -456.00 | 368.98 |
| **Register Balance as of 06/30/2021** | | | | | -456.00 | 368.98 |
| **Ending Balance** | | | | | -456.00 | 368.98 |

**9:31 AM**

**07/21/21**

## Victor Maia DIP
## Reconciliation Summary
### 02-Checking XXXX3728, Period Ending 06/30/2021

|  | Jun 30, 21 |
|---|---|
| **Beginning Balance** | 9,868.85 |
| **Cleared Transactions** | |
| **Checks and Payments - 1 item** | -100.00 |
| **Total Cleared Transactions** | -100.00 |
| **Cleared Balance** | 9,768.85 |
| **Register Balance as of 06/30/2021** | 9,768.85 |
| **Ending Balance** | 9,768.85 |

9:31 AM
07/21/21

# Victor Maia DIP
# Reconciliation Detail
## 02-Checking XXXX3728, Period Ending 06/30/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 9,868.85 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Deposit | 06/01/2021 | | | X | -100.00 | -100.00 |
| Total Checks and Payments | | | | | -100.00 | -100.00 |
| Total Cleared Transactions | | | | | -100.00 | -100.00 |
| **Cleared Balance** | | | | | -100.00 | 9,768.85 |
| Register Balance as of 06/30/2021 | | | | | -100.00 | 9,768.85 |
| **Ending Balance** | | | | | **-100.00** | **9,768.85** |

9:36 AM

07/21/21

Accrual Basis

**Victor Maia DIP**

**Transaction Detail by Account - Exhibit C**

**June 2021**

| Type | Date | Num | Class | Clr | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|
| **Passive** | | | | | | | |
| **Rent INCOME** | | | | | | | |
| Deposit | 06/04/2021 | | Tackawanna4562 | | 01-Checking XXXX2751 | 1,017.55 | 1,017.55 |
| Deposit | 06/07/2021 | | Tampa4755 | | 01-Checking XXXX2751 | 960.00 | 1,977.55 |
| Deposit | 06/16/2021 | | Lesher5348 | | 01-Checking XXXX2751 | 300.00 | 2,277.55 |
| Deposit | 06/21/2021 | | Ruscomb162w | | 01-Checking XXXX2751 | 400.00 | 2,677.55 |
| Deposit | 06/28/2021 | | Lesher5348 | | 01-Checking XXXX2751 | 200.00 | 2,877.55 |
| Total Rent INCOME | | | | | | 2,877.55 | 2,877.55 |
| Total Passive | | | | | | 2,877.55 | 2,877.55 |
| **TOTAL** | | | | | | **2,877.55** | **2,877.55** |

9:36 AM
07/21/21

**Victor Maia DIP**
## Check Detail - Exhibit D
June 2021

| Type | Num | Date | Name | Paid Amount | Account | Original Amount |
|------|-----|------|------|-------------|---------|-----------------|
| Check | | 06/01/2021 | Manhattan Bagel | | 01-Checking XXXX2751 | -11.99 |
| | | | | -11.99 | Food | 11.99 |
| TOTAL | | | | -11.99 | | 11.99 |
| Check | | 06/01/2021 | Giuseppe's | | 01-Checking XXXX2751 | -52.10 |
| | | | | -52.10 | Food | 52.10 |
| TOTAL | | | | -52.10 | | 52.10 |
| Check | | 06/01/2021 | Richboro Beer & Soda | | 01-Checking XXXX2751 | -22.43 |
| | | | | -22.43 | Food | 22.43 |
| TOTAL | | | | -22.43 | | 22.43 |
| Check | | 06/02/2021 | Acme Market | | 01-Checking XXXX2751 | -12.99 |
| | | | | -12.99 | Food | 12.99 |
| TOTAL | | | | -12.99 | | 12.99 |
| Check | | 06/02/2021 | Sunoco | | 01-Checking XXXX2751 | -71.30 |
| | | | | -71.30 | Auto | 71.30 |
| TOTAL | | | | -71.30 | | 71.30 |
| Check | | 06/02/2021 | US Liability Insurance | | 01-Checking XXXX2751 | -724.00 |
| | | | | -724.00 | Insurance | 724.00 |
| TOTAL | | | | -724.00 | | 724.00 |
| Check | | 06/04/2021 | Public Storage | | 01-Checking XXXX2751 | -17.33 |
| | | | | -17.33 | RentEXPENSE | 17.33 |
| TOTAL | | | | -17.33 | | 17.33 |
| Check | | 06/08/2021 | USCCA | | 01-Checking XXXX2751 | -29.03 |
| | | | | -29.03 | Insurance | 29.03 |
| TOTAL | | | | -29.03 | | 29.03 |
| Check | | 06/10/2021 | Sunoco | | 01-Checking XXXX2751 | -6.36 |
| | | | | -6.36 | Auto | 6.36 |
| TOTAL | | | | -6.36 | | 6.36 |
| Check | | 06/14/2021 | Wawa | | 01-Checking XXXX2751 | -71.45 |
| | | | | -71.45 | Auto | 71.45 |
| TOTAL | | | | -71.45 | | 71.45 |
| Check | | 06/14/2021 | Google | | 01-Checking XXXX2751 | -15.89 |
| | | | | -15.89 | Meals & Entertainment | 15.89 |
| TOTAL | | | | -15.89 | | 15.89 |
| Check | | 06/21/2021 | Wawa | | 01-Checking XXXX2751 | -74.86 |
| | | | | -74.86 | Auto | 74.86 |
| TOTAL | | | | -74.86 | | 74.86 |
| Check | | 06/21/2021 | Kyoto | | 01-Checking XXXX2751 | -68.40 |
| | | | | -68.40 | Meals & Entertainment | 68.40 |
| TOTAL | | | | -68.40 | | 68.40 |

9:36 AM

07/21/21

**Victor Maia DIP**

**Check Detail - Exhibit D**

June 2021

| Type | Num | Date | Name | Paid Amount | Account | Original Amount |
|------|-----|------|------|-------------|---------|-----------------|
| Check | | 06/21/2021 | Wawa | | 01-Checking XXXX2751 | -27.63 |
| | | | | -27.63 | Auto | 27.63 |
| TOTAL | | | | -27.63 | | 27.63 |
| Check | | 06/22/2021 | American Water Resources | | 01-Checking XXXX2751 | -7.98 |
| | | | | -7.98 | Insurance | 7.98 |
| TOTAL | | | | -7.98 | | 7.98 |
| Check | | 06/22/2021 | Amazon.com | | 01-Checking XXXX2751 | -57.65 |
| | | | | -57.65 | Supplies | 57.65 |
| TOTAL | | | | -57.65 | | 57.65 |
| Check | | 06/22/2021 | FM Ins - Ruscomb162w | | 01-Checking XXXX2751 | -70.72 |
| | | | | -70.72 | Insurance | 70.72 |
| TOTAL | | | | -70.72 | | 70.72 |
| Check | | 06/22/2021 | WRB-Lesher5348 | | 01-Checking XXXX2751 | -75.00 |
| | | | | -75.00 | Utilities | 75.00 |
| TOTAL | | | | -75.00 | | 75.00 |
| Check | | 06/22/2021 | WRB-Sylvester5835 | | 01-Checking XXXX2751 | -75.00 |
| | | | | -75.00 | Utilities | 75.00 |
| TOTAL | | | | -75.00 | | 75.00 |
| Check | | 06/22/2021 | WRB-Tampa4755 | | 01-Checking XXXX2751 | -75.00 |
| | | | | -75.00 | Utilities | 75.00 |
| TOTAL | | | | -75.00 | | 75.00 |
| Check | | 06/22/2021 | Comcast Cable | | 01-Checking XXXX2751 | -80.00 |
| | | | | -80.00 | Meals & Entertainment | 80.00 |
| TOTAL | | | | -80.00 | | 80.00 |
| Check | | 06/22/2021 | FM Ins - Cloud4310 | | 01-Checking XXXX2751 | -91.53 |
| | | | | -91.53 | Insurance | 91.53 |
| TOTAL | | | | -91.53 | | 91.53 |
| Check | | 06/22/2021 | FM Ins - Valley5023 | | 01-Checking XXXX2751 | -91.53 |
| | | | | -91.53 | Insurance | 91.53 |
| TOTAL | | | | -91.53 | | 91.53 |
| Check | | 06/22/2021 | FM Ins - Tampa4755 | | 01-Checking XXXX2751 | -92.00 |
| | | | | -92.00 | Insurance | 92.00 |
| TOTAL | | | | -92.00 | | 92.00 |
| Check | | 06/22/2021 | FM Ins - Tackawanna4562 | | 01-Checking XXXX2751 | -93.03 |
| | | | | -93.03 | Insurance | 93.03 |
| TOTAL | | | | -93.03 | | 93.03 |
| Check | | 06/22/2021 | FM Ins - Tackawanna4649 | | 01-Checking XXXX2751 | -93.73 |
| | | | | -93.73 | Insurance | 93.73 |
| TOTAL | | | | -93.73 | | 93.73 |

9:36 AM

07/21/21

**Victor Maia DIP**

**Check Detail - Exhibit D**

June 2021

| Type | Num | Date | Name | Paid Amount | Account | Original Amount |
|------|-----|------|------|-------------|---------|-----------------|
| Check | | 06/22/2021 | Home Depot | | 01-Checking XXXX2751 | -100.00 |
| | | | | -100.00 | Repairs | 100.00 |
| TOTAL | | | | -100.00 | | 100.00 |
| Check | | 06/22/2021 | FM Ins - Berkshire1909 | | 01-Checking XXXX2751 | -105.35 |
| | | | | -105.35 | Insurance | 105.35 |
| TOTAL | | | | -105.35 | | 105.35 |
| Check | | 06/22/2021 | FM Ins - Griscom4827 | | 01-Checking XXXX2751 | -105.35 |
| | | | | -105.35 | Insurance | 105.35 |
| TOTAL | | | | -105.35 | | 105.35 |
| Check | | 06/22/2021 | Peco-Redwood79 | | 01-Checking XXXX2751 | -225.00 |
| | | | | -225.00 | Utilities | 225.00 |
| TOTAL | | | | -225.00 | | 225.00 |
| Check | | 06/23/2021 | Nationwide Insurance | | 01-Checking XXXX2751 | -263.33 |
| | | | | -263.33 | Auto | 263.33 |
| TOTAL | | | | -263.33 | | 263.33 |
| Check | | 06/23/2021 | Nationwide Insurance | | 01-Checking XXXX2751 | -168.54 |
| | | | | -168.54 | Insurance | 168.54 |
| TOTAL | | | | -168.54 | | 168.54 |
| Check | | 06/23/2021 | Nationwide Insurance | | 01-Checking XXXX2751 | -301.94 |
| | | | | -60.26 | Insurance | 60.26 |
| | | | | -76.39 | Insurance | 76.39 |
| | | | | -82.50 | Insurance | 82.50 |
| | | | | -77.81 | Insurance | 77.81 |
| | | | | -4.98 | Insurance | 4.98 |
| TOTAL | | | | -301.94 | | 301.94 |
| Check | | 06/28/2021 | Farm & Garden Station | | 01-Checking XXXX2751 | -39.22 |
| | | | | -39.22 | Supplies | 39.22 |
| TOTAL | | | | -39.22 | | 39.22 |
| Check | | 06/29/2021 | Shady Brook Farm | | 01-Checking XXXX2751 | -15.89 |
| | | | | -15.89 | Supplies | 15.89 |
| TOTAL | | | | -15.89 | | 15.89 |

**Exhibit E**

| Properties | Date Incurred | Payee | Purpose | Date Due | Amount Due |
|---|---|---|---|---|---|
| 124 E. Albanus St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $884.67 |
| 1909 Berkshire St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $575.32 |
| 1932 Church St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $709.70 |
| 3952 Claridge St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $954.66 |
| 4310 Cloud St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $733.50 |
| 1641 Fillmore St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $604.71 |
| 4827 Griscom St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $866.48 |
| 5348 Lesher St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $845.48 |
| 4814 N Palethorp St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $261.76 |
| 162 W Ruscomb St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $949.06 |
| 2047 E Sanger St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $1,198.23 |
| 1403 Sellers St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $1,159.03 |
| 5835 Sylvester St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $1,290.62 |
| 4562 Tackawanna St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $842.68 |
| 4649 Tackawanna St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $571.12 |
| 4755 Tampa St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $1,164.63 |
| 5023 Valley St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $1,062.45 |
| 5041 Valley St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $1,068.05 |
| 2051 Wakeling St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $760.09 |
| | | | | | **$16,502.24** |
| | | | | June Payments | (1,116.17) |
| | | | | July Payments | (1,116.17) |
| | | | | August Payments | (1,116.17) |
| | | | | September Payments | (1,116.17) |
| | | | | October Payments | (1,116.17) |
| | | | | November Payments | (1,116.17) |
| | | | | December Payments | (1,116.17) |
| | | | | January Payments | (1,116.17) |
| | | | | February Payments | (1,116.17) |
| | | | | April Payments | (998.19) |
| | | | | Balance | **$5,458.52** |

# Wells Fargo Everyday Checking



June 30, 2021 ■ Page 1 of 5

VICTOR H MAIA
DEBTOR IN POSSESSION
CH11 CASE #18-16907 (EPA)
79 REDWOOD DR
RICHBORO PA 18954-1646

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

**1-800-TO-WELLS**   (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

### Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☑ |
| Online Bill Pay | ☑ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☑ | Debit Card | ☑ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

 IMPORTANT ACCOUNT INFORMATION

The following dedicated text telephone/telecommunication device for the deaf (TTY/TDD) lines are being retired on March 5, 2021: 800-877-4833, 800-419-2265 and 800-600-4833. We accept relay-assisted calls, including calls from the 711 service, when customers call any Wells Fargo customer service toll-free phone number. Wells Fargo will continue to provide excellent service to our deaf or hard of hearing customers and customers with speech disorders.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 6/1 | $824.98 |
| Deposits/Additions | 2,977.55 |
| Withdrawals/Subtractions | - 3,433.55 |
| **Ending balance on 6/30** | **$368.98** |

Account number:  ●●●●●2751
**VICTOR H MAIA**
**DEBTOR IN POSSESSION**
**CH11 CASE #18-16907 (EPA)**
*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  031000503

**WELLS FARGO**

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 6/1 | | Online Transfer From Maia V Everyday Checking xxxxxx3728 Ref #Ib0Bm4Myw4 on 06/01/21 | 100.00 | | |
| 6/1 | | Purchase authorized on 05/28 Giuseppe'S Pizza Richboro PA S581149064668826 Card 0386 | | 52.10 | |
| 6/1 | | Purchase authorized on 05/31 Sq *Manhattan Bage Richboro PA S461151491581031 Card 0386 | | 11.99 | |
| 6/1 | | Purchase authorized on 05/31 Richboro Beer & So Richboro PA S461151508957349 Card 0386 | | 22.43 | 838.46 |
| 6/2 | | Purchase authorized on 05/31 Acme 0778 Southampton PA S381151487533595 Card 0386 | | 12.99 | |
| 6/2 | | Purchase authorized on 05/31 Sunoco 0133940700 Richboro PA S581151511500025 Card 0386 | | 71.30 | |
| 6/2 | | Purchase authorized on 06/01 US Liabilityinsura 866-632-2003 PA S381152728147264 Card 0386 | | 724.00 | 30.17 |
| 6/4 | | Cozy Services Lt Soriano St-K1A6D8Y7W6V2 Victor Maia | 1,017.55 | | |
| 6/4 | | Recurring Payment authorized on 06/02 Public Storage 280 800-567-0759 SC S381154069161415 Card 0386 | | 17.33 | 1,030.39 |
| 6/7 | | Cozy Services Lt Reis St-K6Z9I4W6Y5B9 Victor Maia | 960.00 | | 1,990.39 |
| 6/8 | | Recurring Payment authorized on 06/06 Uscca/Delta Defens 877-677-1919 WI S461157288336762 Card 0386 | | 29.03 | 1,961.36 |
| 6/10 | | Purchase authorized on 06/08 Sunoco 0133940700 Richboro PA S301159652126286 Card 0386 | | 6.36 | 1,955.00 |
| 6/14 | | Purchase authorized on 06/12 Wawa 8121 0008 Richboro PA S581163698277830 Card 0386 | | 71.45 | |
| 6/14 | | Purchase authorized on 06/12 Pp*Google Youtube 402-935-7733 CA S461163825221817 Card 0386 | | 15.89 | 1,867.66 |
| 6/16 | | Cozy Services Lt Rodriguez St-V6I3K6K3S9R6 Victor Maia | 300.00 | | 2,167.66 |
| 6/21 | | Cozy Services Lt Whetstone St-M4U5E8H1L1Y3 Victor Maia | 400.00 | | |
| 6/21 | | Purchase authorized on 06/19 Wawa 8047 0008 Philadelphia PA S381170567227575 Card 0386 | | 27.63 | |
| 6/21 | | Purchase authorized on 06/20 Wawa 994 0000 Manahawkin NJ S381171816430673 Card 0386 | | 74.86 | |
| 6/21 | | Purchase authorized on 06/20 Kyoto Sushi Feasterville PA S381172012202787 Card 0386 | | 68.40 | 2,396.77 |
| 6/22 | | Purchase authorized on 06/21 American Water Ent 844-3088735 IL S581173035858176 Card 0386 | | 7.98 | |
| 6/22 | | Bill Pay Amazon on-Line Xxxxxxxxxxx10483 on 06-22 | | 57.65 | |
| 6/22 | | Bill Pay Fm Ins - Ruscomb162W on-Line xxxxxxxxxxx35903 on 06-22 | | 70.72 | |
| 6/22 | | Bill Pay Wrb-Lesher5348 on-Line Xxxxxxxxxxx48001 on 06-22 | | 75.00 | |
| 6/22 | | Bill Pay Wrb-Sylvester5835 on-Line Xxxxxxxxxxx35001 on 06-22 | | 75.00 | |
| 6/22 | | Bill Pay Wrb-Tampa4755 on-Line Xxxxxxxxxxx55001 on 06-22 | | 75.00 | |
| 6/22 | | Bill Pay Comcast Cable Communications -16 on-Line Xxxxxxxxxxx48165 on 06-22 | | 80.00 | |
| 6/22 | | Bill Pay Fm Ins - Cloud4310 on-Line xxxxxxxxxxx43303 on 06-22 | | 91.53 | |
| 6/22 | | Bill Pay Fm Ins - Valley5023 on-Line xxxxxxxxxxx53603 on 06-22 | | 91.53 | |
| 6/22 | | Bill Pay Fm Ins - Tampa4755 on-Line xxxxxxxxxxx03901 on 06-22 | | 92.00 | |
| 6/22 | | Bill Pay Fm Ins - Tackawanna4562 on-Line xxxxxxxxxxx29101 on 06-22 | | 93.03 | |
| 6/22 | | Bill Pay Fm Ins - Tackawanna4649 on-Line xxxxxxxxxxx27103 on 06-22 | | 93.73 | |
| 6/22 | | Bill Pay Home Depot on-Line Xxxxxxxxxxx56670 on 06-22 | | 100.00 | |
| 6/22 | | Bill Pay Fm Ins - Berkshire1909 on-Line xxxxxxxxxxx29701 on 06-22 | | 105.35 | |

**WELLS FARGO**

### Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------|-------------|---------|-------------|------------|
| 6/22 | | Bill Pay Fm Ins - Griscom4827 on-Line xxxxxxxxxx43701 on 06-22 | | 105.35 | |
| 6/22 | | Bill Pay Peco-Redwood79 on-Line xxxxx01902 on 06-22 | | 225.00 | 957.90 |
| 6/23 | | Purchase authorized on 06/21 Nationwide Insuran 800-421-1444 OH S301172438656466 Card 0386 | | 263.33 | |
| 6/23 | | Purchase authorized on 06/21 Nationwide Insuran 800-421-1444 OH S581172439699567 Card 0386 | | 168.54 | |
| 6/23 | | Purchase authorized on 06/21 Nationwide Insuran 800-421-1444 OH S581172440708027 Card 0386 | | 301.94 | 224.09 |
| 6/28 | | Cozy Services Lt Rodriguez St-O5A8I2B7G3Z1 Victor Maia | 200.00 | | |
| 6/28 | | Purchase authorized on 06/27 Farm and Garden St Warminster PA S301178621877464 Card 0386 | | 39.22 | 384.87 |
| 6/29 | | Purchase authorized on 06/27 Shady Brook Farm M Yardley PA S381178475300975 Card 0386 | | 15.89 | 368.98 |
| **Ending balance on 6/30** | | | | | 368.98 |
| **Totals** | | | **$2,977.55** | **$3,433.55** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 06/01/2021 - 06/30/2021 | Standard monthly service fee $10.00 | | You paid $0.00 |
|---|---|---|---|
| **How to avoid the monthly service fee** | | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | | |
| · Minimum daily balance | | $500.00 | $30.17 ☐ |
| · Total amount of qualifying direct deposits | | $500.00 | $2,877.55 ☑ |
| · Age of primary account owner | | 17 - 24 | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | | |

RC/RC

 # IMPORTANT ACCOUNT INFORMATION

Effective September 1, 2021, the non-Wells Fargo ATM balance inquiry fee will increase from $2.00 to $2.50, and the non-Wells Fargo ATM transfer fee will increase from $2.00 to $2.50. To avoid these fees, monitor your balances and transfer money by accessing Wells Fargo ATMs, calling the number on the back of your card, and using Wells Fargo Online® or the Wells Fargo Mobile® app. Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply. These fees may not be applicable to all customers and may vary depending on the type of Account you have. For more details, refer to the applicable Wells Fargo Fee and Information Schedule for your Account.

Effective May 28, 2021, the document copy fee was eliminated and there is no longer a charge for this service. Thank you for banking with Wells Fargo. We appreciate your business.

**Can we reach you when it's really important?**



Don't miss suspicious-activity alerts and critical account information. Please make sure your contact information is current by:
- Signing on to wellsfargo.com or the Wells Fargo Mobile® app and navigating to the Update Contact Information page via My Profile
- Contacting the phone number at the top of your statement
- Visiting a branch

**WELLS FARGO**

## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A**  **Enter the ending balance** on this statement.          $ _____

**B**  **List outstanding deposits and other credits** to your account that do not appear on this statement.   **Enter the total** in the column to the right.

| Description | Amount |
|-------------|--------|
|             |        |
|             |        |
|             |        |
|             |        |
| **Total** | $ |

+ $ _____

**C**  Add **A** and **B** to calculate the subtotal.          = $ _____

**D**  **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement.   **Enter the total** in the column to the right.

| Number/Description | Amount |
|--------------------|--------|
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
| **Total** | $ |

- $ _____

**E**  Subtract **D** from **C** to calculate the adjusted ending balance.  This amount should be the same as the current balance shown in your register.

= $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.**  You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058.  Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation.  If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801          Member FDIC.

# Wells Fargo Everyday Checking

June 30, 2021 ■ Page 1 of 4

**WELLS FARGO**

VICTOR H MAIA
DEBTOR IN POSSESSION
CH11 CASE #18-16907 (EPA)
79 REDWOOD DR
RICHBORO PA 18954-1646

*Questions?*

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-TO-WELLS**   (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (345)
          P.O. Box 6995
          Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☐ |
| Online Bill Pay | ☑ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☑ | Debit Card | ☐ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

 IMPORTANT ACCOUNT INFORMATION

The following dedicated text telephone/telecommunication device for the deaf (TTY/TDD) lines are being retired on March 5, 2021: 800-877-4833, 800-419-2265 and 800-600-4833. We accept relay-assisted calls, including calls from the 711 service, when customers call any Wells Fargo customer service toll-free phone number. Wells Fargo will continue to provide excellent service to our deaf or hard of hearing customers and customers with speech disorders.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 6/1 | $9,868.85 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 100.00 |
| **Ending balance on 6/30** | **$9,768.85** |

Account number:  ████3728

**VICTOR H MAIA**
**DEBTOR IN POSSESSION**
**CH11 CASE #18-16907 (EPA)**
*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  031000503

(345)

**WELLS FARGO**

## Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 6/1 | | Online Transfer to Maia V Everyday Checking xxxxxx2751 Ref #Ib0Bm4Myw4 on 06/01/21 | | 100.00 | 9,768.85 |
| Ending balance on 6/30 | | | | | 9,768.85 |
| Totals | | | $0.00 | $100.00 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 06/01/2021 - 06/30/2021 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** Have any **ONE** of the following account requirements | Minimum required | This fee period |
| · Minimum daily balance | $500.00 | $9,768.85 ☑ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Age of primary account owner | 17 - 24 | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

RC/RC

# ✓ IMPORTANT ACCOUNT INFORMATION

Effective September 1, 2021, the non-Wells Fargo ATM balance inquiry fee will increase from $2.00 to $2.50, and the non-Wells Fargo ATM transfer fee will increase from $2.00 to $2.50. To avoid these fees, monitor your balances and transfer money by accessing Wells Fargo ATMs, calling the number on the back of your card, and using Wells Fargo Online® or the Wells Fargo Mobile® app. Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply. These fees may not be applicable to all customers and may vary depending on the type of Account you have. For more details, refer to the applicable Wells Fargo Fee and Information Schedule for your Account.

Effective May 28, 2021, the document copy fee was eliminated and there is no longer a charge for this service. Thank you for banking with Wells Fargo. We appreciate your business.

## Can we reach you when it's really important?

Don't miss suspicious-activity alerts and critical account information. Please make sure your contact information is current by:
- Signing on to wellsfargo.com or the Wells Fargo Mobile® app and navigating to the Update Contact Information page via My Profile

**WELLS
FARGO**

- Contacting the phone number at the top of your statement
- Visiting a branch



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**[A]  Enter the ending balance** on this statement.                    $ _____

**[B]  List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | **$** |

                                                                    + $ _____

**[C]  Add [A] and [B]** to calculate the subtotal.          = $ _____

**[D]  List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | **$** |

                                                                    - $ _____

**[E]  Subtract [D] from [C]** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.                    = $ _____

## General statement policies for Wells Fargo Bank

▪ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

▪ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801          Member FDIC.