**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | : |
| | : |
| | :    **Chapter 11** |
| **VICTOR H. MAIA,** | : |
| | : |
| | :    **Case No. 18-16907-AMC** |
| **Debtor.** | : |
| | : |

**ORDER APPROVING DISCLOSURE STATEMENT, FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF THE PLAN, THE TIME FOR FILING OBJECTIONS TO CONFIRMATION OF THE PLAN**

AND NOW, upon consideration of the Motion of Victor H. Maia (the "Debtor") for conditional approval of his Disclosure Statement and related relief (the "Motion"), pursuant to 11 U.S.C. § 1125; and for good cause shown, it is hereby ORDERED AND DECREED that;

1.    The Motion is GRANTED.

2.    The Debtor's Fourth Amended Disclosure Statement dated July 20, 2021 (the "Disclosure Statement") is APPROVED.

3.    On or before July 28, 2021, the Debtor shall mail the following voting materials to creditors and other parties interest, the United States Trustee, all persons who have requested notice in this case pursuant to Fed. R. Bank. P. 2002 as required by Fed. R. Bankr. P. 3017(d):

    (a)    this Order approving the Disclosure Statement;

    (b)    the Debtor's Disclosure Statement;

    (c)    the Debtor's Fourth Amended Plan of Reorganization (the "Plan"); and

    (c)    the form of ballot that conforms substantially to Official Bankruptcy Form B314 along with a self addressed stamped envelope.[1]

---

[1] To be provided by the Debtor only to Classes of Claims entitled to vote under the Debtors' Plan.

OMC\4815-5335-4739.v1-7/21/21

4. August 25, 2021 is fixed as the last date by which the ballots must be received by counsel to the Debtor to be considered as acceptances or rejections of the Plan.

5. August 31, 2021 is fixed as the date by which the Debtor shall file the Report of Plan Voting.

6. September 2, 2021 is fixed as the last date for filing and serving written objections to the Disclosure Statement and confirmation of the Plan.

7. A hearing shall be held before the Honorable Ashely M. Chan, United States Bankruptcy Judge, telephonically in Courtroom # 3, 900 Market Street, Philadelphia, PA 19107 on September 15, 2021 at 12:30 p.m. for confirmation of the Plan. If the hearing is held by video conference, a subsequent Order will be entered setting forth the relevant procedures for the hearing. The Confirmation Hearing may be adjourned from time to time by the Court or the Trustee without further notice to parties other than an announcement in Court at the Confirmation Hearing or any adjourned Confirmation Hearing.

By the Court:

Honorable Ashely M. Chan
United States Bankruptcy Judge

OMC\4815-5335-4739.v1-7/21/21