United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Victor H. Maia  
    Debtor

Case No. 18-16907-amc  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Jul 22, 2021      Form ID: pdf900      Total Noticed: 13

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Victor H. Maia, 79 Redwood Drive, Richboro, PA 18954-1646 |
| aty | + | TYLER DISCHINGER, Buchanan Ingersoll & Rooney, PC, 50 S. 16th St, Ste 3200, Philadelphia, PA 19102-2555 |
| cr | | Anthony Patterson, 3228 Fontain St., Philadelphia, PA 19121-1727 |
| acc | + | Bennett J. Sady & Company, P.C., Bennett J. Sady, 501 Office Center Drive, Suite 126, Fort Washington, PA 19034-3267 |
| cr | + | Diana Wilson, 2517 W. Sergeant St., Philadelphia, PA 19132-4137 |
| r | + | Keller Williams Real Estate, 584 Middletown Blvd. Suite A-50, Langhorne, PA 19047-4403 |
| md | | Martin J. Weis, Dilworth Paxson LLP, 1500 Market Street, 3500E, Philadelphia, PA 19102-2101 |
| cr | + | Maurice Butts, 1023 West Thompson Street, Philadelphia, PA 19122-4117 |
| cr | + | WELLS FARGO BANK, N.A., C/O POWERS, KIRN & ASSOCIATES, LLC, 8 NESHAMINY INTERPLEX DRIVE SUITE 215, TREVOSE, PA 19053-6980 |
| cr | + | Willie Jamar Nobels, c/o Mark Pfeiffer, Esq., Buchanan Ingersoll & Rooney PC, 50 S. 16th Street, Suite 3200 Philadelphia, PA 19102-2555 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: megan.harper@phila.gov | Jul 22 2021 23:08:00 | City of Philadelphia, Law Revenue Department, c/o Pamela Elchert Thurmond, 1401 JFK Boulevard, 5th Floor, Municipal Services Bldg, Philadelphia, PA 19102 |
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 22 2021 23:08:00 | Commonwealth of Pennsylvania, Department of Revenu, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: steve@needlelawyer.com | Jul 22 2021 23:08:00 | G.H. Harris Associates, Inc., c/o Stephen L. Needles, Esq., 80 North Second Street Pike, Churchville, PA 18966-1057 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Natasha Rivera |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2021         Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| AMANDA L. RAUER | on behalf of Creditor WELLS FARGO BANK N.A. Amanda.rauer@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.raynor-paul@pkallc.com;harry.reese@pkallc.com |
| DENISE A. KUHN | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue dkuhn@attorneygeneral.gov |
| EDMOND M. GEORGE | on behalf of Defendant Victor H. Maia michael.vagnoni@obermayer.com;turner.falk@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com |
| EDMOND M. GEORGE | on behalf of Debtor Victor H. Maia michael.vagnoni@obermayer.com;turner.falk@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com |
| GEORGE M. CONWAY | on behalf of U.S. Trustee United States Trustee george.m.conway@usdoj.gov |
| HARRY B. REESE | on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com |
| KARINA VELTER | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION amps@manleydeas.com |
| MARK D. PFEIFFER | on behalf of 3rd Pty Defendant Anthony Patterson mark.pfeiffer@bipc.com donna.curcio@bipc.com;sean.kenny@bipc.com |
| MARK D. PFEIFFER | on behalf of Counter-Defendant Diana Wilson mark.pfeiffer@bipc.com donna.curcio@bipc.com;sean.kenny@bipc.com |
| MARK D. PFEIFFER | on behalf of Creditor Willie Jamar Nobels mark.pfeiffer@bipc.com donna.curcio@bipc.com;sean.kenny@bipc.com |
| MARK D. PFEIFFER | on behalf of Creditor Diana Wilson mark.pfeiffer@bipc.com donna.curcio@bipc.com;sean.kenny@bipc.com |
| MARK D. PFEIFFER | on behalf of Plaintiff Willie Jamar Nobles mark.pfeiffer@bipc.com donna.curcio@bipc.com;sean.kenny@bipc.com |
| MARK D. PFEIFFER | on behalf of Creditor Maurice Butts mark.pfeiffer@bipc.com donna.curcio@bipc.com;sean.kenny@bipc.com |
| MARK D. PFEIFFER | on behalf of Plaintiff Diana Wilson mark.pfeiffer@bipc.com donna.curcio@bipc.com;sean.kenny@bipc.com |
| MARK D. PFEIFFER | on behalf of Counter-Defendant Willie Jamar Nobles mark.pfeiffer@bipc.com donna.curcio@bipc.com;sean.kenny@bipc.com |
| MARTIN J. WEIS | on behalf of Mediator Martin J. Weis mweis@dilworthlaw.com ycaplow@dilworthlaw.com |
| MICHAEL D. VAGNONI | on behalf of Defendant Victor H. Maia michael.vagnoni@obermayer.com Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com |
| MICHAEL D. VAGNONI | on behalf of 3rd Party Plaintiff Victor H. Maia michael.vagnoni@obermayer.com Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 22, 2021 | Form ID: pdf900 | Total Noticed: 13 |

MICHAEL D. VAGNONI
    on behalf of Debtor Victor H. Maia michael.vagnoni@obermayer.com
    Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor City of Philadelphia pamela.thurmond@phila.gov karena.blaylock@phila.gov

REBECCA ANN SOLARZ
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

SARAH ELISABETH BARNGROVER
    on behalf of Creditor WELLS FARGO BANK N.A. amps@manleydeas.com

SARAH ELISABETH BARNGROVER
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION amps@manleydeas.com

SARAH K. MCCAFFERY
    on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com

STEPHEN L. NEEDLES
    on behalf of Creditor G.H. Harris Associates Inc. steve@needlelawyer.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 27

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : |
| | : |
| | : Chapter 11 |
| VICTOR H. MAIA, | : |
| | : Case No. 18-16907-AMC |
| Debtor. | : |
| | : |

**ORDER APPROVING DISCLOSURE STATEMENT, FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF THE PLAN, THE TIME FOR FILING OBJECTIONS TO CONFIRMATION OF THE PLAN**

AND NOW, upon consideration of the Motion of Victor H. Maia (the "Debtor") for conditional approval of his Disclosure Statement and related relief (the "Motion"), pursuant to 11 U.S.C. § 1125; and for good cause shown, it is hereby ORDERED AND DECREED that;

1.  The Motion is GRANTED.

2.  The Debtor's Fourth Amended Disclosure Statement dated July 20, 2021 (the "Disclosure Statement") is APPROVED.

3.  On or before July 28, 2021, the Debtor shall mail the following voting materials to creditors and other parties interest, the United States Trustee, all persons who have requested notice in this case pursuant to Fed. R. Bank. P. 2002 as required by Fed. R. Bankr. P. 3017(d):

    (a)   this Order approving the Disclosure Statement;

    (b)   the Debtor's Disclosure Statement;

    (c)   the Debtor's Fourth Amended Plan of Reorganization (the "Plan"); and

    (c)   the form of ballot that conforms substantially to Official Bankruptcy Form B314 along with a self addressed stamped envelope.[1]

---

[1] To be provided by the Debtor only to Classes of Claims entitled to vote under the Debtors' Plan.

OMC\4815-5335-4739.v1-7/21/21

4. August 25, 2021 is fixed as the last date by which the ballots must be received by counsel to the Debtor to be considered as acceptances or rejections of the Plan.

5. August 31, 2021 is fixed as the date by which the Debtor shall file the Report of Plan Voting.

6. September 2, 2021 is fixed as the last date for filing and serving written objections to the Disclosure Statement and confirmation of the Plan.

7. A hearing shall be held before the Honorable Ashely M. Chan, United States Bankruptcy Judge, telephonically* in United States Bankruptcy Court, ~~Courtroom # 4~~, 900 Market Street, Philadelphia, PA 19107 on September 15, 2021 at 12:30 p.m. for confirmation of
*Parties are to Dial: 877-873-8017 Access Code: 3027681# .

the Plan.  If the hearing is held by video conference, a subsequent Order will be entered setting forth the relevant procedures for the hearing. The Confirmation Hearing may be adjourned from time to time by the Court or the Trustee without further notice to parties other than an announcement in Court at the Confirmation Hearing or any adjourned Confirmation Hearing.

By the Court:

Dated: July 22, 2021

Honorable Ashely M. Chan
United States Bankruptcy Judge

OMC\4815-5335-4739.v1-7/21/21