**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **VICTOR H. MAIA,** | **Case No. 18-16907-JKF** |
| **Debtor.** | |

# CERTIFICATE OF SERVICE

I, Michael D. Vagnoni, Esquire, attorney for the above captioned Debtor, hereby certify that on July 28, 2021, a copy of the Debtor's Fourth Amended Disclosure Statement (Docket No. 302), Debtor's Fourth Amended Small Business Plan of Reorganization (Docket No. 303), Order Approving Disclosure Statement, Fixing Time for Filing Acceptances or Rejections of the Plan, The Time for Filing Objections to Confirmation of the Plan (Docket No. 309), and Praecipe to Substitute Exhibit B to Plan (Docket No. 311) were served via U.S. first class mail, postage pre-paid, upon all of the parties on the attached service list "A". In addition to these documents, a Ballot for Accepting or Rejecting Debtor's Plan of Reorganization, and a self-addressed stamped envelope were also served, upon all of the parties on the attached service list "B".

                                               */s/ Michael D. Vagnoni*
                                               Michael D. Vagnoni

**SERVICE LIST "A"**

Benjamin Avery & Christina Webb
3952 Claridge Street
Philadelphia, PA 19124-5502

Bennett J. Sady & Company, P.C.
Bennett J. Sady
501 Office Center Drive, Suite 126
Fort Washington, PA 19034-3267

City of Phila, Dept of Revenue BIR/NPT
PO Box 1630
Philadelphia, PA 19105-1630

City of Philadelphia
c/o Linebarger Googan Blair & Sampson
4 Penn Center
1600 JFk Blvd., Suite 910
Philadelphia, PA 19103-2818

City of Philadelphia
c/o Goehring Rutter & Boehm
1425 Spruce Street, Suite 100
Philadelphia, PA 19102-4578

Commonwealth of Pennsylvania,
Department of
Bureau of Compliance
Dept. 280946
Harrisburg, PA 17128-0946

Flor Celeste Maia
79 Redwood Drive
Richboro, PA 18954

Francisco J. Arroyo Natasha L. Rivera
2047 E. Sanger Street
Philadelphia, PA  19124-1630

G.H. Harris Associates, Inc.
c/o Stephen L. Needles, Esq.
80 North Second Street Pike Churchville,
PA 18966-1057

GEORGE M. CONWAY
United States Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

James Murphy
2401 Pennsylvania Ave.
Suite 1A5
Philadelphia, PA 19130-3002

Keif S. Spradley
5835 Sylvester Street
Philadelphia, PA  19149-3325

Keller Williams Real Estate
584 Middletown Blvd.
Suite A-50
Langhorne, PA 19047-4403

Land Home Financial Services, LLC
3611 South Harbor Blvd.
Suite 100
Santa Ana, CA 92704-7915

Martell S. Whetstone and Karina A. Mason
162 W. Ruscomb Street
Philadelphia, PA 19120-3412

Martin J. Weis
Dilworth Paxson LLP
1500 Market Street, 3500E
Philadelphia, PA 19102-2101

| | |
|---|---|
| Philadelphia<br>900 Market Street<br>Suite 400<br>Philadelphia, PA 19107-4233 | PNC BANK RETAIL LENDING<br>P.O. BOX 94982<br>CLEVELAND OH 44101-4982 |
| Sonia Y. Colon and Carlos A. Colon<br>1403 Sellers Street<br>Philadelphia, PA 19124-3629 | Tamika K. Adams<br>1614 Fillmore Street<br>Philadelphia, PA 19124 |
| Tanika Adams<br>4661 Ditman Street<br>Philadelphia, PA 19124 | The Law Offices of Perry Liss, LLC<br>Adam P. Barsky, Esquire<br>100 South Broad Street<br>Suite 1205<br>Philadelphia, PA 19110 |
| Venema, Proko, Keahey & Dalvet George<br>B. Keahey, Esquire<br>210 South Fourth Street, 1st Fl<br>Philadelphia, PA 19106-9232 | Victor & Rosa Maia<br>10 E. Pickering Bend<br>Richboro, PA 18954 |
| Victor H. Maia<br>79 Redwood Drive<br>Richboro, PA 19854 | |

**SERVICE LIST "B"**

| | |
|---|---|
| 2401 Pennsylvania Ave.<br>Kane & Silverman, P.C.<br>2401 Pennsylvania Avenue<br>Suite 1A5<br>Philadelphia, PA 19130 | Anthony Patterson, Administrator of the<br>Estate of Shani Masirah Patterson<br>3228 Fontain St.<br>Philadelphia, PA 19121-1727 |
| Anthony Patterson, Administrator of the<br>Estate of Shani Masirah Patterson<br>c/o Mark Pfeiffer, Esquire<br>50 S. 16th Street, Suite 3200<br>Philadelphia, PA 19102-2555 | Chase Card<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 |
| Citibank South Dakota c/o Unifund Corp<br>c/o Gordon & Weinberg, P.C.<br>1001 E. Hector Street<br>Conshohocken, PA 19428-2395 | Citibank South Dakota/ Exxon First National<br>Collection Bureau, Inc.<br>610 Waltham Way<br>Sparks, NV 85434-6695 |
| City of Phila Water Revenue Bureau<br>PAMELA ELCHERT THURMOND<br>Law/Revenue Department, Mun. Serv. Bldg.<br>1401 John F. Kennedy Blvd., 5th Floor<br>Philadelphia, PA 19102 | City of Philadelphia<br>PAMELA ELCHERT THURMOND<br>Law/Revenue Department, Mun. Serv. Bldg.<br>1401 John F. Kennedy Blvd., 5th Floor<br>Philadelphia, PA 19102 |
| City of Philadelphia L&I<br>Philadelphia Municipal Court<br>34 S. 11th Street<br>Philadelphia, PA 19107-3623 | Commonwealth of PA, Department of<br>Revenue<br>c/o DENISE A. KUHN<br>Office of Attorney General<br>1600 Arch Street, 3rd Floor<br>Philadelphia, PA 19103-2016 |
| Diana Wilson, as administratrix of the estate<br>of Rasheedah Wilson and in her own right<br>2517 W. Sergeant St.<br>Philadelphia, PA 19132 | Diana Wilson, as administratrix of the estate<br>of Rasheedah Wilson and in her own right<br>c/o Mark Pfeiffer, Esquire<br>50 S. 16th Street, Suite 3200<br>Philadelphia, PA 19102-2555 |
| Discover Card<br>c/o Pressler, Felt & Warshaw, LLP<br>7 Entin Road<br>Parsippany, NJ 07054-5020 | Gary Seitz, Sequestrator<br>GSBB Law<br>1628 John F. Kennedy Blvd, Ste 1901<br>Philadelphia, PA 19103 |

Golden Rule Group
c/o Keyhole Financial Services
PO Box 331
Glen Head, NY 11545

Jacinto Reis
4026 Migration Lane
Columbus, OH 43230-9896

Manuel & Maria Reis
1229 Knorr Street
Philadelphia, PA 19111-4931

Marshall Dennehey Warner Coleman, et al.
2000 Market Street
Philadelphia, PA 19103-3231

Maurice Butts, as administrator of the estate
of Rasheed Wilson
c/o Mark Pfeiffer, Esquire
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102-2555

PNC BANK, NATIONAL ASSOCIATION
c/o c/o Sarah E. Barngrover
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028

The Home Depot/CBNA
PO Box 6497
Sioux Falls, SD 57117

WELLS FARGO BANK, N.A.
c/o JILL MANUEL-COUGHLIN
Powers Kirn, LLC
Eight Neshaminy Interplex
Suite 215
Trevose, PA 19053

Internal Revenue Service
Post Office Box 7346
Philadelphia, PA 19101-7346

LVNV Funding, LLC its successors and
assigns, assignee of Citibank (South Dakota),
N.A.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Marshall Dennehey Warner Coleman &
Goggin
2000 Market Street
Suite 2300
Philadelphia, PA 19103

Maurice Butts, as administrator of the estate
of Rasheed Wilson
1023 West Thompson Street
Philadelphia, PA 19122

PGW
800 W. Montgomery Avenue
Philadelphia, PA  19122-2806

PNC BANK, NATIONAL ASSOCIATION
c/o REBECCA ANN SOLARZ
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

US Mortgage Resolution, LLC
150 s. Warner Road, Suite 220
King of Prussia, PA 19460

WELLS FARGO BANK, N.A.
c/o Sarah E. Barngrover
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028

| | |
|---|---|
| Willie Jamar Nobles, individually and as administrator of the estate of Jamar Willie Nobles<br>6922 Rodney Street<br>Philadelphia, PA 19138-1921 | Willie Jamar Nobles, individually and as administrator of the estate of Jamar Willie Nobles<br>c/o Mark Pfeiffer, Esquire<br>50 S. 16th Street, Suite 3200<br>Philadelphia, PA 19102-2555 |

OMC\4814-6677-7075-7/27/21