IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re                                :
                                     : Chapter 11
        VICTOR MAIA                  :
                                     : Bankruptcy No. 18-16907 (AMC)
                Debtor.              :
                                     :
                                     :
-------------------------------------------------------x
```

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the following documents filed by the City of Philadelphia in the above-captioned case:

1. Motion to Convert Case to Chapter 7 (Docket No. 115, filed on 5/9/19); and,
2. Supplemental Motion to Convert Case to Chapter 7 (Docket No. 194, filed on 4/13/20).

                                              Respectfully submitted,

                                              THE CITY OF PHILADELPHIA

Dated: September 15, 2021        By:    /s/ Pamela Elchert Thurmond
                                                    PAMELA ELCHERT THURMOND
                                                      Deputy City Solicitor
                                                      PA Attorney I.D. 202054
                                                      City of Philadelphia Law Department
                                                      Tax & Revenue Unit
                                                      1401 JFK Blvd., 5th Floor
                                                      Philadelphia, PA  19102-1595
                                                      215-686-0508 (phone)
                                                      215-686-0588 (facsimile)
                                                      Email: Pamela.Thurmond@phila.gov