# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : |
| | : Chapter 11 |
| **VICTOR H. MAIA,** | : |
| | : Case No. 18-16907-JKF |
| **Debtor.** | : |
| | : |

## ORDER CONFIRMING PLAN

AND NOW, this 15th day of September, 2021 upon consideration of the Fourth Amended Plan of Reorganization of Victor H. Maia (the "Debtor"), dated July 21, 2021 [Docket No. 303] (the "Plan")[1] and the Court, having considered the entire record before it in this case, including the Fourth Amended Disclosure Statement in support of the Plan (the "Disclosure Statement") and all documents entered into evidence and arguments made in support of the confirmation of the Plan at the Confirmation Hearing on September 15, 2021 and the Plan and Disclosure Statement having been transmitted to Creditors and Equity Security Holders, and it having been determined at the Confirmation Hearing, on notice, that the requirements set forth in Section 1129(a) of the Bankruptcy Code have been satisfied:

IT IS HEREBY ORDERED, ADJUDGED and DECREED as follows:

1. All objections to the Plan not otherwise withdrawn or resolved are OVERRULED.

2. The Plan complies with the requirements of 11 U.S.C. §1129(a).

3. The Plan is CONFIRMED.

---

[1] All capitalized terms in this Order not otherwise defined shall have the meaning ascribed to them in the Plan, the United States Bankruptcy Code, 11 U.S.C. §§ 101 et seq. (as amended, the "Bankruptcy Code") and/or the Federal Rule of Bankruptcy Procedure (the "Rules").

4842-5219-9163

4. Upon the occurrence of the Effective Date of the Plan, the amount of $55,709.64 currently held in escrow by Choice One Abstract, Inc. in connection with the sale of the Class 4 Property 1641 Fillmore Street, Philadelphia, PA (the "Fillmore Property") shall be paid to the Class 4 Creditors through their counsel Mark Pfeiffer, Esquire, in full and final satisfaction of the lien of the Class 4 Creditors on the proceeds of the sale of the Fillmore Property pursuant to the March 15, 2021 Order of this Court [D.N. 267].

5. Upon the occurrence of the Effective Date of the Plan any and all liens of the Class 4 Creditors which affixed to the proceeds of the sale of the Debtor's Property located at 124 East Albanus Street, Philadelphia, PA (the "Albanus Property") pursuant to the March 15, 2021 Order of the this Court [D.N.266] (the "Albanus Sale Order") and held in escrow as set forth below shall be satisfied and released by operation of this Order, without the need for further order of this Court and without the requirement of any act to satisfy and release the lien.

6. Upon the occurrence of the Effective Date of the Plan, the amount of $63,029.66 currently held in escrow by Settlement Engine, Inc. in connection with the sale of the Albanus Property and pursuant to the Albanus Sale Order, shall be paid to the Debtor to be used in conjunction with the proceeds of the sale of the Debtor's Property 2051 Wakeling Street, Philadelphia, PA for the sole purpose of making the Effective Date payments as set forth on Exhibit E to the Disclosure Statement.

7. If the Debtor fails to make any monthly payment under the Plan to Wells Fargo in connection with the Debtor's property located at 79 Redwood Drive, Richboro, PA, Wells Fargo shall be permitted to exercise any and all rights to seek relief from the automatic stay under section 362 of the Bankruptcy Code.

8. In accordance with Bankruptcy Rules 2002 and 3020(c), within five Business Days of the entry of the Confirmation Order, the Debtor shall serve a copy of the Confirmation Order by first-class, postage prepaid U.S. mail to: (a) the Debtor; (b) the United States Trustee; (c) all holders of Claims and Interests; and (d) all other parties-in-interest.

BY THE COURT:

_____
The Honorable Ashely M. Chan
United States Bankruptcy Judge