United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Victor H. Maia  
Debtor

Case No. 18-16907-amc  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 5  
Date Rcvd: Sep 15, 2021     Form ID: pdf900     Total Noticed: 67

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(e). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Victor H. Maia, 79 Redwood Drive, Richboro, PA 18954-1646 |
| aty | + | TYLER DISCHINGER, Buchanan Ingersoll & Rooney, PC, 50 S. 16th St, Ste 3200, Philadelphia, PA 19102-2555 |
| acc | + | Bennett J. Sady & Company, P.C., Bennett J. Sady, 501 Office Center Drive, Suite 126, Fort Washington, PA 19034-3267 |
| r | + | Keller Williams Real Estate, 584 Middletown Blvd. Suite A-50, Langhorne, PA 19047-4403 |
| md | | Martin J. Weis (Mediator), Dilworth Paxson LLP, 1500 Market Street, 3500E, Philadelphia, PA 19102-2101 |
| cr | + | WELLS FARGO BANK, N.A., C/O POWERS, KIRN & ASSOCIATES, LLC, 8 NESHAMINY INTERPLEX DRIVE SUITE 215, TREVOSE, PA 19053-6980 |
| cr | + | Willie Jamar Nobels, c/o Mark Pfeiffer, Esq., Buchanan Ingersoll & Rooney PC, 50 S. 16th Street, Suite 3200 Philadelphia, PA 19102-2555 |
| 14279516 | + | 2401 Pennsylvania Ave., Kane & Silverman, P.C., 2401 Pennsylvania Avenue, Suite 1A5, Philadelphia, PA 19130-3002 |
| 14218384 | + | Anthony Patterson, c/o Howard G. Silverman, Esq., 2401 Pennsylvania Avenue, Suite 1-A-5, Philadelphia, PA 19130-3010 |
| 14218385 | +++ | Anthony Patterson, 3228 Fontain St., Philadelphia, PA 19121-1727 |
| 14279520 | + | Anthony Patterson, Administrator of Estate, Kane & Silverman, P.C., 2401 Pennsylvania Avenue, Suite 1A5, Philadelphia, PA 19130-3002 |
| 14434904 | + | Anthony Patterson, Administrator of Estate of Shan, c/o Mark Pfeiffer, Esquire, 50 S. 16th Street, Suite 3200, Philadelphia, PA 19102-2555 |
| 14218388 | + | Citibank South Dakota / Exxon, First National Collection Bureau, Inc., 610 Waltham Way, Sparks, NV 89437-6695 |
| 14218389 | + | Citibank South Dakota c/o Unifund Corp, c/o Gordon & Weinberg, P.C., 1001 E. Hector St., Conshohocken, PA 19428-2395 |
| 14218390 | + | City of Phila, c/o Linebarger Googan Blair, 4 Penn Center, 1600 JFk Blvd., Suite 910, Philadelphia, PA 19103-2818 |
| 14218392 | + | City of Phila, Dept of Revenue BIR/NPT, PO Box 1630, Philadelphia, PA 19105-1630 |
| 14218393 | + | City of Philadelphia, c/o Goehring Rutter & Boehm, 1425 Spruce Street, Suite 100, Philadelphia, PA 19102-4578 |
| 14218394 | + | City of Philadelphia L&I, Philadelphia Municipal Court, 34 S. 11th Street, Philadelphia, PA 19107-3623 |
| 14219620 | + | Commonwealth of PA, Department of Revenue, c/o DENISE A. KUHN, Office of Attorney General, 1600 Arch Street, 3rd Floor, Philadelphia, PA 19103-2016 |
| 14218395 | +++ | Diana Wilson, 2517 W. Sergeant St., Philadelphia PA 19132-4137 |
| 14218396 | + | Diana Wilson & Maurice Butts, c/o Neil R. Gelb, Esq., 1518 Walnut Street, Suite 200, Philadelphia, PA 19102-3402 |
| 14282962 | + | Diana Wilson as administratrix of estate of Rashee, c/o Mark Pfeiffer,Esq, BuchananIngersoll, 50 S. 16th St., Ste. 3200, Philadelphia, PA 19102-2555 |
| 14218397 | + | Discover Card, c/o Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 14218398 | + | Francisco J. Arroyo, 2047 E. Sanger Street, Philadelphia, PA 19124-1630 |
| 14218399 | + | GH Harris Assoc. Inc., PO Box 216, Dallas, PA 18612-0216 |
| 14271245 | + | Gary Seitz, Sequestrator, GSBB Law, 1628 John F. Kennedy Blvd, Ste 1901, Philadelphia, PA 19103-2113 |
| 14218400 | + | Jacinto Reis, 4026 Migration Lane, Columbus, OH 43230-9896 |
| 14279519 | + | James Murphy, 2401 Pennsylvania Ave., Suite 1A5, Philadelphia, PA 19130-3002 |
| 14278693 | + | Land Home Financial Services,LLC, 3611 South Harbor Blvd., Suite 100, Santa Ana, CA 92704-7915 |
| 14218402 | + | Manuel & Maria Feis, 1229 Knorr St, Philadelphia, PA 19111-4931 |
| 14282728 | + | Marshall Dennehey Warner Coleman & Goggin, 2000 Market Street, Suite 2300, Philadelphia, PA 19103-7006 |
| 14218403 | + | Marshall Dennehey Warner Coleman, et al, 2000 Market Street, Philadelphia, PA 19103-3231 |
| 14218404 | + | Martell S. Whetstone, 162 W. Ruscomb Street, Philadelphia, PA 19120-3412 |
| 14218405 | +++ | Maurice Butts, 1023 West Thompson Street, Philadelphia, PA 19122-4117 |
| 14218406 | + | PA Dept of Revenue, c/o Linebarger Goggan Blair & Sampson, L, PO Box 90128, Harrisburg, PA 17109-0128 |
| 14218407 | + | PGW, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |

| District/off: 0313-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Sep 15, 2021 | Form ID: pdf900 | Total Noticed: 67 |

| | | |
|---|---|---|
| 14350173 | | PNC BANK, NATIONAL ASSOCIATION, c/o MANLEY DEAS KOCHALSKI LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14351983 | + | PNC Bank National Assoc, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14218409 | + | Sonia Y. Colon, 1403 Sellers Street, Philadelphia, PA 19124-3629 |
| 14284889 | + | Tamika Adams, 4661 Ditman Street, Philadelphia,PA 19124-3445 |
| 14218410 | | Tamika N. Adams, 1614 Fillmore Street, Philadelphia, PA 19124 |
| 14319419 | + | US Mortgage Resolution, LLC, 150 S. Warner Street, Suite 220, King of Prussia, PA 19406-2805 |
| 14218412 | | Victor & Rosa Maia, 10 E. Pickering Bend, Richboro, PA 18954 |
| 14218413 | + | Wells Fargo, PO Box 10335, Des Moines, IA 50306-0335 |
| 14286238 | | Wells Fargo Bank, c/o Karina Velter, Esquire, MANLEY DEAS KOCHALSKI LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14286038 | | Wells Fargo Bank, N.A., c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14276893 | #+ | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 14284122 | + | Wells Fargo Bank, N.A., c/o ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 14282959 | + | Willie Jamar Nobles, individually and as administr, c/o Mark Pfeiffer,Esq,BuchahanIngersoll&, 50 S. 16th St. Ste. 3200, Philadelphia, PA 19102-2555 |
| 14218414 | + | Willie Nobles, c/o Steven E. McConnell, Esq., The Killino Firm, P.C., 1835 Market Street, Suite 2820, Philadelphia, PA 19103-2922 |
| 14218415 | + | Willie Nobles, 6922 Rodney Street, Philadelphia, PA 19138-1921 |

TOTAL: 51

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 15 2021 23:31:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 15 2021 23:31:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: megan.harper@phila.gov | Sep 15 2021 23:31:00 | City of Philadelphia, Law Revenue Department, c/o Pamela Elchert Thurmond, 1401 JFK Boulevard, 5th Floor, Municipal Services Bldg, Philadelphia, PA 19102 |
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 15 2021 23:31:00 | Commonwealth of Pennsylvania, Department of Revenu, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: steve@needlelawyer.com | Sep 15 2021 23:30:00 | G.H. Harris Associates, Inc., c/o Stephen L. Needles, Esq., 80 North Second Street Pike, Churchville, PA 18966-1057 |
| 14225605 | | Email/Text: megan.harper@phila.gov | Sep 15 2021 23:31:00 | City of Philadelphia Law Department, Tax Unit Bankruptcy Group,, MSB 1401 JFK Blvd.,5th Floor, Philadelphia, PA 19102-1595 |
| 14380285 | | Email/Text: megan.harper@phila.gov | Sep 15 2021 23:31:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14218391 | + | Email/Text: megan.harper@phila.gov | Sep 15 2021 23:31:00 | City of Phila Water Revenue Bureau, PO Box 41496, Philadelphia, PA 19101-1496 |
| 14303516 | + | Email/Text: steve@needlelawyer.com | Sep 15 2021 23:30:00 | G.H. Harris Associates, Inc., c/o STEPHEN L. NEEDLES, ESQ., 80 North 2nd Street Pike, Churchville, PA 18966-1057 |
| 14234662 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 15 2021 23:30:00 | INTERNAL REVENUE SERVICE, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 14218387 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 15 2021 23:39:15 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 14226867 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 15 2021 23:39:18 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank (South Dakota),, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14218408 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 15 2021 23:30:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA |

Case 18-16907-amc  Doc 321  Filed 09/17/21  Entered 09/18/21 00:32:54  Desc
Imaged Certificate of Notice  Page 3 of 8

| District/off: 0313-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Sep 15, 2021 | Form ID: pdf900 | Total Noticed: 67 |

| | | | | |
|---|---|---|---|---|
| 14235403 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 15 2021 23:30:00 | 15222<br>PNC Bank National Association, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14233174 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 15 2021 23:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14218411 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 15 2021 23:39:16 | The Home Depot /CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Natasha Rivera |
| smg | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | * | Anthony Patterson, 3228 Fontain St., Philadelphia, PA 19121-1727 |
| cr | *+ | Diana Wilson, 2517 W. Sergeant St., Philadelphia, PA 19132-4137 |
| cr | *+ | Maurice Butts, 1023 West Thompson Street, Philadelphia, PA 19122-4117 |
| 14284888 | *+ | Anthony Patterson, 3228 Fontain St., Philadelphia,PA 19121-1727 |
| 14590542 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14589719 | * | PNC Bank, National Association, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14589720 | * | PNC Bank, National Association, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14281904 | *+ | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 14218386 | ##+ | Benjamin Avery, 3952 Claridge Street, Philadelphia, PA 19124-5502 |
| 14284887 | ##+ | Diana Wilson, 2246 N. Woodstock St., Philadelphia, PA 19132-4824 |
| 14218401 | ##+ | Keif S. Spradley, 5835 Sylvester Street, Philadelphia, PA 19149-3325 |

TOTAL: 1 Undeliverable, 10 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2021  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| AMANDA L. RAUER | on behalf of Creditor WELLS FARGO BANK  N.A. Amanda.rauer@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.raynor-paul@pkallc.com;harry.reese@pkallc.com |
| DENISE A. KUHN | |

Case 18-16907-amc   Doc 321   Filed 09/17/21   Entered 09/18/21 00:32:54   Desc
Imaged Certificate of Notice   Page 4 of 8

| District/off: 0313-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Sep 15, 2021 | Form ID: pdf900 | Total Noticed: 67 |

| | |
|---|---|
| | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue dkuhn@attorneygeneral.gov |
| EDMOND M. GEORGE | on behalf of Defendant Victor H. Maia michael.vagnoni@obermayer.com;turner.falk@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com |
| EDMOND M. GEORGE | on behalf of Debtor Victor H. Maia michael.vagnoni@obermayer.com;turner.falk@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com |
| GEORGE M. CONWAY | on behalf of U.S. Trustee United States Trustee george.m.conway@usdoj.gov |
| HARRY B. REESE | on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com |
| KARINA VELTER | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION amps@manleydeas.com |
| MARK D. PFEIFFER | on behalf of Counter-Defendant Willie Jamar Nobles mark.pfeiffer@bipc.com donna.curcio@bipc.com;sean.kenny@bipc.com |
| MARK D. PFEIFFER | on behalf of 3rd Pty Defendant Anthony Patterson mark.pfeiffer@bipc.com donna.curcio@bipc.com;sean.kenny@bipc.com |
| MARK D. PFEIFFER | on behalf of Counter-Defendant Diana Wilson mark.pfeiffer@bipc.com donna.curcio@bipc.com;sean.kenny@bipc.com |
| MARK D. PFEIFFER | on behalf of Creditor Willie Jamar Nobels mark.pfeiffer@bipc.com donna.curcio@bipc.com;sean.kenny@bipc.com |
| MARK D. PFEIFFER | on behalf of Creditor Diana Wilson mark.pfeiffer@bipc.com donna.curcio@bipc.com;sean.kenny@bipc.com |
| MARK D. PFEIFFER | on behalf of Plaintiff Willie Jamar Nobles mark.pfeiffer@bipc.com donna.curcio@bipc.com;sean.kenny@bipc.com |
| MARK D. PFEIFFER | on behalf of Creditor Maurice Butts mark.pfeiffer@bipc.com donna.curcio@bipc.com;sean.kenny@bipc.com |
| MARK D. PFEIFFER | on behalf of Plaintiff Diana Wilson mark.pfeiffer@bipc.com donna.curcio@bipc.com;sean.kenny@bipc.com |
| MARTIN J. WEIS | on behalf of Mediator Martin J. Weis (Mediator) mweis@dilworthlaw.com ycaplow@dilworthlaw.com |
| MICHAEL D. VAGNONI | on behalf of 3rd Party Plaintiff Victor H. Maia michael.vagnoni@obermayer.com Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com |
| MICHAEL D. VAGNONI | on behalf of Debtor Victor H. Maia michael.vagnoni@obermayer.com Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com |
| MICHAEL D. VAGNONI | on behalf of Defendant Victor H. Maia michael.vagnoni@obermayer.com Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor City of Philadelphia pamela.thurmond@phila.gov karena.blaylock@phila.gov |
| REBECCA ANN SOLARZ | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| SARAH ELISABETH BARNGROVER | on behalf of Creditor WELLS FARGO BANK N.A. amps@manleydeas.com |
| SARAH ELISABETH BARNGROVER | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION amps@manleydeas.com |
| SARAH K. MCCAFFERY | on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com |
| STEPHEN L. NEEDLES | on behalf of Creditor G.H. Harris Associates Inc. steve@needlelawyer.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2   User: admin   Page 5 of 5
Date Rcvd: Sep 15, 2021   Form ID: pdf900   Total Noticed: 67

TOTAL: 27

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re:

VICTOR H. MAIA,

Debtor.

Chapter 11

Case No. 18-16907-JKF

## ORDER CONFIRMING PLAN

AND NOW, this **15th** day of September, 2021 upon consideration of the Fourth Amended Plan of Reorganization of Victor H. Maia (the "Debtor"), dated July 21, 2021 [Docket No. 303] (the "Plan")[1] and the Court, having considered the entire record before it in this case, including the Fourth Amended Disclosure Statement in support of the Plan (the "Disclosure Statement") and all documents entered into evidence and arguments made in support of the confirmation of the Plan at the Confirmation Hearing on September 15, 2021 and the Plan and Disclosure Statement having been transmitted to Creditors and Equity Security Holders, and it having been determined at the Confirmation Hearing, on notice, that the requirements set forth in Section 1129(a) of the Bankruptcy Code have been satisfied:

IT IS HEREBY ORDERED, ADJUDGED and DECREED as follows:

1. All objections to the Plan not otherwise withdrawn or resolved are OVERRULED.

2. The Plan complies with the requirements of 11 U.S.C. §1129(a).

3. The Plan is CONFIRMED.

---

[1] All capitalized terms in this Order not otherwise defined shall have the meaning ascribed to them in the Plan, the United States Bankruptcy Code, 11 U.S.C. §§ 101 et seq. (as amended, the "Bankruptcy Code") and/or the Federal Rule of Bankruptcy Procedure (the "Rules").

4842-5219-9163

4. Upon the occurrence of the Effective Date of the Plan, the amount of $55,709.64 currently held in escrow by Choice One Abstract, Inc. in connection with the sale of the Class 4 Property 1641 Fillmore Street, Philadelphia, PA (the "Fillmore Property") shall be paid to the Class 4 Creditors through their counsel Mark Pfeiffer, Esquire, in full and final satisfaction of the lien of the Class 4 Creditors on the proceeds of the sale of the Fillmore Property pursuant to the March 15, 2021 Order of this Court [D.N. 267].

5. Upon the occurrence of the Effective Date of the Plan any and all liens of the Class 4 Creditors which affixed to the proceeds of the sale of the Debtor's Property located at 124 East Albanus Street, Philadelphia, PA (the "Albanus Property") pursuant to the March 15, 2021 Order of the this Court [D.N.266] (the "Albanus Sale Order") and held in escrow as set forth below shall be satisfied and released by operation of this Order, without the need for further order of this Court and without the requirement of any act to satisfy and release the lien.

6. Upon the occurrence of the Effective Date of the Plan, the amount of $63,029.66 currently held in escrow by Settlement Engine, Inc. in connection with the sale of the Albanus Property and pursuant to the Albanus Sale Order, shall be paid to the Debtor to be used in conjunction with the proceeds of the sale of the Debtor's Property 2051 Wakeling Street, Philadelphia, PA for the sole purpose of making the Effective Date payments as set forth on Exhibit E to the Disclosure Statement.

7. If the Debtor fails to make any monthly payment under the Plan to Wells Fargo in connection with the Debtor's property located at 79 Redwood Drive, Richboro, PA, Wells Fargo shall be permitted to exercise any and all rights to seek relief from the automatic stay under section 362 of the Bankruptcy Code.

8. In accordance with Bankruptcy Rules 2002 and 3020(c), within five Business Days of the entry of the Confirmation Order, the Debtor shall serve a copy of the Confirmation Order by first-class, postage prepaid U.S. mail to: (a) the Debtor; (b) the United States Trustee; (c) all holders of Claims and Interests; and (d) all other parties-in-interest.

BY THE COURT:

_____
The Honorable Ashely M. Chan
United States Bankruptcy Judge