# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Victor H. Maia | : | Case No.: 18-16907 |
| | : | **Chapter 11** |
| Debtor(s). | : | **Judge Ashely M. Chan** |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Adam B. Hall**, who shall be substituted for Sarah E. Barngrover as counsel of record for creditor **PNC Bank, National Association** ("Creditor"). Sarah E. Barngrover is no longer counsel for Creditor and should not receive future notices in this case.

/s/ Sarah E. Barngrover
Sarah E. Barngrover (28840-64)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax 614-627-8181
sebarngrover@manleydeas.com

/s/ Adam B. Hall
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
abh@manleydeas.com

21-003348_PS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 18-16907** |
| **Victor H. Maia** | : | **Chapter 11** |
| | : | **Judge Ashely M. Chan** |
| **Debtor(s)** | : | ******************* |
| | : | |
| **PNC Bank, National Association** | : | **Related Document #** |
| **Movant,** | : | |
| vs | : | |
| | : | |
| **Victor H. Maia** | : | |
| | : | |
| **Respondents.** | : | |
| | : | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Edmond M. George, Attorney for Victor H. Maia, Obermayer Rebmann Maxwell & Hippel, LLP, Centre Square West, 1500 Market Street, Suite 3400, Philadelphia, PA  19102, edmond.george@obermayer.com

Michael D. Vagnoni, Attorney for Victor H. Maia, Centre Square West, 1500 Market Street, Suite 3400, Philadelphia, PA  19102, michael.vagnoni@obermayer.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on September 22, 2021:

Victor H. Maia, 79 Redwood Drive, Richboro, PA  18954

Victor H. Maia, 1641 Fillmore St, Philadelphia, PA  19124

The below 20 largest unsecured Creditors were served via regular U.S. Mail, postage prepaid, on September 22, 2021:

Anthony Patterson
c/o Howard G. Silverman, Esq.,

21-003348_PS

2401 Pennsylvania Avenue,
Suite 1-A-5,
Philadelphia, PA 19103


Citibank South Dakota / Exxon
First National Collection Bureau, Inc.,
610 Waltham Way,
Sparks, NV 89434


Citibank South Dakota c/o
Unifund Corp
c/o Gordon & Weinberg, P.C.,
1001 E. Hector St.
Conshohocken, PA 19428


City of Phila
c/o Linebarger Googan Blair,
4 Penn Center
1600 JFk Blvd., Suite 910,
Philadelphia, PA 19103


City of Phila Water Revenue Bureau,
PO Box 41496,
Philadelphia, PA 19101


City of Phila, Dept of Revenue
BIR/NPT,
PO Box 1630,
Philadelphia, PA 19105


City of Philadelphia
c/o Goehring Rutter & Boehm
1425 Spruce Street, Suite 100,
Philadelphia, PA 19102


City of Philadelphia L&I
Philadelphia Municipal Court
34 S. 11th Street,


21-003348_PS

Philadelphia, PA 19107
Diana Wilson & Maurice Butts
c/o Neil R. Gelb, Esq.
1518 Walnut Street,
Suite 200
Philadelphia, PA 19102


Discover Card
c/o Pressler, Felt & Warshaw, LLP,
7 Entin Road
Parsippany, NJ 07054


GH Harris Assoc. Inc.
PO Box 216
Dallas, PA 18612
Marshall Dennehey Warner Coleman, et a, l 2000 Market Street
Philadelphia, PA 19103


PA Dept of Revenue
c/oLinebarger Goggan Blair & Sampson, LP,
PO Box 90128
Harrisburg, PA 17109


PNC Bank,
2730 Liberty Avenue,
Pittsburgh, PA 15222


Wells Fargo,
PO Box 10335,
Des Moines, IA 50303


Willie Nobles
C/O Steven E. McConnell, Esq.
The Killino Firm, P.C.
1835 Market Street, Suite 2820,
Philadelphia, PA 19103

Marshall Dennehey Warner
Coleman, et al


21-003348_PS

2000 Market Street,
Philadelphia, PA 19103
    DATE: <u>September 22, 2021</u>

                                           <u>/s/ Adam B. Hall</u>
                                           Adam B. Hall, Esquire (323867)
                                           Manley Deas Kochalski LLC
                                           P.O. Box 165028
                                           Columbus, OH  43216-5028
                                           Telephone: 614-220-5611
                                           Fax: 614-627-8181
                                           Attorneys for Creditor
                                           The case attorney for this file is Adam B.
                                           Hall.
                                           Contact email is abh@manleydeas.com

21-003348_PS