**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **VICTOR H. MAIA,** | Case No. 18-16907-AMC |
| Debtor. | |

**FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF OBERMAYER REBMANN MAXWELL & HIPPEL LLP, COUNSEL TO THE DEBTOR FOR THE PERIOD OCTOBER 17, 2018 THROUGH SEPTEMBER 15, 2021**

Obermayer Rebmann Maxwell & Hippel LLP ("Obermayer" or "Applicant"), counsel to the Debtor, in accordance with F.R.B.P. 2016 applies under § 330 of the Bankruptcy Code for an award of compensation and reimbursement of actual, necessary expenses and represents:

**Part A Preliminary Statement**

1. Applicant is counsel for Debtor, Victor H. Maia.

2. All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of Debtor, Victor H. Maia.

3. The services described in this Application are actual, necessary services and the compensation requested for those services is reasonable.

4. The expenses described in this Application are actual, necessary expenses.

**Part B General Information**

1. **Period** 10/17/2018 to 9/15/2021

    Final Application       X

    Interim Application   _____

                Requested

    Fees        $128,516.65

OMC\4852-6365-3118.v1-11/1/21

    Expenses        $8,105.85

    Total        $136,622.50[1]

2. **General Information**

   a. Date case filed: 10/17/2018

   b. Date application to approve employment filed: 10/18/2018

   c. Date employment approved: 10/31/2018

   d. First date services rendered in the case: 10/17/2018

   e. Compensation request is under § 330: __X__ Yes ___ No
      If other statutory basis, specify: § _____

   f. Any fees awarded will be paid from the estate:
      __X__ Yes _____ No

      If no, state the source of payment of any fee that is awarded.

   g. This application is for a period less than 120 days after the filing of the case or less than 120 days after the end of the period of the last application.

      _____ Yes __X__ No

      If yes, state date and terms of court order allowing filing at shortened intervals.
      Order date: xx/xx/xx
      Terms, if any, _____

3. **Prior Applications**

   None.

4. **Attorneys' Billing for Current Period**

| Name | Admitted | Hours | Billing Rate | Total |
|---|---|---|---|---|
| D. Alexander Barnes | 12/14/1988 | 34.9 | $350.00 | $12,215.00 |

---

[1] The fees incurred by Oberayer total $273,932.50 but Oberayer and the Debtor have agreed to a reduction of the fees and expenses to $125,000.00 plus the retainer of $11,622.50 for a total of $136,622.50 through September 15, 2021.

OMC\4852-6365-3118.v1-11/1/21

| Name | Date | Hours | Billing Rate | Total |
|---|---|---|---|---|
| Turner N. Falk | 11/6/2014 | 4.4 | $295.00 | $1,302.00 |
| Edmond M. George | 5/26/1986 | 7.4 | $400.00 | $2,960.00 |
| Angela Mastrangelo | 1/21/2005 | 385.5 | $325.00 | $125,287.50 |
| William F. Saldutti, IV | 10/15/2018 | 152.9 | $295.00 | $45,105.50 |
| Alicia M. Sandoval | 10/28/2011 | 5.5 | $300.00 | $1,650.00 |
| Michael D. Vagnoni | 12/2/1996 | 197.9 | $350.00 | $69,627.50 |
| Grand Total | | | | $258,147.50 |

5. **Paralegals' Billing for Current Period**

| Name | Hours | Billing Rate | Total |
|---|---|---|---|
| Helen C. Belair | 0.4 | $190.00 | $76.00 |
| Donna C. Brooks | 0.3 | $90.00 | $27.00 |
| Vanja Moraca | 40.7 | $90.00 | $3,663.00 |
| Susan Posternock | 1.4 | $90.00 | $126.00 |
| Coleen M. Schmidt | 59.8 | $200.00 | $11,893.00 |
| Grand Total | | | $15,785.00 |

6. **Billing Rates**

   a. Are any of the billing rates different than the billing rates set forth in your last application? _____ Yes __X__ No

   b. If yes, indicate whose billings rates are different and explain why?
   _____
   _____

## Part C Billing Summary

1. **Description of Services**. Provide adequate detail appropriate for the amount of time billed and the nature and variety of the services rendered.

2. **Detail of Hours Expended**. Set forth in list form or attach a list that shows the name of the professional or paraprofessional, date, activity, and time expended. The list may be organized in either of two ways.

   a. By each professional or paraprofessional in chronological order for the application period; or

   b. By day in chronological order showing all professionals or paraprofessionals that billed time on a particular day during the application period.

* * * * * * *

<u>Category Reporting.</u> If category reporting of time expended is required under L.B.R. 2016-3(c), only categories for which services were rendered during the period covered by the application should be included. A separate Description of Services and Detail of Hours Expended shall be provided for each category.

See detailed listing of time entries in connection with this matter, attached hereto as **Exhibit "A."**

### Part D Expense Summary

Set forth in list form or attach a list that shows the type of expenses for which reimbursement is sought. For each type of expense either

   a. State the amount of the expense that is calculated using the applicant's in-house actual cost or the actual amount billed by a third party provider, or

   b. Explain how the amount of the expense is calculated.

See detailed listing of the expenses incurred by the Applicant in connection with this matter, attached hereto as **Exhibit "B."**

WHEREFORE, Applicant and Debtor have agreed to reduce the total reduced amount of counsel fees and expenses to $125,000.00 plus the retainer of $11,622.50 for a total of $136,622.50 to be applied to fees in the amount of $128,516.65 and expenses in the amount of $8,105.85 in compensation and reimbursement of actual, necessary expenses.

Dated: November 1, 2021              By: */s/ Michael D. Vagnoni*
                                     Michael D. Vagnoni, Esquire
                                     OBERMAYER REBMANN MAXWELL & HIPPEL LLP
                                     Centre Square West
                                     1500 Market Street, Suite 3400
                                     Philadelphia, PA 19102
                                     Tel: 215-665-3066
                                     *Attorney to the Debtor Victor H. Maia*

OMC\4852-6365-3118.v1-11/1/21