# Exhibit B

Date: 10/13/21

BILLING MEMORANDUM FOR 84694
Thru 10/13/21

* * *   U N B I L L E D   DISBURSEMENTS   * * *

| TYPE | | DATE | TIMEKEEPER | | DESCRIPTION | AMOUNT |
|------|------|------|-----------|------|-------------|--------|
| H041 | TRAVEL | 12/19/19 | 0695 | ALM | VENDOR: ANGELA MASTRANGELO; INVOICE#: ALM-695/121919; DATE: 12/19/2019  -  REIMBURSEMENT FOR EXPENSES: TAXI TO COURT HEARING ON 09/25/19 | 9.10 |
| | | | **TOTAL TRAVEL** | | | **9.10** |
| H042 | FILING AND MISCELLANEOUS | 10/17/18 | 0583 | MDV | VENDOR: MICHAEL D VAGNONI; INVOICE#: 84065-1/MDV/101718; DATE: 10/17/2018  -   FILING FOR VOLUNTARY PETITION (CHAPTER 11) | 1,717.00 |
| | | 11/26/18 | 0695 | ALM | VENDOR: ANGELA MASTRANGELO; INVOICE#: 84065-1/ALB/112618-1; DATE: 11/26/2018  -   FILING FEE REIMBURSEMENT RE: NOTICE OF MOTION | 31.00 |
| | | 12/08/20 | 0583 | MDV | Vendor: AMERICAN EXPRESS; Invoice#: 84065-1/MDV/120820; Date: 12/8/2020  -  FILING FEE FOR MOTIONS TO SELL WAKELING AND SELLERS PROPERTIES | 376.00 |
| | | 02/26/21 | 1062 | WFS | Vendor: AMERICAN EXPRESS; Invoice#: 84065-1/WFS/022621; Date: 2/26/2021  -  DOCUMENTS PURCHASED FROM PCCP FOR TAX LIEN CASE E-COMMERCE | 5.50 |

| TYPE | | DATE | TIMEKEEPER | | DESCRIPTION | AMOUNT |
|------|--|------|-----------|--|-------------|--------|
| | | 03/05/21 | 0583 | MDV | ORDER NUMBER: 164165788 Vendor: AMERICAN EXPRESS; Invoice#: 84065-1/MDV/030521; Date: 3/5/2021 - FILING FEE FOR MOTIONS TO SELL ALBANUS AND FILLMORE PROPERTIES | 376.00 |
| | | | | | **TOTAL FILING AND MISCELLANEOUS** | **2,505.50** |
| H044 | MEALS | 08/02/19 | 0695 | ALM | 8/2/19 BREAKFAST WITH VICTOR MAIA & WIFE, A. BAGLANZIS, E. GEORGE, M. VAGNONI | 21.51 |
| | | | | | **TOTAL MEALS** | **21.51** |
| S002 | DOCUMENT IMAGING | 10/15/18 | 0583 | MDV | | 2.90 |
| | | 10/25/18 | 0956 | AMS | | 1.50 |
| | | 11/28/18 | 0695 | ALM | | 21.40 |
| | | 11/28/18 | 0695 | ALM | | 3.50 |
| | | 11/30/18 | 0695 | ALM | MCS MANAGEMENT SERVICES - 11/30/18 | 27.40 |
| | | 12/03/18 | 0583 | MDV | | 18.10 |
| | | 12/03/18 | 0583 | MDV | | 0.70 |
| | | 12/03/18 | 0583 | MDV | | 23.20 |
| | | 12/03/18 | 0583 | MDV | | 16.60 |
| | | 01/03/19 | 0339 | EMG | | 1.10 |
| | | 01/09/19 | 0339 | EMG | | 0.50 |
| | | 01/09/19 | 0339 | EMG | | 1.50 |
| | | 01/28/19 | 1008 | VM | | 1.70 |
| | | 02/08/19 | 0695 | ALM | | 48.55 |
| | | 04/30/19 | 0695 | ALM | | 0.90 |
| | | 04/30/19 | 0695 | ALM | | 29.80 |
| | | 05/01/19 | 0695 | ALM | | 20.80 |
| | | 05/01/19 | 0695 | ALM | | 65.80 |
| | | 05/01/19 | 0695 | ALM | | 636.85 |
| | | 05/02/19 | 0339 | EMG | | 2.70 |
| | | 05/02/19 | 0695 | ALM | | 3.50 |
| | | 05/02/19 | 0695 | ALM | | 2.30 |
| | | 05/02/19 | 0695 | ALM | | 0.70 |
| | | 07/15/19 | 0583 | MDV | | 1.50 |
| | | 07/15/19 | 0583 | MDV | | 40.30 |
| | | 07/15/19 | 0583 | MDV | | 40.30 |
| | | 08/09/19 | 0055 | ORM | | 2.10 |
| | | 08/09/19 | 0055 | ORM | | 5.10 |
| | | 08/09/19 | 0695 | ALM | | 0.70 |
| | | 08/09/19 | 0695 | ALM | | 5.10 |
| | | 08/09/19 | 0695 | ALM | | 0.70 |
| | | 08/12/19 | 0055 | ORM | | 0.70 |
| | | 08/12/19 | 1008 | VM | | 0.50 |
| | | 08/12/19 | 0055 | ORM | | 0.70 |
| | | 08/12/19 | 0055 | ORM | | 0.70 |
| | | 08/13/19 | 0695 | ALM | | 4.90 |
| | | 08/13/19 | 0695 | ALM | | 5.10 |
| | | 08/13/19 | 0695 | ALM | | 0.70 |
| | | 08/13/19 | 0695 | ALM | | 0.70 |
| | | 08/13/19 | 0695 | ALM | | 4.10 |
| | | 08/13/19 | 0695 | ALM | | 0.50 |
| | | 08/13/19 | 0695 | ALM | | 4.10 |
| | | 08/13/19 | 0695 | ALM | | 0.70 |
| | | 08/13/19 | 0695 | ALM | | 0.70 |
| | | 08/13/19 | 0695 | ALM | | 4.70 |
| | | 08/13/19 | 0695 | ALM | | 5.10 |
| | | 08/13/19 | 0695 | ALM | | 1.90 |
| | | 08/13/19 | 0695 | ALM | | 1.10 |
| | | 08/13/19 | 0695 | ALM | | 3.90 |
| | | 08/13/19 | 0695 | ALM | | 3.90 |
| | | 08/13/19 | 0695 | ALM | | 5.10 |
| | | 08/13/19 | 0695 | ALM | | 1.10 |
| | | 08/13/19 | 0695 | ALM | | 0.70 |
| | | 08/13/19 | 0695 | ALM | | 4.90 |

| TYPE | DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|------|------|------------|-------------|--------|
|  | 08/13/19 | 0695  ALM |  | 3.50 |
|  | 08/13/19 | 0695  ALM |  | 3.50 |
|  | 08/13/19 | 0695  ALM |  | 0.70 |
|  | 08/13/19 | 0695  ALM |  | 0.70 |
|  | 08/13/19 | 0695  ALM |  | 1.30 |
|  | 08/13/19 | 0695  ALM |  | 1.90 |
|  | 08/13/19 | 0695  ALM |  | 1.30 |
|  | 08/13/19 | 0695  ALM |  | 1.90 |
|  | 08/13/19 | 0695  ALM |  | 1.90 |
|  | 08/13/19 | 0695  ALM |  | 11.20 |
|  | 08/13/19 | 0695  ALM |  | 71.20 |
|  | 08/13/19 | 0695  ALM |  | 1.90 |
|  | 08/13/19 | 0695  ALM |  | 94.00 |
|  | 08/13/19 | 0695  ALM |  | 774.10 |
|  | 08/13/19 | 0695  ALM |  | 0.90 |
|  | 08/13/19 | 0695  ALM |  | 0.70 |
|  | 08/13/19 | 0695  ALM |  | 0.70 |
|  | 08/13/19 | 0695  ALM |  | 1.30 |
|  | 08/13/19 | 0695  ALM |  | 0.90 |
|  | 08/19/19 | 0695  ALM |  | 1.10 |
|  | 08/19/19 | 0695  ALM |  | 28.00 |
|  | 08/19/19 | 0695  ALM |  | 1.10 |
|  | 08/27/19 | 0695  ALM |  | 4.10 |
|  | 08/27/19 | 0695  ALM |  | 4.10 |
|  | 08/28/19 | 0695  ALM |  | 2.10 |
|  | 08/28/19 | 0695  ALM |  | 5.30 |
|  | 08/28/19 | 0695  ALM |  | 0.70 |
|  | 08/28/19 | 0695  ALM |  | 1.10 |
|  | 08/28/19 | 0695  ALM |  | 6.50 |
|  | 08/28/19 | 0695  ALM |  | 6.90 |
|  | 08/29/19 | 0695  ALM |  | 0.50 |
|  | 09/12/19 | 0695  ALM |  | 1.10 |
|  | 09/13/19 | 0695  ALM |  | 5.50 |
|  | 09/13/19 | 0695  ALM |  | 2.10 |
|  | 09/20/19 | 0695  ALM |  | 0.70 |
|  | 09/20/19 | 0695  ALM |  | 0.70 |
|  | 09/20/19 | 0695  ALM |  | 2.10 |
|  | 09/20/19 | 0695  ALM |  | 3.70 |
|  | 09/24/19 | 1008  VM |  | 0.70 |
|  | 10/07/19 | 0055  ORM |  | 0.50 |
|  | 10/07/19 | 0055  ORM |  | 0.50 |
|  | 10/07/19 | 0055  ORM |  | 0.50 |
|  | 10/07/19 | 0055  ORM |  | 0.50 |
|  | 10/08/19 | 0055  ORM |  | 2.30 |
|  | 10/10/19 | 0695  ALM |  | 0.70 |
|  | 10/10/19 | 0695  ALM |  | 1.50 |
|  | 10/10/19 | 0695  ALM |  | 1.50 |
|  | 10/10/19 | 0695  ALM |  | 0.70 |
|  | 10/10/19 | 0695  ALM |  | 0.70 |
|  | 10/10/19 | 0695  ALM |  | 5.50 |
|  | 10/10/19 | 0695  ALM |  | 2.10 |
|  | 10/11/19 | 1008  VM |  | 5.30 |
|  | 10/14/19 | 0695  ALM |  | 0.50 |
|  | 10/14/19 | 0695  ALM |  | 0.50 |
|  | 10/14/19 | 0695  ALM |  | 0.50 |
|  | 10/14/19 | 0695  ALM |  | 0.50 |
|  | 10/14/19 | 0695  ALM |  | 0.50 |
|  | 11/13/19 | 0695  ALM |  | 0.50 |
|  | 12/09/19 | 0695  ALM |  | 5.50 |
|  | 12/09/19 | 1031  CMS |  | 5.10 |
|  | 12/09/19 | 1031  CMS |  | 5.50 |
|  | 12/10/19 | 0695  ALM |  | 0.50 |
|  | 12/10/19 | 0695  ALM |  | 0.50 |
|  | 12/10/19 | 0695  ALM |  | 0.50 |
|  | 12/10/19 | 0695  ALM |  | 0.50 |

| TYPE | | DATE | TIMEKEEPER | | DESCRIPTION | AMOUNT |
|------|---|------|-----------|---|-------------|--------|
| | | 12/10/19 | 0695 | ALM | | 0.50 |
| | | 03/02/21 | 0339 | EMG | | 2.10 |
| | | 04/08/21 | 0339 | EMG | 2 PRINTS - 04/08/21 | 0.40 |
| | | 07/28/21 | 1031 | CMS | 11175 PRINTS - 07/28/21 | 1,678.75 |
| | | 07/30/21 | 1031 | CMS | 2440 PRINTS - 07/30/21 | 368.50 |
| | | | **TOTAL DOCUMENT IMAGING** | | | **4,229.65** |
| S003 | POSTAGE | 10/24/18 | 0339 | EMG | | 35.09 |
| | | 12/03/18 | 0695 | ALM | POSTAGE - 12/3/18 | 49.40 |
| | | 12/03/18 | 0583 | MDV | POSTAGE -12/03/18 | 20.21 |
| | | 01/09/19 | 1011 | HCB | POSTAGE - 01/09/19 | 0.47 |
| | | 02/08/19 | 0695 | ALM | POSTAGE - 02/08/19 | 21.50 |
| | | 05/01/19 | 0695 | ALM | POSTAGE - 05/01/19 | 127.60 |
| | | 05/02/19 | 0695 | ALM | POSTAGE - 05/02/19 | 2.20 |
| | | 06/06/19 | 0695 | ALM | POSTAGE | 24.00 |
| | | 08/13/19 | 0695 | ALM | POSTAGE - 08/13/19 | 148.60 |
| | | 12/14/20 | 0583 | MDV | | 26.35 |
| | | 03/18/21 | 1031 | CMS | | 0.71 |
| | | 04/27/21 | 0583 | MDV | | 0.51 |
| | | 07/29/21 | 1031 | CMS | | 453.15 |
| | | | **TOTAL POSTAGE** | | | **909.79** |
| S008 | HAND DELIVERY | 01/28/19 | 0695 | ALM | HAND DELIVERY - TO CITY OF PHILA./OFFICE OF SHERIFF, LAND TITLE BLDG - 01/28/19 | 7.00 |
| | | 03/06/19 | 0695 | ALM | HAND DELIVERY - TO JEWELL WILLIAMS, OFFICE OF THE SHERIFF - 03/06/19 | 7.00 |
| | | | **TOTAL HAND DELIVERY** | | | **14.00** |
| S015 | CONFERENCE CALL | 12/15/20 | 1062 | WFS | | 18.42 |
| | | 01/29/21 | 1062 | WFS | | 11.15 |
| | | 02/03/21 | 1062 | WFS | | 9.28 |
| | | 03/19/21 | 1062 | WFS | | 2.17 |
| | | 03/25/21 | 1062 | WFS | | 9.28 |
| | | | **TOTAL CONFERENCE CALL** | | | **50.30** |
| S041 | TRAVEL | 12/13/19 | 0695 | ALM | PAYEE: OBERMAYER REBMANN MAXWELL & HIPPEL LLP; REQUEST#: 76682; DATE: 12/13/2019. TRAVEL TO/FROM FEDERAL COURT HOUSE FOR HEARING 11/13/2019 | 16.00 |
| | | | **TOTAL TRAVEL** | | | **16.00** |
| S060 | LEXIS | 04/09/19 | 0695 | ALM | | 0.62 |
| | | 12/09/19 | 1049 | TNF | | 30.62 |
| | | 12/09/19 | 1049 | TNF | | 4.28 |
| | | 12/09/19 | 1049 | TNF | | 4.28 |
| | | 12/09/19 | 1049 | TNF | | 4.28 |
| | | 12/09/19 | 1049 | TNF | | 4.28 |
| | | 12/14/20 | 1062 | WFS | | 31.62 |
| | | 12/15/20 | 1062 | WFS | | 63.26 |
| | | 12/15/20 | 1062 | WFS | | 4.28 |
| | | | **TOTAL LEXIS** | | | **147.52** |
| S062 | MESSENGER DELIVERY | 10/17/18 | 0956 | AMS | FED EX - TO GARY F. SEITZ, ESQUIRE, GELLERT SCALI BUSENKELL & BROW - 10/17/18 | 13.82 |
| | | 12/03/18 | 0695 | ALM | FED EX - TO PNC BANK - 12/03/18 | 13.47 |
| | | 12/03/18 | 0695 | ALM | FED EX - TO PAMELA ELCHERT THURMOND, CITY OF PHILADELPHIA, WATER DEP. - 12/03/18 | 13.47 |
| | | 12/03/18 | 0695 | ALM | FED EX - TO DENISE A. KUHN, COMMONWEALTH OF PA DEPT OF REV - 12/03/18 | 13.47 |
| | | 12/07/18 | 0339 | EMG | FED EX - TO ED ROSENBERGER - 12/07/18 | 17.89 |
| | | 12/09/20 | 1031 | CMS | FEDEX - REBECCA A SOLARZ ESQ, KML LAW GROUP P.C., PHILA, PA - 12/9/20 | 15.52 |
| | | 12/09/20 | 1031 | CMS | FEDEX - MIKE D PFEIFFER ESQ, | 15.52 |

BILLING MEMORANDUM NO. 384694
Thru 10/13/21

| TYPE | DATE | TIMEKEEPER | | DESCRIPTION | AMOUNT |
|------|------|-----------|---|-------------|--------|
| | | | | BUCHANAN INGERSOLL & ROONEY PC, PHILA, PA - 12/9/20 | |
| | 12/09/20 | 1031 | CMS | FEDEX - STEPHEN L NEEDLES ESQ, STEPHEN L NEEDLES & ASSOCIATES, SOUTHAMPTON, PA - 12/9/20 | 20.38 |
| | 12/09/20 | 1031 | CMS | FEDEX - DENISE A KUHN ESQ, OFFICE OF ATTORNEY GENERAL, PHILA, PA - 12/9/20 | 15.52 |
| | 12/09/20 | 1031 | CMS | FEDEX - PAMELA ELCHERT THURMOND ESQ, DEPUTY CITY SOLICITOR, PHILA, PA - 12/9/20 | 15.52 |
| | 12/09/20 | 1031 | CMS | FEDEX - JILL MANUEL-COUGHLIN ESQ, POWERS KIRN & ASSOCIATES LLC, FEASTERVILLE-TREVOSE, PA - 12/9/20 | 15.52 |
| | 12/09/20 | 1031 | CMS | FEDEX - GEORGE M CONWAY, US TRUSTEE, PHILA, PA - 12/9/20 | 15.52 |
| | 03/05/21 | 1031 | CMS | FEDEX - S&Z REAL ESTATE LLC, PHILA, PA - 3/5/21 | 16.86 |
| | | **TOTAL MESSENGER DELIVERY** | | | **202.48** |
| | | **TOTAL UNBILLED DISBURSEMENTS** | | | **$8,105.85** |