**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | : | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **VICTOR H. MAIA,** | : | **Case No. 18-16907-AMC** |
| | : | |
| **Debtor.** | : | |
| | : | |

**ORDER APPROVING FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF OBERMAYER REBMANN MAXWELL & HIPPEL LLP, COUNSEL TO THE DEBTOR FOR THE PERIOD OCTOBER 17, 2018 THROUGH SEPTEMBER 15, 2021**

AND NOW, this ____ day of _____, 2021, upon consideration of the First and Final Application for Compensation and Reimbursement of Expenses of Obermayer Rebmann Maxwell & Hippel LLP, Counsel to the Debtor for the Period October 17, 2018 Through September 15, 2021 (the "Application"), it is hereby

ORDERED that the Application is APPROVED; and it is further

ORDERED that pursuant to 11 U.S.C. § 330 and Federal Rule of Bankruptcy Procedure 2016, the Debtor is authorized and directed to pay Obermayer Rebmann Maxwell & Hippel LLP the amount of $128,516.65 for services rendered as counsel for the Debtor plus $8,105.85 for the reimbursement of expenses (totaling $136,622.50) for the period October 17, 2018 through September 15, 2021; and it is further

ORDERED that Obermayer Rebmann Maxwell & Hippel LLP's fees and expenses in the amount of $136,622.50 for the period October 17, 2018 through September 15, 2021 are approved on a final basis; and it is further

OMC\4852-6365-3118.v1-11/1/21

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or relating to the interpretation or implementation of this order

BY THE COURT:

_____
The Honorable Ashely M. Chan
United States Bankruptcy Judge