**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | : |
| | : |
| | : **Chapter 11** |
| **VICTOR H. MAIA,** | : |
| | : **Case No. 18-16907-JKF** |
| Debtor. | : |
| | : |

**CERTIFICATION OF NO OBJECTION REGARDING FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF OBERMAYER REBMANN MAXWELL & HIPPEL LLP, COUNSEL TO THE DEBTOR FOR THE PERIOD OCTOBER 17, 2018 THROUGH SEPTEMBER 15, 2021**

The undersigned hereby certifies that, as of November 16, 2021, Obermayer Rebmann Maxwell & Hippel LLP, has received no answer, objection or other responsive pleading to its First and Final Application for Compensation and Reimbursement of Expenses, as Counsel to the Debtor for the Period October 17, 2018 through September 15, 2021 [D.N. 325] filed on November 1, 2021. The undersigned further certifies that I have reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application for Compensation appears thereon. Pursuant to L.B.R. 2016-1(b), objections to the Application to Employ were to be filed and served no later than November 15, 2021.

It is hereby respectfully requested that the Order attached to the Application for Compensation be entered at the earliest convenience of the Court.

Dated: November 16, 2021   By:  */s/ Michael D. Vagnoni*
Michael D. Vagnoni, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL, LLP
Centre Square West, Suite 3400
1500 Market Street
Philadelphia, PA 19102
Phone: (215) 665-3066
Fax: (215) 665-3165

OMC\4886-5679-4371.v1-11/16/21