**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **VICTOR H. MAIA,** | **Case No. 18-16907-AMC** |
| **Debtor.** | |

**ORDER APPROVING FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF OBERMAYER REBMANN MAXWELL & HIPPEL LLP, COUNSEL TO THE DEBTOR FOR THE PERIOD OCTOBER 17, 2018 THROUGH SEPTEMBER 15, 2021**

AND NOW, this ____ day of _____, 2021, upon consideration of the First and Final Application for Compensation and Reimbursement of Expenses of Obermayer Rebmann Maxwell & Hippel LLP, Counsel to the Debtor for the Period October 17, 2018 Through September 15, 2021 (the "Application"), it is hereby

ORDERED that the Application is APPROVED; and it is further

ORDERED that pursuant to 11 U.S.C. § 330 and Federal Rule of Bankruptcy Procedure 2016, the Debtor is authorized and directed to pay Obermayer Rebmann Maxwell & Hippel LLP the amount of $128,516.65 for services rendered as counsel for the Debtor plus $8,105.85 for the reimbursement of expenses (totaling $136,622.50) for the period October 17, 2018 through September 15, 2021; and it is further

ORDERED that Obermayer Rebmann Maxwell & Hippel LLP's fees and expenses in the amount of $136,622.50 for the period October 17, 2018 through September 15, 2021 are approved on a final basis; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or relating to the interpretation or implementation of this order

BY THE COURT:

_____
The Honorable Ashely M. Chan
United States Bankruptcy Judge

**Date: November 17, 2021**

OMC\4852-6365-3118.v1-11/1/21