**Fill in this information to identify the case:**

Debtor 1     **Victor H. Maia**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: **Eastern District of Pennsylvania**

Case number    **18-16907-amc**

Form 4100S

# Supplemental Proof of Claim for Forbearance Claim    02/21

**Please be advised:** This Supplemental Proof of Claim is filed in compliance with the requirements of 11 U.S.C. § 501(f)(1) if the Debtor was granted a forbearance under the CARES Act (15 U.S.C. § 9056 or 9057). To the extent the Debtor was provided a forbearance on a loan not covered by the CARES Act, this Supplemental Proof of Claim is filed to provide notice of the loan status and COVID related relief provided to the Debtor. "Creditor" in this form means "eligible creditor" under 11 U.S.C. § 501(f) or creditor that granted a forbearance on a loan not covered by the CARES Act.

**Name of creditor:**  **Wells Fargo Bank, N.A.**

**Court claim no.** (if known): **14-1**

**Last 4 digits** of any number you use to identify the debtor's account:    **3 4 7 7**

**Property address:**  **79 Redwood Drive**

Number   Street

**Richboro**              **PA**    **18954-0000**
City                     State   ZIP Code

**Part 1:** Amount of Loan That Was Not Received During Forbearance Period

List of payments not received during forbearance period:

| Forborne (FB) Payment Date | FB Payment Amount | Payment Amount Received During Forbearance | Date Funds Received | FB Payment Amount Remaining |
|---|---|---|---|---|
| | | $388.38 (Suspense at the time of Forbearance) | | |
| 4/13/2020 | $609.43 | $102.15 | 04/28/2020 | $0.00 |
| 4/27/2020 | $609.43 | $609.43 | 09/11/2020 | $0.00 |
| 5/11/2020 | $609.43 | $609.43 | 09/15/2020 | $0.00 |
| 5/25/2020 | $609.43 | $609.43 | 09/22/2020 | $0.00 |
| 6/8/2020 | $609.43 | $609.43 | 10/04/2020 | $0.00 |
| 6/22/2020 | $609.43 | $102.15 | 10/06/2020 | $0.00 |
| 7/6/2020 | $627.27 | $609.43 | 11/06/2020 | $0.00 |
| 7/20/2020 | $627.27 | $609.43 | 12/11/2020 | $0.00 |
| | | $609.43 | 12/11/2020 | $0.00 |
| 8/3/2020 | $627.27 | $627.27 | 12/17/2020 | $0.00 |
| 8/17/2020 | $627.27 | $609.43 | 01/12/2021 | $0.00 |
| 8/31/2020 | $627.27 | $609.43 | 01/17/2021 | $0.00 |
| 9/14/2020 | $627.27 | $609.43 | 01/19/2021 | $0.00 |
| 9/28/2020 | $627.27 | $609.43 | 02/16/2021 | $0.00 |
| 10/12/2020 | $627.27 | $609.43 | 03/16/2021 | $0.00 |
| | | $609.43 | 03/16/2021 | $0.00 |
| 10/26/2020 | $627.27 | $627.27 | 03/24/2021 | $0.00 |
| 11/9/2020 | $627.27 | | | $159.47 |
| 11/23/2020 | $627.27 | | | $627.27 |
| 12/7/2020 | $627.27 | | | $627.27 |
| 12/21/2020 | $627.27 | | | $627.27 |
| 1/4/2021 | $652.64 | | | $652.64 |
| 1/18/2021 | $652.64 | | | $652.64 |
| 2/1/2021 | $652.64 | | | $652.64 |
| 2/15/2021 | $652.64 | | | $652.64 |
| 3/1/2021 | $652.64 | | | $652.64 |
| 3/15/2021 | $652.64 | | | $652.64 |
| 3/29/2021 | $652.64 | | | $652.64 |

The Debtor's forbearance protection afforded under the CARES Act or under other COVID relief programs expired before the enactment of the Consolidated Appropriations Act (CAA). As a result, it is possible this COVID Forbearance Supplemental Proof of Claim (SPOC) will be filed outside the 120-day deadline as provided in the CAA. However, given the timing of the forbearance, the CAA enactment, the development of the COVID Forbearance SPOC, and that Congress might not have considered CARES\COVID forbearances that expired before CAA enactment, Wells Fargo is filing this SPOC to ensure all parties receive notice of the status of the forborne payments and Wells Fargo's claim to them in this case.

**Total of payments not received during forbearance period: $6,609.76**

| Part 2: | Information About Agreement to Modify or Defer Loan Obligation |

Have the Debtor and Creditor entered into an agreement to modify or defer the loan obligation in connection with the forbearance?

❏ Other.

❏ Yes. Attach copies of the writing outlining the modification or deferral:
- ❍ The loan was modified as follows:
- ❍ The amount of forborne payments and the deferral date:
- ❍ See Docket Entry(ies) _____

☒ No. If they have not already done so, Debtor or their counsel should contact the Creditor about any resolutions that may be available to the Debtor. The Debtor may contact Wells Fargo Home Mortgage to discuss a personalized solution at 1-800-274-7025. Written attorney consent may be required to speak directly with the Debtor about these options.

| Part 3: | Sign Here |

**The person completing this form must sign it. Sign and print your name and your title, if any, and state your address and telephone number.**

*Check the appropriate box::*

❏ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information and reasonable belief.**

✗ /s/ Alyk L. Oflazian
Signature

Date  11/18/2021

Print  Alyk Lily Oflazian
       First Name   Middle Name   Last Name

Title  Attorneys for Creditor

Company  Manley Deas Kochalski LLC

Address  P.O. Box 165028
         Number     Street
         Columbus          OH        43216-5028
         City              State     ZIP Code

Contact phone  ( 614 ) 220 – 5611

Email  amps@manleydeas.com

Form 4100S            **Supplemental Proof of Claim for Forbearance Claim**            page **2**