**Fill in this information to identify the case:**

Debtor Name  Victor H. Maia

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number:  18-16907JKF

☐ Check if this is an
amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month:  September

Line of business:  Real Estate

Date report filed:  10/20/2021
MM / DD / YYYY

NAISC code:  531110

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:  Victor H. Maia

Original signature of responsible party  _Victor H. Maia_

Printed name of responsible party  Victor H. Maia

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name   Victor H. Maia                                          Case number   18-16907JKF

17. Have you paid any bills you owed before you filed bankruptcy?              ☐  ☑  ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**                                     $   -2,607.48

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.                                    $   3,981.08

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.                              − $   4,042.26

22. **Net cash flow**                                                          + $   -61.18

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.                         = $   -2,668.66

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                                                         $   5,458.52

   *(Exhibit E)*

Debtor Name    Victor H. Maia

Case number    18-16907JKF

---

## ▮ 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**

    *(Exhibit F)*

    $ _____ 0.00

---

## ▮ 5. Employees

26. What was the number of employees when the case was filed?    _____ 0

27. What is the number of employees as of the date of this monthly report?    _____ 0

---

## ▮ 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?    $ _____ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ _____ 0.00

30. How much have you paid this month in other professional fees?    $ _____ 0.00

31. How much have you paid in total other professional fees since filing the case?    $ _____ 0.00

---

## ▮ 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* | − | Column B | = | *Column C* |
|---|---|---|---|---|---|
| | **Projected** | | **Actual** | | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 5,500.00 | − | $ 3,981.08 | = | $ 1,518.92 |
| 33. **Cash disbursements** | $ 5,000.00 | − | $ 4,042.26 | = | $ 957.74 |
| 34. **Net cash flow** | $ 500.00 | − | $ -61.18 | = | $ 561.18 |

35. Total projected cash receipts for the next month:    $ 5,000.00

36. Total projected cash disbursements for the next month:    − $ 4,500.00

37. Total projected net cash flow for the next month:    = $ 500.00

---

Debtor Name  Victor H. Maia

Case number  18-16907JKF

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39. Bank reconciliation reports for each account.

☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

Print        Save As...        Reset

10:24 AM

11/12/21

**Accrual Basis**

**Victor Maia DIP**

**Profit & Loss**

September 2021

| | Sep 21 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Passive** | |
| **Rent INCOME** | 3,981.08 |
| **Total Passive** | 3,981.08 |
| **Total Income** | 3,981.08 |
| **Gross Profit** | 3,981.08 |
| **Expense** | |
| **Auto** | 210.98 |
| **Food** | 71.01 |
| **Insurance** | 1,347.45 |
| **Interest** | |
| **Mortgage** | 597.88 |
| **Total Interest** | 597.88 |
| **Meals & Entertainment** | 11.18 |
| **Phone** | 336.37 |
| **Repairs** | 100.00 |
| **Supplies** | 235.32 |
| **Taxes** | |
| **Property** | 210.37 |
| **Total Taxes** | 210.37 |
| **Utilities** | 921.70 |
| **Total Expense** | 4,042.26 |
| **Net Ordinary Income** | -61.18 |
| **Net Income** | **-61.18** |

8:19 AM

11/12/21

# Victor Maia DIP
# Reconciliation Summary
### 01-Checking XXXX2751, Period Ending 09/30/2021

|  | Sep 30, 21 |
|---|---|
| Beginning Balance | 326.49 |
| **Cleared Transactions** | |
| Checks and Payments - 29 items | -4,042.26 |
| Deposits and Credits - 6 items | 3,981.08 |
| **Total Cleared Transactions** | -61.18 |
| **Cleared Balance** | **265.31** |
| **Register Balance as of 09/30/2021** | 265.31 |
| **Ending Balance** | 265.31 |

8:19 AM

11/12/21

# Victor Maia DIP
## Reconciliation Detail
### 01-Checking XXXX2751, Period Ending 09/30/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 326.49 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 29 items** | | | | | | |
| Check | 09/01/2021 | | Burger King | X | -11.18 | -11.18 |
| Check | 09/08/2021 | | USCCA | X | -29.03 | -40.21 |
| Check | 09/10/2021 | | Verizon | X | -336.37 | -376.58 |
| Check | 09/15/2021 | | Wawa | X | -65.18 | -441.76 |
| Check | 09/16/2021 | | Wawa | X | -70.80 | -512.56 |
| Check | 09/17/2021 | | Wells Fargo - Redw... | X | -597.88 | -1,110.44 |
| Check | 09/17/2021 | | NBCMA | X | -315.90 | -1,426.34 |
| Check | 09/17/2021 | | Nationwide Insurance | X | -301.96 | -1,728.30 |
| Check | 09/17/2021 | | Nationwide Insurance | X | -263.33 | -1,991.63 |
| Check | 09/17/2021 | | Peco-Redwood79 | X | -250.00 | -2,241.63 |
| Check | 09/17/2021 | | Amazon.com | X | -235.32 | -2,476.95 |
| Check | 09/17/2021 | | WRB-Sylvester5835 | X | -121.80 | -2,598.75 |
| Check | 09/17/2021 | | WRB-Tampa4755 | X | -120.00 | -2,718.75 |
| Check | 09/17/2021 | | WRB-Lesher5348 | X | -114.00 | -2,832.75 |
| Check | 09/17/2021 | | Home Depot | X | -100.00 | -2,932.75 |
| Check | 09/17/2021 | | FM Ins - Tackawann... | X | -93.03 | -3,025.78 |
| Check | 09/17/2021 | | COP-Sylvester5835 | X | -92.83 | -3,118.61 |
| Check | 09/17/2021 | | FM Ins - Tampa4755 | X | -92.00 | -3,210.61 |
| Check | 09/17/2021 | | Richboro Beer & Soda | X | -71.01 | -3,281.62 |
| Check | 09/17/2021 | | FM Ins - Ruscomb1... | X | -70.72 | -3,352.34 |
| Check | 09/17/2021 | | COP-Lesher5348 | X | -60.74 | -3,413.08 |
| Check | 09/17/2021 | | COP-Tampa4755 | X | -56.80 | -3,469.88 |
| Check | 09/23/2021 | | American Water Re... | X | -9.89 | -3,479.77 |
| Check | 09/24/2021 | | FM Ins - Griscom4827 | X | -105.35 | -3,585.12 |
| Check | 09/24/2021 | | FM Ins - Berkshire1... | X | -105.35 | -3,690.47 |
| Check | 09/24/2021 | | FM Ins - Tackawann... | X | -93.73 | -3,784.20 |
| Check | 09/24/2021 | | FM Ins - Valley5023 | X | -91.53 | -3,875.73 |
| Check | 09/24/2021 | | FM Ins - Cloud4310 | X | -91.53 | -3,967.26 |
| Check | 09/30/2021 | | Wawa | X | -75.00 | -4,042.26 |
| | | | **Total Checks and Payments** | | **-4,042.26** | **-4,042.26** |
| | | | **Deposits and Credits - 6 items** | | | |
| Deposit | 09/02/2021 | | | X | 350.00 | 350.00 |
| Deposit | 09/03/2021 | | | X | 200.00 | 550.00 |
| Deposit | 09/03/2021 | | | X | 980.00 | 1,530.00 |
| Deposit | 09/07/2021 | | | X | 1,051.08 | 2,581.08 |
| Deposit | 09/09/2021 | | | X | 700.00 | 3,281.08 |
| Deposit | 09/23/2021 | | | X | 700.00 | 3,981.08 |
| | | | **Total Deposits and Credits** | | **3,981.08** | **3,981.08** |
| | | | **Total Cleared Transactions** | | **-61.18** | **-61.18** |
| **Cleared Balance** | | | | | **-61.18** | **265.31** |
| Register Balance as of 09/30/2021 | | | | | -61.18 | 265.31 |
| **Ending Balance** | | | | | **-61.18** | **265.31** |

8:23 AM

11/12/21

## Victor Maia DIP
## Reconciliation Summary
### 02-Checking XXXX3728, Period Ending 09/30/2021

|  | Sep 30, 21 |
|---|---|
| Beginning Balance | 9,718.85 |
| Cleared Balance | 9,718.85 |
| Register Balance as of 09/30/2021 | 9,718.85 |
| Ending Balance | 9,718.85 |

8:23 AM

11/12/21

**Victor Maia DIP**
**Reconciliation Detail**
**02-Checking XXXX3728, Period Ending 09/30/2021**

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 9,718.85 |
| Cleared Balance | | | | | | 9,718.85 |
| Register Balance as of 09/30/2021 | | | | | | 9,718.85 |
| **Ending Balance** | | | | | | **9,718.85** |

**Victor Maia DIP**

10:21 AM

11/12/21

**Transaction Detail by Account - Exhibit C**

Accrual Basis

September 2021

| Type | Date | Num | Class | Clr | Split | Amount | Balance |
|------|------|-----|-------|-----|-------|--------|---------|
| **Passive** | | | | | | | |
| **Rent INCOME** | | | | | | | |
| Deposit | 09/02/2021 | | Lesher5348 | | 01-Checking XXXX2751 | 350.00 | 350.00 |
| Deposit | 09/03/2021 | | Lesher5348 | | 01-Checking XXXX2751 | 200.00 | 550.00 |
| Deposit | 09/03/2021 | | Tampa4755 | | 01-Checking XXXX2751 | 980.00 | 1,530.00 |
| Deposit | 09/07/2021 | | Tackawanna4562 | | 01-Checking XXXX2751 | 1,051.08 | 2,581.08 |
| Deposit | 09/09/2021 | | Ruscomb162w | | 01-Checking XXXX2751 | 700.00 | 3,281.08 |
| Deposit | 09/23/2021 | | Ruscomb162w | | 01-Checking XXXX2751 | 700.00 | 3,981.08 |
| Total Rent INCOME | | | | | | 3,981.08 | 3,981.08 |
| Total Passive | | | | | | 3,981.08 | 3,981.08 |
| **TOTAL** | | | | | | **3,981.08** | **3,981.08** |

10:22 AM

11/12/21

**Victor Maia DIP**

**Check Detail - Exhibit D**

September 2021

| Type | Num | Date | Name | Paid Amount | Account | Original Amount |
|------|-----|------|------|-------------|---------|-----------------|
| Check | | 09/01/2021 | Burger King | | 01-Checking XXXX2751 | -11.18 |
| | | | | -11.18 | Meals & Entertainment | 11.18 |
| TOTAL | | | | -11.18 | | 11.18 |
| Check | | 09/08/2021 | USCCA | | 01-Checking XXXX2751 | -29.03 |
| | | | | -29.03 | Insurance | 29.03 |
| TOTAL | | | | -29.03 | | 29.03 |
| Check | | 09/10/2021 | Verizon | | 01-Checking XXXX2751 | -336.37 |
| | | | | -336.37 | Phone | 336.37 |
| TOTAL | | | | -336.37 | | 336.37 |
| Check | | 09/15/2021 | Wawa | | 01-Checking XXXX2751 | -65.18 |
| | | | | -65.18 | Auto | 65.18 |
| TOTAL | | | | -65.18 | | 65.18 |
| Check | | 09/16/2021 | Wawa | | 01-Checking XXXX2751 | -70.80 |
| | | | | -70.80 | Auto | 70.80 |
| TOTAL | | | | -70.80 | | 70.80 |
| Check | | 09/17/2021 | Richboro Beer & Soda | | 01-Checking XXXX2751 | -71.01 |
| | | | | -71.01 | Food | 71.01 |
| TOTAL | | | | -71.01 | | 71.01 |
| Check | | 09/17/2021 | Wells Fargo - Redwood79 | | 01-Checking XXXX2751 | -597.88 |
| | | | | -597.88 | Mortgage | 597.88 |
| TOTAL | | | | -597.88 | | 597.88 |
| Check | | 09/17/2021 | COP-Tampa4755 | | 01-Checking XXXX2751 | -56.80 |
| | | | | -56.80 | Property | 56.80 |
| TOTAL | | | | -56.80 | | 56.80 |
| Check | | 09/17/2021 | COP-Lesher5348 | | 01-Checking XXXX2751 | -60.74 |
| | | | | -60.74 | Property | 60.74 |
| TOTAL | | | | -60.74 | | 60.74 |
| Check | | 09/17/2021 | FM Ins - Ruscomb162w | | 01-Checking XXXX2751 | -70.72 |
| | | | | -70.72 | Insurance | 70.72 |
| TOTAL | | | | -70.72 | | 70.72 |
| Check | | 09/17/2021 | FM Ins - Tampa4755 | | 01-Checking XXXX2751 | -92.00 |
| | | | | -92.00 | Insurance | 92.00 |
| TOTAL | | | | -92.00 | | 92.00 |
| Check | | 09/17/2021 | COP-Sylvester5835 | | 01-Checking XXXX2751 | -92.83 |
| | | | | -92.83 | Property | 92.83 |
| TOTAL | | | | -92.83 | | 92.83 |
| Check | | 09/17/2021 | FM Ins - Tackawanna4562 | | 01-Checking XXXX2751 | -93.03 |
| | | | | -93.03 | Insurance | 93.03 |
| TOTAL | | | | -93.03 | | 93.03 |

10:22 AM

11/12/21

**Victor Maia DIP**

## Check Detail - Exhibit D

September 2021

| Type | Num | Date | Name | Paid Amount | Account | Original Amount |
|------|-----|------|------|-------------|---------|-----------------|
| Check | | 09/17/2021 | Home Depot | | 01-Checking XXXX2751 | -100.00 |
| | | | | -100.00 | Repairs | 100.00 |
| TOTAL | | | | -100.00 | | 100.00 |
| Check | | 09/17/2021 | WRB-Lesher5348 | | 01-Checking XXXX2751 | -114.00 |
| | | | | -114.00 | Utilities | 114.00 |
| TOTAL | | | | -114.00 | | 114.00 |
| Check | | 09/17/2021 | WRB-Tampa4755 | | 01-Checking XXXX2751 | -120.00 |
| | | | | -120.00 | Utilities | 120.00 |
| TOTAL | | | | -120.00 | | 120.00 |
| Check | | 09/17/2021 | WRB-Sylvester5835 | | 01-Checking XXXX2751 | -121.80 |
| | | | | -121.80 | Utilities | 121.80 |
| TOTAL | | | | -121.80 | | 121.80 |
| Check | | 09/17/2021 | Amazon.com | | 01-Checking XXXX2751 | -235.32 |
| | | | | -235.32 | Supplies | 235.32 |
| TOTAL | | | | -235.32 | | 235.32 |
| Check | | 09/17/2021 | Peco-Redwood79 | | 01-Checking XXXX2751 | -250.00 |
| | | | | -250.00 | Utilities | 250.00 |
| TOTAL | | | | -250.00 | | 250.00 |
| Check | | 09/17/2021 | NBCMA | | 01-Checking XXXX2751 | -315.90 |
| | | | | -315.90 | Utilities | 315.90 |
| TOTAL | | | | -315.90 | | 315.90 |
| Check | | 09/17/2021 | Nationwide Insurance | | 01-Checking XXXX2751 | -263.33 |
| | | | | -263.33 | Insurance | 263.33 |
| TOTAL | | | | -263.33 | | 263.33 |
| Check | | 09/17/2021 | Nationwide Insurance | | 01-Checking XXXX2751 | -301.96 |
| | | | | -77.80 | Insurance | 77.80 |
| | | | | -82.50 | Insurance | 82.50 |
| | | | | -76.38 | Insurance | 76.38 |
| | | | | -65.28 | Insurance | 65.28 |
| TOTAL | | | | -301.96 | | 301.96 |
| Check | | 09/23/2021 | American Water Resources | | 01-Checking XXXX2751 | -9.89 |
| | | | | -9.89 | Insurance | 9.89 |
| TOTAL | | | | -9.89 | | 9.89 |
| Check | | 09/24/2021 | FM Ins - Cloud4310 | | 01-Checking XXXX2751 | -91.53 |
| | | | | -91.53 | Insurance | 91.53 |
| TOTAL | | | | -91.53 | | 91.53 |
| Check | | 09/24/2021 | FM Ins - Valley5023 | | 01-Checking XXXX2751 | -91.53 |
| | | | | -91.53 | Insurance | 91.53 |
| TOTAL | | | | -91.53 | | 91.53 |
| Check | | 09/24/2021 | FM Ins - Tackawanna4649 | | 01-Checking XXXX2751 | -93.73 |
| | | | | -93.73 | Insurance | 93.73 |
| TOTAL | | | | -93.73 | | 93.73 |

10:22 AM

11/12/21

**Victor Maia DIP**

## Check Detail - Exhibit D

**September 2021**

| Type | Num | Date | Name | Paid Amount | Account | Original Amount |
|------|-----|------|------|-------------|---------|-----------------|
| **Check** | | **09/24/2021** | **FM Ins - Berkshire1909** | | **01-Checking XXXX2751** | **-105.35** |
| | | | | -105.35 | Insurance | 105.35 |
| TOTAL | | | | -105.35 | | 105.35 |
| **Check** | | **09/24/2021** | **FM Ins - Griscom4827** | | **01-Checking XXXX2751** | **-105.35** |
| | | | | -105.35 | Insurance | 105.35 |
| TOTAL | | | | -105.35 | | 105.35 |
| **Check** | | **09/30/2021** | **Wawa** | | **01-Checking XXXX2751** | **-75.00** |
| | | | | -75.00 | Auto | 75.00 |
| TOTAL | | | | -75.00 | | 75.00 |

**Exhibit E**

| Properties | Date Incurred | Payee | Purpose | Date Due | Amount Due |
|---|---|---|---|---|---|
| 124 E. Albanus St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $884.67 |
| 1909 Berkshire St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $575.32 |
| 1932 Church St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $709.70 |
| 3952 Claridge St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $954.66 |
| 4310 Cloud St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $733.50 |
| 1641 Fillmore St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $604.71 |
| 4827 Griscom St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $866.48 |
| 5348 Lesher St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $845.48 |
| 4814 N Palethorp St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $261.76 |
| 162 W Ruscomb St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $949.06 |
| 2047 E Sanger St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $1,198.23 |
| 1403 Sellers St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $1,159.03 |
| 5835 Sylvester St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $1,290.62 |
| 4562 Tackawanna St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $842.68 |
| 4649 Tackawanna St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $571.12 |
| 4755 Tampa St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $1,164.63 |
| 5023 Valley St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $1,062.45 |
| 5041 Valley St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $1,068.05 |
| 2051 Wakeling St | 2/1/2020 | City Of Philadelphia | Real Estate Taxes | 3/31/2020 | $760.09 |
| | | | | | **$16,502.24** |
| | | | | June Payments | (1,116.17) |
| | | | | July Payments | (1,116.17) |
| | | | | August Payments | (1,116.17) |
| | | | | September Payments | (1,116.17) |
| | | | | October Payments | (1,116.17) |
| | | | | November Payments | (1,116.17) |
| | | | | December Payments | (1,116.17) |
| | | | | January Payments | (1,116.17) |
| | | | | February Payments | (1,116.17) |
| | | | | April Payments | (998.19) |
| | | | | Balance | **$5,458.52** |

# Wells Fargo Everyday Checking

September 30, 2021  ■  Page 1 of 5



VICTOR H MAIA
DEBTOR IN POSSESSION
CH11 CASE #18-16907 (EPA)
79 REDWOOD DR
RICHBORO PA 18954-1646

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

**1-800-TO-WELLS**  (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☑ |
| Online Bill Pay | ☑ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☑ | Debit Card | ☐ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

# ☑ IMPORTANT ACCOUNT INFORMATION

**Revised USPS service standards effective 10/1/21**

Effective October 1, 2021, the United States Postal Service (USPS) has revised its service standards for certain First-Class Mail items, resulting in a delivery window of up to five days. Please note this may delay your receipt of mail from us and our receipt of mail from you. Please take this change into account when mailing items to us via USPS.

Consider signing into Wells Fargo Online® for quicker access to your account information.

**Other Wells Fargo Benefits**

**Help take control of your finances with a Wells Fargo Personal Loan.**
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score, before you apply.

(345)



**Go to wellsfargo.com/personalloan or call 1-855-324-9370, Monday through Friday, from 8:00 a.m. to 7:00 p.m. Central Time.**

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 9/1 | $326.49 |
| Deposits/Additions | 3,981.08 |
| Withdrawals/Subtractions | - 4,042.26 |
| **Ending balance on 9/30** | **$265.31** |

Account number: ███████2751

**VICTOR H MAIA**
**DEBTOR IN POSSESSION**
**CH11 CASE #18-16907 (EPA)**
*Pennsylvania account terms and conditions apply*
For Direct Deposit use
Routing Number (RTN): 031000503

## Overdraft Protection
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 9/1 | | Purchase authorized on 08/31 Burger King #9620 Monmouth Junc NJ S301243624558857 Card 0386 | | 11.18 | 315.31 |
| 9/2 | | Apartments.Com Rodriguez St-T115J0H6D1D1 Victor Maia - | 350.00 | | 665.31 |
| 9/3 | | Apartments.Com Rodriguez St-H8S9K1K7E5K4 Victor Maia | 200.00 | | |
| 9/3 | | Apartments.Com Reis St-D2M6L8P3A2F7 Victor Maia | 980.00 | | 1,845.31 |
| 9/7 | | Apartments.Com Soriano St-S1M7A4S3U7S1 Victor Maia | 1,051.08 | | 2,896.39 |
| 9/8 | | Recurring Payment authorized on 09/06 Uscca/Delta Defens 877-677-1919 WI S301249288679809 Card 0386 | | 29.03 | 2,867.36 |
| 9/9 | | Apartments.Com Whetstone St-I4G4x2W7T1Q3 Victor Maia | 700.00 | | 3,567.36 |
| 9/10 | | Recurring Payment authorized on 09/08 Verizonwrlss*Rtccr 800-922-0204 FL S461251526906906 Card 0386 | | 336.37 | 3,230.99 |
| 9/15 | | Purchase authorized on 09/14 Wawa 8047 0008 Philadelphia PA S301257752377916 Card 0386 | | 65.18 | 3,165.81 |
| 9/16 | | Purchase authorized on 09/15 Wawa 8136 0008 Lower Southam PA S381258689241819 Card 0386 | | 70.80 | 3,095.01 |
| 9/17 | | Purchase authorized on 09/16 Nationwide Insuran 800-421-1444 OH S381259527106344 Card 0386 | | 263.33 | |
| 9/17 | | Purchase authorized on 09/16 Nationwide Insuran 800-421-1444 OH S381259528815152 Card 0386 | | 301.96 | |
| 9/17 | | Purchase authorized on 09/16 Richboro Beer & So Richboro PA S381259643305879 Card 0386 | | 71.01 | |
| 9/17 | | Bill Pay WF - Redwood79 on-Line 0483533xxx on 09-17 | | 597.88 | |
| 9/17 | | Bill Pay Cop - Tampa4755 on-Line xxxx85600 on 09-17 | | 56.80 | |
| 9/17 | | Bill Pay Cop - Lesher5348 on-Line xxxx30700 on 09-17 | | 60.74 | |
| 9/17 | | Bill Pay Fm Ins - Ruscomb162W on-Line xxxxx96369 on 09-17 | | 70.72 | |
| 9/17 | | Bill Pay Fm Ins - Tampa4755 on-Line xxxxxxxxxx03901 on 09-17 | | 92.00 | |
| 9/17 | | Bill Pay Cop - Sylvester5835 on-Line xxxx77700 on 09-17 | | 92.83 | |
| 9/17 | | Bill Pay Fm Ins - Tackawanna4562 on-Line xxxxxxxxxx29101 on 09-17 | | 93.03 | |
| 9/17 | | Bill Pay Home Depot on-Line Xxxxxxxxxx56670 on 09-17 | | 100.00 | |
| 9/17 | | Bill Pay Wrb-Lesher5348 on-Line Xxxxxxxxxx48001 on 09-17 | | 114.00 | |
| 9/17 | | Bill Pay Wrb-Tampa4755 on-Line Xxxxxxxxxx55001 on 09-17 | | 120.00 | |
| 9/17 | | Bill Pay Wrb-Sylvester5835 on-Line Xxxxxxxxxx35001 on 09-17 | | 121.80 | |
| 9/17 | | Bill Pay Amazon on-Line Xxxxxxxxxx10483 on 09-17 | | 235.32 | |
| 9/17 | | Bill Pay Peco-Redwood79 on-Line xxxxx01902 on 09-17 | | 250.00 | |
| 9/17 | | Bill Pay Nbcma - Redwood79 on-Line xxx04690 on 09-17 | | 315.90 | 137.69 |
| 9/23 | | Apartments.Com Whetstone St-G0T3x9S5I5I4 Victor Maia | 700.00 | | |
| 9/23 | | Purchase authorized on 09/21 American Water Ent 844-3068735 IL S581265052906591 Card 0386 | | 9.89 | 827.80 |
| 9/24 | | Bill Pay Fm Ins - Cloud4310 on-Line xxxxxxxxxx43303 on 09-24 | | 91.53 | |



*Transaction history  (continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 9/24 | | Bill Pay Fm Ins - Valley5023 on-Line xxxxxxxxxx53603 on 09-24 | | 91.53 | |
| 9/24 | | Bill Pay Fm Ins - Tackawanna4649 on-Line xxxxxxxxxx27103 on 09-24 | | 93.73 | |
| 9/24 | | Bill Pay Fm Ins - Berkshire1909 on-Line xxxxxxxxxx29701 on 09-24 | | 105.35 | |
| 9/24 | | Bill Pay Fm Ins - Griscom4827 on-Line xxxxxxxxxx43701 on 09-24 | | 105.35 | 340.31 |
| 9/30 | | Purchase authorized on 09/29 Wawa 8121 0008 Richboro PA S381272588903921 Card 0386 | | 75.00 | 265.31 |
| **Ending balance on 9/30** | | | | | 265.31 |
| **Totals** | | | **$3,981.08** | **$4,042.26** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 09/01/2021 - 09/30/2021 | Standard monthly service fee $10.00 | You paid $0.00 |
|-------------------------------------|-------------------------------------|----------------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $500.00 | $137.69 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $3,981.08 ☑ |
| · Age of primary account owner | 17 - 24 | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

RC/RC

 # IMPORTANT ACCOUNT INFORMATION

---

We are updating the Deposit Account Agreement ("Agreement") dated May 28, 2021. Effective August 9, 2021, in the section of the Agreement titled "Closing Accounts," the subsection "Closing your account if the balance is zero" is deleted and replaced with the following:

**Accounts with a zero balance will continue to be charged applicable fees**   (like the monthly service fee) until you request to close your account. We may close an account (except analyzed business accounts) with a zero balance on the fee period ending date or at month end without prior notification to you. Once an account is closed (either by you or us), no fees will be assessed on the account.
- To prevent closure by us, an account with a zero balance must have a qualifying transaction posted within the last two months of the most recent fee period ending date. IOLTA and RETA accounts require a qualifying transaction within ten months of the most recent fee period ending date.
- Examples of qualifying transactions are deposits and withdrawals made at a branch, ATM, online, mobile, or via telephone; one-time and recurring transfers made at a branch, ATM, online, mobile, or via telephone; automatic or electronic deposits, such as from payroll or government benefits; automatic or electronic payments, including Bill Pay; one-time and recurring purchases or payments made using a card or mobile device; and checks paid from the account. IOLTA and RETA accounts are not eligible for ATM cards or debit cards.
- Bank-originated transactions, like monthly service or other fees, are not considered qualifying transactions that will prevent closure of an account with a zero balance.



All other aspects of the Agreement remain the same. If there is a conflict between the updated language above and the Agreement, the updated language will control. The most recent Deposit Account Agreement and related addenda are located online at wellsfargo.com/online-banking/consumer-account-fees.

**Other Wells Fargo Benefits**

Effective December 1, 2021, there is no outgoing wire fee when customers send an outgoing international wire in foreign currency using the Wells Fargo Mobile® app or Wells Fargo Online®. Otherwise, the outgoing international foreign currency wire fee is $35.

In addition to the transfer fee, Wells Fargo makes money when it converts one currency to another currency for you. For additional information related to Wires and foreign currency, please see wellsfargo.com/online-banking/transfers/online-wires-terms-upcoming.

**Can we reach you when it's really important?**

Don't miss suspicious-activity alerts and critical account information. Please make sure your contact information is current by:
- Signing on to wellsfargo.com or the Wells Fargo Mobile® app and navigating to the Update Contact Information page via My Profile
- Contacting the phone number at the top of your statement
- Visiting a branch



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** Enter the ending balance on this statement.          $ _____

**B** List outstanding deposits and other credits to your account that do not appear on this statement. Enter the total in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Total | $ |

+ $ _____

**C** Add **A** and **B** to calculate the subtotal.          = $ _____

**D** List outstanding checks, withdrawals, and other debits to your account that do not appear on this statement. Enter the total in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Total | $ |

- $ _____

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.          = $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801          Member FDIC.

# Wells Fargo Everyday Checking

September 30, 2021  ▪  Page 1 of 4



VICTOR H MAIA
DEBTOR IN POSSESSION
CH11 CASE #18-16907 (EPA)
79 REDWOOD DR
RICHBORO PA 18954-1646

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

**1-800-TO-WELLS**  (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☐ |
| Online Bill Pay | ☑ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☑ | Debit Card | ☑ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

 IMPORTANT ACCOUNT INFORMATION

**Revised USPS service standards effective 10/1/21**

Effective October 1, 2021, the United States Postal Service (USPS) has revised its service standards for certain First-Class Mail items, resulting in a delivery window of up to five days. Please note this may delay your receipt of mail from us and our receipt of mail from you. Please take this change into account when mailing items to us via USPS.

Consider signing into Wells Fargo Online® for quicker access to your account information.

**Other Wells Fargo Benefits**

**Help take control of your finances with a Wells Fargo Personal Loan.**
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score, before you apply.

(345)

September 30, 2021 ■ Page 2 of 4



Go to wellsfargo.com/personalloan or call 1-855-324-9370, Monday through Friday, from 8:00 a.m. to 7:00 p.m. Central Time.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 9/1 | $9,718.85 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 0.00 |
| **Ending balance on 9/30** | **$9,718.85** |

Account number: ●●●●●3728

**VICTOR H MAIA**
**DEBTOR IN POSSESSION**
**CH11 CASE #18-16907 (EPA)**
*Pennsylvania account terms and conditions apply*
For Direct Deposit use
Routing Number (RTN): 031000503

### Overdraft Protection
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 09/01/2021 – 09/30/2021 | Standard monthly service fee $10.00 | | You paid $0.00 | |
|---|---|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | | This fee period | |
| Have any ONE of the following account requirements | | | | |
| · Minimum daily balance | $500.00 | | $9,718.85 | ☑ |
| · Total amount of qualifying direct deposits | $500.00 | | $0.00 | ☐ |
| · Age of primary account owner | 17 - 24 | | . | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | | | |

RC/RC

 # IMPORTANT ACCOUNT INFORMATION

We are updating the Deposit Account Agreement ("Agreement") dated May 28, 2021. Effective August 9, 2021, in the section of the Agreement titled "Closing Accounts," the subsection "Closing your account if the balance is zero" is deleted and replaced with the following:

**Accounts with a zero balance will continue to be charged applicable fees** (like the monthly service fee) until you request to close your account. We may close an account (except analyzed business accounts) with a zero balance on the fee period ending date or at month end without prior notification to you. Once an account is closed (either by you or us), no fees will be assessed on the account.
- To prevent closure by us, an account with a zero balance must have a qualifying transaction posted within the last two months of the most recent fee period ending date. IOLTA and RETA accounts require a qualifying transaction within ten months of the most recent fee period ending date.
- Examples of qualifying transactions are deposits and withdrawals made at a branch, ATM, online, mobile, or via telephone; one-time and recurring transfers made at a branch, ATM, online, mobile, or via telephone; automatic or electronic deposits, such as from payroll or government benefits; automatic or electronic payments, including Bill Pay; one-time and recurring purchases or payments made using a card or mobile device; and checks paid from the account. IOLTA and RETA accounts are not eligible for ATM cards or debit cards.
- Bank-originated transactions, like monthly service or other fees, are not considered qualifying transactions that will prevent closure of an account with a zero balance.

September 30, 2021 ■ Page 3 of 4



All other aspects of the Agreement remain the same. If there is a conflict between the updated language above and the Agreement, the updated language will control. The most recent Deposit Account Agreement and related addenda are located online at wellsfargo.com/online-banking/consumer-account-fees.

**Other Wells Fargo Benefits**

Effective December 1, 2021, there is no outgoing wire fee when customers send an outgoing international wire in foreign currency using the Wells Fargo Mobile® app or Wells Fargo Online®. Otherwise, the outgoing international foreign currency wire fee is $35.

In addition to the transfer fee, Wells Fargo makes money when it converts one currency to another currency for you. For additional information related to Wires and foreign currency, please see wellsfargo.com/online-banking/transfers/online-wires-terms-upcoming.

**Can we reach you when it's really important?**

Don't miss suspicious-activity alerts and critical account information. Please make sure your contact information is current by:
- Signing on to wellsfargo.com or the Wells Fargo Mobile® app and navigating to the Update Contact Information page via My Profile
- Contacting the phone number at the top of your statement
- Visiting a branch

September 30, 2021 ■ Page 4 of 4



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** Enter the ending balance on this statement.    $ _____

**B** List outstanding deposits and other credits to your account that do not appear on this statement. Enter the total in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| Total | $ |

+ $ _____

**C** Add **A** and **B** to calculate the subtotal.    = $ _____

**D** List outstanding checks, withdrawals, and other debits to your account that do not appear on this statement. Enter the total in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Total | $ |

- $ _____

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.    = $ _____

## General statement policies for Wells Fargo Bank

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

  1. Tell us your name and account number (if any).
  2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
  3. Tell us the dollar amount of the suspected error.

  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801    Member FDIC.