United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 18-16907-amc

Victor H. Maia     Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3

Date Rcvd: Nov 17, 2021     Form ID: pdf900     Total Noticed: 14

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Victor H. Maia, 79 Redwood Drive, Richboro, PA 18954-1646 |
| aty | + | SARAH ELISABETH BARNGROVER, Beck's Superior Hybrids, 6767 E. 276th Street, 46031, Atlanta, IN 46031-9616 |
| aty | + | TYLER DISCHINGER, Buchanan Ingersoll & Rooney, PC, 50 S. 16th St, Ste 3200, Philadelphia, PA 19102-2555 |
| cr | | Anthony Patterson, 3228 Fontain St., Philadelphia, PA 19121-1727 |
| acc | + | Bennett J. Sady & Company, P.C., Bennett J. Sady, 501 Office Center Drive, Suite 126, Fort Washington, PA 19034-3267 |
| cr | + | Diana Wilson, 2517 W. Sergeant St., Philadelphia, PA 19132-4137 |
| r | + | Keller Williams Real Estate, 584 Middletown Blvd. Suite A-50, Langhorne, PA 19047-4403 |
| md | | Martin J. Weis (Mediator), Dilworth Paxson LLP, 1500 Market Street, 3500E, Philadelphia, PA 19102-2101 |
| cr | + | Maurice Butts, 1023 West Thompson Street, Philadelphia, PA 19122-4117 |
| cr | + | WELLS FARGO BANK, N.A., C/O POWERS, KIRN & ASSOCIATES, LLC, 8 NESHAMINY INTERPLEX DRIVE SUITE 215, TREVOSE, PA 19053-6980 |
| cr | + | Willie Jamar Nobels, c/o Mark Pfeiffer, Esq., Buchanan Ingersoll & Rooney PC, 50 S. 16th Street, Suite 3200 Philadelphia, PA 19102-2555 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: megan.harper@phila.gov | Nov 17 2021 23:43:00 | City of Philadelphia, Law Revenue Department, c/o Pamela Elchert Thurmond, 1401 JFK Boulevard, 5th Floor, Municipal Services Bldg, Philadelphia, PA 19102 |
| cr | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 17 2021 23:43:00 | Commonwealth of Pennsylvania, Department of Revenu, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| cr | + Email/Text: steve@needlelawyer.com | Nov 17 2021 23:43:00 | G.H. Harris Associates, Inc., c/o Stephen L. Needles, Esq., 80 North Second Street Pike, Churchville, PA 18966-1057 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Natasha Rivera |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Nov 17, 2021 | Form ID: pdf900 | Total Noticed: 14 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2021          Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2021 at the address(es) listed below:**

**Name**          **Email Address**

ADAM BRADLEY HALL
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION amps@manleydeas.com

AMANDA L. RAUER
    on behalf of Creditor WELLS FARGO BANK  N.A. Amanda.rauer@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.raynor-paul@pkallc.com;harry.reese@pkallc.com

CAROL E. MOMJIAN
    on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue cmomjian@attorneygeneral.gov

EDMOND M. GEORGE
    on behalf of Defendant Victor H. Maia michael.vagnoni@obermayer.com;turner.falk@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleeen.schmidt@obermayer.com

EDMOND M. GEORGE
    on behalf of Debtor Victor H. Maia michael.vagnoni@obermayer.com;turner.falk@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleeen.schmidt@obermayer.com

GEORGE M. CONWAY
    on behalf of U.S. Trustee United States Trustee george.m.conway@usdoj.gov

HARRY B. REESE
    on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

JILL MANUEL-COUGHLIN
    on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

KARINA VELTER
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION kvelter@hoflawgroup.com, ckohn@hoflawgroup.com

MARK D. PFEIFFER
    on behalf of 3rd Pty Defendant Anthony Patterson mark.pfeiffer@bipc.com  donna.curcio@bipc.com;sean.kenny@bipc.com

MARK D. PFEIFFER
    on behalf of Counter-Defendant Diana Wilson mark.pfeiffer@bipc.com  donna.curcio@bipc.com;sean.kenny@bipc.com

MARK D. PFEIFFER
    on behalf of Creditor Willie Jamar Nobels mark.pfeiffer@bipc.com  donna.curcio@bipc.com;sean.kenny@bipc.com

MARK D. PFEIFFER
    on behalf of Creditor Diana Wilson mark.pfeiffer@bipc.com  donna.curcio@bipc.com;sean.kenny@bipc.com

MARK D. PFEIFFER
    on behalf of Plaintiff Willie Jamar Nobles mark.pfeiffer@bipc.com  donna.curcio@bipc.com;sean.kenny@bipc.com

MARK D. PFEIFFER
    on behalf of Creditor Maurice Butts mark.pfeiffer@bipc.com  donna.curcio@bipc.com;sean.kenny@bipc.com

MARK D. PFEIFFER
    on behalf of Plaintiff Diana Wilson mark.pfeiffer@bipc.com  donna.curcio@bipc.com;sean.kenny@bipc.com

MARK D. PFEIFFER
    on behalf of Counter-Defendant Willie Jamar Nobles mark.pfeiffer@bipc.com  donna.curcio@bipc.com;sean.kenny@bipc.com

MARTIN J. WEIS
    on behalf of Mediator Martin J. Weis (Mediator) mweis@dilworthlaw.com  ycaplow@dilworthlaw.com

MICHAEL D. VAGNONI
    on behalf of Defendant Victor H. Maia michael.vagnoni@obermayer.com Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 17, 2021 | Form ID: pdf900 | Total Noticed: 14 |

MICHAEL D. VAGNONI
    on behalf of 3rd Party Plaintiff Victor H. Maia michael.vagnoni@obermayer.com
    Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com

MICHAEL D. VAGNONI
    on behalf of Debtor Victor H. Maia michael.vagnoni@obermayer.com
    Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor City of Philadelphia pamela.thurmond@phila.gov edelyne.jean-baptiste@phila.gov

REBECCA ANN SOLARZ
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SARAH ELISABETH BARNGROVER
    on behalf of Creditor WELLS FARGO BANK  N.A. sarah.barngrover@beckshybrids.com

SARAH K. MCCAFFERY
    on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

STEPHEN L. NEEDLES
    on behalf of Creditor G.H. Harris Associates  Inc. steve@needlelawyer.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 27

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| VICTOR H. MAIA, | : | Case No. 18-16907-AMC |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER APPROVING FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF OBERMAYER REBMANN MAXWELL & HIPPEL LLP, COUNSEL TO THE DEBTOR FOR THE PERIOD <u>OCTOBER 17, 2018 THROUGH SEPTEMBER 15, 2021</u>**

AND NOW, this ____ day of _____, 2021, upon consideration of the First and Final Application for Compensation and Reimbursement of Expenses of Obermayer Rebmann Maxwell & Hippel LLP, Counsel to the Debtor for the Period October 17, 2018 Through September 15, 2021 (the "Application"), it is hereby

ORDERED that the Application is APPROVED; and it is further

ORDERED that pursuant to 11 U.S.C. § 330 and Federal Rule of Bankruptcy Procedure 2016, the Debtor is authorized and directed to pay Obermayer Rebmann Maxwell & Hippel LLP the amount of $128,516.65 for services rendered as counsel for the Debtor plus $8,105.85 for the reimbursement of expenses (totaling $136,622.50) for the period October 17, 2018 through September 15, 2021; and it is further

ORDERED that Obermayer Rebmann Maxwell & Hippel LLP's fees and expenses in the amount of $136,622.50 for the period October 17, 2018 through September 15, 2021 are approved on a final basis; and it is further

OMC\4852-6365-3118.v1-11/1/21

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or relating to the interpretation or implementation of this order

BY THE COURT:

_____
The Honorable Ashely M. Chan
United States Bankruptcy Judge

**Date: November 17, 2021**

OMC\4852-6365-3118.v1-11/1/21