| UNITED STATES BANKRUPTCY COURT<br>Eastern District of Pennsylvania | | **NOTICE OF CHANGE OF ADDRESS** |
|---|---|---|
| Name of Debtor(s):<br><br>Victor H. Maia | Case Number:<br><br>2:2018-bk-16907 | |
| Name of Creditor:<br><br>Wells Fargo Bank, N.A. | | |
| Name of Current Servicer of account:<br><br>Wells Fargo Bank, N.A. | | **COURT USE ONLY** |
| Name and NEW Address where notices should be sent:<br><br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>P.O. Box 1629<br>Minneapolis, MN 55440-9790<br>Telephone Number: 800-274-7025<br><br>Prior notice address:<br><br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 | | **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br><br>Wells Fargo Bank, N.A.<br>Attention: Payment Processing<br>MAC F2302-04C<br>1 Home Campus<br>Des Moines, IA 50328<br>Telephone Number: 800-274-7025 | | ⎵ Check this box if you are changing the address that payments will go to. |
| 1.  Account Number: **3477**  UCID: **WFCMGE1816907PAE23023477** | | ⎵ Check this box if the account number has changed. |
| 2.  Court Claim Number: **14** | | |

3.  Signature:

Check the appropriate box.
   X  I am the creditor.
      I am the creditor's authorized agent.  (Attach copy of power of attorney, if any.)
      I am the trustee, or the debtor.
      I am a guarantor, surety, endorser, or other codebtor.

By:  /s/ Karen Sue Branas      Date: 01/13/2022
      VP Loan Documentation

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                         CASE NO.:     18-16907

Victor H. Maia                                                 CHAPTER:      11

      Debtor(s).

_____/

**CERTIFICATE OF SERVICE**

I hereby certify that on or before January 13, 2022, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

**SERVICE LIST**

| | |
|---|---|
| *Debtor:* | *By U.S. Postal Service First Class Mail Postage Prepaid:* |
| | Victor H. Maia<br>79 Redwood Drive<br>Richboro, PA 18954 |
| *Debtor's Attorney:* | *By CM / ECF Filing:* |
| | EDMOND M. GEORGE<br>Obermayer Rebmann Maxwell & Hippel, LLP<br>Centre Square West<br>1500 Market Street, Suite 3400<br>Philadelphia, PA 19102 |
| | *By CM / ECF Filing:* |
| | MICHAEL D. VAGNONI<br>Obermayer Rebmann Maxwell & Hippel LLP<br>Centre Square West<br>1500 Market Street, Suite 3400<br>Philadelphia, PA 19102 |

/s/ John Shelley
_____
InfoEx, LLC
(as authorized agent for Wells Fargo Bank, N.A.)