| UNITED STATES BANKRUPTCY COURT<br>Eastern District of Pennsylvania | | **NOTICE OF CHANGE OF ADDRESS** |
|---|---|---|
| Name of Debtor(s):<br>Victor H. Maia | Case Number:<br>2:2018-bk-16907 | |
| Name of Creditor:<br>Wells Fargo Bank, N.A. | | |
| Name of Current Servicer of account:<br>Wells Fargo Bank, N.A. | | **COURT USE ONLY** |
| Name and NEW Address where notices should be sent:<br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>P.O. Box 1629<br>Minneapolis, MN 55440-9790<br>Telephone Number: 800-274-7025<br><br>Prior notice address:<br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 | | **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br>Wells Fargo Bank, N.A.<br>Attention: Payment Processing<br>MAC F2302-04C<br>1 Home Campus<br>Des Moines, IA 50328<br>Telephone Number: 800-274-7025 | | ___ Check this box if you are changing the address that payments will go to. |
| 1. Account Number: **0313** UCID: **WFCMGE1816907PAE23020313** | | ___ Check this box if the account number has changed. |
| 2. Court Claim Number: **7** | | |
| 3. Signature:<br><br>Check the appropriate box.<br>    X  I am the creditor.<br>       I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)<br>       I am the trustee, or the debtor.<br>       I am a guarantor, surety, endorser, or other codebtor.<br><br>By:  /s/ Karen Sue Branas          Date: 01/14/2022<br>     VP Loan Documentation | | |

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO.:  18-16907 |
| Victor H. Maia | CHAPTER:  11 |

**Debtor(s).**

_____ /

## CERTIFICATE OF SERVICE

I hereby certify that on or before January 14, 2022, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

### SERVICE LIST

*Debtor:*    *By U.S. Postal Service First Class Mail Postage Prepaid:*

Victor H. Maia
79 Redwood Drive
Richboro, PA 18954

*Debtor's Attorney:*    *By CM / ECF Filing:*

EDMOND M. GEORGE
Obermayer Rebmann Maxwell & Hippel, LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102

*By CM / ECF Filing:*

MICHAEL D. VAGNONI
Obermayer Rebmann Maxwell & Hippel LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102

/s/ John Shelley
_____
InfoEx, LLC
(as authorized agent for Wells Fargo Bank, N.A.)