## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Victor H. Maia | : | Case No.: 18-16907 |
| | : | Chapter 11 |
| Debtor(s). | : | Judge Ashely M. Chan |
| | : | * * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## **WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR**

Now comes **Alyk L. Oflazian**, who shall be substituted for Sarah E. Barngrover as counsel of record for creditor **Wells Fargo Bank, N.A.** ("Creditor"). Sarah E. Barngrover is no longer counsel for Creditor and should not receive future notices in this case.

| | |
|---|---|
| /s/ Sarah E. Barngrover | /s/ Alyk L. Oflazian |
| Sarah E. Barngrover (28840-64) | Alyk L. Oflazian (312912) |
| Manley Deas Kochalski LLC | Manley Deas Kochalski LLC |
| P.O. Box 165028 | P.O. Box 165028 |
| Columbus, OH  43216-5028 | Columbus, OH  43216-5028 |
| 614-220-5611; Fax 614-627-8181 | 614-220-5611; Fax: 614-627-8181 |
| sebarngrover@manleydeas.com | ALOflazian@manleydeas.com |

19-009456_PS

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| | **Case No.: 18-16907** |
| **Victor H. Maia** | **Chapter 11** |
| | **Judge Ashely M. Chan** |
| **Debtor(s)** | * * * * * * * * * * * * * * * * * * * |
| | |
| **Wells Fargo Bank, N.A.** | **Related Document #** |
| **Movant,** | |
| vs | |
| **Victor H. Maia** | |
| **Celeste Maia** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Edmond M. George, Attorney for Victor H. Maia, Obermayer Rebmann Maxwell & Hippel, LLP, Centre Square West, 1500 Market Street, Suite 3400, Philadelphia, PA 19102, edmond.george@obermayer.com

Michael D. Vagnoni, Attorney for Victor H. Maia, Centre Square West, 1500 Market Street, Suite 3400, Philadelphia, PA 19102, michael.vagnoni@obermayer.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on February 8, 2022:

Victor H. Maia and Celeste Maia, 79 Redwood Drive, Richboro, PA 18954

The below 20 largest unsecured Creditors were served via regular U.S. Mail, postage prepaid, on February 8, 2022:

Anthony Patterson, c/o Howard G. Silverman, Esq.,2401 Pennsylvania Avenue,Suite 1-A-5, Philadelphia, PA 19103

19-009456_PS

Citibank South Dakota / Exxon, First National Collection Bureau, Inc., 610 Waltham Way, Sparks, NV 89434

Citibank South Dakota c/o, Unifund Corp, c/o Gordon & Weinberg, P.C., 1001 E. Hector St. Conshohocken, PA 19428

City of Phila, c/o Linebarger Googan Blair, 4 Penn Center, 1600 JFk Blvd., Suite 910, Philadelphia, PA 19103

City of Phila Water Revenue Bureau, PO Box 41496, Philadelphia, PA 19101

City of Phila, Dept of Revenue, BIR/NPT, PO Box 1630, Philadelphia, PA 19105

City of Philadelphia, c/o Goehring Rutter & Boehm, 1425 Spruce Street, Suite 100, Philadelphia, PA 19102

City of Philadelphia L&I, Philadelphia Municipal Court, 34 S. 11th Street, Philadelphia, PA 19107

Diana Wilson & Maurice Butts, c/o Neil R. Gelb, Esq., 1518 Walnut Street, Suite 200, Philadelphia, PA 19102

Discover Card, c/o Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054

GH Harris Assoc. Inc., PO Box 216, Dallas, PA 18612

Marshall Dennehey Warner Coleman, et al, 2000 Market Street, Philadelphia, PA 19103

PA Dept of Revenue, c/oLinebarger Goggan Blair & Sampson, LP, PO Box 90128, Harrisburg, PA 17109

PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222

Wells Fargo, PO Box 10335, Des Moines, IA 50303

Willie Nobles, C/O Steven E. McConnell, Esq., The Killino Firm, P.C., 1835 Market Street, Suite 2820, Philadelphia, PA 19103

DATE: February 8, 2022

/s/ Alyk L. Oflazian
Alyk L. Oflazian, Esquire (312912)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028

19-009456_PS

Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Alyk L. Oflazian.
Contact email is ALOflazian@manleydeas.com

19-009456_PS