**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **VICTOR H. MAIA,** | **Case No. 18-16907-AMC** |
| **Debtor.** | |

## NOTICE OF FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF BENNETT J. SADY & COMPANY P.C., ACCOUNTANTS TO THE DEBTOR FOR THE PERIOD JANUARY 15, 2019 THROUGH SEPTEMBER 15, 2021

A First and Final Application for Compensation and Reimbursement of Expenses of Bennett J. Sady & Company P.C. (the "Applicant"), Accountant to the Debtor, for the Period through January 15, 2019 Through September 15, 2021 (the "Application") has been filed by the Applicant requesting compensation in the amount of $7,987.50. The Applicant has made no previous application for compensation.

1. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

2. If you do not want the court to grant the relief sought in the Application or if you want the court to consider your views on the Application, then on or before **August 12, 2022**, you or your attorney must file a response to the Application. (*see Instructions on next page*).

3. If you do not file a response to the Application, the court may enter an order granting the relief requested in the Application.

4. You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 408-2800 to find out whether a hearing has been scheduled.

5. If a copy of the Application is not enclosed, a copy of the Application will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

4895-8995-7163 v1-7/29/22

## Filing Instructions

6. If you are required to file documents electronically by Local Bankruptcy Rule 5005-1, you must file your response electronically.

7. If you are not required to file electronically, you must file your response at Clerk

United States Bankruptcy Court
for the Eastern District of Pennsylvania
The Robert N.C. Nix, Sr. Federal Courthouse
900 Market Street, Suite 400
Philadelphia, PA 19106

8. If you mail your response to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

9. On the same day that you file or mail your Response to the Application, you must mail or deliver a copy of the Response to the following:

Michael D. Vagnoni, Esquire
Turner N. Falk, Esq.
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA  19102
Telephone: (215) 665-3000
Facsimile: (215) 665-3165
michael.vagnoni@obermayer.com

July 29, 2022