**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | : | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| VICTOR H. MAIA, | : | |
| | : | Case No. 18-16907-JKF |
| Debtor. | : | |
| | : | |

**CERTIFICATION OF NO OBJECTION REGARDING FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF BENNETT J. SADY & COMPANY P.C., ACCOUNTANTS TO THE DEBTOR FOR THE PERIOD JANUARY 15, 2019 THROUGH SEPTEMBER 15, 2021**

The undersigned hereby certifies that, as of August 15, 2022, the above-captioned Debtor has received no answer, objection or other responsive pleading to the First and Final Application for Compensation and Reimbursement of Expenses of Bennett J. Sady & Company P.C., Accountants to the Debtor, for the Period through January 15, 2019 Through September 15, 2021 [D.N. 341] filed on July 29, 2022. The undersigned further certifies that I have reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application for Compensation appears thereon. Pursuant to L.B.R. 2016-1(b), objections to the Application to Employ were to be filed and served no later than August 13, 2022.

It is hereby respectfully requested that the Order attached to the Application for Compensation be entered at the earliest convenience of the Court.

Dated: August 15, 2022

By:   /s/ Michael D. Vagnoni
Michael D. Vagnoni, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL, LLP
Centre Square West, Suite 3400
1500 Market Street
Philadelphia, PA 19102
Phone: (215) 665-3066
Fax: (215) 665-3165

4870-4805-5342 v1-8/15/22