**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | : | |
|---|---|---|
| **In re:** | : | |
| | : | **Chapter 11** |
| **VICTOR H. MAIA,** | : | |
| | : | **Case No. 18-16907-JKF** |
| Debtor. | : | |
| | : | |

**CERTIFICATION OF NO OBJECTION REGARDING**
**MOTION FOR THE ENTRY OF A FINAL DECREE**
**AND TO CLOSE THE DEBTOR'S CHAPTER 11 CASE**

The undersigned hereby certifies that, as of August 22, 2022, the above-captioned Debtor has received no answer, objection or other responsive pleading to the Motion for the Entry of a Final Decree and to Close the Debtor's Chapter 11 Case pursuant to 28 U.S.C. § 1334, 28 U.S.C. § 157(b)(2)(A) and Fed. R. Bankr. P. 3022, filed on August 5, 2022 [D.I. 343] (the "Motion). The undersigned further certifies that I have reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Objections to the Motion were to be filed and served no later than August 19, 2022.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated:  August 22, 2022         By:     /s/ Michael D. Vagnoni
                                                           Michael D. Vagnoni, Esquire
                                                           OBERMAYER REBMANN MAXWELL & HIPPEL LLP
                                                           Centre Square West, Suite 3400
                                                           1500 Market Street
                                                           Philadelphia, PA  19102
                                                           Phone:  (215) 665-3066
                                                           Facsimile:  (215) 665-3165
                                                           Email:  michael.vagnoni@obermayer.com