**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | : | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **VICTOR H. MAIA,** | : | **Case No. 18-16907-AMC** |
| | : | |
| **Debtor.** | : | |
| | : | |

**ORDER APPROVING FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF BENNETT J. SADY & COMPANY P.C., ACCOUNTANTS TO THE DEBTOR FOR THE PERIOD JANUARY 15, 2019 THROUGH SEPTEMBER 15, 2021**

AND NOW, this ____ day of _____, 2022, upon consideration of the First and Final Application for Compensation and Reimbursement of Expenses of Bennett J. Sady & Company P.C., Accountants to the Debtor for the Period Of January 15, 2019 through September 15, 2021 (the "Application"), it is hereby

ORDERED that the Application is APPROVED; and it is further

ORDERED that pursuant to 11 U.S.C. § 330 and Federal Rule of Bankruptcy Procedure 2016, the Debtor is authorized and directed to pay Bennett J. Sady & Company P.C. the amount of $7,987.50 for services rendered as accountant for the Debtor for the period January 15, 2019 through September 15, 2021; and it is further

ORDERED that Bennett J. Sady & Company P.C.'s fees and expenses in the amount of $7,987.50 for the period January 15, 2019 through September 15, 2021 are approved on an final basis; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or relating to the interpretation or implementation of this order

BY THE COURT:

*[signature]*

The Honorable Ashely M. Chan
United States Bankruptcy Judge

**Date: August 22, 2022**

4895-8995-7163 v1-7/29/22