**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | : | |
|---|---|---|
| **In re:** | : | Chapter 11 |
| | : | |
| **VICTOR H. MAIA,** | : | Case No. 18-16907-AMC |
| | : | |
| **Debtor.** | : | |
| | : | |

## ORDER

AND NOW, this _____ day of, _____ 2022, upon consideration of the Motion of Victor H. Maia (the "Debtor") for the Entry of a Final Decree and to Close the Debtor's Chapter 11 Case, and after notice and a hearing, and this Court having determined that that the estate of the above-captioned Debtor has been fully administered, and the Debtor's Plan of Reorganization dated July 21, 2021 [Docket No. 303] and approved by order of the Bankruptcy Court dated September 15, 2021 [Docket No. 320] (the "Plan") has been substantively consummated, it is hereby

ORDERED that the Chapter 11 Case of the above captioned Debtor is closed.

BY THE COURT:

*/s/ Ashely M. Chan*

**Date: September 21, 2022**

The Honorable Ashely M. Chan
United States Bankruptcy Judge

4857-0471-1203