United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Victor H. Maia  
    Debtor

Case No. 18-16907-amc  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3  
Date Rcvd: Sep 21, 2022     Form ID: pdf900     Total Noticed: 15

The following symbols are used throughout this certificate:  
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Victor H. Maia, 79 Redwood Drive, Richboro, PA 18954-1646 |
| aty | + | TYLER DISCHINGER, Buchanan Ingersoll & Rooney, PC, 50 S. 16th St, Ste 3200, Philadelphia, PA 19102-2555 |
| cr | | Anthony Patterson, 3228 Fontain St., Philadelphia, PA 19121-1727 |
| acc | + | Bennett J. Sady & Company, P.C., Bennett J. Sady, 501 Office Center Drive, Suite 126, Fort Washington, PA 19034-3267 |
| cr | + | Diana Wilson, 2517 W. Sergeant St., Philadelphia, PA 19132-4137 |
| r | + | Keller Williams Real Estate, 584 Middletown Blvd. Suite A-50, Langhorne, PA 19047-4403 |
| md | | Martin J. Weis (Mediator), Dilworth Paxson LLP, 1500 Market Street, 3500E, Philadelphia, PA 19102-2101 |
| cr | + | Maurice Butts, 1023 West Thompson Street, Philadelphia, PA 19122-4117 |
| cr | + | WELLS FARGO BANK, N.A., C/O POWERS, KIRN & ASSOCIATES, LLC, 8 NESHAMINY INTERPLEX DRIVE SUITE 215, TREVOSE, PA 19053-6980 |
| cr | + | Willie Jamar Nobels, c/o Mark Pfeiffer, Esq., Buchanan Ingersoll & Rooney PC, 50 S. 16th Street, Suite 3200 Philadelphia, PA 19102-2555 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 21 2022 23:30:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 21 2022 23:30:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: megan.harper@phila.gov | Sep 21 2022 23:30:00 | City of Philadelphia, Law Revenue Department, c/o Pamela Elchert Thurmond, 1401 JFK Boulevard, 5th Floor, Municipal Services Bldg, Philadelphia, PA 19102 |
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 21 2022 23:30:00 | Commonwealth of Pennsylvania, Department of Revenu, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: steve@needlelawyer.com | Sep 21 2022 23:30:00 | G.H. Harris Associates, Inc., c/o Stephen L. Needles, Esq., 80 North Second Street Pike, Churchville, PA 18966-1057 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Natasha Rivera |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 21, 2022 | Form ID: pdf900 | Total Noticed: 15 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2022     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION amps@manleydeas.com |
| ALYK L OFLAZIAN | on behalf of Creditor WELLS FARGO BANK  N.A. amps@manleydeas.com |
| ALYK L OFLAZIAN | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION amps@manleydeas.com |
| AMANDA L. RAUER | on behalf of Creditor WELLS FARGO BANK  N.A. Amanda.rauer@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.raynor-paul@pkallc.com;harry.reese@pkallc.com |
| CAROL E. MOMJIAN | on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue cmomjian@attorneygeneral.gov |
| EDMOND M. GEORGE | on behalf of Defendant Victor H. Maia michael.vagnoni@obermayer.com;turner.falk@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com |
| EDMOND M. GEORGE | on behalf of Debtor Victor H. Maia michael.vagnoni@obermayer.com;turner.falk@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com |
| GEORGE M. CONWAY | on behalf of U.S. Trustee United States Trustee george.m.conway@usdoj.gov |
| HARRY B. REESE | on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com |
| KARINA VELTER | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION kvelter@hoflawgroup.com, ckohn@hoflawgroup.com |
| MARK D. PFEIFFER | on behalf of 3rd Pty Defendant Anthony Patterson mark.pfeiffer@bipc.com  donna.curcio@bipc.com;sean.kenny@bipc.com |
| MARK D. PFEIFFER | on behalf of Counter-Defendant Diana Wilson mark.pfeiffer@bipc.com  donna.curcio@bipc.com;sean.kenny@bipc.com |
| MARK D. PFEIFFER | on behalf of Creditor Willie Jamar Nobels mark.pfeiffer@bipc.com  donna.curcio@bipc.com;sean.kenny@bipc.com |
| MARK D. PFEIFFER | on behalf of Creditor Diana Wilson mark.pfeiffer@bipc.com  donna.curcio@bipc.com;sean.kenny@bipc.com |
| MARK D. PFEIFFER | on behalf of Plaintiff Willie Jamar Nobles mark.pfeiffer@bipc.com  donna.curcio@bipc.com;sean.kenny@bipc.com |

| | |
|---|---|
| MARK D. PFEIFFER | on behalf of Creditor Maurice Butts mark.pfeiffer@bipc.com donna.curcio@bipc.com;sean.kenny@bipc.com |
| MARK D. PFEIFFER | on behalf of Plaintiff Diana Wilson mark.pfeiffer@bipc.com donna.curcio@bipc.com;sean.kenny@bipc.com |
| MARK D. PFEIFFER | on behalf of Counter-Defendant Willie Jamar Nobles mark.pfeiffer@bipc.com donna.curcio@bipc.com;sean.kenny@bipc.com |
| MARTIN J. WEIS | on behalf of Mediator Martin J. Weis (Mediator) mweis@dilworthlaw.com ctomlin@dilworthlaw.com |
| MICHAEL D. VAGNONI | on behalf of Defendant Victor H. Maia michael.vagnoni@obermayer.com Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com |
| MICHAEL D. VAGNONI | on behalf of 3rd Party Plaintiff Victor H. Maia michael.vagnoni@obermayer.com Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com |
| MICHAEL D. VAGNONI | on behalf of Debtor Victor H. Maia michael.vagnoni@obermayer.com Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor City of Philadelphia pamela.thurmond@phila.gov edelyne.jean-baptiste@phila.gov |
| REBECCA ANN SOLARZ | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| STEPHEN L. NEEDLES | on behalf of Creditor G.H. Harris Associates Inc. steve@needlelawyer.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 27

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | : | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **VICTOR H. MAIA,** | : | **Case No. 18-16907-AMC** |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER**

AND NOW, this _____ day of, _____ 2022, upon consideration of the Motion of Victor H. Maia (the "Debtor") for the Entry of a Final Decree and to Close the Debtor's Chapter 11 Case, and after notice and a hearing, and this Court having determined that that the estate of the above-captioned Debtor has been fully administered, and the Debtor's Plan of Reorganization dated July 21, 2021 [Docket No. 303] and approved by order of the Bankruptcy Court dated September 15, 2021 [Docket No. 320] (the "Plan") has been substantively consummated, it is hereby

ORDERED that the Chapter 11 Case of the above captioned Debtor is closed.

BY THE COURT:

**Date: September 21, 2022**

_____
The Honorable Ashely M. Chan
United States Bankruptcy Judge

4857-0471-1203